IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

|  |  |
|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC., <br> Plaintiffs, <br> v. <br> MYLAN PHARMACEUTICALS INC., <br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:17-cv-116-IMK |

**STIPULATION AND ORDER OF PARTIAL DISMISSAL WITH PREJUDICE**

Plaintiffs Biogen International GmbH and Biogen MA Inc. ("Biogen") and Defendant Mylan Pharmaceutical Inc. ("Mylan") hereby stipulate, subject to the approval of the Court, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c), to dismissal, with prejudice, of the following claims, counterclaims and affirmative defenses pled in Civil Action No. 17-cv-116:

(i) Biogen's claims regarding U.S. Patent Nos. 6,509,376 ("the '376 patent"), 7,320,999 ("the '999 patent"), 7,803,840 ("the '840 patent"), and 8,759,393 ("the '393 patent");

(ii) Defendants' affirmative defenses regarding the '376 patent, the '999 patent, the '840 patent, and the '393 patent;

(iii) Defendants' counterclaims regarding the '376 patent, the '999 patent, the '840 patent, and the '393 patent; and

(iv) Biogen's affirmative defenses to Defendants' counterclaims regarding '376 patent, the '999 patent, the '840 patent, and the '393 patent.

It is further stipulated that each party bears its own fees and expenses with respect to this dismissal with prejudice.

Biogen and Mylan maintain their respective claims, counterclaims and affirmative defenses as to U.S. Patent Nos. 7,619,001 ("the '001 patent") and 8,399,514, ("the '514 patent"), which shall not be impacted by the foregoing dismissals with prejudice. No party's execution of this stipulation shall have any effect on arguments or issues in this case.

The Court will retain jurisdiction to enforce this Order.

ENTERED this __5th__ day of February 2019.

_____
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE

DATED: February 4, 2019                                Respectfully submitted,

SCHRADER COMPANION DUFF & LAW, PLLC            STEPTOE & JOHNSON, PLLC

  /s/ James F. Companion                              /s/Gordon H. Copland
James F. Companion (#790)                         Gordon H. Copland (#828)
401 Main Street                                   William J. O'Brien (#10549)
Wheeling, WV 26003                                400 White Oaks Blvd.
Phone: (304) 233-3390                             Bridgeport, WV 26330
jfc@schraderlaw.com                               Phone: (304) 933-8000
                                                  gordon.copland@steptoe-johnson.com
                                                  william.obrien@steptoe-johnson.com

*Counsel for Plaintiffs Biogen International GmbH and Biogen MA Inc.*

*Of Counsel:*

James B. Monroe
Li Feng
Sanya Sukduang
Paul W. Browning
Andrew E. Renison

*Counsel for Defendant Mylan Pharmaceuticals Inc.*
*Of Counsel:*

Shannon M. Bloodworth
Brandon M. White
Perkins Coie LLP
700 13th Street, NW, Ste. 600
Washington, DC 20005
202-654-6200

Jeanette M. Roorda
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
901 New York Ave., N.W.
Washington, D.C. 20001
(202) 408-4000
james.monroe@finnegan.com
li.feng@finnegan.com
paul.browning@finnegan.com
sanya.sukduang@finnegan.com
andrew.renison@finnegan.com
jeanette.roorda@finnegan.com

SBloodworth@perkinscoie.com
BMWhite@perkinscoie.com

David L. Anstaett
Perkins Coie LLP
1 East Main St., Ste. 201
Madison, WI  53703
(608-663-7460
DAnstaett@perkinscoie.com

Courtney M. Prochnow
Perkins Coie LLP
1888 Century park East, Ste. 1700
Los Angeles, CA  90067
(310) 788-9900
CProchnow@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of February 2019, I filed the foregoing STIPULATION AND ORDER OF PARTIAL DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system, which will send electronic notification of the same to the following counsel of record:

| | |
|---|---|
| Andrew E. Renison<br>Andrew.renison@finnegan.com<br>James B. Monroe<br>james.monroe@finnegan.com<br>Li Feng<br>li.feng@finnegan.com<br>Sanya Sukduang<br>sanya.sukduang@finnegan.com<br>Jeanette M. Roorda<br>jeanette.roorda@finnegan.com<br>Paul W. Browning<br>Paul.browning@finnegan.com<br>**Finnegan, Henderson, Farabow, Garrett & Dunner, LLP**<br>901 New York Ave., NW<br>Washington, DC  20001 | James F. Companion<br>jfc@schraderlaw.com<br>**Schrader Companion Duff & Law, PLLC**<br>The Maxwell Centre, Suite 500<br>32 – 20th Street<br>Wheeling, WV  26003 |

*Attorneys for Plaintiffs*

Dated this 4th day of February 2019

　　　　　　　　　　　　　　　　　　  */s/ Gordon H. Copland*
　　　　　　　　　　　　　　　　　　Gordon H. Copland, Esquire (WV Bar # 828)
　　　　　　　　　　　　　　　　　　gordon.copland@steptoe-johnson.com
　　　　　　　　　　　　　　　　　　Steptoe & Johnson, PLLC
　　　　　　　　　　　　　　　　　　400 White Oaks Blvd.
　　　　　　　　　　　　　　　　　　Bridgeport, WV  26330
　　　　　　　　　　　　　　　　　　Phone: (304) 933-8000