**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

FILED

MAR − 4 2019

U.S. DISTRICT COURT-WVND
CLARKSBURG. WV 26301

|  |  |
|---|---|
| **BIOGEN INTERNATIONAL GMBH**<br>**and BIOGEN MA INC.,**<br>　　　　　　　　**Plaintiffs,**<br><br>　　　**v.**<br><br>**MYLAN PHARMACEUTICALS INC.,**<br>　　　　　　　　**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Civil Action No. 1:17-cv-116-IMK**

## JOINT STIPULATION AND ORDER
## RESOLVING DISCOVERY DISPUTE

WHEREAS, Defendant Mylan Pharmaceuticals Inc. (hereinafter "Defendant" or "Mylan") served a Notice of Deposition on Dr. Rajendra Kumar Joshi, one of the inventors listed on U.S. Patent No. 7,619,001; and

WHEREAS Plaintiffs Biogen International GmbH and Biogen MA Inc. (collectively "Plaintiffs" or "Biogen") have represented to Mylan that Dr. Joshi is in failing health and unable to sit for a deposition in this litigation;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendant, subject to the approval of the Court, that:

1. Biogen will not rely on or submit at trial, in support of any motion or any expert report, any testimony by Dr. Joshi, including any live testimony or recorded testimony in a transcript, declaration or affidavit ; and

2. Mylan will withdraw its notice of deposition to Dr. Joshi.

Respectfully submitted this 4th day of March 2019.

**BIOGEN INTERNATIONAL GMBH and**
**BIOGEN MA INC.**

**MYLAN PHARMACEUTICALS INC.**

*/s/ James F. Companion*

James F. Companion, Esquire (#790)
jfc@schraderlaw.com
SCHRADER COMPANION, DUFF & LAW, PLLC
The Maxwell Centre
32-20th Street, SUite 500
Wheeling, WV 26003
Phone: (304) 233-3390

Of Counsel:

Andrew Renison
andrew.renison@finnegan.com
James B. Monroe
james.monroe@finnegan.com
Li Feng
li.feng@finnegan.com
Sanya Sukduang
sanya.sukduang@finnegan.com
Jeanette Roorda
jeanette.roorda@finnegan.com
Paul W. Browning
paul.browning@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT
& DUNNER LLP
901 New York Avenue, NW
Washington, DC  20001-4413
Tel: (202) 408-4000

*/s/ William J. O'Brien*

Gordon H. Copland, Esquire (WV Bar # 828)
gordon.copland@steptoe-johnson.com
William J. O'Brien, Esquire (WV Bar # 10549)
william.obrien@steptoe-johnson.com
STEPTOE & JOHNSON PLLC
400 White Oaks Blvd.
Bridgeport, WV 26330
Tel: (304) 933-8000

Of Counsel:

Shannon M. Bloodworth
sbloodworth@perkinscoie.com
Brandon M. White
bwhite@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
(202) 654-6200

David L. Anstaett
danstaett@perkinscoie.com
Emily J. Greb
egreb@perkinscoie.com
PERKINS COIE LLP
33 East Main Street, Suite 201
Madison, WI 53703
(608) 663-7460

Courtney Prochnow
cprochnow@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East Suite 1700
Los Angeles, CA 90067
(310) 788-9900

So Ordered this 4th day of March, 2019

IRENE M. KEELEY,
United States District Judge