
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC., <br> Plaintiffs, <br> v. <br> MYLAN PHARMACEUTICALS INC., <br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:17-cv-116-IMK |

## ORDER

Upon the joint motion of the parties and for good cause shown, it is hereby ORDERED that the deadlines identified below, set in a prior Scheduling Order (Dkt. No. 202) in this case, are amended as follows:

1. Opening Expert Reports are due on or before March 13, 2019

2. Rebuttal Expert Reports are due on or before April 3, 2019

3. Reply Expert Reports are due on or before May 8, 2019

4. Completion of Expert Discovery: on or before June 7, 2019

5. *Daubert* Motions are due on or before June 10, 2019

6. Responsive *Daubert* Motions are due on or before June 24, 2019

No other scheduling deadlines are changed or affected by this Order.

**ENTERED** this 6th day of March, 2019.

_____
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE