IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

MAR - 8 2019

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

BIOGEN INTERNATIONAL GMBH
and BIOGEN MA INC.,
     Plaintiffs,

v.

MYLAN PHARMACEUTICALS INC.,
     Defendant.

Civil Action No. 1:17-cv-116-IMK

## AGREED CORRECTED ORDER

The parties have jointly requested a correction to a date in their previously submitted order, entered by the Court as Dkt. No 210. Upon the joint motion of the parties and for good cause shown, it is hereby ORDERED that the deadline for rebuttal reports, set in the Order of March 6, 2019 (Dkt. No. 210) in this case, is changed from April 3, 2019, and the Order is amended as follows:

1. Any Rebuttal Expert Reports are due on or before April 10, 2019.

No other scheduling deadlines are changed or affected by this Order.

ENTERED this 8th day of March, 2019.

_____
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE