IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

OCT 0 8 2019

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | )|
|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MYLAN PHARMACEUTICALS INC., | ) ) |
| Defendant. | ) ) |

Civil Action No. 1:17-cv-116-IMK

### ORDER

Upon the joint motion of the parties and for good cause shown, it is hereby ORDERED that the deadline identified below, set in a prior scheduling Order (Dkt. No. 56) in this case, is amended as follows:

| Event | Amended Date |
|---|---|
| Response To Dispositive Motions | October 14, 2019 |

No other scheduling deadlines are changed or affected by this Order.

DATED: October 8, 2019.

/s/ Irene M. Keeley
IRENE M. KEELEY
United States District Judge

145911360.1