IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

|  |  |  |
|---|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:17-cv-116-IMK |
| v. | ) ) ) | |
| MYLAN PHARMACEUTICALS INC., | ) ) ) | |
| Defendant. | ) ) | |

NOTICE OF WITHDRAWAL OF PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT

Now comes the undersigned counsel for the plaintiffs, Biogen International GMBH and Biogen MA Inc., and hereby serves notice that pursuant to the stipulation and Order regarding infringement entered by the Court on October 8, 2019 (Dk. No. 288) the Plaintiffs hereby withdraw their Motion for Summary Judgment previously filed on August 29, 2019 (Dk. No. 278).

Respectfully submitted,

DATED: October 14, 2019

*/s/ James F. Companion*
James F. Companion (#790)
Sandra K. Law (#6071)
Frank X. Duff (#1065)
Schrader Companion Duff & Law, PLLC
401 Main Street
Wheeling, WV  26003
Tel: (304) 233-3390
Fax: (304) 233-2769
*Counsel for Plaintiffs Biogen International GmbH and Biogen MA Inc.*

1

2

Of Counsel:

James B. Monroe
Sanya Sukduang
Paul W. Browning
Laura M. Masurovsky
Eric J. Fues
Li Feng
Andrew E. Renison
Aaron G. Clay
Jeanette M. Roorda
John E. Nappi
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413
(202) 408-4000

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2019, I caused a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF MOTION FOR SUMMARY JDUGMENT to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of same to the following counsel of record:

Gordon H. Copland, Esq.
*Gordon.Copland@steptoe-johnson.com*
William J. O'Brien, Esq.
*William.Obrien@steptoe-johnson.com*
Steptoe & Johnson PLLC
400 White Oaks Blvd.
Bridgeport, WV 26330

Shannon M. Bloodworth
*sbloodworth@perkinscoie.com*
Brandon M. White
*bmwhite@perkinscoie.com*
Michael A. Chajon
mchajon@perkinscoie.com
Perkins Coie LLP
700 13th Street NW
Suite 600
Washington, DC 20005

Courtney M. Prochnow
*cprochnow@perkinscoie.com*
Perkins Coie LLP
1888 Century Park, East
Suite 1700
Los Angeles, CA 90067

David L. Anstaett
*danstaett@perkinscoie.com*
Emily J. Greb
*egreb@perkinscoie.com*
Perkins Coie LLP
1 East Main Street, Suite 201
Madison, WI 53703

*Counsel for Defendant Mylan Pharmaceuticals Inc.*

        /s/   *James F. Companion*
James F. Companion (#790)
Sandra K. Law (#6071)
Frank X. Duff (#1065)
Schrader Companion Duff & Law, PLLC
401 Main Street
Wheeling, WV  26003
Tel: (304) 233-3390
Fax: (304) 233-2769
*Counsel for Plaintiffs Biogen International GmbH and Biogen MA Inc.*

Of Counsel:

James B. Monroe
Sanya Sukduang
Paul W. Browning
Laura M. Masurovsky
Eric J. Fues
Li Feng
Andrew E. Renison
Aaron G. Clay
Jeanette M. Roorda
John E. Nappi
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413
(202) 408-4000

4