IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

**BIOGEN INTERNATIONAL GMBH and**
**BIOGEN MA INC.,**

      **Plaintiffs,**

      v.                        Civil Action No.: 1:17-cv-116-IMK

**MYLAN PHARMACEUTICALS INC.,**

      **Defendant.**

### RESPONSE OF PLAINTIFFS TO DEFENDANT'S MOTION TO PUBLICLY FILE ORDER

    Plaintiffs, Biogen International GMBH and Biogen MA Inc., by counsel, submit this response to Defendant's Motion to Publicly File Order (Dkt. #295) wherein they request the Court unseal Order entered November 27, 2019 (Dkt. #294).

    Plaintiffs do not oppose the motion and further do not propose redactions to said order.

Dated: December 18, 2019

| Of Counsel: | Respectfully submitted, |
|---|---|
| James B. Monroe | /s/ Sandra K. Law |
| Li Feng | James F. Companion, Esq. (#790) |
| Sanya Sukduang | Sandra K. Law (#6071) |
| Andrew E. Renison | Frank X. Duff (#1065) |
| Jeanette Roorda | Schrader Companion Duff & Law, PLLC |
| Paul W. Browning | 401 Main Street |
| Finnegan, Henderson, Farabow, | Wheeling, WV 26003 |
| Garrett & Dunner, LLP | Phone: (304)233-3390 |
| 901 New York Avenue, N.W. | Fax: (304)233-2769 |
| Washington, DC 20001-4413 | jfc@schraderlaw.com |
| (202) 408-4000 | skl@schraderlaw.com |
| | fxd@schraderlaw.com |
| | |
| | *Attorneys for Plaintiffs Biogen International GmbH and Biogen MA Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of December, 2019, I electronically filed a true and correct copy of "**Plaintiffs' Reply to Defendant's Motion To Publicly File Order**" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Gordon H. Copland (#828)
William J. O'Brien (#10549)
STEPTOE & JOHNSON, PLLC
400 White Oaks Blvd.
Bridgeport, WV  26330
gordon.copland@steptoe-johnson.com
william.obrien@steptoe-johnson.com

Shannon M. Bloodworth
Brandon M. White
Perkins Coie LLP
700 13th Street, NW, Ste. 600
Washington, DC  20005
SBloodworth@perkinscoie.com
BMWhite@perkinscoie.com

David L. Anstaett
Emily J. Greb
Perkins Coie LLP
1 East Main St., Ste. 201
Madison, WI  53703
DAnstaett@perkinscoie.com
EGreb@perkinscoie.com

Courtney M. Prochnow
Perkins Coie LLP
633 W. 5th Street, Ste. 5850
Los Angeles, CA  90071-1539
CProchnow@perkinscoie.com

SCHRADER COMPANION DUFF & LAW, PLLC

*/s/ Sandra K. Law*
James F. Companion, Esq. (#790)
Sandra K. Law (#6071)
Frank X. Duff (#1065)
Schrader Companion Duff & Law, PLLC
401 Main Street
Wheeling, WV  26003
Phone: (304)233-3390
Fax: (304)233-2769
jfc@schraderlaw.com
skl@schraderlaw.com
fxd@schraderlaw.com