```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**BIOGEN INTERNATIONAL GMBH and**
**BIOGEN MA, INC.,**

        **Plaintiffs,**

**v.**                                      **CIVIL ACTION NO. 1:17CV116**
                                                               **(Judge Keeley)**

**MYLAN PHARMACEUTICALS INC.,**

        **Defendant.**

## ORDER GRANTING DEFENDANT'S MOTION
## TO PUBLICLY FILE ORDER [DKT. NO. 295]

On December 17, 2019, the defendant, Mylan Pharmaceuticals Inc. ("Mylan"), moved the Court to unseal its November 27, 2019 Memorandum Opinion and Order (Dkt. No. 295). Because the plaintiffs, Biogen International GMBH and Biogen MA Inc., do not oppose Mylan's motion, the Court **GRANTS** the motion (Dkt. No. 295) and **DIRECTS** the Clerk to unseal the Court's November 27, 2019 Memorandum Opinion and Order (Dkt. No. 294).

It is so **ORDERED.**

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record.

DATED: December 18, 2019.

                                                    /s/ Irene M. Keeley
                                                    IRENE M. KEELEY
                                                    UNITED STATES DISTRICT JUDGE