```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**BIOGEN INTERNATIONAL GMBH and**
**BIOGEN MA, INC.,**

       **Plaintiffs,**

**v.**                    **CIVIL ACTION NO. 1:17CV116**
                                  **(Judge Keeley)**

**MYLAN PHARMACEUTICALS INC.,**

       **Defendant.**

## ORDER SCHEDULING STATUS CONFERENCE

For good cause, the Court **SCHEDULES** a status conference for **Wednesday, January 8, 2020, at 12:30 P.M.**, by telephone, to discuss the schedule for the February 2020 bench trial. The Court **DIRECTS** lead counsel for Mylan to arrange the conference call and provide dial-in information to all parties and the Court, by email to **candace_levitsky@wvnd.uscourts.gov**, no later than **Monday, January 6, 2020, at 12:00 P.M.**

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record.

DATED: January 2, 2020

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE