# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC.,<br><br>            Plaintiffs,<br><br>      v.<br><br>MYLAN PHARMACEUTICALS INC.<br><br>            Defendant. | C.A. No. 1:17-cv-116-IMK |

## NOTICE PURSUANT TO 35 U.S.C. § 282

Pursuant to 35 U.S.C. § 282, Defendant Mylan Pharmaceuticals Inc. (hereinafter "Mylan," or "Defendant"), hereby identifies the following materials that may be relied upon to invalidate U.S. Patent Nos. 7,619,001 ("the '001 patent") and 8,399, 514 ("the '514 patent") (collectively the "patents-in-suit") and/or show the state of the art relative to the asserted patents.

Mylan already provided notice to Plaintiffs Biogen International GmbH and Biogen MA Inc. (collectively "Biogen" or "Plaintiffs") of the identity of certain publications, patents, and persons within the ambit of 35 U.S.C. § 282, through the pleadings and correspondence in this case, including but not limited to, invalidity contentions, expert witness reports, testimony, Defendant's responses to interrogatories, and requests for production, Defendant's disclosures under Rule 26, and/or the materials disclosed in either Defendant's trial exhibit list or the joint trial exhibit list. Defendant expressly incorporates herein by reference all of the publications, patents, and specifications of persons within the ambit of 35 U.S.C. § 282 previously cited in these pleadings, testimony, correspondence, and other materials.

Defendant may also rely on the patentees/authors of the patents and publications listed below as being prior inventors or as having prior knowledge of or as having previously used or offered for sale the inventions of the patents-in-suit.

Pursuant to the statutory provisions of 35 U.S.C. § 282, Defendant further refers to the list of identified publications, materials, and persons below.  The inclusion of the references listed below in this notice should not be construed as a representation that Defendant will use every one of the references in its presentation of evidence at trial.  Nor should it be understood or taken as implied that reliance upon all of these materials is necessary to Defendant's defenses.  Additionally, Defendant reserves the right to amend and/or supplement this notice to add items to this statement that were inadvertently omitted.

### A.    Patents and File Histories

| Patent/Patent Publication No. | Date of Issue/ Publication Date | Country of Origin | Named Inventor(s) |
|---|---|---|---|
| 3,175,521 | 3/30/65 | United States | E.B. Hershberg |
| 4,233,161 | 11/11/80 | United States | Haruhito Sato; Hiroshi Ichikawa; Hiroshi Hayashi; Konomu Kurisaki |
| 4,572,833 | 2/25/86 | United States | Arne M. Pedersen; Jens R. Jensen |
| 4,828,843 | 5/9/89 | United States | Claus H. Pich; Thomas Moest |
| 4,851,439 | 7/25/89 | United States | Peter P. Speiser; Rajendra K. Joshi |
| 4,959,389 | 9/25/90 | United States | Peter P. Speiser; Rajendra K. Joshi |
| 5,009,897 | 4/23/91 | United States | Dale R. Brinker; Thomas L. Reiland |
| 5,167,964 | 12/1/92 | United States | Nouman Muhammad; Michael Harris; Jay Weiss; Russell U. Nesbitt |
| 5,428,040 | 6/27/95 | United States | Ronald L. Magolda; William J. Pitts; Irina C. Jacobson; Carl H. Behrens; Michael J. Orwat; Douglas G. Batt |

| Patent/Patent Publication No. | Date of Issue/ Publication Date | Country of Origin | Named Inventor(s) |
|---|---|---|---|
| 5,681,588 | 10/28/97 | United States | Karl Kolter; Helmut Fricke; Volker Buehler; Herbert Mueller-Peltzer |
| 6,436,992 | 8/20/02 | United States | Rajendra Kumar Joshi; Hans Peter Strebel |
| 6,509,376 | 1/21/03 | United States | Rajendra Kumar Joshi; Hans-Peter Strebel |
| 7,320,999 | 1/22/08 | United States | Rajendra Kumar Joshi; Hans-Peter Strebel |
| 7,803,840 | 9/28/10 | United States | Rajendra Kumar Joshi; Hans-Peter Strebel |
| 8,759,393 | 6/24/14 | United States | Rajendra Kumar Joshi; Hans-Peter Strebel |
| EP 0 211 946 | 5/23/90 | Europe | Charles Hsiao; Chi-Tze Ku Chou |
| EP 0 574 894 | 9/18/96 | Europe | Tibor Sipos |
| U.S. Patent App. Pub. No. 2009/0304790 | 12/10/09 | United States | Henrik Nilsson; Florian Schoenharting; Bernd W. Mueller; Joseph R. Robinson; Bonna Robinson |
| U.S. Patent App. Pub. No. US 2003/0013761 A1 | 1/16/03 | United States | Rajendra Kumar Joshi; Hans-Peter Strebel |
| U.S. Patent App. Pub. No. US 2005/0148664 A1 | 7/7/05 | United States | Rajendra K Joshi; Hans-Peter Strebel |
| U.S. Patent Pub. No. US 2003/0018072 A1 | 1/23/03 | United States | Rajendra Kumar Joshi; Hans-Peter Strebel |
| WO 2005/023241 A1 | 3/17/05 | PCT | Rajendra Kumar Joshi; Hans-Peter Strebel; Christian Zaugg; Michael Tamm |
| WO 2006/037342 A2 | 4/13/06 | PCT | Henrik Nilsson; Florian Schönharting; Bernad W. Müller; Joseph R. Robinson |
| WO 2007/042034 | 4/19/07 | PCT | Henrik Nilsson; Bernd W. Muller |
| WO 92/04013 | 3/19/92 | PCT | Giovanni Bongiovanni; Massimo Maria Calanchi; Marco Giuseppe Raffaele Marconi |

