```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**BIOGEN INTERNATIONAL GMBH and**
**BIOGEN MA, INC.,**

       **Plaintiffs,**

v.                                   CIVIL ACTION NO. 1:17CV116
                                                                                            (Judge Keeley)

**MYLAN PHARMACEUTICALS INC.,**

       **Defendant.**

## ORDER FOLLOWING STATUS CONFERENCE

On January 8, 2020, the Court conducted a status conference to address the schedule for the February 2020 bench trial (Dkt. Nos. 298, 302). For the reasons stated on the record, the Court:

- **RESCHEDULES** the first day of trial from Monday, February 3, 2020, to Tuesday, February 4, 2020;

- **CANCELS** trial on Wednesday, February 5, 2020, with trial continuing on Thursday, February 6, 2020; and

- **RELOCATES** the trial to the Clarksburg, West Virginia point of holding court for the United States Bankruptcy Court for the Northern District of West Virginia, located at 324 West Main Street, Clarksburg, West Virginia 26301.

It is so **ORDERED.**

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record.

DATED: January 9, 2020

                                                    /s/ Irene M. Keeley
                                                  IRENE M. KEELEY
                                                  UNITED STATES DISTRICT JUDGE