IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| ──────────────────────── | ) | |
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 17-cv-116-IMK |
| MYLAN PHARMACEUTICALS, INC., | ) ) | |
| Defendant. | ) ) | |
| ──────────────────────── | ) | |

**PLAINTIFFS' DEPOSITION DESIGNATIONS
WITH DEFENDANT'S COUNTER-DESIGNATIONS**

Pursuant to Paragraph 15 of the Scheduling Order (D.I. 56) dated November 6, 2017 ("the Scheduling Order"), Plaintiffs' deposition designations and Defendant's counter-designations are shown below.  Also pursuant to Paragraph 15 of the Scheduling Order, any objection to any proposed testimony will be separately filed by January 16, 2020.  Biogen and Mylan reserve the right to use at trial any and all deposition designations and counter designations submitted by either party as part of the Pretrial Order.

1

| Cara Lansden November 14, 2018 | | | | |
|---|---|---|---|---|
| **Plaintiffs' Designations** (to be filed 1/9/20) | | **Defendant's Objections to Designations** (to be filed 1/16/20) | **Defendant's Counter-Designations** (to be filed 1/9/20) | | **Plaintiffs' Objections to Counter-Designations** (to be filed 1/16/20) |
| From | To | | From | To | |
| 16:9 | 16:15 | | | | |
| 23:3 | 23:5 | | | | |
| 23:17 | 23:25 | | | | |
| 24:2 | 24:25 | | | | |
| 25:2 | 25:13 | | | | |
| 25:18 | 25:25 | | | | |
| 26:2 | 26:6 | | | | |
| 26:9 | 26:22 | | 26:23 | 27:2 | |
| 33:23 | 33:25 | | | | |
| 34:2 | 34:3 | | | | |
| 34:6 | 34:22 | | 34:23 | 35:7 | |
| | | | 35:13 | 35:23 | |
| 35:24 | 35:25 | | | | |
| 36:2 | 36:25 | | 37:19 | 37:25 | |
| 37:2 | 37:6 | | | | |
| 37:9 | 37:18 | | 37:19 | 38:17 | |
| | | | 38:20 | 40:8 | |
| | | | 59:12 | 60:3 | |

| | | | | | |
|---|---|---|---|---|---|
| | | | 60:6 | 61:14 | |
| 40:9 | 40:25 | | 41:3 | 41:14 | |
| | | | 41:23 | 42:7 | |
| 41:2 | 41:2 | | | | |
| 44:20 | 44:25 | | | | |
| 45:6 | 45:7 | | 45:9 | 45:19 | |
| | | | 45:22 | 46:12 | |
| | | | 46:14 | 47:10 | |
| | | | 47:16 | 48:10 | |
| 48:11 | 48:25 | | | | |
| 49:2 | 49:11 | | | | |
| 49:14 | 49:25 | | | | |
| 50:2 | 50:8 | | 45:9 | 45:19 | |
| | | | 45:22 | 47:10 | |
| | | | 47:16 | 48:10 | |
| | | | 57:22 | 58:14 | |
| 50:11 | 50:25 | | | | |
| 51:2 | 51:9 | | | | |
| 51:18 | 51:25 | | | | |
| 52:2 | 52:25 | | | | |
| 53:2 | 53:25 | | | | |
| 54:2 | 54:13 | | 55:6 | 55:16 | |
| 54:15 | 54:25 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55:2 | 55:5 | | | | |
| 55:20 | 55:25 | | | | |
| 56:2 | 56:5 | | | | |
| 56:8 | 56:10 | | | | |
| 56:12 | 56:22 | | | | |
| 56:25 | 56:25 | | | | |
| 57:2 | 57:3 | | | | |
| 57:5 | 57:8 | | | | |
| 57:12 | 57:21 | | 57:22 | 58:14 | |
| 63:15 | 63:25 | | | | |
| 64:2 | 64:2 | | | | |
| 65:2 | 65:10 | | 62:12 | 62:15 | |
| | | | 62:24 | 63:14 | |
| | | | 64:3 | 64:25 | |
| | | | 65:11 | 65:18 | |
| | | | 65:22 | 66:5 | |
| | | | 66:8 | 66:11 | |
| | | | 67:2 | 67:14 | |
| | | | 67:17 | 68:8 | |
| | | | 68:11 | 68:13 | |
| 80:22 | 80:25 | | | | |
| 81:2 | 81:2 | | 71:8 | 71:11 | |
| | | | 71:23 | 73:5 | |
| | | | 73:7 | 74:15 | |

