IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 17-cv-116-IMK |

## MYLAN'S DEPOSITION DESIGNATIONS AND BIOGEN'S COUNTER DESIGNATIONS

Pursuant to Paragraph 15 of the Scheduling Order (D.I. 56) ("the Scheduling Order"), Defendant's deposition designations and Plaintiffs' counter-designations are shown below.  Also pursuant to Paragraph 15 of the Scheduling Order, any objection to any proposed testimony will be separately filed by January 16, 2020.  Mylan reserves the right to use at trial any and all deposition designations and counter designations submitted by either party as part of the Pretrial Order. Biogen reserves the right to use at trial any and all deposition designations and counter designations submitted by either party as part of the Pretrial Order.

1

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Carmen Bozic December 10, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 10:22-24 | | | |
| 13:23-14:12 | | | |
| 21:15-17 | | | |
| 22:10-14 | | | |
| 28:10-29:15 | | | |
| 29:19-23 | | | |
| 30:13-18 | | | |
| 30:20-31:19 | | | |
| 32:2-22 | | | |
| 33:22-35:3 | | | |
| 35:6-38:6 | | | |
| 38:8-40:16 | | | |
| 40:20-41:19 | | 41:20-41:21 | |
| 41:22-43:4 | | | |
| 43:6-24 | | | |
| 44:2-8 | | | |
| 44:10-12 | | | |
| 44:16-45:14 | | | |
| 46:2-17 | | | |
| 46:25-47:10 | | | |
| 47:12-48:14 | | 48:15-48:17 | |
| 48:18-49:10 | | | |
| 49:13-18 | | | |
| 49:24-50:5 | | | |
| 50:8-52:13 | | | |
| 52:16-54:4 | | 54:5-54:9 | |
| 54:10-14 | | | |
| 57:9-58:23 | | | |
| 59:13-60:2 | | | |
| 60:8-13 | | | |

2

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Carmen Bozic<br>December 10, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 62:12-20 | | | |
| 62:24-63:14 | | | |
| 63:17-64:25 | | | |
| 65:16-17 | | | |
| 65:19-66:23 | | | |
| 66:25-67:10 | | | |
| 67:13-17 | | | |
| 68:2-10 | | | |
| 69:13-21 | | | |
| 69:24-71:21 | | 71:22-71:23 | |
| 72:25-73:21 | | | |
| 73:23-74:6 | | 74:12-74:13 | |
| 74:14-75:9 | | | |
| 75:11-76:11 | | | |
| 76:14-77:13 | | 77:20-77:21 | |
| 77:22-79:12 | | 79:13-79:16 | |
| 79:19-80:15 | | | |
| 80:17-21 | | 80:22-80:24 | |
| 80:25-81:11 | | 81:12-81:13<br>81:15 | |
| 82:3-13 | | | |
| 82:15-83:4 | | | |
| 83:13-20 | | 85:15-85:16<br>85:19-85:22 | |
| 83:23-84:7 | | 85:15-85:16<br>85:19-85:22 | |
| 85:8-11 | | | |
| 85:14 | | | |
| 85:23-25 | | 86:6-86:7 | |
| 86:8-87:4 | | 87:5-87:10 | |
| 87:11-20 | | | |
| 87:22-25 | | | |
| 88:5-9 | | | |

3

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Carmen Bozic December 10, 2018 | | | |
|---|---|---|---|
| Mylan's Designation | Plaintiffs' Objection(s) | Plaintiffs' Counter-Designation | Mylan's Objection(s) to Plaintiffs' Counter-Designation |
| 88:16-18 | | 88:23-89:2 | |
| 89:3-17 | | 89:18-89:23 | |
| 90:5-21 | | 90:22-90:23 | |
| 90:24-91:9 | | | |
| 91:14-20 | | | |
| 92:2-14 | | | |
| 92:22-93:6 | | | |
| 93:18-94:8 | | | |
| 94:11-20 | | | |
| 94:23-95:21 | | | |
| 95:24-25 | | | |
| 96:12-20 | | | |
| 96:22-25 | | 97:6-97:13 | |
| 97:14-98:16 | | | |
| 98:23-99:7 | | 99:8-99:10 | |
| 99:11-17 | | 99:18-99:20 | |
| 101:18-102:2 | | 102:3-102:5 102:9-102:12 | |
| 106:19-21 | | | |
| 106:24-107:10 | | 107:11-107:17 | |
| 107:18-109:16 | | | |
| 109:19-21 | | | |
| 109:23-25 | | | |
| 110:6-111:16 | | | |
| 112:9-114:11 | | | |
| 114:13-115:7 | | | |
| 115:10-116:3 | | | |
| 116:5-12 | | | |
| 116:15-17 | | | |
| 116:25-118:15 | | 116:22-116:24 | |
| 118:25-119:4 | | | |
| 120:10-22 | | | |
| 121:10-18 | | 121:19-23 | |

