# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Biogen International GMBH and
Biogen MA Inc.,

**Plaintiff(s),**

v.

Mylan Pharmaceuticals Inc.

**Defendant(s).**

Select Civ or Crim   NO: 1:17-cv-116

## APPLICATION FOR ADMISSION *PRO HAC VICE*

I verify that I have fully complied with Local Rule of General Practice and Procedure 83.02 as it relates to admission to practice *pro hac vice*.

| | |
|---|---|
| Megan L. Meyers | Biogen International GMBH and Biogen MA Inc. |
| Applicant's Name | Representing (Party Name) |
| Finnegan, Henderson, Farabow, Garrett & Dunner LLP | 271 17th St. NW Suite 1400, Atlanta GA 30363 |
| Name of Applicant's Firm | Applicant's Office Address |
| 404-653-6565 | 202-408-4400 |
| Applicant's Office Telephone Number | Applicant's Office Fax Number |

megan.meyers@finnegan.com
Applicant's Email Address

Bar number where admitted, with name, address, and telephone of State Bars where admitted:
Bar # and State:
GA #567524; Supreme Court of Georgia, Office of Bar Admissions, 244 Washington St., SW Suite 440, Atlanta, GA 30334; 404-656-3490

List all matters before West Virginia tribunals or judicial bodies in which <u>the applicant</u> is or has been involved in the preceding twenty-four (24) months:

N/A

PROVIDE ATTACHMENT WITH ADDITIONAL INFORMATION IF NECESSARY

All matters before West Virginia tribunals or judicial bodies in which <u>any member of applicant's firm, partnership or corporation</u> is or has been involved in the preceding twenty-four (24) months:

Vifor (International) AG et al v. Mylan Laboratories Limited 1-19-cv-00126; Valeant Pharmaceuticals North America LLC et al v. Mylan Pharmaceuticals Inc. et al 1-19-cv-00037; Valeant Pharmaceuticals North America LLC et al v. Mylan Pharmaceuticals Inc. et al 1-18-cv-00184

PROVIDE ATTACHMENT WITH ADDITIONAL INFORMATION IF NECESSARY

I understand that admission to practice *pro hac vice* will result in my registration in the Case Management/Electronic Case Filing system. By this registration, I agree to abide by the requirements set forth in the Federal Rules, Federal Statutes and the Local Rules, Administrative Orders, procedures and policies of the United States District Court for the Northern District of West Virginia. (See https://racerweb.wvnd.uscourt.gov for further information).

I understand that attorneys admitted *pro hac vice* will have privileges to view official docket sheets and documents associated with cases and query case reports for cases on the CM/ECF system using the Court-assigned *read only* login and password, and that I must submit all filings electronically through local counsel. Registration constitutes my consent to service by electronic means pursuant to the Federal Rules.

I certify that I have:

1) Submitted with this application the requisite fee of Two-Hundred Dollars ($200.00) payable to the Clerk of the Court of the United States District Court for the Northern District of West Virginia, **and**

2) Paid to the West Virginia State Bar the West Virginia State Bar *pro hac vice* fee pursuant to Rule 8.0 of the Rules of Admission for the West Virginia State Bar.

I certify that the foregoing application is true and correct. I hereby represent that I am a member in good standing with the bar of every jurisdiction in which I am admitted and my privileges to practice law and my membership in any bar association have never been amended, modified, suspended, revoked or otherwise limited in my way in any court, district, state, commonwealth or other jurisdiction. I also certify that I have never been convicted of a felony. I agree to comply with all laws, rules, and regulations of the United States Courts where applicable.

If unable to make the above representation, please attach an explanation.

| | |
|---|---|
| James F. Companion | *[signature]* |
| Name of Responsible Local Attorney | Signature of Applicant |
| 304-233-3390 | Schrader Companion Duff and Law, PLLC |
| Office Local Attorney Telephone Number | Name of Responsible Attorney's Firm |
| jfc@schraderlaw.com | 401 Main Street, Wheeling, WV 26003 |
| Responsible Attorney's Email Address | Responsible Attorney's Office Address |

Pursuant to Local Rule of General Practice and Procedure 83.02, I have read the foregoing application and, by my endorsement hereon, agree to be a responsible local attorney in the above-styled matter. I certify that I am an active member in good standing of the West Virginia Bar and that I maintain an actual office in West Virginia from which I practice law on a daily basis. I hereby verify that the attorney moving for *pro hac vice* admission is a member of the bar or bars listed on page 1 of this application.

*[signature]*
Signature of Responsible Local Attorney