# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Biogen International GMBH and
Biogen MA Inc.,

          Plaintiff(s),

v.                        Select Civ or Crim   NO: 1:17-cv-116

Mylan Pharmaceuticals Inc.

          Defendant(s).

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Megan L. Meyers, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: January 16, 2020

*Irene M. Keeley*
United States District Judge