### B. Publications

| Publication | Production No. (If Applicable) |
|---|---|
| A. Miller et al., *Treatment of Multiple Sclerosis with Copolymer-1 (Copaxone®): Implicating Mechanisms of Th1 to Th2/Th3 Immune-Deviation*, 92 J. NEUROIMMUN. 113 (1998) | MYL-DMF-00064894 - MYL-DMF-00064902 |
| Alarie, *Sensory Irritation by Ariborne Chemicals*, 2 CRC CRITICAL REVS. IN TECH 299 (1973) | MYL-DMF-00059267 - MYL-DMF-000693332 |
| Alphin et al., *Irritative Properties of Two Clinical Potassium Chloride Formulations on Duodenal Mucosa of the Cat and Esophageal Mucosa of the Opossum*, 29(6) DIGESTIVE DISEASES & SCIENCES 508 (1984) | |
| Altmeyer et al., *Antipsoriatic Effect of Fumaric Acid Derivatives: Results of a Multicenter Double-Blind Study in 100 Patients*, 30 J. AM. ACAD. DERMATOL. 977 (1994) | MYL-DMF-00060099 - MYL-DMF-00060103 |
| Asadullah et al., *Novel Immunotherapies for Psoriasis*, 23(1) TRENDS IN IMMUNOLOGY 47 (2002) | |
| B. Crucian et al., *Detection of Altered T Helper 1 and T Helper 2 Cytokine Production by Peripheral Blood Mononuclear Cells in Patients with Multiple Sclerosis Utilizing Intracellular Cytokine Detection by Flow Cytometry and Surface Marker Analysis*, 3(4) CLIN. & DIG. LAB. IMMUN. 411 (1996) | MYL-DMF-00061133 - MYL-DMF-00061138 |
| Barten et al., *Vascular Cell Adhesion Molecule-1 Modulation by Tumor Necrosis Factor in Experimental Allergic Encephalomyelitis*, 51 J. NEUROIMMUNOLOGY 123 (1994) | MYL-DMF-00059333 - MYL-DMF-00059343 |
| Bechgaard et al., *Controlled-Release Multiple-Units and Single-Unit Doses: A Literature Review*, 4(1) DRUG DEV. & INDUS. PHARM. 53 (1978) | MYL-DMF-00059344 - MYL-DMF-00059358 |
| Begleiter et al., *Dietary Induction of NQO1 Increases the Antitumour Activity of Mitomycin C in Human Colon Tumours in vivo*, 91 BR. J. CANCER 1624 (2004) | |
| Benvenuto et al., *Tumor Necrosis Factor-Alpha Synthesis by Cerebrospinal-Fluid Derived T Cell Clones from Patients with Multiple Sclerosis*, 84 CLIN. EXP. IMMUNOL. 97 (1991) | MYL-DMF-00059359 - MYL-DMF-00059364 |
| *BG 12: BG 00012, BG 12/Oral Fumarate, FAG-201, Second-Generation Fumarate Derivative - Fumapharm/Biogen Idec*, 6(4) DRUGS R.D. 229 (2005) | |
| Biogen News Release, *Phase II Study of Oral Compound BG-12 Meets Primary Endpoint in Multiple Sclerosis* (Jan. 9, 2006) | MYL-DMF-00059860 - MYL-DMF-00059861 |
| Biogen News Release, *BG-12 Psoriasis Study Meets Primary Endpoint; Oral Compound Also Being Studied for MS in Phase II Trial* (Apr. 7, 2005) | MYL-DMF-00060086 - MYL-DMF-00060088 |