| | | | | | |
|---|---|---|---|---|---|
| | | | 75:21 | 76:3 | |
| | | | 76:17 | 77:3 | |
| | | | 78:14 | 79:11 | |
| | | | 79:14 | 80:3 | |
| | | | 80:6 | 80:18 | |
| | | | 81:3 | 81:6 | |
| | | | 81:9 | 81:23 | |
| 85:18 | 85:21 | | 81:24 | 82:4 | |
| | | | 82:14 | 83:15 | |
| | | | 84:10 | 84:16 | |
| | | | 85:7 | 85:17 | |
| | | | 86:2 | 87:18 | |
| | | | 87:21 | 87:22 | |
| | | | 87:24 | 88:2 | |
| | | | 88:15 | 88:25 | |
| | | | 97:2 | 97:17 | |
| 98:19 | 98:22 | | | | |
| 99:6 | 99:14 | | 100:6 | 100:12 | |
| 100:16 | 100:25 | | | | |
| 101:2 | 101:3 | | | | |
| 101:8 | 101:25 | | | | |
| 102:2 | 102:6 | | | | |
| 102:8 | 102:12 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 102:14 | 102:25 | | | | |
| 103:2 | 103:25 | | | | |
| 104:2 | 104:25 | | | | |
| 105:2 | 105:5 | | | | |
| 105:9 | 105:25 | | | | |
| 106:2 | 106:5 | | | | |
| 106:10 | 106:16 | | 45:9 | 45:19 | |
| | | | 45:22 | 46:12 | |
| | | | 46:14 | 47:10 | |
| | | | 47:16 | 48:10 | |
| | | | 107:21 | 109:9 | |
| | | | 109:12 | 110:14 | |
| 117:16 | 117:25 | | | | |
| 118:2 | 118:25 | | | | |
| 119:2 | 119:25 | | | | |
| 120:2 | 120:7 | | | | |
| 120:14 | 120:25 | | | | |
| 121:2 | 121:4 | | 121:21 | 121:25 | |
| 127:17 | 127:20 | | | | |
| 128:2 | 128:25 | | | | |
| 129:2 | 129:5 | | 130:5 | 130:13 | |
| 130:14 | 130:21 | | 130:22 | 131:5 | |
| 131:6 | | | 131:14 | 131:20 | |

|  | 131:13 |  | 132:3 | 132:8 |  |
|  |  |  | 135:8 | 135:24 |  |
| 135:25 | 131:25 |  |  |  |  |
| 136:2 | 136:16 |  |  |  |  |
| 136:21 | 136:24 |  | 137:19 | 138:4 |  |
|  |  |  | 138:10 | 139:23 |  |
|  |  |  | 140:12 | 141:5 |  |
| 140:21 | 140:25 |  | 150:13 | 150:16 |  |
|  |  |  | 150:18 | 153:6 |  |
| 153:7 | 153:19 |  | 45:9 | 45:19 |  |
|  |  |  | 45:22 | 46:12 |  |
|  |  |  | 46:14 | 47:10 |  |
|  |  |  | 47:16 | 48:10 |  |
|  |  |  | 153:20 | 154:6 |  |
|  |  |  | 154:24 | 155:12 |  |
|  |  |  | 155:16 | 156:2 |  |
| 178:7 | 178:9 |  | 176:15 | 178:6 |  |
|  |  |  | 178:10 | 178:23 |  |
| 188:2 | 188:6 |  | 186:14 | 186:16 |  |
|  |  |  | 186:22 | 187:25 |  |
|  |  |  | 188:7 | 188:10 |  |
|  |  |  | 188:13 | 188:18 |  |
| 189:5 | 189:12 |  | 189:13 | 190:5 |  |

| | | | | | |
|---|---|---|---|---|---|
| 190:6 | 190:13 | | 190:14 | 190:16 | |
| | | | 190:19 | 191:19 | |
| 191:20 | 191:25 | | | | |
| 192:2 | 192:3 | | 192:4 | 192:11 | |
| | | | 193:11 | 193:20 | |
| 194:21 | 194:25 | | 194:2 | 194:20 | |
| | | | 199:12 | 200:18 | |
| 195:2 | 195:15 | | 195:16 | 195:20 | |
| | | | 195:23 | 195:24 | |
| | | | 196:2 | 196:2 | |
| 196:4 | 196:11 | | 196:12 | 197:12 | |
| 197:13 | 197:14 | | | | |
| 197:17 | 197:24 | | 197:25 | 198:23 | |
| 198:24 | 198:25 | | | | |
| 199:2 | 199:4 | | | | |
| 199:7 | 199:10 | | 199:12 | 201:2 | |
| 201:5 | 201:7 | | 201:8 | 202:17 | |
| 202:18 | 202:22 | | 203:15 | 204:6 | |
| 204:7 | 204:9 | | | | |
| 204:12 | 204:14 | | 204:25 | 205:10 | |
| | | | 205:13 | 205:17 | |