4

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Carmen Bozic<br>December 10, 2018 | | | |
|---|---|---|---|
| **Mylan's<br>Designation** | **Plaintiffs'<br>Objection(s)** | **Plaintiffs' Counter-<br>Designation** | **Mylan's Objection(s)<br>to Plaintiffs' Counter-<br>Designation** |
| 122:24-124:13 | | | |
| 124:15-19 | | 124:20-22<br>124:25-125:4 | |
| 126:9-25 | | | |
| 127:3-13 | | 127:2 | |
| 128:5-129:3 | | 129:4-129:7 | |
| 129:8-12 | | 129:13-129:23 | |
| 131:18-132:10 | | 132:11-132:18 | |
| 132:19-133:10 | | | |
| 133:12-21 | | 133:22-133:25 | |
| 134:9-14 | | | |
| 134:16-135:3 | | | |
| 135:6-8 | | 135:13-135:15 | |
| 135:16-24 | | | |
| 136:2-137:9 | | | |
| 137:11-138:4 | | | |
| 138:11-22 | | | |
| 138:25-140:6 | | | |
| 140:13-19 | | | |
| 140:22-25 | | 141:6-141:8 | |
| 141:9-142:18 | | | |
| 143:13-18 | | 143:19-144:5<br>144:9-144:15 | |
| 144:18-145:11 | | | |
| 145:24-146:2 | | | |
| 146:4-20 | | | |
| 154:18-155:7 | | | |
| 155:11-14 | | | |
| 156:7-157:7 | | | |
| 157:9-21 | | | |
| 157:23-25 | | 158:6-158:8 | |
| 158:9-160:7 | | 160:8-160:19 | |
| 161:18-162:7 | | | |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Carmen Bozic December 10, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 162:18-25 | | | |
| 168:13-16 | | | |
| 169:15-170:14 | | | |
| 170:18-171:3 | | | |
| 171:5-173:8 | | | |
| 175:9 | | | |
| 175:12-176:2 | | | |
| 176:5-17 | | | |
| 176:19-177:18 | | | |
| 177:21-22 | | | |
| 177:25-179:24 | | | |
| 180:6-8 | | | |
| 180:13-181:2 | | | |
| 181:13-182:25 | | 182:20-183:3 | |
| 185:12-14 | | | |
| 186:21-187:11 | | 186:16-186:20 | |
| 187:19-188:5 | | 188:6-188:8 188:10-188:11 | |
| 188:19-24 | | 189:21-189:24 190:3-190:5 | |
| 203:2-5 | | 202:12-202:15 202:18-202:25 | |
| 203:11-13 | | | |
| 203:19-204:12 | | | |
| 204:21-23 | | | |
| 205:3-15 | | 206:8-206:16 | |
| 207:18-20 | | 207:25-208:2 | |
| 208:3-25 | | 209:2-209:7 | |
| 209:18-210:2 | | | |
| 211:19-22 | | | |
| 211:24-213:2 | | | |
| 213:12-15 | | | |
| 213:17-22 | | | |

6

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Carmen Bozic December 10, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 213:24-214:13 | | | |
| 214:15-215:9 | | 215:10-215:15 | |
| 215:21-24 | | 215:25-216:4 | |
| 216:5-9 | | | |
| 216:14-16 | | | |
| 216:20-217:12 | | | |
| 218:3-22 | | | |
| 219:12-220:10 | | | |
| 220:14-222:25 | | | |
| 224:5-7 | | 224:12-224:13 | |
| 224:14-225:16 | | | |
| 225:18-19 | | | |
| 226:15-17 | | | |
| 226:22-227:18 | | | |
| 230:9-11 | | | |
| 230:16-231:10 | | | |
| 231:12-14 | | | |
| 231:19-233:8 | | | |
| 233:17-234:12 | | | |
| 236:5-237:6 | | | |
| 244:17-246:12 | | | |

7

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Victoria Brown December 14, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 9:13-10:5 | | | |
| 10:18-21 | | | |
| 14:18-21 | | | |
| 15:3-12 | | | |
| 16:15-19 | | | |
| 16:23-17:2 | | | |
| 17:6-11 | | | |
| 22:8-15 | | | |
| 26:21-27:18 | | | |
| 47:17-49:19 | | | |
| 50:15-51:2 | | | |
| 52:21-56:5 | | | |
| 56:14-57:12 | | | |
| 58:12-18 | | | |
| 58:21-24 | | | |
| 59:11-25 | | | |
| 60:24-61:7 | | | |
| 61:24-62:4 | | | |
| 64:10-13 | | | |
| 64:19-23 | | | |
| 65:10-12 | | | |
| 65:16-66:5 | | | |
| 69:10-11 | | | |
| 69:15-70:9 | | | |
| 74:9-15 | | | |
| 75:17-77:21 | | | |
| 104:3-15 | | | |
| 104:18-21 | | | |
| 105:6-107:13 | | | |

8

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Victoria Brown December 14, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 108:7-13 | | | |
| 115:19-116:3 | | | |
| 116:6-11 | | | |
| 117:11-18 | | | |
| 129:2-5 | | | |
| 129:7-13 | | | |
| 152:17-20 | | 153:22-153:25 | |
| 159:17-160:4 | | | |
| 160:9-14 | | 160:22-160:24 | |
| 162:14-17 | | | |
| 164:24-165:9 | | 165:10-165:14 | |
| 165:15-18 | | | |
| 169:22-25 | | | |
| 180:7-12 | | | |
| 192:9-16 | | | |
| 193:8-14 | | | |
| 193:18-195:10 | | | |