| Publication | Production No. (If Applicable) |
|---|---|
| Biogen News Release, *Oral Compound BG-12 Achieves Primary Endpoint in Phase II Study of Relapsing-Remitting Multiple Sclerosis; Treatment with BG-12 Led to Statistically Significant Reductions in MRI Measures* (May 30, 2006) | MYL-DMF-00060034 - MYL-DMF-00060036; BiogenF70015995 - BiogenF70115996 |
| Biogen News Release, *Biogen Idec to Acquire Fumapharm AG; Consolidates Ownership of Oral Compound BG-12 being Studied for Multiple Sclerosis* (May 31, 2006), available at https://www.businesswire.com/news/home/20060531005276/en/Biogen-Idec-Acquire-Fumapharm-AG-Consolidates-Ownership | |
| Bodansky et al., *The Toxicity and Laxative Action of Sodium Fumarate*, 31 J. AM. PHAR. ASSOC. 1 (1942) | MYL-DMF-00059398 - MYL-DMF-00059405 |
| Brune et al., *Detection of Altered Intracellular TH$_1$, and TH$_2$-Type Cytokine Production of Peripheral Blood Mononuclear Cells (PBMCa) in Patients with Relapsing-Remitting Multiple Sclerosis (RRMS) Undergoing an Oral Fumaric-Acid Ester Therapy*, 4(4) MULTIPLE SCLEROSIS: CLINICAL & LABORATORY RESEARCH P3038 (1998) (ECTRIMS 98: 14th Congress of the European Committee for Treatment and Research in Multiple Sclerosis, September 9-12, 1998, Stockholm, Sweden) | MYL-DMF-00060114 - MYL-DMF-00060120 |
| Brune et al., *Oral Fumarate Therapy Alters Cytokine Production in Patients with Relapsing-Remitting Multiple Sclerosis*, 10(suppl. 2) MULTIPLE SCLEROSIS CLINICAL & LAB. RES. S259, Abstract P643 (2004) | MYL-DMF-00060023 - MYL-DMF-00060027 |
| Brune et al., *Oral Fumaric-Acid Ester Therapy (FAE) Influence T-Helper Cell Apoptosis in Peripheral Blood Lymphocytes (PBLS) and Soluble Intercellular Adhesion Molecule-I (SICAM-1) in Serum of Patients with Relapsing-Remitting Multiple Sclerosis (RRMS)*, 246(Suppl. 1) J. NEUROL. I/61, P272 (1999) (Ninth Meeting of the European Neurological Society, June 5-9, 1999, Milan, Italy) | MYL-DMF-00060194 - MYL-DMF-00060198 |
| C. Bolton, *Recent Advances in the Pharmacological Control of Experimental Allergic Encephalomyelitis (EAE) and the Implications for Multiple Sclerosis Treatment*, 1 MULTIPLE SCLEROSIS 143 (1995) | MYL-DMF-00061115 - MYL-DMF-00061121 |
| C. Fryhle et al., *Isomerization of Dimethyl Maleate to Dimethyl Fumarate: An Undergraduate Experiment Illustrating Amine-Catalyzed Alkene Isomerization, Stereochemical Principles, Sublimation, and Product Identification by Spectroscopic Methods*, 68(12) J. CHEM. EDUC. 1050 (1991) | MYL-DMF-00064575 - MYL-DMF-00064578 |
| CRC HANDBOOK OF CHEMISTRY & PHYSICS (Robert C. Weast et al. eds., 66th ed. 1985) | |
| D.L. Munday et al., *Controlled Release Delivery: Effect of Coating Composition on Release Characteristics of Mini-Tablets*, 52 INT'L J. PHARM. 109 (1989) | MYL-DMF-00064903 - MYL-DMF-00064908 |

| Publication | Production No. (If Applicable) |
|---|---|
| Davis et al., *Transit of Pharmaceutical Dosage Forms Through the Small Intestine*, 27 GUT 886 (1986) | |
| de Haan et al., *The Risk of Sensibilization and Contact Urticaria upon Topcial Application of Fumaric Acid Derivatives,* 188 DERMATOLOGY 126 (1994) | MYL-DMF-00060500 - MYL-DMF-00060504 |
| de Jong et al., *Selective Stimulation of T Helper 2 Cytokine Responses by the Anti-Psoriasis Agent Monoethylfumarate*, 26 EUR. J. IMMUNOL. 2067 (1996) | MYL-DMF-00060065 - MYL-DMF-00060072 |
| de Klerk et al., *Patient Compliance in Rheumatoid Arthritis, Polymyalgia Rheumatica, and Gout*, 30 J. RHEUMATOLOGY 44 (2003) | MYL-DMF-00060277 - MYL-DMF-00060288 |
| Del Prete, *The Concept of Type-1 and Type-2 Helper T Cells and Their Cytokines in Humans*, 16 INT REV IMMUNOL. 427 (1998) | MYL-DMF-00059424 - MYL-DMF-00059453 |
| *Double-Blind, Placebo-Controlled, Dose-Ranging Study to Determine the Efficacy and Safety of BG00012 in Subjects with Relapsing-Remitting Multiple Sclerosis*, CLINICALTRIALS.GOV ARCHIVE (Sept. 14, 2005) | MYL-DMF-00059966 - MYL-DMF-00059977 |
| *Double-Blind, Placebo-Controlled, Dose-Ranging Study to Determine the Efficacy and Safety of BG00012 in Subjects with Relapsing-Remitting Multiple Sclerosis*, CLINICALTRIALS.GOV ARCHIVE (Sept. 14, 2005) | MYL-DMF-00059978 - MYL-DMF-00059984 |
| Eisen et al., *The Effect of Prescribed Daily Dose Frequency on Patient Medication Compliance*, 150 ARCH. INTERN. MED. 1881 (1990) | MYL-DMF-00060295 - MYL-DMF-00060298 |
| European Medicines Agency, *Assessment Report, Tecfidera* (Nov. 26, 2013) | MYL-DMF-00064383 - MYL-DMF-00064508 |
| FDA Guidance for Industry, *Non-Inferiority Clinical Trials to Establish Effectiveness* (Nov. 2016) | MYL-DMF-00064519 - MYL-DMF-00064574 |
| Flemming et al., *Requirements for the Production of Microtablets: Suitability of Direct-Compression Excipients Estimated from Powder Characteristics and Flow Rates*, 21(19) DRUG DEV. & INDUS. PHARM. 2239 (1995) | MYL-DMF-00060469 - MYL-DMF-00060482 |
| Fox et al., *Dimethyl Fumarate to Treat Multiple Sclerosis*, *in* MULTIPLE SCLEROSIS THERAPEUTICS (Jeffrey A. Cohen et al. eds., 4th ed. 2011) | |
| Fox et al., *Placebo-Controlled Phase 3 Study of Oral BG-12 or Glatiramer in Multiple Sclerosis*, 367 NEW ENG. J. MED. 1087 and supplementary appendix (2012) | BiogenF70003369 - BiogenF70003533 |
| Frohman et al., *Multiple Sclerosis – the Plaque and its Pathogenesis*, 354 NEW ENG. J. MED. 942 (2006) | MYL-DMF-00060144 - MYL-DMF-00060157 |
| Fumaderm® Label | MYL-DMF-00060056 - MYL-DMF-00060064 |