| | | | | | |
|---|---|---|---|---|---|
| 206:22 | 206:25 | | | | |
| 207:2 | 207:2 | | | | |
| 208:3 | 208:25 | | | | |
| 209:2 | 209:17 | | | | |
| 209:21 | 209:25 | | | | |
| 210:2 | 210:25 | | | | |
| 211:2 | 211:16 | | | | |
| 211:19 | 211:25 | | | | |
| 212:2 | 212:25 | | | | |
| 213:2 | 213:25 | | | | |
| 214:2 | 214:22 | | | | |
| 214:25 | 214:25 | | | | |
| 215:2 | 215:20 | | 243:20 | 243:23 | |
| | | | 244:2 | 244:19 | |
| | | | 245:5 | 245:14 | |
| 245:15 | 245:25 | | 243:20 | 243:23 | |
| | | | 244:2 | 245:14 | |
| 246:4 | 246:6 | | | | |
| 252:25 | 252:25 | | | | |
| 253:2 | 253:25 | | 243:20 | 243:23 | |
| | | | 244:2 | 245:14 | |
| 254:2 | 254:21 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 254:24 | 254:25 | | | | |
| 255:2 | 255:10 | | 240:17 | 242:19 | |
| | | | 242:22 | 243:4 | |
| | | | 243:7 | 243:11 | |
| 255:23 | 255:25 | | | | |
| 256:2 | 256:25 | | | | |
| 257:2 | 257:2 | | | | |
| 257:5 | 257:12 | | | | |
| 257:17 | 257:18 | | | | |
| 257:21 | 257:25 | | | | |
| 258:4 | 258:25 | | | | |
| 259:2 | 259:5 | | | | |
| 259:17 | 259:24 | | | | |
| 260:3 | 260:25 | | | | |
| 261:18 | 261:25 | | | | |
| 262:2 | 262:25 | | | | |
| 263:2 | 263:14 | | | | |
| 263:17 | 263:23 | | | | |
| 264:2 | 264:17 | | | | |
| 264:20 | 264:25 | | | | |
| 265:2 | 265:25 | | | | |
| 266:2 | 266:4 | | | | |
| 266:7 | 266:23 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 266:25 | 266:25 | | | | |
| 267:2 | 267:3 | | 267:5 | 267:9 | |
| | | | 269:4 | 270:18 | |
| | | | 270:21 | 270:21 | |

| Carmen Bozic December 10, 2018 | | | | | |
|---|---|---|---|---|---|
| Plaintiffs' Designations (to be filed 1/9/20) | | Defendant's Objections to Designations (to be filed 1/16/20) | Defendant's Counter-Designations (to be filed 1/9/20) | | Plaintiffs' Objections to Counter-Designations (to be filed 1/16/20) |
| From | To | | From | To | |
| 10:22 | 10:24 | | 13:23 | 14:5 | |
| | | | 17:12 | 18:3 | |
| 21:15 | 21:17 | | 21:21 | 22:2 | |
| 22:3 | 22:12 | | 22:13 | 22:14 | |
| 22:15 | 22:25 | | | | |
| 23:2 | 23:25 | | | | |
| 24:2 | 24:25 | | | | |
| 25:2 | 25:25 | | | | |
| 26:2 | 26:25 | | | | |
| 27:2 | 27:6 | | 27:7 | 27:11 | |
| 28:10 | 28:16 | | 27:18 | 27:24 | |
| | | | 28:7 | 28:9 | |
| 29:2 | 29:25 | | 28:17 | 28:25 | |
| 30:2 | 30:2 | | | | |
| 30:6 | 30:18 | | | | |
| 30:20 | 30:25 | | | | |
| 31:2 | 31:15 | | 31:16 | 31:17 | |
| 31:18 | 31:22 | | 31:23 | 31:25 | |

| | | | | | |
|---|---|---|---|---|---|
| 32:2 | 32:5 | | 32:6 | 32:9 | |
| 32:10 | 32:12 | | | | |
| 34:25 | 34:25 | | 34:12 | 34:24 | |
| 35:2 | 35:3 | | | | |
| 35:6 | 35:24 | | 35:25 | 36:8 | |
| | | | 66:12 | 66:23 | |
| | | | 66:25 | 67:9 | |
| | | | 67:13 | 67:17 | |
| | | | 68:2 | 68:15 | |
| | | | 68:18 | 68:18 | |
| 36:9 | 36:21 | | | | |
| 37:2 | 37:11 | | 37:12 | 37:21 | |
| 37:22 | 37:25 | | | | |
| 38:2 | 38:2 | | | | |
| 38:9 | 38:25 | | | | |
| 39:2 | 39:5 | | 39:6 | 39:9 | |
| 39:10 | 39:16 | | 39:6 | 39:9 | |
| 40:2 | 40:16 | | 40:17 | 40:19 | |
| 40:20 | 40:25 | | | | |
| 41:2 | 41:13 | | 41:14 | 41:24 | |
| 41:25 | 41:25 | | | | |
| 42:2 | 42:21 | | 42:22 | 43:9 | |