9

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Victoria Brown February 8, 2019 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 244:6-23 | | | |
| 245:9-246:6 | | | |
| 247:4-13 | | | |
| 250:11-17 | | | |
| 251:23-252:15 | | | |
| 253:6-254:23 | | | |
| 257:6-9 | | | |
| 258:15-259:6 | | | |
| 259:21-24 | | | |
| 263:10-18 | | | |
| 264:3-13 | | | |
| 284:5-287:25 | | | |
| 288:6-289:9 | | | |
| 293:8-17 | | | |
| 297:23-298:21 | | | |
| 300:16-302:2 | | | |
| 302:18-303:14 | | | |
| 303:23-304:6 | | | |
| 305:3-13 | | | |
| 306:13-308:22 | | | |
| 309:4-311:13 | | | |
| 315:14-316:13 | | | |
| 318:17-23 | | | |
| 319:18-321:19 | | | |
| 322:7-14 | | | |
| 323:5-324:2 | | | |
| 324:11-326:19 | | | |
| 327:21-328:5 | | | |
| 328:13-24 | | | |
| 334:7-335:3 | | | |
| 335:13-336:11 | | | |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Victoria Brown February 8, 2019 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 336:18-340:3 | | | |
| 340:7-341:9 | | | |
| 344:12-18 | | | |
| 345:16-346:4 | | | |
| 349:12-351:4 | | | |
| 352:21-353:4 | | | |
| 354:16-23 | | | |
| 355:4-17 | | | |
| 356:6-8 | | | |
| 356:15-23 | | | |
| 358:11-16 | | | |
| 359:6-360:12 | | | |
| 361:2-362:3 | | | |
| 362:12-363:18 | | | |
| 363:23-364:4 | | | |
| 364:14-16 | | | |
| 367:14-17 | | | |
| 368:5-19 | | | |
| 369:24-370:6 | | | |
| 370:15-372:8 | | | |
| 372:21-24 | | | |
| 373:10-374:2 | | | |
| 374:10-25 | | | |
| 383:21-384:15 | | | |
| 389:9-390:5 | | | |
| 390:11-23 | | | |
| 391:3-392:13 | | | |
| 392:18-393:3 | | | |
| 398:10-12 | | | |
| 398:15-20 | | | |
| 398:23-399:15 | | | |
| 399:22-400:3 | | | |
| 403:23-405:14 | | | |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Victoria Brown<br>February 8, 2019 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 406:16-407:22 | | | |

12

| Tracey Dawson January 30, 2019 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 8:23-25 | | | |
| 9:7-9 | | | |
| 35:19-36:8 | | | |
| 42:11-18 | | | |
| 44:5-10 | | | |
| 45:21-25 | | | |
| 46:7-18 | | | |
| 49:3-18 | | | |
| 50:24-51:12 | | | |
| 51:15-18 | | | |
| 52:4-7 | | | |
| 52:15-53:4 | | | |
| 53:18-54:13 | | | |
| 58:18-60:3 | | | |
| 60:8-18 | | | |
| 60:22 | | | |
| 65:11-66:10 | | | |
| 68:15-70:5 | | | |
| 70:9-14 | | | |
| 72:18-74:15 | | | |
| 75:3-5 | | | |
| 76:22-25 | | | |
| 79:15-24 | | | |
| 80:4-8 | | | |
| 80:10-14 | | | |
| 80:19-23 | | | |
| 90:16-18 | | 90:19-90:21 90:24-91:2 | |
| 93:5-7 | | | |
| 93:11-17 | | | |
| 93:21-95:12 | | | |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Tracey Dawson January 30, 2019 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 95:17 | | | |
| 98:22-24 | | 99:3-99:4 99:9 | |
| 122:9-124:2 | | | |
| 138:18-23 | | | |
| 141:10-11 | | | |
| 141:15-19 | | | |
| 141:23-25 | | | |
| 142:5-7 | | | |
| 143:21-23 | | | |
| 144:4 | | | |
| 146:7-13 | | 146:14-146:20 146:25-147:9 | |
| 148:4-18 | | | |
| 148:23-149:7 | | | |
| 150:13-17 | | | |
| 152:23-24 | | | |
| 153:6-21 | | | |
| 154:2-14 | | | |
| 154:21-155:5 | | | |
| 155:14-156:2 | | | |
| 156:5 | | | |
| 156:11-157:2 | | | |
| 158:8-24 | | | |
| 159:6-9 | | | |