| Publication | Production No. (If Applicable) |
|---|---|
| Gan et al., *In Vitro Dissolution Profiles of Enteric-Coated Microsphere/Microtablet Pancreatin Preparations at Different pH Values*, 10 ALIMENT PHARMACOL THER 771 (1996) | MYL-DMF-00060483 - MYL-DMF-00060487 |
| Ghoreschi & Rocken, *Immune Deviation Strategies in the Therapy of Psoriasis*, 3 CURRENT DRUG TARGETS 194 (2004) | |
| Gold et al., *Placebo-Controlled Phase 3 Study of Oral BG-12 for Relapsing Multiple Sclerosis*, 367 NEW ENG. J. MED. 1098 and supplementary appendix (2012) | BiogenF70003534 - BiogenF70003811 |
| H.C. Ansel et al., PHARMACEUTICAL DOSAGE FORMS & DRUG DELIVERY SYSTEMS (6th ed. 1995) | BiogenF70020340 - BiogenF70020377 |
| H.M. Hung et al., *Testing for the Existence of a Desirable Dose Combination*, 49 BIOMETRICS 85 (1993) | MYL-DMF-00064859 - MYL-DMF-00064869 |
| HANDBOOK OF PHARMACEUTICAL EXCIPIENTS (Ainley Wade & Paul J. Weller eds., 2d ed. 1994) | MYL-DMF-00064827 - MYL-DMF-00064832 |
| *Immunomodulation through Fumaderm*, Charite - Berlin Dermatological Clinic Symposium (Nov. 1-3, 1996) | MYL-DMF-00059365 - MYL-DMF-00059397 |
| International Conference on Harmonization of Technical Requirements for Registration of Pharmaceuticals for Human Use, ICH Harmonized Tripartite Guideline, Dose-Response Information to Support Drug Registration E4, Current Step 4 version, dated 10 March 1994 | MYL-DMF-00059985 - MYL-DMF-00059998 |
| J. Cohen, *Theophylline*, 4 ANALYTICAL PROFILES OF DRUG SUBSTANCES 466 (1975) | |
| J. Cohen et al., *Randomized, Double-Blind, Dose-Comparison Study of Glatiramer Acetate in Relapsing-Remitting MS*, 68 NEUROLOGY 939 (2007) | |
| J. Laman, *Balancing the Th1/Th2 Concept in Multiple Sclerosis*, 19(11) IMMUNOLOGY TODAY 489 (1998) | MYL-DMF-00064873 - MYL-DMF00064874 |
| J. Phillips et al., *BG-12 in Multiple Sclerosis*, 33 SEMIN. NEUROL. 56 (2013) | MYL-DMF-00064909 - MYL-DMF-00064918; BiogenF10152449 - BiogenF10152458 |
| J.R. Crout, *Fixed Combination Prescription Drugs: FDA Policy*, 14 J. CLIN. PHARM. 249 (1974) | MYL-DMF-00061127 - MYL-DMF-00061132 |
| Kappos et al., *A Randomised, Placebo-Controlled Phase II Trial of a Novel Oral Single-Agent Fumarate Therapy, BG00012, in Patients with Relapsing-Remitting Multiple Sclerosis*, 252 [Suppl 2] J. NEUROL. II/148, P574 (2005) | MYL-DMF-00060032 - MYL-DMF-00060033 |
| Kappos et al., *A Randomized, Placebo-Controlled Phase 2 Trial of Novel Oral Fumarate, BG00012, in Patients with Relapsing-Remitting Multiple Sclerosis*, 15th Meeting of the European Neurological Society (June 18-22, 2005), and Declaration of Gilmore O'Neill, M.D. | MYL-DMF-00060126 - MYL-DMF-00060131 |