| | | | | | |
|---|---|---|---|---|---|
| 43:10 | 43:22 | | 42:22 | 43:9 | |
| | | | 43:23 | 44:8 | |
| 44:10 | 44:12 | | | | |
| 44:18 | 44:20 | | 44:16 | 44:17 | |
| | | | 44:21 | 45:25 | |
| 46:2 | 46:7 | | 46:8 | 46:24 | |
| 46:25 | 46:25 | | | | |
| 47:2 | 47:8 | | 47:9 | 48:17 | |
| 48:18 | 48:25 | | | | |
| 49:2 | 49:10 | | 49:13 | 49:18 | |
| 50:10 | 50:25 | | 49:13 | 49:21 | |
| | | | 49:23 | 49:23 | |
| | | | 50:2 | 50:5 | |
| | | | 50:8 | 50:9 | |
| 51:2 | 51:25 | | | | |
| 52:2 | 52:12 | | | | |
| 52:16 | 52:25 | | 53:2 | 54:14 | |
| 54:15 | 54:25 | | | | |
| 55:2 | 55:14 | | 55:15 | 56:3 | |
| 56:4 | 56:19 | | 55:15 | 56:3 | |
| | | | 56:20 | 56:25 | |
| 58:3 | 58:14 | | 57:6 | 57:7 | |

| | | | | | |
|---|---|---|---|---|---|
| | | | 57:10 | 58:2 | |
| | | | 58:15 | 58:23 | |
| | | | 59:19 | 60:2 | |
| | | | 60:8 | 60:13 | |
| | | | 63:24 | 65:17 | |
| | | | 65:19 | 66:20 | |
| 60:20 | 60:23 | | 58:15 | 58:23 | |
| | | | 59:19 | 60:2 | |
| | | | 60:8 | 60:13 | |
| 61:2 | 61:25 | | | | |
| 62:12 | 62:20 | | | | |
| 62:24 | 62:25 | | | | |
| 63:2 | 63:14 | | | | |
| 63:17 | 63:23 | | | | |
| 69:13 | 69:21 | | 68:19 | 69:5 | |
| 69:24 | 69:25 | | | | |
| 70:2 | 70:25 | | | | |
| 71:2 | 71:16 | | 71:17 | 71:25 | |
| | | | 72:3 | 72:3 | |
| | | | 72:5 | 72:5 | |
| | | | 72:9 | 72:24 | |
| | | | 73:2 | 73:21 | |
| | | | 73:23 | 74:3 | |

| | | | | | |
|---|---|---|---|---|---|
| 74:4 | 74:6 | | | | |
| 74:14 | 74:21 | | 74:12 | 74:13 | |
| 77:6 | 77:10 | | 74:22 | 75:9 | |
| | | | 75:11 | 75:20 | |
| | | | 76:18 | 77:5 | |
| 145:22 | 145:25 | | 140:22 | 140:25 | |
| | | | 141:9 | 144:5 | |
| 146:2 | 146:25 | | | | |
| 147:2 | 147:6 | | | | |
| 148:2 | 148:25 | | 147:16 | 147:25 | |
| 149:2 | 149:25 | | | | |
| 150:2 | 150:16 | | | | |
| 150:19 | 150:25 | | | | |
| 151:2 | 151:3 | | | | |
| 151:6 | 151:19 | | | | |
| 152:3 | 152:6 | | 151:20 | 152:2 | |
| 152:9 | 152:21 | | 151:20 | 152:2 | |
| | | | 152:22 | 152:24 | |
| 153:20 | 153:25 | | | | |
| 154:2 | 154:17 | | 154:18 | 155:7 | |
| | | | 155:14 | 155:14 | |
| 156:7 | 156:17 | | 156:18 | 157:21 | |

| | | | | | |
|---|---|---|---|---|---|
| | | | 157:23 | 157:25 | |
| | | | 167:24 | 168:6 | |
| 163:19 | 163:25 | | | | |
| 164:2 | 164:14 | | 158:4 | 158:17 | |
| | | | 159:9 | 161:3 | |
| | | | 161:6 | 162:7 | |
| | | | 162:11 | 163:18 | |
| | | | 164:21 | 165:4 | |
| | | | 165:6 | 165:22 | |
| 165:23 | 165:25 | | | | |
| 166:2 | 166:25 | | | | |
| 167:2 | 167:16 | | 165:16 | 165:22 | |
| | | | 167:17 | 167:22 | |
| 168:13 | 168:16 | | 169:15 | 169:23 | |
| | | | 169:25 | 170:8 | |
| 170:9 | 170:14 | | | | |
| 173:9 | 173:25 | | 172:14 | 173:8 | |
| 174:2 | 174:25 | | 175:2 | 176:2 | |
| | | | 176:5 | 177:15 | |
| 178:15 | 178:21 | | 177:16 | 177:18 | |
| | | | 177:25 | 178:14 | |
| | | | 178:22 | 180:3 | |