14

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Cara Lansden November 14, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 16:7-8 | | | |
| 23:3-5 | | | |
| 23:17-26:3 | | | |
| 26:12-27:7 | | 28:6-28:10 | |
| 27:25-28:5 | | | |
| 34:9-37:6 | | | |
| 37:9-10 | | | |
| 37:12-38:17 | | | |
| 38:20-21 | | | |
| 38:23-41:9 | | | |
| 41:23-42:7 | | | |
| 44:14-25 | | | |
| 45:6-7 | | | |
| 45:9-19 | | | |
| 45:22-46:12 | | | |
| 46:14-47:10 | | | |
| 47:13-14 | | | |
| 47:16-49:11 | | | |
| 49:14-18 | | | |
| 49:20-24 | | | |
| 50:5-8 | | | |
| 50:11-13 | | | |
| 51:18-54:13 | | | |
| 54:15-55:5 | | | |
| 57:12-21 | | | |
| 58:2-14 | | | |
| 59:12-60:3 | | 59:2-59:6 59:9-59:10 | |
| 60:6-9 | | | |
| 60:11-61:14 | | 61:15-61:18 61:21-61:22 | |
| 62:12-15 | | | |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Cara Lansden November 14, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 62:24-63:24 | | | |
| 64:2-65:18 | | 65:19-65:21 | |
| 65:22-66:5 | | 66:13-66:17 | |
| | | 66:19-66:24 | |
| 66:8-11 | | 66:13-66:17 | |
| | | 66:19-66:24 | |
| 67:2-11 | | 67:12-67:14 | |
| | | 67:17-67:19 | |
| 68:24-69:3 | | | |
| 69:10-16 | | 69:17-69:19 | |
| 69:20-70:13 | | 70:14-70:19 | |
| 70:20-22 | | | |
| 71:8-11 | | 71:23-72:3 | |
| 72:4-73:4 | | 73:5 | |
| | | 73:7-73:10 | |
| 73:12-74:16 | | 74:17-75:4 | |
| 75:5-9 | | 75:10-75:15 | |
| | | 75:18-75:19 | |
| 75:21-76:11 | | 76:12-76:16 | |
| 76:17-77:3 | | 77:4-77:6 | |
| | | 77:9-77:11 | |
| 77:17-24 | | 77:25-78:4 | |
| | | 78:7-78:13 | |
| 78:14-23 | | 78:24-79:5 | |
| 79:6-11 | | | |
| 79:14-24 | | 81:3-81:6 | |
| | | 81:9-81:12 | |
| 81:14-82:4 | | 82:14-82:17 | |
| 82:18-83:15 | | 83:16-84:9 | |
| 84:10-16 | | 84:17-84:20 | |
| 84:21-23 | | 84:24-85:2 | |
| 85:7-21 | | 86:2-86:7 | |
| 86:8-87:8 | | | |
| 88:9-21 | | 88:22-88:25 | |
| 90:3-8 | | 90:13-91:3 | |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Cara Lansden November 14, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 91:21-93:8 | | | |
| 93:17-23 | | 93:24-93:25 | |
| 94:2-5 | | | |
| 94:25-95:3 | | 95:4-95:5 | |
| 95:22-96:2 | | 96:3-96:5 | |
| | | 96:8-96:10 | |
| 96:16-97:25 | | 98:2-98:7 | |
| 98:8-12 | | 98:13-98:15 | |
| 99:10-11 | | | |
| 100:6-8 | | | |
| 100:16-25 | | | |
| 101:8-102:6 | | | |
| 102:8-12 | | | |
| 102:14-105:5 | | | |
| 105:9-106:5 | | | |
| 106:10-16 | | | |
| 106:18-108:2 | | | |
| 108:4-109:9 | | | |
| 109:12-20 | | | |
| 109:22-112:20 | | | |
| 112:23-113:2 | | | |
| 113:4-117:7 | | | |
| 117:16-19 | | | |
| 117:21-119:9 | | | |
| 119:21-23 | | | |
| 120:14-121:25 | | | |
| 127:17-20 | | | |
| 128:2-21 | | | |
| 130:5-17 | | | |
| 130:22-131:5 | | | |
| 132:3-8 | | 132:9-132:11 | |
| 133:4-7 | | 133:8-133:9 | |
| 133:10-135:3 | | 135:4-135:7 | |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Cara Lansden November 14, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 135:8-24 | | | |
| 137:25-138:4 | | 138:7-138:9 | |
| 138:10-140:20 | | | |
| 141:2-11 | | 141:12-141:17 | |
| 142:15-143:16 | | 143:17-143:21 | |
| 143:22-145:3 | | | |
| 145:7-12 | | | |
| 145:15-21 | | 145:23-146:3 | |
| 146:17-147:7 | | | |
| 147:10-16 | | | |
| 149:13-15 | | | |
| 149:19-21 | | | |
| 150:9-11 | | | |
| 150:13-16 | | | |
| 150:18-154:6 | | 154:7-154:23 | |
| 159:2-4 | | 159:7-159:11 | |
| 159:17-18 | | | |
| 159:20-160:20 | | | |
| 161:2-4 | | 161:5-161:7 | |
| 161:8-20 | | | |
| 161:24-162:2 | | | |
| 162:4-8 | | 162:9-162:13 162:17-162:22 | |
| 163:7-10 | | 163:13-163:15 | |
| 163:16-164:21 | | 164:22-165:2 | |
| 165:3-7 | | | |
| 165:12-20 | | 165:21-165:22 | |
| 166:21-167:4 | | | |
| 167:7-14 | | | |
| 167:16-18 | | | |
| 167:21-23 | | | |
| 167:25-169:23 | | | |
| 170:3-4 | | | |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Cara Lansden<br>November 14, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 170:7-11 | | | |
| 170:13-21 | | | |
| 170:24-171:25 | | | |
| 172:21-173:6 | | | |
| 173:9-11 | | | |
| 173:13-175:24 | | | |
| 176:3-14 | | | |
| 176:21-24 | | | |
| 177:2-14 | | | |
| 178:3-23 | | | |
| 179:5-6 | | | |
| 179:10-13 | | 179:15-179:17 | |
| 179:18-180:22 | | 180:23-180:25 | |
| 181:2-7 | | 181:8-181:9<br>181:12-181:16 | |
| 181:20-182:8 | | 182:9-12<br>182:13-182:23 | |
| 182:24-183:3 | | | |
| 183:9-11 | | | |
| 183:20-22 | | 183:24-183:25<br>184:7-184:8 | |
| 184:10-185:3 | | 185:4-185:5<br>185:8-185:17 | |
| 185:18-22 | | | |
| 186:14-16 | | | |
| 186:22-188:10 | | | |
| 188:13-18 | | | |
| 189:16-24 | | 189:25-190:5 | |
| 190:6-13 | | | |
| 190:25-191:9 | | | |
| 191:16-192:11 | | | |
| 193:17-20 | | | |
| 193:22-194:20 | | | |
| 195:3-20 | | | |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Cara Lansden<br>November 14, 2018 | | | |
|---|---|---|---|
| **Mylan's<br>Designation** | **Plaintiffs'<br>Objection(s)** | **Plaintiffs' Counter-<br>Designation** | **Mylan's Objection(s)<br>to Plaintiffs' Counter-<br>Designation** |
| 195:23-24 | | | |
| 196:2 | | | |
| 196:12-197:12 | | | |
| 197:25-199:4 | | | |
| 199:7-10 | | | |
| 199:12-200:18 | | | |
| 200:25-201:2 | | | |
| 201:8-202:22 | | | |
| 203:15-204:9 | | | |
| 204:12-14 | | | |
| 204:25-205:8 | | | |
| 205:19-23 | | | |
| 206:2-5 | | | |
| 206:7-10 | | | |
| 208:3-6 | | | |
| 208:11-209:17 | | | |
| 209:21-22 | | | |
| 209:24-211:4 | | | |
| 211:10-16 | | | |
| 211:19-24 | | | |
| 212:2-213:7 | | | |
| 213:12-214:22 | | | |
| 214:25-215:20 | | | |
| 216:3-6 | | | |
| 216:9-217:25 | | | |
| 218:6-15 | | | |
| 220:5-11 | | | |
| 220:15-21 | | | |
| 221:8-16 | | | |
| 221:18-19 | | | |
| 222:3-224:16 | | | |
| 224:19-22 | | | |
| 224:24-225:25 | | | |