| Publication | Production No. (If Applicable) |
|---|---|
| Kappos et al., *Efficacy and Safety of Oral Fumarate in Patients with Relapsing-Remitting Multiple Sclerosis: A Multicenter, Randomised, Double-Blind, Placebo-Controlled Phase IIb Study*, 372 LANCET 1463 (2008) | MYL-DMF-00064509 - MYL-DMF-00064518; BiogenF10143523 - BiogenF10143532 |
| Kappos et al., *Efficacy of a Novel Oral Single-Agent Fumarate, BG00012, in Patients with Relapsing-Remitting Multiple Sclerosis: Results of a Phase 2 Study*, 253 (Suppl. 2) J. NEUROL. O108 (2006) | MYL-DMF-00059867 - MYL-DMF-00059893 |
| Kappos et al., *Efficacy of a Novel Oral Single-Agent Fumarate, BG00012, in Patients with Relapsing-Remitting Multiple Sclerosis: Results of a Phase II Study*, 16th Meeting of the European Neurological Society (May 30, 2006) attached as Exhibit C to the Declaration of Katherine T. Dawson in Biogen U.S. Patent App. No. 12/526,296 and marked as Ex. 1018 in *Biogen MA Inc. v. Forward Pharma A/S*, Interference No. 106,023 | MYL-DMF-00060199 - MYL-DMF00060227 |
| Kolbach et al., *Fumaric Acid Therapy in Psoriasis: Results and Side Effects of 2 Years of Treatment*, 27(5) J. AM. ACAD. DERMATOL. 769 (1992) | MYL-DMF-00060505 - MYL-DMF-00060507 |
| A. Langner et al., *Results of a Phase 2 Dose-Ranging and Safety Extension Study of a Novel Oral Fumarate, BG-12, in Patients with Severe Psoriasis*, 52 J. AM. ACAD. DERMATOL. P193, P2787 (2005) | |
| L. Friedman et al., FUNDAMENTALS OF CLINICAL TRIALS (5th ed. 2015) | MYL-DMF-00064579 - MYL-DMF-00064826 |
| Lennartz et al., *Minitabletting: Improving the Compactability of Paracetamol Powder Mixtures*, 173 INT'L J. PHARM. 75 (1998) | MYL-DMF-00060525 - MYL-DMF-00060535 |
| Leon Shargel et al., APPLIED BIOPHARMACEUTICS & PHARMACOKINETICS, 575-611 (5th ed. 2005) | MYL-DMF-00060228 - MYL-DMF-00060276 |
| Lublin, *History of Modern Multiple Sclerosis Therapy*, 252 J. NEUROL. III/3 (2005) | MYL-DMF-00060536 - MYL-DMF-00060542 |
| Marilyn Much, *Biogen's Multiple Sclerosis Pill May Turn into Blockbuster Drug*, 30(98) IBD, Aug. 26, 2013 | BiogenF10159750 - BiogenF10159754 |
| McMahon et al., *Upper Gastrointestinal Lesions After Potassium Chloride Supplements: A Controlled Clinical Trial*, THE LANCET (1982) | |
| Meier et al., *Monitoring Treatment Efficacy with Magnetic Resonance Imaging (MRI) in an Open Phase II Study with Fumaric-Acid Esters (Fumaderm®) in Patients with Relapsing-Remitting MS (RRMS)*, 4(4) MULTIPLE SCLEROSIS: CLINICAL & LABORATORY RESEARCH P3037 (1998) (ECTRIMS 98: 14th Congress of the European Committee for Treatment and Research in Multiple Sclerosis, September 9-12, 1998, Stockholm, Sweden) | MYL-DMF-00060187 - MYL-DMF-00060193 |
| Miller, *The Importance of Early Diagnosis of Multiple Sclerosis*, 10(3) J. MANAG. CARE PHARM. S4 (2004) | MYL-DMF-00060158 - MYL-DMF-00060171 |