| | | | | | |
|---|---|---|---|---|---|
| 182:3 | 182:13 | | 180:6 | 180:8 | |
| | | | 180:12 | 181:6 | |
| | | | 181:13 | 182:2 | |
| 183:4 | 183:12 | | 182:14 | 183:3 | |
| 183:14 | 183:19 | | 183:20 | 183:21 | |
| | | | 184:3 | 184:17 | |
| | | | 184:19 | 184:21 | |
| | | | 186:9 | 186:15 | |
| 191:21 | 191:25 | | 186:16 | 187:11 | |
| | | | 187:19 | 187:23 | |
| | | | 188:19 | 188:24 | |
| | | | 189:14 | 189:24 | |
| | | | 190:3 | 190:15 | |
| | | | 190:18 | 191:20 | |
| 192:2 | 192:16 | | 193:3 | 193:6 | |
| | | | 193:8 | 193:17 | |
| | | | 193:24 | 194:17 | |
| | | | 194:21 | 195:4 | |
| | | | 195:6 | 195:18 | |
| | | | 195:21 | 196:17 | |

| | | | 197:4 | 198:2 | |
|---|---|---|---|---|---|
| 200:18 | 200:25 | | 198:3 | 198:10 | |
| | | | 198:12 | 198:18 | |
| | | | 198:20 | 198:25 | |
| 201:2 | 201:20 | | 201:21 | 202:15 | |
| | | | 202:18 | 202:25 | |
| 207:8 | 207:16 | | 203:11 | 203:13 | |
| | | | 203:20 | 204:12 | |
| | | | 205:3 | 205:10 | |
| | | | 205:19 | 205:21 | |
| | | | 206:3 | 206:21 | |
| | | | 206:24 | 207:7 | |
| 210:11 | 210:20 | | 207:18 | 207:20 | |
| | | | 207:25 | 208:25 | |
| | | | 210:3 | 210:10 | |
| 210:22 | 210:25 | | | | |
| 211:2 | 211:18 | | 211:19 | 211:22 | |
| | | | 211:24 | 212:3 | |
| 212:4 | 212:8 | | 212:9 | 213:15 | |
| | | | 213:17 | 214:16 | |

| | | | | | |
|---|---|---|---|---|---|
| | | | 214:18 | 215:9 | |
| | | | 215:16 | 215:20 | |
| | | | 216:5 | 216:9 | |
| 219:16 | 219:25 | | 216:14 | 216:16 | |
| | | | 216:21 | 217:12 | |
| | | | 218:11 | 218:22 | |
| 220:2 | 220:10 | | | | |
| 220:14 | 220:20 | | 220:21 | 220:25 | |
| 221:12 | 221:24 | | 221:2 | 221:11 | |
| | | | 221:25 | 222:25 | |
| 223:2 | 223:25 | | 224:5 | 225:16 | |
| | | | 225:18 | 225:19 | |
| 224:2 | 224:3 | | 224:5 | 225:16 | |
| | | | 225:18 | 225:19 | |
| 227:22 | 227:25 | | 226:15 | 226:17 | |
| | | | 226:22 | 227:21 | |
| 228:2 | 228:15 | | | | |
| 235:6 | 235:25 | | 231:12 | 231:14 | |
| | | | 231:19 | 232:15 | |
| | | | 233:17 | 234:23 | |
| 236:2 | 236:4 | | 236:5 | 237:11 | |
| 239:4 | 239:15 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 239:17 | 239:25 | | | | |
| 240:2 | 240:3 | | 240:4 | 240:7 | |
| | | | 240:9 | 240:12 | |
| 240:13 | 240:23 | | 240:24 | 241:2 | |
| | | | 241:4 | 241:7 | |
| | | | 241:10 | 241:12 | |
| | | | 241:14 | 241:24 | |
| 242:18 | 242:25 | | 241:25 | 242:17 | |
| 243:2 | 243:2 | | 243:3 | 243:13 | |
| | | | 244:23 | 246:12 | |