20

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Cara Lansden November 14, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 226:10-12 | | | |
| 226:15-25 | | | |
| 227:6-10 | | | |
| 227:15-230:14 | | | |
| 230:22-23 | | | |
| 223:25-231:9 | | | |
| 231:12-233:20 | | | |
| 234:3-5 | | | |
| 234:8-235:22 | | | |
| 236:21-23 | | | |
| 237:3-238:19 | | | |
| 238:22-24 | | | |
| 239:2-7 | | | |
| 239:13-240:4 | | | |
| 240:17-19 | | | |
| 240:21-241:25 | | | |
| 243:20-23 | | | |
| 244:2-245:25 | | | |
| 246:4-6 | | | |
| 246:8-250:23 | | | |
| 251:2-5 | | | |
| 251:7-18 | | | |
| 252:25-253:9 | | | |
| 253:12-254:16 | | | |
| 258:7-25 | | | |
| 260:10-25 | | | |
| 261:18-263:14 | | | |
| 263:17-18 | | | |
| 263:20-23 | | | |
| 264:3-17 | | | |
| 264:21-266:4 | | | |
| 266:7-8 | | | |
| 266:10-23 | | | |

21

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Cara Lansden November 14, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 266:25-267:3 | | | |
| 267:5-9 | | | |
| 268:16-270:18 | | | |
| 270:21 | | | |
| 271:4-272:2 | | | |
| 272:17-22 | | | |
| 272:25-273:3 | | | |
| 273:5-16 | | | |
| 274:6-10 | | 274:11-274:14 | |
| 274:15-276:23 | | 276:24-277:2 | |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Matvey Lukashev January 24, 2019 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 9:10-15 | | | |
| 16:13-16 | | | |
| 17:7-12 | | | |
| 18:16-18 | | | |
| 18:20-19:6 | | | |
| 19:20-22 | | | |
| 22:2-16 | | | |
| 24:15-25:6 | | | |
| 26:13-27:2 | | | |
| 27:8-15 | | | |
| 28:12-14 | | | |
| 28:17-29:14 | | 29:15-29:17 29:20-29:25 | |
| 31:20-32:12 | | | |
| 32:15-33:6 | | | |
| 33:9-19 | | | |
| 34:23-35:7 | | | |
| 35:18-24 | | | |
| 37:9-38:5 | | | |
| 38:7-38:10 | | | |
| 38:12-39:7 | | | |
| 39:11-40:8 | | | |
| 40:17-19 | | 40:20-41:14 | |
| 41:15-42:9 | | 43:3-43:4 43:7-43:11 | |
| 43:19-44:2 | | | |
| 48:9-49:8 | | | |
| 49:13-50:13 | | 50:14-50:20 | |
| 57:7-58:13 | | 60:8-60:11 | |
| 59:15-17 | | | |
| 62:7-18 | | | |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Matvey Lukashev<br>January 24, 2019 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 63:16-64:20 | | 63:11-63:15 | |
| 65:6-9 | | | |
| 88:22-89:16 | | 89:20-89:24 | |
| 92:2-14 | | | |
| 94:9-24 | | | |
| 96:7-19 | | | |
| 96:22-98:18 | | | |
| 98:25-100:6 | | | |
| 100:9-20 | | | |
| 101:17-21 | | | |
| 102:4-9 | | | |
| 102:12-23 | | | |
| 102:25-103:25 | | | |
| 104:4-6 | | | |
| 104:16-105:3 | | | |
| 105:5-13 | | | |
| 106:3-12 | | | |
| 107:16-108:24 | | | |
| 109:2-9 | | | |
| 111:3-112:2 | | | |
| 112:4-15 | | | |
| 112:17-113:4 | | | |
| 113:6-11 | | | |
| 113:14-20 | | | |
| 113:23-115:20 | | | |
| 116:4-17 | | | |
| 117:2-14 | | | |
| 117:16-17 | | | |
| 118:2-5 | | | |
| 118:9-119:15 | | | |
| 119:17-23 | | | |
| 121:4-22 | | | |
| 122:4-25 | | | |