| Publication | Production No. (If Applicable) |
|---|---|
| Mrowietz et al., *Dimethylfumarate for Psoriasis: More than a Dietary Curiosity*, 11(1) TRENDS MOL. MED. 43 (2005) | MYL-DMF-00060050 - MYL-DMF-00060055 |
| Mrowietz et al., *Treatment of Psoriasis with Fumaric Acid Esters: Results of a Prospective Multicentre Study*, 138(3) BR. J. DERMATOL. 456 (1998) | MYL-DMF-00061069 - MYL-DMF-00061075 |
| Mrowietz et al., *Treatment of Severe Psoriasis with Fumaric Acid Esters: Scientific Background and Guidelines for Therapeutic use*, 141 BR. J. DERM. 424 (1999) | |
| *MS Prevalence*, NATIONALMSSCOIETY.ORG, https://www.nationalmsscoiety.org/About-the-Society/MS-Prevalence (last visited July 9, 2018) | MYL-DMF-00060172 - MYL-DMF-00060173 |
| MULTIPARTICULATE DRUG DELIVERY (Ali R. Rajabi-Siahboomi ed., 2017) | MYL-DMF-00060543 - MYL-DMF-00060944 |
| MULTIPARTICULATE ORAL DRUG DELIVERY (Issac Ghebre-Sellassie ed., 1994) | MYL-DMF-00060488 - MYL-DMF-00060499 |
| Munday, *A Comparison of the Dissolution Characteristics of Theophylline from Film Coated Granules and Mini-Tablets*, 20(15) DRUG DEV. & INDUS. PHARM. 2369 (1994) | MYL-DMF-00060945 - MYL-DMF-00060955 |
| N. Holford et al., *Understanding the Dose-Effect Relationship: Clinical Application of Pharmacokinetic-Pharmacodynamic Models*, 6 CLIN. PHARMACOKINETICS 429 (1981) | MYL-DMF-00064833 - MYL-DMF-00064858 |
| Navikas & Link, *Review: Cytokines and the Pathogenesis of Multiple Sclerosis*, 45 J. NEUROSCI. RES. 322 (1996) | MYL-DMF-00060956 - MYL-DMF-00060967 |
| Nibbering et al., *Effects of Monoethylfumarate on Human Granulocytes*, 101 J. INVEST. DERMATOL 37 (1993) | MYL-DMF-00060073 - MYL-DMF-00060078 |
| Nieboer et al., *Fumaric Acid Therapy in Psoriasis: A Double-Blind Comparison between Fumaric Acid Compound Therapy and Monotherapy with Dimethylfumaric Acid Ester*, 181 DERMATOLOGICA 33 (1990) | MYL-DMF-00060037 - MYL-DMF-00060042 |
| Nieboer et al., Systemic Therapy with Fumaric Acid Derivates: New Possibilities in the Treatment of Psoriasis, 20 J. AM. ACAD. DERM. 601 (1989) | MYL-DMF-00060104 - MYL-DMF-00060113 |
| Nugteren-Huying et al., *Fumaric Acid Therapy for Psoriasis: A Randomized, Double-Blind, Placebo-Controlled Study*, 22 J. AM. ACAD. DERMATOL. 311 (1990) | MYL-DMF-00060092 - MYL-DMF-00060096 |
| Ockenfels et al., *The Antipsoriatic Agent Dimethylfumarate Immunomodulates T-Cell Cytokine Secretion and Inhibits Cytokines of the Psoriatic Cytokine Network*, 139 BRIT. J. DERMATOL. 390 (1998) | MYL-DMF-00061061 - MYL-DMF-00061068 |
| Olsson, *Cytokine-Producing Cells in Experimental Autoimmune Encephalomyelitis and Multiple Sclerosis*, 45(Suppl. 6) NEUROLOGY S11 (1995) | MYL-DMF-00060968 - MYL-DMF-00060973 |
| O'Neill, *BG00012 in RRMS: Update from Phase 2 Study*, National Faculty Meeting, Bonita Springs (Jan. 27-29, 2006) | BiogenF10151012 - BiogenF10151025 |

| Publication | Production No. (If Applicable) |
|---|---|
| Ormerod et al, *Fumaric Acid Esters, Their Place in the Treatment of Psoriasis*, 150 BR. J. DERM. 630 (2004) | MYL-DMF-00060089 - MYL-DMF-00060091 |
| Paes et al., *Impact of Dosage Frequency on Patient Compliance*, 20(10) DIABETES CARE 1512 (1997) | MYL-DMF-00060289 - MYL-DMF-00060294 |
| Panitch et al., *Clinical Trials of Interferons in Multiple Sclerosis: What have we learned?*, 46 J. NEUROIMMUNOLOGY 155 (1993) | MYL-DMF-00060974 - MYL-DMF-00060983 |
| Pharma Times News Release, *Biogen Idec says Oral MS Drug Clears Ph II Study* (Jan. 10, 2006) | |
| PHARMACEUTICAL DOSAGE FORMS: TABLETS, VOL. 1 (H.A. Lieberman et al. eds. 1980) | BiogenF70020490 - BiogenF70020494 |
| PHARMACEUTICAL DOSAGE FORMS: TABLETS, VOL. 1 (H.A. Lieberman et al. eds., 2d ed. 1989) | MYL-DMF-00064875 - MYL-DMF-00064889 |
| PHYSICIANS' DESK REFERENCE (52d ed. 1998) | MYL-DMF-00061110 - MYL-DMF-00061114 |
| R. Martin et al., *T Helper Cell differentiation in Multiple Sclerosis and Autoimmunity*, 19(11) IMMUNOLOGY TODAY 495 (1998) | MYL-DMF-00064890 - MYL-DMF-00064893 |
| Ransohoff, *Multiple Sclerosis - A Quiet Revolution*, 11(3) NAT REV NEUROL 134 (2015) | MYL-DMF-00060984 - MYL-DMF-00060993 |
| Reingold, *Advances in the Understanding and Treatment of Multiple Sclerosis*, 44 J. NEUROIMM. 221 (1993) | MYL-DMF-00060994 - MYL-DMF-00060997 |
| REMINGTON: THE SCIENCE & PRACTICE OF PHARMACY (Alfonso R. Gennaro ed., 19th ed. 1995) | MYL-DMF-00064919 - MYL-DMF-00064927 |
| REMINGTON'S PHARMACEUTICAL SCIENCES (A.R. Gennaro et al. eds., 18th ed. 1990) | |
| REMINGTON'S PHARMACEUTICAL SCIENCES (A.R. Gennaro et al. eds., 19th ed. 1995) | MYL-DMF-00060998 - MYL-DMF-00061003 |
| Reuters News Release, *Biogen Idec Inc. and Fumapharm AG Announce Phase II Study of Oral Compound BG-12 Meets Primary Endpoint in Multiple Sclerosis* (Jan. 9, 2006) | |
| Rich et al., *Stepped-Care Approach to Treating MS: A Managed Care Treatment Algorithm*, 10(3) J. MANAG. CARE PHARM. S26 (2004) | MYL-DMF-00060174 - MYL-DMF-00060186 |
| Romagnani, *Lymphokine Production by Human T Cells in Disease States*, 12 ANNU. REV. IMMUNOL. 227 (1994) | MYL-DMF-00061004 - MYL-DMF-00061034 |
| Schimrigk et al., *A Prospective, Open-Label, Phase II Study of Oral Fumarate Therapy for the Treatment of Relapsing-Remitting Multiple Sclerosis*, 10(suppl. 2) MULTIPLE SCLEROSIS CLINICAL & LAB. RES. S258, Abstract P642 (2004) | MYL-DMF-00059862 - MYL-DMF-00059866 |
| Schimrigk et al., *A Prospective, Open-Label, Phase II Study of Oral Fumarate Therapy for the Treatment of Relapsing-Remitting Multiple Sclerosis (2004)*, available at http://web.archive.org/web/20041021033354/http://www.fumapharm.ch:80/pdf-BG-12_Schimrigk_Poster_Final.pdf | MYL-DMF-00060013 - MYL-DMF-00060022 |