| Matvey Lukashev January 24, 2019 | | | |
|---|---|---|---|
| **Plaintiffs' Designations** (to be filed 1/9/20) | | **Defendant's Objections to Designations** (to be filed 1/16/20) | **Defendant's Counter-Designations** (to be filed 1/9/20) | **Plaintiffs' Objections to Counter-Designations** (to be filed 1/16/20) |
| From | To | | From | To | |
| 9:10 | 9:12 | | | | |
| 22:2 | 22:8 | | 17:16 | 17:22 | |
| 26:12 | 26:25 | | 27:8 | 27:15 | |
| 27:2 | 27:2 | | 28:2 | 28:11 | |
| 27:16 | 27:25 | | 28:12 | 28:14 | |
| | | | 28:17 | 28:20 | |
| 28:21 | 28:25 | | | | |
| 29:2 | 29:2 | | 29:3 | 29:25 | |
| | | | 31:11 | 31:13 | |
| | | | 31:16 | 32:9 | |
| 33:2 | 33:6 | | 32:10 | 32:12 | |
| | | | 32:15 | 32:25 | |
| 33:9 | 33:19 | | 34:23 | 35:3 | |
| 35:18 | 35:24 | | 35:8 | 35:17 | |
| 37:9 | 37:20 | | 37:21 | 38:3 | |
| 38:8 | 38:10 | | | | |
| 38:12 | 38:25 | | | | |
| 39:2 | 39:2 | | 39:3 | 39:7 | |

| | | | | | |
|---|---|---|---|---|---|
| 55:13 | 55:20 | | 47:8 | 47:15 | |
| | | | 52:13 | 53:15 | |
| | | | 54:8 | 54:13 | |
| | | | 54:16 | 55:12 | |
| 66:3 | 66:25 | | | | |
| 67:2 | 67:5 | | 67:6 | 67:12 | |
| 67:13 | 67:17 | | | | |
| 68:4 | 68:16 | | | | |
| 106:9 | 106:12 | | 92:3 | 92:7 | |
| | | | 92:12 | 92:14 | |
| | | | 103:7 | 103:9 | |
| | | | 104:16 | 105:3 | |
| | | | 105:5 | 106:8 | |
| 134:11 | 134:16 | | 107:16 | 108:24 | |
| | | | 109:2 | 109:4 | |
| | | | 134:2 | 134:10 | |
| | | | 134:17 | 135:4 | |
| | | | 135:6 | 135:6 | |
| | | | 135:8 | 135:10 | |
| 136:9 | 136:14 | | 136:5 | 136:6 | |
| | | | 136:8 | 136:8 | |
| | | | 136:15 | 136:17 | |

| | | | | | |
|---|---|---|---|---|---|
| | | | 136:20 | 136:21 | |
| 147:22 | 147:25 | | 143:4 | 143:6 | |
| | | | 143:8 | 143:20 | |
| | | | 143:22 | 143:22 | |
| | | | 147:2 | 147:12 | |
| | | | 147:15 | 147:21 | |
| 148:3 | 148:5 | | 148:6 | 148:7 | |
| | | | 148:10 | 148:15 | |
| 157:23 | 157:25 | | 155:9 | 155:21 | |
| | | | 156:3 | 156:20 | |
| | | | 157:12 | 157:14 | |
| | | | 157:16 | 157:22 | |
| 158:3 | 158:8 | | 158:9 | 158:11 | |
| | | | 158:14 | 158:18 | |
| | | | 158:20 | 159:4 | |
| | | | 159:6 | 159:12 | |
| 175:3 | 175:15 | | 170:9 | 170:16 | |
| | | | 170:23 | 171:12 | |
| | | | 174:14 | 174:15 | |
| | | | 174:18 | 175:2 | |
| 182:20 | 182:25 | | 178:9 | 178:10 | |
| | | | 181:10 | 182:19 | |
| 183:2 | 183:13 | | | | |

| 184:6 | 184:9 | | 184:10 | 185:18 | |
|-------|-------|--|--------|--------|--|
| | | | 185:21 | 187:7 | |

| Tracey Dawson<br>January 30, 2019 | | | | | |
|---|---|---|---|---|---|
| **Plaintiffs' Designations** (to be filed 1/9/20) | | **Defendant's Objections to Designations** (to be filed 1/16/20) | **Defendant's Counter-Designations** (to be filed 1/9/20) | | **Plaintiffs' Objections to Counter-Designations** (to be filed 1/16/20) |
| From | To | | From | To | |
| 9:2 | 9:9 | | 8:23 | 8:25 | |
| 54:3 | 54:8 | | 51:10 | 51:12 | |
| | | | 51:15 | 51:18 | |
| | | | 52:4 | 52:7 | |
| | | | 52:15 | 53:2 | |
| | | | 53:6 | 53:7 | |
| | | | 102:13 | 103:2 | |
| 139:10 | 141:9 | | 138:18 | 138:23 | |
| | | | 141:10 | 141:11 | |
| | | | 141:15 | 141:25 | |
| | | | 142:5 | 143:13 | |
| | | | 143:18 | 143:23 | |
| | | | 144:4 | 144:4 | |
| 144:5 | 144:6 | | | | |
| 144:12 | 146:6 | | 147:10 | 147:12 | |