24

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Matvey Lukashev<br>January 24, 2019 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 123:3-6 | | | |
| 123:8-25 | | | |
| 124:2-18 | | | |
| 124:20-25 | | 125:5-125:10 | |
| 125:4 | | 125:5-125:10 | |
| 125:11-126:18 | | | |
| 126:20-18 | | | |
| 126:20-127:19 | | | |
| 127:22-128:5 | | | |
| 129:4-15 | | | |
| 129:18-130:5 | | 130:6-130:11<br>130:13-130:18<br>130:21-131:2 | |
| 131:3-132:2 | | | |
| 132:24-135:4 | | 137:21-137:23<br>137:25-138:4 | |
| 135:6 | | | |
| 135:8-10 | | | |
| 137:15-20 | | | |
| 138:13-19 | | | |
| 139:3-10 | | | |
| 139:22-140:5 | | | |
| 141:11-25 | | 142:6-142:8<br>142:10-142:14 | |
| 142:4-5 | | 142:6-142:8<br>142:10-142:14 | |
| 142:15-18 | | | |
| 142:25-143:3 | | 143:4-143:6<br>143:8-143:18<br>143:23-143:25<br>144:3-144:6 | |
| 145:15-146:2 | | | |
| 147:2-12 | | | |
| 147:15-25 | | | |

25

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Matvey Lukashev January 24, 2019 | | | |
|---|---|---|---|
| Mylan's Designation | Plaintiffs' Objection(s) | Plaintiffs' Counter-Designation | Mylan's Objection(s) to Plaintiffs' Counter-Designation |
| 148:3-5 | | | |
| 148:18-149:12 | | | |
| 155:9-21 | | | |
| 157:19-22 | | 158:9-158:11 158:14-158:16 | |
| 158:17-18 | | | |
| 158:20-159:4 | | | |
| 159:6-12 | | | |
| 163:4-23 | | | |
| 164:3-6 | | | |
| 164:16-165:9 | | | |
| 165:12-20 | | | |
| 166:11-167:2 | | | |
| 167:10-17 | | | |
| 168:14-15 | | | |
| 168:17-22 | | | |
| 168:24-169:8 | | | |
| 170:9-14 | | | |
| 170:23-171:12 | | | |
| 171:16-172:21 | | | |
| 174:14-15 | | | |
| 174:18-176:13 | | | |
| 178:11-13 | | | |
| 179:4-14 | | | |
| 184:6-185:18 | | | |
| 185:21-187:3 | | | |
| 190:24-191:15 | | 191:16-191:18 191:20-192:3 | |
| 202:2-9 | | | |
| 203:7-11 | | | |
| 205:5-206:16 | | | |
| 206:18-207:11 | | | |
| 207:13-208:25 | | | |

26

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Matvey Lukashev January 24, 2019 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 209:4-19 | | 209:20-209:25 | |
| | | 213:10-213:15 | |
| 210:2-3 | | | |
| 210:6 | | | |
| 210:8-17 | | | |
| 210:19-211:8 | | | |
| 213:16-19 | | 214:8-214:11 | |
| | | 214:13-214:15 | |
| 213:21-22 | | 214:8-214:11 | |
| | | 214:13-214:15 | |
| 214:19-215:13 | | 215:14-215:15 | |
| 218:24-220:8 | | | |
| 221:20-222:2 | | | |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Tammy Sarnelli<br>December 5, 2018 | | | |
|---|---|---|---|
| **Mylan's<br>Designation** | **Plaintiffs'<br>Objection(s)** | **Plaintiffs' Counter-<br>Designation** | **Mylan's Objection(s)<br>to Plaintiffs' Counter-<br>Designation** |
| 10:3-4 | | 10:7-10:10 | |
| 18:21-23 | | | |
| 20:8-9 | | | |
| 22:6-13 | | | |
| 23:20-24 | | | |
| 24:5-10 | | | |
| 27:2-16 | | | |
| 36:20-22 | | | |
| 36:25-37:2 | | 37:5-37:8 | |
| 37:9-11 | | | |
| 37:17-18 | | 37:19-37:24 | |
| | | 38:4-38:7 | |
| 38:8-15 | | | |
| 38:19-25 | | 39:2-39:6 | |
| 39:7-40:13 | | | |
| 41:2-42:14 | | 42:15-43:3 | |
| | | 43:18-44:12 | |
| | | 44:16-17 | |
| 43:4-43:17 | | | |
| 44:18-22 | | | |
| 44:24-45:2 | | | |
| 45:5-6 | | | |
| 45:9-11 | | | |
| 45:14 | | 45:15-45:20 | |
| 45:25-46:6 | | | |
| 46:11-15 | | 46:16-46:22 | |
| | | 47:3-47:4 | |
| 47:5-9 | | | |
| 47:15-18 | | 47:19-47:22 | |
| 47:23-48:5 | | 48:6-49:8 | |
| 49:9-50:3 | | 50:4-50:7 | |
| 50:8-19 | | 50:20-51:2 | |
| 51:6-12 | | | |