| Publication | Production No. (If Applicable) |
|---|---|
| Schimrigk et al., *An Open-Label, Prospective Study of Oral Fumaric Acid Therapy for the Treatment Relapsing-Remitting Multiple Sclerosis (RRMS)*, 64(6) (Suppl. 1) NEUROLOGY A392, S46.003 (2005) | MYL-DMF-00060028 - MYL-DMF-00060031 |
| Schimrigk et al., *Oral Fumaric Acid Ester (FAE) in Relapsing-Remitting Multiple Sclerosis (RRMS). A Short Term, Open, Clinical, Immunological and Magnetic Resonance Imaging (MRI) Controlled Phase II Trial*, 246(Suppl. 1) J. NEUROL. I/36, 144 (1999) (Ninth Meeting of the European Neurological Society, June 5-9, 1999, Milan, Italy) | MYL-DMF-00060121 - MYL-DMF-00060125 |
| Schimrigk et al., *Oral Fumaric Acid Esters for the Treatment of Active Multiple Sclerosis: An Open-Label, Baseline-Controlled Pilot Study*, 13 EUR. J. NEUROL. 604 (2006) | MYL-DMF-00060043 - MYL-DMF-00060049 |
| Schlaak et al., *T Cells Involved in Psoriasis Vulgaris Belong to Th1 Subset*, 102 J. INVEST. DERMATOL. 145 (1994) | MYL-DMF-00061035 - MYL-DMF-00061039 |
| Schmid et al., *Monomethylhydrogenfumarate Induces IL-10 Secretion of PBMCs From Psoriatic Patients*, 196 IMMUNOBIOLOGY 20 (Abstr.) (1996) | |
| Schmidt et al., *Reactivity of Dimethyl Fumarate and Methylhydrogen Fumarate Towards Glutathione and N-Acetyl-L-Cysteine-Preparation of S-Substituted Thiosuccinic Acid Esters*, 15 BIOORGANIC & MEDICINAL CHEMISTRY 333 (2007) | |
| Schmidt, R., *Dose-Finding Studies in Clinical Drug Development*, 34 EUR J. CLIN PHARMACOL 15 (1988) | |
| Sean Williams, *The Greatest Thing Since Sliced Bread has Arrived for MS Patients*, FOOL.COM (Mar. 28, 2013), https://www.fool.com/investing/general/2013/03/28/biogen-idec-tecfidera-approval-biib.aspx | BiogenF10159765 - BiogenF10159767 |
| Sebok et al., *Antiproliferative and Cytotoxic Profiles of Antipsoriatic Fumaric Acid Derivates in Keratinocyte Cultures*, 270 EUR. J. PHARMACOL. 79 (1994) | |
| Shilling et al., *Fumaric Acid Esters are Effective in Chronic Experimental Autoimmune Encephalomyelitis and Suppress Macrophage Infiltration*, 145 CLINICAL & EXPERIMENTAL IMMUNOLOGY 101 (2006) | |
| Soderstrom et al., *Autoimmune T Cell Repertoire in Optic Neuritis and Multiple Sclerosis: T Cells Recognising Multiple Myelin Proteins are Accumulated in Cerebrospinal Fluid*, 57 J. NEUROLOGY, NEUROSURGERY, & PSYCHIATRY 544 (1994) | MYL-DMF-00061040 - MYL-DMF-00061047 |
| Steffen et al., *Evidence for Involvement of ICAM-1 and VCAM-1 in Lymphocyte Interaction with Endothelium in Experimental Autoimmune Encephalomyelitis in the Central Nervous System in the SJL/J Mouse*, 145 AMERICAN J. OF PAHTOLOGY 1 (1994) | MYL-DMF-00061048 - MYL-DMF-00061060 |