| | | | | | |
|---|---|---|---|---|---|
| | | | 147:16 | 147:17 | |
| 148:4 | 148:18 | | | | |
| 148:23 | 149:24 | | 149:25 | 150:8 | |
| | | | 150:13 | 150:17 | |
| | | | 152:23 | 152:24 | |
| | | | 153:6 | 154:14 | |
| | | | 154:21 | 155:7 | |
| | | | 155:12 | 155:23 | |
| 155:24 | 156:2 | | 156:5 | 156:5 | |
| 156:11 | 157:2 | | | | |
| 158:4 | 158:20 | | 158:21 | 158:24 | |
| | | | 159:6 | 159:9 | |

| Victoria Brown (Deposition I) December 14, 2018 | | | | | |
|---|---|---|---|---|---|
| **Plaintiffs' Designations** (to be filed 1/9/20) | | **Defendant's Objections to Designations** (to be filed 1/16/20) | **Defendant's Counter-Designations** (to be filed 1/9/20) | | **Plaintiffs' Objections to Counter-Designations** (to be filed 1/16/20) |
| From | To | | From | To | |
| 9:12 | 9:25 | | 10:2 | 10:21 | |
| 75:17 | 76:11 | | 73:23 | 74:3 | |
| | | | 73:16 | 73:19 | |
| | | | 76:12 | 76:14 | |
| 77:11 | 77:21 | | 77:22 | 77:23 | |
| | | | 78:3 | 78:12 | |
| 82:16 | 83:23 | | 79:5 | 79:11 | |
| | | | 81:10 | 81:14 | |
| | | | 81:24 | 82:15 | |
| | | | 83:24 | 84:3 | |
| 92:25 | 93:11 | | 93:12 | 93:23 | |
| 128:5 | 128:25 | | 127:24 | 128:4 | |
| | | | 129:2 | 129:5 | |
| | | | 129:7 | 131:4 | |
| 155:21 | 156:24 | | 145:7 | 145:18 | |
| | | | 154:15 | 154:17 | |
| | | | 154:19 | 154:19 | |
| | | | 156:25 | 157:6 | |

| | | | | | |
|---|---|---|---|---|---|
| 180:9 | 180:12 | | 180:13 | 180:16 | |
| 180:17 | 181:3 | | 181:4 | 181:8 | |
| 206:18 | 206:22 | | 207:19 | 208:4 | |
| 207:3 | 207:11 | | 207:19 | 208:4 | |
| 207:13 | 207:15 | | 207:17 | 207:17 | |
| | | | 207:19 | 208:4 | |
| 207:19 | 207:24 | | 207:25 | 208:4 | |
| 210:25 | 211:9 | | | | |
| 211:11 | 211:12 | | | | |
| 211:16 | 211:19 | | | | |
| 211:21 | 211:22 | | 211:24 | 212:10 | |
| 213:4 | 213:9 | | 213:10 | 213:20 | |
| 214:2 | 214:3 | | 214:4 | 214:5 | |
| 214:6 | 214:8 | | 214:9 | 214:13 | |
| 214:22 | 214:25 | | 215:2 | 215:22 | |

| Victoria Brown (Deposition II) February 8, 2019 | | | | | |
|---|---|---|---|---|---|
| **Plaintiffs' Designations** (to be filed 1/9/20) | | **Defendant's Objections to Designations** (to be filed 1/16/20) | **Defendant's Counter-Designations** (to be filed 1/9/20) | | **Plaintiffs' Objections to Counter-Designations** (to be filed 1/16/20) |
| From | To | | From | To | |
| 244:6 | 244:23 | | 241:13 | 241:23 | |
| | | | 245:3 | 245:8 | |
| 248:16 | 249:14 | | 249:15 | 249:20 | |
| 249:21 | 252:15 | | 253:6 | 255:9 | |
| 288:8 | 288:17 | | 288:18 | 289:9 | |
| 298:7 | 298:21 | | 296:11 | 296:17 | |
| | | | 296:22 | 296:23 | |
| | | | 297:10 | 298:6 | |
| | | | 298:22 | 299:14 | |
| 315:14 | 316:23 | | 314:4 | 314:23 | |
| | | | 315:6 | 315:13 | |
| 317:11 | 317:19 | | | | |
| 320:4 | 320:16 | | 316:24 | 317:10 | |
| | | | 320:2 | 320:3 | |
| | | | 320:17 | 321:2 | |
| 322:7 | 322:14 | | 322:2 | 322:6 | |

| 341:22 | 342:9 | | 342:10 | 342:21 | |
|--------|-------|---|--------|--------|---|
| 351:19 | 352:4 | | | | |
| 406:18 | 407:4 | | 407:5 | 407:22 | |
| | | | 408:17 | 408:21 | |