28

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Tammy Sarnelli<br>December 5, 2018 | | | |
|---|---|---|---|
| Mylan's<br>Designation | Plaintiffs'<br>Objection(s) | Plaintiffs' Counter-<br>Designation | Mylan's Objection(s)<br>to Plaintiffs' Counter-<br>Designation |
| 52:8-10 | | 52:11-17 | |
| 52:18-20 | | | |
| 64:4-8 | | | |
| 64:13-65:11 | | 65:18-65:22<br>66:6-66:13 | |
| 65:23-25 | | | |
| 135:5-14 | | 136:9-136:13 | |
| 136:14-16 | | 136:17-136:19 | |
| 136:20-138:5 | | 138:6-138:7<br>138:13-138:15 | |
| 138:8-12 | | | |
| 138:16-139:24 | | 140:15-141:5 | |
| 141:6-13 | | 141:14-141:16 | |
| 141:17-142:2 | | 142:7-142:9 | |
| 145:19-146:5 | | | |
| 146:9-13 | | 146:14-146:16 | |
| 147:9-11 | | 147:12-147:22<br>148:2-148:6 | |
| 157:18-158:10 | | 158:11-158:13 | |
| 159:6-20 | | | |
| 160:2-161:16 | | | |
| 161:19-22 | | | |
| 161:25-162:15 | | 165:13-165:15<br>165:18-165:19 | |
| 183:6-186:8 | | 186:11-186:15 | |
| 186:16-187:19 | | 187:20-188:2<br>188:5-188:11<br>188:14-188:18 | |
| 188:24-189:2 | | 189:5-189:6 | |
| 189:7-25 | | 51:24-52:7<br>52:21-52:23<br>190:2-190:3 | |
| 190:5-191:11 | | 191:12-15 | |
| 191:16-192:4 | | | |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Tammy Sarnelli December 5, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 192:5-7 | | 192:8-192:11 | |
| 192:12-193:12 | | 193:13-194:6 | |
| 194:11-21 | | 194:22-194:24 | |
| 195:3-4 | | 195:5-195:12 | |
| 195:13-20 | | | |
| 196:2-10 | | 196:11-196:14 | |
| 196:15-21 | | 196:22-196:25 | |
| 197:2-7 | | | |
| 197:9-23 | | 198:3-198:6 | |
| 198:7-12 | | | |
| 198:15-199:15 | | 199:16-199:18 | |
| 199:19-200:9 | | 200:13-200:17 | |
| 200:11-12 | | | |
| 200:18-201:2 | | 201:8-201:14 | |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| William Sibold April 6, 2019 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 10:11-12 | | | |
| 14:4-16 | | | |
| 17:10-17 | | 17:19-18:22 | |
| | | 19:2-19:17 | |
| | | 19:22-20:5 | |
| | | 24:9-24:11 | |
| | | 24:14-24:16 | |
| | | 24:19 | |
| | | 25:18-26:4 | |
| | | 26:8 | |
| 26:9-19 | | 26:20-26:21 | |
| 26:22-25 | | 27:14-28:2 | |
| 27:5-13 | | 27:14-28:2 | |
| 28:3-6 | | 28:7-12 | |
| 28:13-17 | | | |
| 28:19-29:10 | | | |
| 29:12 | | 29:20-29:24 | |
| 29:15-19 | | 29:20-29:24 | |
| 30:20-31:12 | | 31:13-31:25 | |
| 32:2-12 | | 33:8-33:14 | |
| 33:15-19 | | | |
| 33:24-34:5 | | | |
| 34:13-14 | | | |
| 34:19-35:2 | | | |
| 35:6-14 | | | |
| 35:16-23 | | 36:2-36:4 | |
| | | 36:7-36:21 | |
| 36:22-37:6 | | | |
| 41:5-42:6 | | | |
| 42:16-22 | | | |
| 43:12-16 | | | |
| 44:3-25 | | 45:2-45:5 | |
| 45:17-46:5 | | | |
| 46:13-47:11 | | 48:3-48:12 | |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| William Sibold April 6, 2019 | | | |
|---|---|---|---|
| Mylan's Designation | Plaintiffs' Objection(s) | Plaintiffs' Counter-Designation | Mylan's Objection(s) to Plaintiffs' Counter-Designation |
| | | 49:5-49:8 | |
| | | 49:11-49:17 | |
| | | 49:20-49:22 | |
| 47:13-19 | | | |
| 48:13-20 | | 48:21-49:4 | |
| 50:9-22 | | | |
| 51:9-14 | | 51:23-52:3 | |
| 52:6-53:5 | | 53:6-53:7 | |
| | | 53:10-53:15 | |
| | | 53:17 | |
| 53:18-54:8 | | 54:9-54:14 | |
| 54:15-23 | | 54:24-55:2 | |
| 55:24-56:23 | | 56:24-57:15 | |
| 57:16-60:6 | | | |
| 60:10-61:2 | | | |
| 61:8-19 | | 61:20-61:24 | |
| 62:6-12 | | | |
| 62:15-19 | | | |
| 62:24-63:7 | | 63:8-63:11 | |
| 63:12-66:23 | | | |
| 67:16-68:7 | | 67:9-67:15 | |
| 68:11-17 | | | |
| 69:2-23 | | 69:24-70:2 | |
| 70:3-10 | | 70:11-70:16 | |
| | | 70:18-70:22 | |
| 70:23-71:14 | | | |
| 82:22-83:8 | | | |
| 83:11-84:2 | | | |
| 85:8-20 | | 85:21-86:4 | |
| 86:5-18 | | 86:19-87:12 | |
| 87:13-21 | | | |
| 88:9-23 | | 88:24-89:2 | |
| | | 89:4-89:7 | |
| 89:8-90:4 | | | |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| William Sibold April 6, 2019 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 90:10-91:16 | | 91:17-91:20 | |
| 91:21-92:22 | | 92:23-93:7 | |
| 93:8-14 | | | |
| 93:19-94:4 | | 94:5-94:11 | |
| 95:17-24 | | | |
| 96:4-21 | | | |
| 97:8-25 | | | |
| 98:6-19 | | | |
| 98:23-99:2 | | | |
| 99:12-101:13 | | 101:14-101:22 | |
| 101:23-103:18 | | 103:23-103:24 104:2 | |
| 103:20-22 | | 103:23-103:24 104:2 | |
| 104:3-11 | | | |
| 104:22-105:15 | | | |
| 105:24-106:23 | | | |
| 106:25-108:12 | | | |
| 108:14-109:14 | | | |
| 109:17-110:15 | | 110:16-110:20 110:22-111:3 | |
| 111:4-16 | | | |
| 111:20-112:9 | | | |
| 113:2-9 | | 113:10-113:12 113:16-113:19 | |
| 113:20-23 | | | |
| 114:19-115:12 | | | |
| 115:15-17 | | | |
| 115:19 | | 115:20-116:2 | |
| 116:3-4 | | | |
| 116:7-14 | | | |
| 116:16-22 | | 116:23-117:17 | |
| 117:18-118:3 | | 118:4-118:10 | |
| 118:11-19 | | | |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| William Sibold April 6, 2019 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 119:11-15 | | | |
| 119:24-120:13 | | | |
| 120:16-121:3 | | | |
| 121:5-8 | | 121:9-122:12 | |