| Publication | Production No. (If Applicable) |
|---|---|
| T. Koudriavtseva et al., *Gadolinium Enhanced MRI Predicts Clinical and MRI Disease Activity in Relapsing-Remitting Multiple Sclerosis*, 62 J. NEURO., NEUROSURGERY,& PSYCH. 285 (1997) | MYL-DMF-00064870 - MYL-DMF-00064872 |
| Trenktrog et al., *Enteric Coated Insulin Pellets: Development, Drug Release and In Vivo Evaluation*, 4 EUR. J. PHARM. SCIS. 323 (1996) | MYL-DMF-00061076 - MYL-DMF-00061082 |
| UNITED STATES PHARMACOPEIA 1795-96 (USP 23 1995) | MYL-DMF-00061101 - MYL-DMF-00061104 |
| United States Securities and Exchange Commission Form 10-K for Biogen Idec Inc., year ended Dec. 31, 2005 | |
| Vandermeeren et al., *Dimethylfumarate is an Inhibitor of Cytokine-Induced E-Selectin, VCAM-1, and ICAM-1 Expression in Human Endothelial Cells*, 234 BIOCHEM. & BIOPHYS. RES. COMMCN'S 19 (1997) | MYL-DMF-00061105 - MYL-DMF-00061109 |
| Vandermeeren et al., *Dimethylfumarate is an Inhibitor of Cytokine-Induced Nuclear Translocation of NF-κB1, but not RelA in Normal Human Dermal Fibroblast Cells*, 116 J. INVEST. DERMATOL. 124 (2001) | MYL-DMF-00064945 - MYL-DMF-00064951 |
| Werdenberg, et al., *Presystemic Metabolism and Intestinal Absorption of Antipsoriatic Fumaric Acid Esters*, 24 BIOPHARM. DRUG DISPOS. 259 (2003), Published online in Wiley | |
| Wierinckx et al., *Detoxication Enzyme Inducers Modify Cytokine Production in Rat Mixed Glial Cells*, 166(1-2) J. NEUROIMMUNOL. 132 (2005) | MYL-DMF-00060132 - MYL-DMF-00060143 |
| Y. Chen et al., *Regulatory T Cell Clones Induced by Oral Tolerance: Suppression of Autoimmune Encephalomyelitis*, 265 SCIENCE 1237 (1994) | MYL-DMF-00061122 - MYL-DMF-00061126 |

**C.    Persons Upon Whom Defendants May Rely as a Prior Inventor or as Having Prior Knowledge of or as Having Previously used or Offered for Sale the Invention of the Asserted Patents**

All patentees, applicants, and authors of the patents and publications listed above.

Dated:  January 3, 2020

*Of Counsel:*

Shannon M. Bloodworth
SBloodworth@perkinscoie.com
Brandon M. White
BMWhite@perkinscoie.com
Michael A. Chajon
MChajon@perkinscoie.com
700 Thirteenth Street, N.W., Suite 600
Washington, D.C.  20005-3960
Phone:  202.654.6200
Facsimile: (202) 654.6211

David L. Anstaett
DAnstaett@perkinscoie.com
Emily J. Greb
EGreb@perkinscoie.com
PERKINS COIE LLP
33 East Main Street, Suite 201
Madison, WI  53703
Phone: (608) 663-7460

Courtney M. Prochnow
CProchnow@perkinscoie.com
PERKINS COIE LLP
633 W. 5th Street, Suite 5850
Los Angeles, CA 90071
Phone: (310) 788-9900

By:  */s/ William J. O'Brien*
   Gordon H. Copland
   gordon.copland@steptoe-johnson.com
   William J. O'Brien
   william.obrien@steptoe-johnson.com
   Adam S. Ennis
   adam.ennis@steptoe-johnson.com
   STEPTOE & JOHNSON PLLC
   400 White Oaks Boulevard
   Bridgeport, WV  26330
   Phone: (304) 933-8000

Attorneys for Defendant
MYLAN PHARMACEUTICALS INC.

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2020, I filed the foregoing NOTICE PURSUANT TO

35 U.S.C. § 282 with the Clerk of the Court through the CM/ECF system, which will send notice

of the filing to the following counsel of record:

Andrew E. Renison
Andrew.renison@finnegan.com
James B. Monroe
James.monroe@finnegan.com
Li Feng
li.feng@finnegan.com
Sanya Sukduang
Sanya.sukduang@finnegan.com
Jeanette M. Roorda
Jeanette.roorda@finnegan.com
Paul W. Browning
paul.browning@finnegan.com
Lauren J. Dowty
lauren.dowty@finnegan.com
Laura P. Masurovsky
laura.masurovsky@finnegan.com
Aaron G. Clay
aaron.clay@finnegan.com
John E. Nappi
john.nappi@finnegan.com
Eric J. Fues
eric.fues@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Ave., NW
Washington, DC 20001

James F. Companion
jfc@schraderlaw.com
Sandra K. Law
skl@schraderlaw.com
Frank X. Duff
fxd@schraderlaw.com
SCHRADER, BYRD & COMPANION, PLLC -
WHEELING
The Maxwell Centre, Suite 500
32-20th Street
Wheeling, WV 26003

Dated: January 3, 2020                               */s/ William J. O'Brien*