| Hans-Peter Strebel January 29, 2019 (Day 1) | | | | | |
|---|---|---|---|---|---|
| Plaintiffs' Designations | | Defendant's Objections to Designations | Defendant's Counter-Designations | | Plaintiffs' Objections to Counter-Designations |
| From | To | | From | To | |
| 13:5 | 13:8 | | | | |
| 22:10 | 24:11 | | | | |
| 28:3 | 29:2 | | | | |
| 29:10 | 29:12 | | | | |
| 29:16 | 29:17 | | | | |
| 32:7 | 33:9 | | | | |
| 34:13 | 34:15 | | | | |
| 34:17 | 34:20 | | | | |
| 34:25 | 35:2 | | | | |
| 35:10 | 35:15 | | | | |
| 36:9 | 36:19 | | | | |
| 36:25 | 37:7 | | | | |
| 37:10 | 37:14 | | | | |
| 37:17 | 37:20 | | | | |
| 42:13 | 42:20 | | | | |
| 42:24 | 43:2 | | | | |
| 43:13 | 43:15 | | | | |
| 44:11 | 44:15 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 45:21 | 45:22 | | | | |
| 45:25 | 46:7 | | | | |
| 53:13 | 53:16 | | | | |
| 53:19 | 53:22 | | | | |
| 57:6 | 57:13 | | | | |
| 57:15 | 57:15 | | | | |
| 57:18 | 58:10 | | | | |
| 58:13 | 58:18 | | | | |
| 59:2 | 59:7 | | | | |
| 60:3 | 60:13 | | | | |
| 60:16 | 60:22 | | | | |
| 61:5 | 61:6 | | | | |
| 64:12 | 65:7 | | | | |
| 65:10 | 65:10 | | | | |
| 65:18 | 65:22 | | | | |
| 65:24 | 65:24 | | | | |
| 70:9 | 70:12 | | | | |
| 71:16 | 71:20 | | | | |
| 73:11 | 73:21 | | | | |
| 106:19 | 106:22 | | | | |
| 112:9 | 113:18 | | | | |

| Hans-Peter Strebel January 30, 2019 (Day 2) | | | | | |
|---|---|---|---|---|---|
| Plaintiffs' Designations | | Defendant's Objections to Designations | Defendant's Counter-Designations | | Plaintiffs' Objections to Counter-Designations |
| 154:25 | 155:12 | | | | |

January 9, 2020

Of Counsel:

James B. Monroe
Sanya Sukduang
Paul W. Browning
Laura M. Masurovsky
Eric J. Fues
Li Feng
Andrew E. Renison
Aaron G. Clay
Jeanette M. Roorda
John E. Nappi
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413
(202) 408-4000

Respectfully submitted,
*/s/ Sandra K. Law*
James F. Companion, Esq. (#790)
Sandra K. Law (#6071)
Frank X. Duff (#1065)
Schrader Companion Duff & Law, PLLC
401 Main Street
Wheeling, WV  26003
Phone: (304)233-3390
Fax: (304)233-2769
jfc@schraderlaw.com
skl@schraderlaw.com
fxd@schraderlaw.com

*Attorneys for Plaintiffs Biogen*
*International GmbH and Biogen MA Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of January, 2020, I electronically filed a true and correct copy of "**PLAINTIFFS' DEPOSITION DESIGNATIONS WITH DEFENDANT'S COUNTER-DESIGNATIONS**" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Gordon H. Copland (#828)
William J. O'Brien (#10549)
Steptoe & Johnson, PLLC
400 White Oaks Blvd.
Bridgeport, WV  26330
gordon.copland@steptoe-johnson.com
william.obrien@steptoe-johnson.com

David L. Anstaett
Emily J. Greb
Perkins Coie LLP
1 East Main St., Ste. 201
Madison, WI  53703
DAnstaett@perkinscoie.com
EGreb@perkinscoie.com

Shannon M. Bloodworth
Brandon M. White
Perkins Coie LLP
700 13th Street, NW, Ste. 600
Washington, DC  20005
SBloodworth@perkinscoie.com
BMWhite@perkinscoie.com

Courtney M. Prochnow
Perkins Coie LLP
633 W. 5th Street, Ste. 5850
Los Angeles, CA  90071-1539
CProchnow@perkinscoie.com

Schrader Companion Duff & Law, PLLC

*/s/ Sandra K. Law*
James F. Companion, Esq. (#790)
Sandra K. Law (#6071)
Frank X. Duff (#1065)
Schrader Companion Duff & Law, PLLC
401 Main Street
Wheeling, WV  26003
Phone: (304)233-3390
Fax: (304)233-2769
jfc@schraderlaw.com
skl@schraderlaw.com
fxd@schraderlaw.com