Dated:  January 9, 2020

*Of Counsel:*

Shannon M. Bloodworth
SBloodworth@perkinscoie.com
Brandon M. White
BMWhite@perkinscoie.com
Michael A. Chajon
MChajon@perkinscoie.com
700 Thirteenth Street, N.W., Suite 600
Washington, D.C.  20005-3960
Phone:  202.654.6200
Facsimile: (202) 654.6211

David L. Anstaett
DAnstaett@perkinscoie.com
Emily J. Greb
EGreb@perkinscoie.com
PERKINS COIE LLP
33 East Main Street, Suite 201
Madison, WI  53703
Phone: (608) 663-7460

Courtney M. Prochnow
CProchnow@perkinscoie.com
PERKINS COIE LLP
633 W. 5th Street, Suite 5850
Los Angeles, CA 90071
Phone: (310) 788-9900

By:  */s/ William J. O'Brien*
    Gordon H. Copland (WV Bar #0828)
    gordon.copland@steptoe-johnson.com
    William J. O'Brien (WV Bar # 10549)
    william.obrien@steptoe-johnson.com
    Adam S. Ennis (WV Bar #10702)
    adam.ennis@steptoe-johnson.com
    STEPTOE & JOHNSON PLLC
    400 White Oaks Boulevard
    Bridgeport, WV  26330
    Phone: (304) 933-8000

Attorneys for Defendant
MYLAN PHARMACEUTICALS INC.

34

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

# CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2020, I filed the foregoing MYLAN'S DEPOSITION DESIGNATIONS AND BIOGEN'S COUNTER DESIGNATIONS with the Clerk of the Court using the CM/ECF system, which will cause notice thereof to be served on the following counsel of record via email:

Andrew E. Renison
Andrew.renison@finnegan.com
James B. Monroe
James.monroe@finnegan.com
Li Feng
li.feng@finnegan.com
Sanya Sukduang
Sanya.sukduang@finnegan.com
Jeanette M. Roorda
Jeanette.roorda@finnegan.com
Paul W. Browning
paul.browning@finnegan.com
Lauren J. Dowty
lauren.dowty@finnegan.com
Laura P. Masurovsky
laura.masurovsky@finnegan.com
Aaron G. Clay
aaron.clay@finnegan.com
John E. Nappi
john.nappi@finnegan.com
Eric J. Fues
eric.fues@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Ave., NW
Washington, DC 20001

James F. Companion
jfc@schraderlaw.com
Sandra K. Law
skl@schraderlaw.com
Frank X. Duff
fxd@schraderlaw.com
SCHRADER, BYRD & COMPANION, PLLC -
WHEELING
The Maxwell Centre, Suite 500
32-20th Street
Wheeling, WV 26003

Dated: January 9, 2020                    */s/ William J. O'Brien*