IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 17-cv-116-IMK <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' DEPOSITION DESIGNATIONS**
**WITH DEFENDANT'S COUNTER-DESIGNATIONS AND OBJECTIONS**

Pursuant to Paragraph 15 of the Scheduling Order (D.I. 56) ("the Scheduling Order"), Plaintiffs' deposition designations and Defendant's counter-designations are shown below and were filed on January 9, 2020 (D.I. 306). Also pursuant to Paragraph 15 of the Scheduling Order, any objections to the proposed testimony are shown below. Further, the parties' joint listing of objection codes is provided below. Biogen and Mylan reserve the right to use at trial any and all deposition designations and counter designations submitted by either party as part of the Pretrial Order.

**Plaintiffs' and Defendant's Joint Listing of Objection Codes**

| | |
|---|---|
| A | Authenticity (FRE 901) |
| Arg | Argumentative |
| AT | Attorney Objections Not Removed |
| B | Not Best Evidence Rule Prohibits Introduction (FRE 1002, 1003 and/or 1004) |
| BS | Beyond the Scope of Direct / Cross / Redirect Examination |
| 30(b)(6) | Beyond the Scope of the Rule 30(b)(6) Deposition Topic |
| C | Cumulative, Duplicative, Wasteful or Undue Delay (FRE 403) |
| Char | Improper Character Evidence (FRE 404) |
| Cmpd | Compound |
| D | Demonstrative/Should Not Be Admitted Into Evidence |
| F | Improper Trial Exhibit |
| H | Hearsay/Improper Use of Deposition (FRE 802 and/or FRCP 32) |
| R | Irrelevant and/or Immaterial (Relevance) (FRE 401/402) |
| IAD | Improperly Affirmatively Designating Party Witness Testimony (FRCP 32) |
| IC | Improper Designation / Counter Designation (FRE 106; FRCP 32(a)(6) |
| In | Incomplete Testimony (FRE 106; FRCP 32(a)(6)) |
| L | Lack of Personal Knowledge or Competency (FRE 602) |
| LA | Limited Admissibility (Admissible for Some Purposes but Not Others) (FRE 105) |
| LC | Legal Conclusion |
| LD | Leading (FRE 611) |
| LF | Lack of Foundation (FRE 103, 104 and/or 105) |
| M | Misleading/Mischaracterizes Prior Testimony (FRE 401-403, 611) |
| MD | Mischaracterizes Underlying Document (FRE 401-403, 611) |
| ML | Subject to Motion In Limine |
| NA | Not prior art |
| NE | Assumes Facts Not In Evidence |
| ND | Not disclosed or identified by Plaintiffs in response to one or more of Defendant's discovery requests (including in response to interrogatories propounded under FRCP 33) or as required by FRCP 26; not disclosed or identified in Plaintiffs' contentions. |
| NR | Nonresponsive |
| NT | Not Testimony |
| NX | Not relied on in an expert report |
| O | Improper Lay or Expert Opinion (FRE 701-703) |
| OC | Offer to Compromise, Settlement (FRE 408) |
| P | Unfair, Prejudicial, Confusing and/or Misleading (FRE 403) |
| I | Reserved Because Exhibit Has Not Been Provided, the Copy Provided Is Illegible and/or the Entry Includes Multiple Documents |
| S | Calls for Speculation (FRE 602) |
| U | Untimely/Never Produced (FRCP 26, 37) |
| V | Vague/Ambiguous/Overbroad (FRE 611) |
| W | Privileged/Work Product (FRE 501/502) |
| X | Incomplete Document (FRE 106) |
| Y | Wrong Document Identified or Incorrectly Described |
| Z | Contains summaries requiring underlying data |

| Cara Lansden November 14, 2018 | | | |
|---|---|---|---|
| **Plaintiffs' Designations** (to be filed 1/9/20) | **Defendant's Objections to Designations** (to be filed 1/16/20) | **Defendant's Counter-Designations** (to be filed 1/9/20) | **Plaintiffs' Objections to Counter-Designations** (to be filed 1/16/20) |
| From / To | | From / To | |
| 16:9 / 16:15 | | | |
| 23:3 / 23:5 | | | |
| 23:17 / 23:25 | In | | |
| 24:2 / 24:25 | In | | |
| 25:2 / 25:13 | In | | |
| 25:18 / 25:25 | In | | |
| 26:2 / 26:6 | In | | |
| 26:9 / 26:22 | In, LF, NE, V, C, S | 26:23 / 27:2 | V, P, LF, H, R |
| 33:23 / 33:25 | In | | |
| 34:2 / 34:3 | In | | |
| 34:6 / 34:22 | In | 34:23 / 35:7<br>35:13 / 35:23 | LF, H, In, R, P |
| 35:24 / 35:25 | In | | |
| 36:2 / 36:25 | In, LF, NE, S, V, C | 37:19 / 37:25 | V, P, LF, H, R, In, IC |
| 37:2 / 37:6 | In, LF, NE, V, C, S | | |
| 37:9 / 37:18 | LF, NE, S | 37:19 / 38:17<br>38:20 / 40:8<br>59:12 / 60:3 | V, P, LF, H, R, Cmpd, S |

| | | | 60:6 | 61:14 | |
|---|---|---|---|---|---|
| 40:9 | 40:25 | In, LF, V, S, C | 41:3 | 41:14 | V, P, LF, H, R |
| | | | 41:23 | 42:7 | |
| 41:2 | 41:2 | In, LF, V, S, C | | | |
| 44:20 | 44:25 | In, LF, L, V, S, C, LC, O | | | |
| 45:6 | 45:7 | In, LF, L, V, S, C, LC, O | 45:9 | 45:19 | V, P, LF, H, R, O, LC |
| | | | 45:22 | 46:12 | |
| | | | 46:14 | 47:10 | |
| | | | 47:16 | 48:10 | |
| 48:11 | 48:25 | In, LF, L, V, S, C, LC, O, H | | | |
| 49:2 | 49:11 | In, LF, L, V, S, C, LC, O, H | | | |
| 49:14 | 49:25 | In, H, LF, L | | | |
| 50:2 | 50:8 | In, LF, L, NE, V, C, S | 45:9 | 45:19 | V, P, LF, H, R, O, LC |
| | | | 45:22 | 47:10 | |
| | | | 47:16 | 48:10 | |
| | | | 57:22 | 58:14 | |
| 50:11 | 50:25 | In, LF, L, NE, V, C, S, O | | | |
| 51:2 | 51:9 | In, LF, L, NE, V, C, S, O | | | |
| 51:18 | 51:25 | In, LF, L, NE, V, C, S, O | | | |
| 52:2 | 52:25 | In, LF, L, O, NE, V, C, S | | | |
| 53:2 | 53:25 | In, LF, L, O, NE, V, C, S | | | |
| 54:2 | 54:13 | In, V, S, C | 55:6 | 55:16 | V, P, LF, H, R |

| 54:15 | 54:25 | In, V, S, C | | | |
|---|---|---|---|---|---|
| 55:2 | 55:5 | In, V, S, C | | | |
| 55:20 | 55:25 | In, V, S, C | | | |
| 56:2 | 56:5 | In | | | |
| 56:8 | 56:10 | In, V, S, C | | | |
| 56:12 | 56:22 | In, LF, L, V, S, C | | | |
| 56:25 | 56:25 | In, V, S, C | | | |
| 57:2 | 57:3 | In, V, S, C | | | |
| 57:5 | 57:8 | In, V, S, C | | | |
| 57:12 | 57:21 | LF, H, S, L, LC, V, C | 57:22 | 58:14 | LF, H, O, R, P, V |
| 63:15 | 63:25 | In, NE, LF, L | | | |
| 64:2 | 64:2 | In, NE, LF, L | | | |
| 65:2 | 65:10 | LF, H, S, L, V, C | 62:12 | 62:15 | A, V, P, LF, H, In, R, MD |
| | | | 62:24 | 63:14 | |
| | | | 64:3 | 64:25 | |
| | | | 65:11 | 65:18 | |
| | | | 65:22 | 66:5 | |
| | | | 66:8 | 66:11 | |
| | | | 67:2 | 67:14 | |
| | | | 67:17 | 68:8 | |
| | | | 68:11 | 68:13 | |
| 80:22 | 80:25 | In, LF, L, S, O, V, C | | | |
| 81:2 | | | 71:8 | 71:11 | |

4

| | 81:2 | In, LF, L, S, O, V, C | 71:23 | 73:5 | S, LF, P, V |
|---|---|---|---|---|---|
| | | | 73:7 | 74:15 | |
| | | | 75:21 | 76:3 | |
| | | | 76:17 | 77:3 | |
| | | | 78:14 | 79:11 | |
| | | | 79:14 | 80:3 | |
| | | | 80:6 | 80:18 | |
| | | | 81:3 | 81:6 | |
| | | | 81:9 | 81:23 | |
| 85:18 | 85:21 | In, LF, L, V, C, S, NE | 81:24 | 82:4 | A, V, P, LF, H, In, R |
| | | | 82:14 | 83:15 | |
| | | | 84:10 | 84:16 | |
| | | | 85:7 | 85:17 | |
| | | | 86:2 | 87:18 | |
| | | | 87:21 | 87:22 | |
| | | | 87:24 | 88:2 | |
| | | | 88:15 | 88:25 | |
| | | | 97:2 | 97:17 | |
| 98:19 | 98:22 | | | | |
| 99:6 | 99:14 | Y, MD | 100:6 | 100:12 | |
| 100:16 | 100:25 | In, H, LF, NE | | | |
| 101:2 | 101:3 | In, LF, L, H, C, S, V | | | |
| 101:8 | 101:25 | In, LF, L, H, C, S, V | | | |
| 102:2 | 102:6 | In, LF, L, H, C, S, V | | | |

| | | | | | |
|---|---|---|---|---|---|
| 102:8 | 102:12 | In, LF, L, C, S, V | | | |
| 102:14 | 102:25 | In, LF, L, H, C, S, V | | | |
| 103:2 | 103:25 | In, H, NE, LF, L, C, S, V | | | |
| 104:2 | 104:25 | In, H, NE, LF, L, C, S, V | | | |
| 105:2 | 105:5 | In, H, NE, LF, L, S, C, V | | | |
| 105:9 | 105:25 | In, NE, LF, L, H, S, C, V | | | |
| 106:2 | 106:5 | In, H, S, NE, LF, L | | | |
| 106:10 | 106:16 | In, NE, LF, L, H, L, S, C, V | 45:9 | 45:19 | LF, H, R, P, O, LC, V, In |
| | | | 45:22 | 46:12 | |
| | | | 46:14 | 47:10 | |
| | | | 47:16 | 48:10 | |
| | | | 107:21 | 109:9 | |
| | | | 109:12 | 110:14 | |
| 117:16 | 117:25 | In, NE, L, LF, H, S, C, V | | | |
| 118:2 | 118:25 | In, NE, L, LF, H, S, C, V | | | |
| 119:2 | 119:25 | In, H, L, LF, S, C, V | | | |
| 120:2 | 120:7 | In, L, NE, S, C, V, H | | | |
| 120:14 | 120:25 | In, H, L, LF, NE, S, C, V | | | |
| 121:2 | 121:4 | In, H, L, LF | 121:21 | 121:25 | V, P, LF, H, In, R |
| 127:17 | 127:20 | | | | |
| 128:2 | 128:25 | In, LF, L, NE, H, S, C, V | | | |
| 129:2 | 129:5 | In, LF, L, NE, H, S, C, V | 130:5 | 130:13 | LF, H, In, R, P |
| 130:14 | 130:21 | H, LF, L, NE, S, C, V | 130:22 | 131:5 | LF, H, In, R, P |

| | | | | | |
|---|---|---|---|---|---|
| 131:6 | 131:13 | H, LF, L, NE, S, C, V | 131:14 | 131:20 | LF, H, In, R, P |
| | | | 132:3 | 132:8 | |
| | | | 135:8 | 135:24 | |
| 135:25 | 131:25 | In, H, LF, L, NE, S, C, V | | | |
| 136:2 | 136:16 | In, H, LF, L, NE, C, S, V | | | |
| 136:21 | 136:24 | H, LF, L, NE, S, C, V | 137:19 | 138:4 | LF, H, In, R, P |
| | | | 138:10 | 139:23 | |
| | | | 140:12 | 141:5 | |
| 140:21 | 140:25 | LF, L, In, S, C, V | 150:13 | 150:16 | LF, H, R, P |
| | | | 150:18 | 153:6 | |
| 153:7 | 153:19 | NE, LF, L, O, S, C, V | 45:9 | 45:19 | V, P, R, LF, H, O, LC, S, M |
| | | | 45:22 | 46:12 | |
| | | | 46:14 | 47:10 | |
| | | | 47:16 | 48:10 | |
| | | | 153:20 | 154:6 | |
| | | | 154:24 | 155:12 | |
| | | | 155:16 | 156:2 | |
| 178:7 | 178:9 | In, LF, L, H, S, C, V, O, NE | 176:15 | 178:6 | LF, H, R, P, In |
| | | | 178:10 | 178:23 | |
| 188:2 | 188:6 | LF, L, S, C, V | 186:14 | 186:16 | V, P, LF, H, In, R, MD |
| | | | 186:22 | 187:25 | |
| | | | 188:7 | 188:10 | |
| | | | 188:13 | 188:18 | |

7

| 189:5 | 189:12 | H, LF, L, S, C, V | 189:13 | 190:5 | V, P, LF, H, R, S |
| 190:6 | 190:13 | In, H, LF, L, S | 190:14 | 190:16 | |
| | | | 190:19 | 191:19 | |
| 191:20 | 191:25 | LF, L, S, H, O, L, S, C, V | | | |
| 192:2 | 192:3 | In, LF, L, S, H, O, C, V | 192:4 | 192:11 | A, V, P, LF, H, R |
| | | | 193:11 | 193:20 | |
| 194:21 | 194:25 | In, L, S, C, V | 194:2 | 194:20 | A, V, P, LF, H, In, R |
| | | | 199:12 | 200:18 | |
| 195:2 | 195:15 | In, LF, L, S, C, V | 195:16 | 195:20 | A, V, P, LF, H, In, R |
| | | | 195:23 | 195:24 | |
| | | | 196:2 | 196:2 | |
| 196:4 | 196:11 | LF, L, S, C, V, H | 196:12 | 197:12 | A, V, P, LF, H, In, R |
| 197:13 | 197:14 | In, L, S, LF, H, S, C, V | | | |
| 197:17 | 197:24 | In, LF, L, S, H | 197:25 | 198:23 | A, V, P, LF, H, In, R |
| 198:24 | 198:25 | In, LF, L, S, C, V | | | |
| 199:2 | 199:4 | In, LF, L, S, C, V | | | |
| 199:7 | 199:10 | In, LF, L, S, C, V | 199:12 | 201:2 | A, V, P, LF, H, In, R |
| 201:5 | 201:7 | In, LF, L, S, C, V | 201:8 | 202:17 | A, V, P, LF, H, In, R |
| 202:18 | 202:22 | LF, L, S, C, V | 203:15 | 204:6 | A, V, P, LF, H, In, R |
| 204:7 | 204:9 | In, H, LF, L, S, C, V | | | |
| 204:12 | 204:14 | In, LF, L, H, S, C, V | 204:25 | 205:10 | LF, S, O |

| | | | 205:13 | 205:17 | |
|---|---|---|---|---|---|
| 206:22 | 206:25 | In, C, H, L, S, V, NE | | | |
| 207:2 | 207:2 | In, C, H , L, S, V, NE | | | |
| 208:3 | 208:25 | L, C, S, V | | | |
| 209:2 | 209:17 | In, C, S, L, V | | | |
| 209:21 | 209:25 | In, NE, H, L, LF, C, S, V | | | |
| 210:2 | 210:25 | In, NE, H, L, LF, C, S, V | | | |
| 211:2 | 211:16 | In, NE, H, L, LF, C, S, V | | | |
| 211:19 | 211:25 | In, NE, H, L, LF, C, S, V | | | |
| 212:2 | 212:25 | In, NE, H, L, LF, C, S, V | | | |
| 213:2 | 213:25 | In, NE, H, L, LF, C, S, V | | | |
| 214:2 | 214:22 | In, NE, H, L, LF, C, S, V | | | |
| 214:25 | 214:25 | In, NE, H, L, LF, C, S, V | | | |
| 215:2 | 215:20 | In, NE, H, L, LF, C, S, V | 243:20 | 243:23 | A, V, P, LF, H, In, R, S |
| | | | 244:2 | 244:19 | |
| | | | 245:5 | 245:14 | |
| 245:15 | 245:25 | In, H, LF, S, C, V | 243:20 | 243:23 | A, LF, R, P, V, H, In |
| | | | 244:2 | 245:14 | |
| 246:4 | 246:6 | In, H, LF, S, C, V | | | |
| 252:25 | 252:25 | In | | | |
| 253:2 | 253:25 | In, H | 243:20 | 243:23 | A, V, P, LF, H, In, R |
| | | | 244:2 | 245:14 | |

| | | | | | |
|---|---|---|---|---|---|
| 254:2 | 254:21 | In, NE, MD, LF, L, S, C, V | | | |
| 254:24 | 254:25 | In, NE, MD, LF, L, S, C, V | | | |
| 255:2 | 255:10 | In, NE, MD, LF, L, S, C, V | 240:17 | 242:19 | LF, P, V, R, H, S |
| | | | 242:22 | 243:4 | |
| | | | 243:7 | 243:11 | |
| 255:23 | 255:25 | In, NE, MD, LF, L, S, C, V | | | |
| 256:2 | 256:25 | H, In, NE, MD, LF, L, S, C, V | | | |
| 257:2 | 257:2 | In | | | |
| 257:5 | 257:12 | In | | | |
| 257:17 | 257:18 | In | | | |
| 257:21 | 257:25 | In | | | |
| 258:4 | 258:25 | In, MD, L | | | |
| 259:2 | 259:5 | In | | | |
| 259:17 | 259:24 | In | | | |
| 260:3 | 260:25 | LF, L | | | |
| 261:18 | 261:25 | In, H, S, LF, NE, C, V, L | | | |
| 262:2 | 262:25 | In, H, LF, NE, S, L, C, V | | | |
| 263:2 | 263:14 | In, H, LF, NE, S, L, C, V | | | |
| 263:17 | 263:23 | In, LF, H, S, L, C, V | | | |
| 264:2 | 264:17 | In, H, L, LF, S, C, V | | | |
| 264:20 | 264:25 | In, L, H, LF, S, C, V | | | |
| 265:2 | 265:25 | In, L, H, LF, S, C, V | | | |

| | | | | | |
|---|---|---|---|---|---|
| 266:2 | 266:4 | In, L, H, LF, S, C, V | | | |
| 266:7 | 266:23 | L, LF, S, C, V, H | | | |
| 266:25 | 266:25 | In, LF, S, C, V, H | | | |
| 267:2 | 267:3 | In, S, L, LF, C, V, H | 267:5 | 267:9 | V, P, LF, H, R |
| | | | 269:4 | 270:18 | |
| | | | 270:21 | 270:21 | |

| Carmen Bozic December 10, 2018 | | | | | |
|---|---|---|---|---|---|
| **Plaintiffs' Designations** (to be filed 1/9/20) | | **Defendant's Objections to Designations** (to be filed 1/16/20) | **Defendant's Counter-Designations** (to be filed 1/9/20) | | **Plaintiffs' Objections to Counter-Designations** (to be filed 1/16/20) |
| From | To | | From | To | |
| 10:22 | 10:24 | IAD | 13:23 | 14:5 | |
| | | | 17:12 | 18:3 | |
| 21:15 | 21:17 | IAD , R, IN | 21:21 | 22:2 | |
| 22:3 | 22:12 | IAD, In | 22:13 | 22:14 | |
| 22:15 | 22:25 | IAD, R, In | | | |
| 23:2 | 23:25 | IAD, R, In | | | |
| 24:2 | 24:25 | IAD, R, In | | | |
| 25:2 | 25:25 | IAD, R, In | | | |
| 26:2 | 26:25 | IAD, R, In | | | |
| 27:2 | 27:6 | IAD, R, In | 27:7 | 27:11 | V, P, LF, In, R |
| 28:10 | 28:16 | IAD, In, NE | 27:18 | 27:24 | V, P, LF, In, R |
| | | | 28:7 | 28:9 | |
| 29:2 | 29:25 | IAD, In, C, S, V | 28:17 | 28:25 | V, P, LF, In, R |
| 30:2 | 30:2 | IAD, In, C, S, V, R | | | |
| 30:6 | 30:18 | IAD, In, C, S, V, R | | | |
| 30:20 | 30:25 | IAD, In, C, V | | | |
| 31:2 | 31:15 | IAD, In, C, V | 31:16 | 31:17 | |
| 31:18 | 31:22 | IAD, In | 31:23 | 31:25 | |

| | | | | | |
|---|---|---|---|---|---|
| 32:2 | 32:5 | IAD, In, LF, H, S, C, V, L | 32:6 | 32:9 | |
| 32:10 | 32:12 | IAD, LF, H, S, C, V | | | |
| 34:25 | 34:25 | IAD, In, LF, NE, H, S, C, V, L | 34:12 | 34:24 | LF, In, R, P, 30(b)(6) |
| 35:2 | 35:3 | IAD, In, LF, NE, H, S, C, V, L | | | |
| 35:6 | 35:24 | IAD, In, NE, LF, H, S, C, V, L | 35:25 | 36:8 | V, P, LF, In, R, 30(b)(6), MD, M |
| | | | 66:12 | 66:23 | |
| | | | 66:25 | 67:9 | |
| | | | 67:13 | 67:17 | |
| | | | 68:2 | 68:15 | |
| | | | 68:18 | 68:18 | |
| 36:9 | 36:21 | IAD, S, C, V, L, LF | | | |
| 37:2 | 37:11 | IAD, In, S, C, V, LF, H | 37:12 | 37:21 | V, P, LF, In, R |
| 37:22 | 37:25 | IAD | | | |
| 38:2 | 38:2 | IAD | | | |
| 38:9 | 38:25 | IAD, LF, NE, L, S, C, V | | | |
| 39:2 | 39:5 | IAD, NR, LF, NE, L, S, C, V | 39:6 | 39:9 | V, P, LF, In, R |
| 39:10 | 39:16 | IAD, In, LF, L, S, C, V, NE, H | 39:6 | 39:9 | V, P, LF, In, R |
| 40:2 | 40:16 | IAD, In, L, S, C, V, LF, H | 40:17 | 40:19 | V, P, LF, S, R |
| 40:20 | 40:25 | IAD, In, L, S, C, V, LF, H | | | |
| 41:2 | 41:13 | IAD, In, L, S, C, V, LF, H | 41:14 | 41:24 | V, P, LF, In, R |
| 41:25 | 41:25 | IAD, In, L, S, C, V, LF, H | | | |
| 42:2 | 42:21 | IAD, In, L, S, C, V, LF, H | 42:22 | 43:9 | |

13

| | | | | | |
|---|---|---|---|---|---|
| 43:10 | 43:22 | IAD, In, LF, L, S, C, V, H | 42:22 | 43:9 | V, P, LF, In, R |
| | | | 43:23 | 44:8 | |
| 44:10 | 44:12 | | | | |
| 44:18 | 44:20 | IAD, In, LF, S, C, V | 44:16 | 44:17 | R, P, 30(b)(6) |
| | | | 44:21 | 45:25 | |
| 46:2 | 46:7 | IAD, In, MD, H, L, LF, S, V, C | 46:8 | 46:24 | V, P, LF, In, R, 30(b)(6) |
| 46:25 | 46:25 | IAD, In, MD, H, L, LF, S, V, C | | | |
| 47:2 | 47:8 | IAD, In, MD, H, L, LF, S, V, C | 47:9 | 48:17 | V, P, LF, In, R, 30(b)(6) |
| 48:18 | 48:25 | IAD, MD, LF, L, S, V, C | | | |
| 49:2 | 49:10 | IAD, H, In, O, LF, L, S, C, V | 49:13 | 49:18 | |
| 50:10 | 50:25 | IAD, In, LF, L, S, C, V | 49:13 | 49:21 | |
| | | | 49:23 | 49:23 | |
| | | | 50:2 | 50:5 | |
| | | | 50:8 | 50:9 | |
| 51:2 | 51:25 | IAD, In, O, LF, L, S, C, V | | | |
| 52:2 | 52:12 | IAD, In, O, LF, L, S, C, V | | | |
| 52:16 | 52:25 | IAD, In, O, LF, L, S, C, V | 53:2 | 54:14 | |
| 54:15 | 54:25 | IAD, In, LF, O, L, S, C, V | | | |
| 55:2 | 55:14 | IAD, In, LF, O, L, S, C, V | 55:15 | 56:3 | V, P, LF, H, R, 30(b)(6) |
| 56:4 | 56:19 | IAD, LF, In, H, O, L, S, C, V | 55:15 | 56:3 | LF, R, P, 30(b)(6), V, H |
| | | | 56:20 | 56:25 | |
| 58:3 | 58:14 | IAD, LF, In, L, S, C, V | 57:6 | 57:7 | V, P, LF, In, R, MD, M |

14

| | | | 57:10 | 58:2 | |
| | | | 58:15 | 58:23 | |
| | | | 59:19 | 60:2 | |
| | | | 60:8 | 60:13 | |
| | | | 63:24 | 65:17 | |
| | | | 65:19 | 66:20 | |
| 60:20 | 60:23 | IAD, LF, NE, L, S, C, V, O | 58:15 | 58:23 | LF, In, R, V, P |
| | | | 59:19 | 60:2 | |
| | | | 60:8 | 60:13 | |
| 61:2 | 61:25 | IAD, O, L, S, C, V, LF | | | |
| 62:12 | 62:20 | IAD, L, S, C, V, LF | | | |
| 62:24 | 62:25 | IAD, O, L, S, C, V, LF | | | |
| 63:2 | 63:14 | IAD, O, L, S, C, V, LF | | | |
| 63:17 | 63:23 | IAD, O, L, S, C, V, LF | | | |
| 69:13 | 69:21 | IAD, In, LF, NR, L, C, V, LF | 68:19 | 69:5 | |
| 69:24 | 69:25 | IAD, H, In, LF, L, S, C | | | |
| 70:2 | 70:25 | IAD, H, In, LF, L, S, C, V | | | |
| 71:2 | 71:16 | IAD, H, In, LF, L, S, C, V | 71:17 | 71:25 | A, V, P, LF, In, R, C |
| | | | 72:3 | 72:3 | |
| | | | 72:5 | 72:5 | |
| | | | 72:9 | 72:24 | |
| | | | 73:2 | 73:21 | |
| | | | 73:23 | 74:3 | |

| 74:4 | 74:6 | | | | |
|------|------|---|---|---|---|
| 74:14 | 74:21 | IAD, In, LF, L | 74:12 | 74:13 | |
| 77:6 | 77:10 | IAD, In, LF, L, S, C | 74:22 | 75:9 | A, V, P, LF, In, R |
| | | | 75:11 | 75:20 | |
| | | | 76:18 | 77:5 | |
| 145:22 | 145:25 | LF, IAD, IC, In, L, S, C, LF, H, | 140:22 | 140:25 | V, P, LF, In, R |
| | | | 141:9 | 144:5 | |
| 146:2 | 146:25 | LF, IAD, IC, In, L, S, C, H | | | |
| 147:2 | 147:6 | LF, IAD, IC, In, L, S, C, H | | | |
| 148:2 | 148:25 | IAD, LF, H, L, S, C | 147:16 | 147:25 | |
| 149:2 | 149:25 | IAD, H, L, S, C, LF | | | |
| 150:2 | 150:16 | IAD, In, O, L, H, LF, S, C | | | |
| 150:19 | 150:25 | IAD, In, O, L, H, LF, S, C | | | |
| 151:2 | 151:3 | IAD, In, O, L, H, LF, S, C | | | |
| 151:6 | 151:19 | IAD, In, O, L, H, LF, S, C | | | |
| 152:3 | 152:6 | IAD, In, L, H, LF, S, C | 151:20 | 152:2 | V, P, LF, In, R, M, MD |
| 152:9 | 152:21 | IAD, In, LF, O, L, H, S, C | 151:20 | 152:2 | V, P, LF, In, R |
| | | | 152:22 | 152:24 | |
| 153:20 | 153:25 | IAD, H, In, L, LF, S, C, O | | | |
| 154:2 | 154:17 | IAD, H, In, L, LF, S, C, O | 154:18 | 155:7 | V, P, LF, In, R |
| | | | 155:14 | 155:14 | |

| | | | | | |
|---|---|---|---|---|---|
| 156:7 | 156:17 | IAD, H, MD, In, L, LF, S, C, O | 156:18 | 157:21 | V, P, LF, In, R |
| | | | 157:23 | 157:25 | |
| | | | 167:24 | 168:6 | |
| 163:19 | 163:25 | IAD, MD, In, LF, L, NE, S, H, C | | | |
| 164:2 | 164:14 | IAD, MD, In, LF, L, NE, S, H, C | 158:4 | 158:17 | V, P, LF, In, R |
| | | | 159:9 | 161:3 | |
| | | | 161:6 | 162:7 | |
| | | | 162:11 | 163:18 | |
| | | | 164:21 | 165:4 | |
| | | | 165:6 | 165:22 | |
| 165:23 | 165:25 | IAD, O, In, LF, NE, H, C, L, S | | | |
| 166:2 | 166:25 | IAD, O, In, LF, NE, H, C, L, S | | | |
| 167:2 | 167:16 | IAD, O, In, LF, NE, H, C, L, S | 165:16 | 165:22 | V, P, LF, In, R |
| | | | 167:17 | 167:22 | |
| 168:13 | 168:16 | IAD, In | 169:15 | 169:23 | |
| | | | 169:25 | 170:8 | |
| 170:9 | 170:14 | IAD | | | |
| 173:9 | 173:25 | IAD, In, LF, NE, H, O, L, S, C | 172:14 | 173:8 | In, R, P |
| 174:2 | 174:25 | IAD, In, LF, NE, H, O, L, S, C | 175:2 | 176:2 | In, R, P |
| | | | 176:5 | 177:15 | |
| 178:15 | 178:21 | IAD, L, In, NE, C, V | 177:16 | 177:18 | In, R, P, LF |

17

| | | | 177:25 | 178:14 | |
| | | | 178:22 | 180:3 | |
| 182:3 | 182:13 | IAD, In, LF, NE, L, S, C, V | 180:6 | 180:8 | |
| | | | 180:12 | 181:6 | |
| | | | 181:13 | 182:2 | |
| 183:4 | 183:12 | IAD, LF, NE, In, L, S, C, V | 182:14 | 183:3 | V, P, LF, S, In, R |
| 183:14 | 183:19 | IAD, S, LF, NE, In, H, L, S, C, V | 183:20 | 183:21 | V, P, LF, In, R, 30(b)(6) |
| | | | 184:3 | 184:17 | |
| | | | 184:19 | 184:21 | |
| | | | 186:9 | 186:15 | |
| 191:21 | 191:25 | IAD, LF, NE, In, H, L, S, C, V | 186:16 | 187:11 | V, P, LF, R, In, C |
| | | | 187:19 | 187:23 | |
| | | | 188:19 | 188:24 | |
| | | | 189:14 | 189:24 | |
| | | | 190:3 | 190:15 | |
| | | | 190:18 | 191:20 | |
| 192:2 | 192:16 | IAD, LF, NE, In, S, MD, H, LS, C, V | 193:3 | 193:6 | V, P, LF, In, R, C |
| | | | 193:8 | 193:17 | |
| | | | 193:24 | 194:17 | |
| | | | 194:21 | 195:4 | |
| | | | 195:6 | 195:18 | |

| | | | | | |
|---|---|---|---|---|---|
| | | | 195:21 | 196:17 | |
| | | | 197:4 | 198:2 | |
| 200:18 | 200:25 | IAD, LF, NE, In, S, O, L, C, V | 198:3 | 198:10 | V, P, LF, In, R, 30(b)(6) |
| | | | 198:12 | 198:18 | |
| | | | 198:20 | 198:25 | |
| 201:2 | 201:20 | IAD, LF, NE, In, S, O, L, C, V | 201:21 | 202:15 | V, P, LF, In, R, MD, M, S |
| | | | 202:18 | 202:25 | |
| 207:8 | 207:16 | IAD, LF, NE, In, S, L, C, V | 203:11 | 203:13 | V, P, LF, In, R, MD, M, S |
| | | | 203:20 | 204:12 | |
| | | | 205:3 | 205:10 | |
| | | | 205:19 | 205:21 | |
| | | | 206:3 | 206:21 | |
| | | | 206:24 | 207:7 | |
| 210:11 | 210:20 | IAS, LF, NE, In, L, S, C, V | 207:18 | 207:20 | |
| | | | 207:25 | 208:25 | |
| | | | 210:3 | 210:10 | |
| 210:22 | 210:25 | IAD, LF, NE, In, L, O, S, C, V | | | |
| 211:2 | 211:18 | IAD, LF, NE, In, L, O, S, C, V | 211:19 | 211:22 | |
| | | | 211:24 | 212:3 | |
| 212:4 | 212:8 | IAD, MD, In, NE, LF, L, S, C | 212:9 | 213:15 | C, S, V, P, LF, R |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 213:17 | 214:16 | |
| | | | 214:18 | 215:9 | |
| | | | 215:16 | 215:20 | |
| | | | 216:5 | 216:9 | |
| 219:16 | 219:25 | IAD, In, LF, NE, L, S, C, V | 216:14 | 216:16 | |
| | | | 216:21 | 217:12 | |
| | | | 218:11 | 218:22 | |
| 220:2 | 220:10 | IAD, In, LF, NE, L, S, C, V | | | |
| 220:14 | 220:20 | IAD, H, MD, LF, NE, In, L, S, C, V | 220:21 | 220:25 | V, P, LF, S, R |
| 221:12 | 221:24 | IAD, H, In, LF, NE, L, S, C, V | 221:2 | 221:11 | |
| | | | 221:25 | 222:25 | |
| 223:2 | 223:25 | IAD, In, LF, NE, MD, L, S, C, V | 224:5 | 225:16 | |
| | | | 225:18 | 225:19 | |
| 224:2 | 224:3 | IAD, In, LF, NE, MD, L, S, C, V | 224:5 | 225:16 | S, V, P, LF, In, MD |
| | | | 225:18 | 225:19 | |
| 227:22 | 227:25 | IAD, In, LF, NE, H, L, S, C, V | 226:15 | 226:17 | |
| | | | 226:22 | 227:21 | |
| 228:2 | 228:15 | IAD, In, LF, NE, H, L, S, C, V | | | |
| 235:6 | 235:25 | IAD, In, LF, NE, H, L, S, C | 231:12 | 231:14 | |
| | | | 231:19 | 232:15 | |
| | | | 233:17 | 234:23 | |
| 236:2 | 236:4 | IAD, In, LF, NE, H, L, S, C | 236:5 | 237:11 | |

20

| | | | | | |
|---|---|---|---|---|---|
| 239:4 | 239:15 | IAD, In, LF, NE, NR, L S, C, V | | | |
| 239:17 | 239:25 | IAD, In, LF, NE, NR, L, S, C, V | | | |
| 240:2 | 240:3 | IAD, In, LF, NE, NR, L, S, C, V | 240:4 | 240:7 | V, P, LF, M, MD, R, In |
| | | | 240:9 | 240:12 | |
| 240:13 | 240:23 | IAD, NE, LF, In, R, L, S, C, V | 240:24 | 241:2 | V, P, LF, 30(b)(6) |
| | | | 241:4 | 241:7 | |
| | | | 241:10 | 241:12 | |
| | | | 241:14 | 241:24 | |
| 242:18 | 242:25 | IAD, In, LF, NE, O, V, L, S | 241:25 | 242:17 | V, P, LF, In, R, 30(b)(6) |
| 243:2 | 243:2 | IAD, In, LF, NE, O, V, L, S | 243:3 | 243:13 | V, P, LF, In, R, 30(b)(6) |
| | | | 244:23 | 246:12 | |

| Matvey Lukashev January 24, 2019 | | | |
|---|---|---|---|
| **Plaintiffs' Designations** (to be filed 1/9/20) | | **Defendant's Objections to Designations** (to be filed 1/16/20) | **Defendant's Counter-Designations** (to be filed 1/9/20) | **Plaintiffs' Objections to Counter-Designations** (to be filed 1/16/20) |

| From | To | | From | To | |
|---|---|---|---|---|---|
| 9:10 | 9:12 | IAD | | | |
| 22:2 | 22:8 | IAD | 17:16 | 17:22 | |
| 26:12 | 26:25 | IAD, In | 27:8 | 27:15 | |
| 27:2 | 27:2 | IAD, In | 28:2 | 28:11 | LF |
| 27:16 | 27:25 | IAD, In | 28:12 | 28:14 | LF |
| | | | 28:17 | 28:20 | |
| 28:21 | 28:25 | IAD, In | | | |
| 29:2 | 29:2 | IAD, In | 29:3 | 29:25 | LF, V, P |
| | | | 31:11 | 31:13 | |
| | | | 31:16 | 32:9 | |
| 33:2 | 33:6 | IAD, In, LF, NE, S, C, V | 32:10 | 32:12 | V, P, M |
| | | | 32:15 | 32:25 | |
| 33:9 | 33:19 | IAD, LF, In, S, C, V | 34:23 | 35:3 | |
| 35:18 | 35:24 | IAD, In | 35:8 | 35:17 | |
| 37:9 | 37:20 | IAD, In | 37:21 | 38:3 | |
| 38:8 | 38:10 | IAD, LF, L, S, C, V, NE, LC | | | |
| 38:12 | 38:25 | IAD, LF, L, S, C, V, NE, LC | | | |
| 39:2 | 39:2 | IAD, LF, L, S, C, V, NE, LC | 39:3 | 39:7 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 55:13 | 55:20 | IAD, In, S, C, V | 47:8 | 47:15 | V, P, LF, M |
| | | | 52:13 | 53:15 | |
| | | | 54:8 | 54:13 | |
| | | | 54:16 | 55:12 | |
| 66:3 | 66:25 | IAD, H, S, C, V | | | |
| 67:2 | 67:5 | IAD, In, H, S, C, V | 67:6 | 67:12 | |
| 67:13 | 67:17 | IAD, S, V, C | | | |
| 68:4 | 68:16 | IAD, S, V, C, L, LF | | | |
| 106:9 | 106:12 | IAD, In, LF, L, S, C | 92:3 | 92:7 | V, P, In, LC |
| | | | 92:12 | 92:14 | |
| | | | 103:7 | 103:9 | |
| | | | 104:16 | 105:3 | |
| | | | 105:5 | 106:8 | |
| 134:11 | 134:16 | IAD, In, LF, NE, L, S, C, V | 107:16 | 108:24 | V, P, S |
| | | | 109:2 | 109:4 | |
| | | | 134:2 | 134:10 | |
| | | | 134:17 | 135:4 | |
| | | | 135:6 | 135:6 | |
| | | | 135:8 | 135:10 | |
| 136:9 | 136:14 | IAD, In, LF, NE, L, S, C, V, LC | 136:5 | 136:6 | V, P, S, C |
| | | | 136:8 | 136:8 | |
| | | | 136:15 | 136:17 | |

| | | | 136:20 | 136:21 | |
|---|---|---|---|---|---|
| 147:22 | 147:25 | IAD, In, LF, NE, L, S, O, LC | 143:4 | 143:6 | V, P, LF, In, O, R, S |
| | | | 143:8 | 143:20 | |
| | | | 143:22 | 143:22 | |
| | | | 147:2 | 147:12 | |
| | | | 147:15 | 147:21 | |
| 148:3 | 148:5 | IAD, In, LF, NE, L, S, O, LC | 148:6 | 148:7 | V, P, LC, In, O |
| | | | 148:10 | 148:15 | |
| 157:23 | 157:25 | IAD, In, LF, NE, L, S, LC, C | 155:9 | 155:21 | V, P, LF, O, LC, S |
| | | | 156:3 | 156:20 | |
| | | | 157:12 | 157:14 | |
| | | | 157:16 | 157:22 | |
| 158:3 | 158:8 | IAD, In, LF, NE, L, S, LC, C | 158:9 | 158:11 | V, P, LF, O, M, MD, LC, S |
| | | | 158:14 | 158:18 | |
| | | | 158:20 | 159:4 | |
| | | | 159:6 | 159:12 | |
| 175:3 | 175:15 | IAD, In, LF, NE, L, S, LC, O, C | 170:9 | 170:16 | |
| | | | 170:23 | 171:12 | |
| | | | 174:14 | 174:15 | |
| | | | 174:18 | 175:2 | |
| 182:20 | 182:25 | IAD, In, LF, NE, L, S, C, V | 178:9 | 178:10 | |
| | | | 181:10 | 182:19 | |
| 183:2 | 183:13 | IAD, In, LF, NE, L, S, C, V | | | |

| 184:6 | 184:9 | IAD, In, LF, NE, L, S, C, LC | 184:10 | 185:18 | LF, LC, S |
|-------|-------|------------------------------|--------|--------|-----------|
|       |       |                              | 185:21 | 187:7  |           |

| Tracey Dawson January 30, 2019 | | | |
|---|---|---|---|
| **Plaintiffs' Designations** (to be filed 1/9/20) | | **Defendant's Objections to Designations** (to be filed 1/16/20) | **Defendant's Counter-Designations** (to be filed 1/9/20) | **Plaintiffs' Objections to Counter-Designations** (to be filed 1/16/20) |
| From | To | | From | To | |
| 9:2 | 9:9 | IAD | 8:23 | 8:25 | |
| 54:3 | 54:8 | IAD, In, LF, L, S, C, P, V | 51:10 | 51:12 | |
| | | | 51:15 | 51:18 | |
| | | | 52:4 | 52:7 | |
| | | | 52:15 | 53:2 | |
| | | | 53:6 | 53:7 | |
| | | | 102:13 | 103:2 | |
| 139:10 | 141:9 | IAD, In, LF, L, S, C, P, V, R, O | 138:18 | 138:23 | V, P, R, S, LF, Arg |
| | | | 141:10 | 141:11 | |
| | | | 141:15 | 141:25 | |
| | | | 142:5 | 143:13 | |
| | | | 143:18 | 143:23 | |
| | | | 144:4 | 144:4 | |
| 144:5 | 144:6 | IAD, In, LF, L, S, C, P, V, R, O | | | |
| 144:12 | 146:6 | IAD, In, LF, L, S, C, P, V, R, O | 147:10 | 147:12 | |
| | | | 147:16 | 147:17 | |

| | | | | | |
|---|---|---|---|---|---|
| 148:4 | 148:18 | IAD, In, LF, L, S, C, P, V, R, O | | | |
| 148:23 | 149:24 | IAD, In, LF, L, S, C, P, V, R, O | 149:25 | 150:8 | LF, H, R, P, 30(b)(6), S |
| | | | 150:13 | 150:17 | |
| | | | 152:23 | 152:24 | |
| | | | 153:6 | 154:14 | |
| | | | 154:21 | 155:7 | |
| | | | 155:12 | 155:23 | |
| 155:24 | 156:2 | IAD, In, LF, L, S, C, P, V, R, O | 156:5 | 156:5 | V, P, LF, O, S, 30(b)(6) |
| 156:11 | 157:2 | IAD, In, LF, L, S, C, P, V, R, O | | | |
| 158:4 | 158:20 | IAD, In, LF, L, S, C, P, V, R, O | 158:21 | 158:24 | C, V, P, R |
| | | | 159:6 | 159:9 | |

| Victoria Brown (Deposition I) December 14, 2018 | | | | | |
|---|---|---|---|---|---|
| **Plaintiffs' Designations** (to be filed 1/9/20) | | **Defendant's Objections to Designations** (to be filed 1/16/20) | **Defendant's Counter-Designations** (to be filed 1/9/20) | | **Plaintiffs' Objections to Counter-Designations** (to be filed 1/16/20) |
| From | To | | From | To | |
| 9:12 | 9:25 | none | 10:2 | 10:21 | |
| 75:17 | 76:11 | X, LF, In, C, V, L | 73:23 | 74:3 | |
| | | | 73:16 | 73:19 | |
| | | | 76:12 | 76:14 | |
| 77:11 | 77:21 | In, LF, C, V, L | 77:22 | 77:23 | V, P |
| | | | 78:3 | 78:12 | |
| 82:16 | 83:23 | In, LF, H, L, O, S, V | 79:5 | 79:11 | |
| | | | 81:10 | 81:14 | |
| | | | 81:24 | 82:15 | |
| | | | 83:24 | 84:3 | |
| 92:25 | 93:11 | H, L, R, LF, S, V, O | 93:12 | 93:23 | |
| 128:5 | 128:25 | In, L, LF, O, S, V | 127:24 | 128:4 | |
| | | | 129:2 | 129:5 | |
| | | | 129:7 | 131:4 | |
| 155:21 | 156:24 | In, L, LF, S, V, O | 145:7 | 145:18 | LF, In, R |
| | | | 154:15 | 154:17 | |
| | | | 154:19 | 154:19 | |
| | | | 156:25 | 157:6 | |

| 180:9 | 180:12 | L, In, LF, S, C, V | 180:13 | 180:16 | |
| 180:17 | 181:3 | L, In, LF, S, C, V | 181:4 | 181:8 | |
| 206:18 | 206:22 | L, LF, S, C | 207:19 | 208:4 | |
| 207:3 | 207:11 | In, L, LF, S, C | 207:19 | 208:4 | |
| 207:13 | 207:15 | In, L, LF, S, C | 207:17 | 207:17 | |
| | | | 207:19 | 208:4 | |
| 207:19 | 207:24 | In, L, LF, S, C | 207:25 | 208:4 | |
| 210:25 | 211:9 | In, L, R, LF, S, C | | | |
| 211:11 | 211:12 | In, L, R, LF, S, C | | | |
| 211:16 | 211:19 | In, L, R, LF, S, C | | | |
| 211:21 | 211:22 | In, L, R, LF, S, C | 211:24 | 212:10 | V, P, LF, 30(b)(6) |
| 213:4 | 213:9 | In, L, R, LF, S, C | 213:10 | 213:20 | |
| 214:2 | 214:3 | In, L, R, LF, S, C | 214:4 | 214:5 | |
| 214:6 | 214:8 | In, L, R, LF, S, C | 214:9 | 214:13 | |
| 214:22 | 214:25 | In, L, R, LF, S, C | 215:2 | 215:22 | |

| Victoria Brown (Deposition II) February 8, 2019 | | | | | |
|---|---|---|---|---|---|
| Plaintiffs' Designations (to be filed 1/9/20) | | Defendant's Objections to Designations (to be filed 1/16/20) | Defendant's Counter-Designations (to be filed 1/9/20) | | Plaintiffs' Objections to Counter-Designations (to be filed 1/16/20) |
| From | To | | From | To | |
| 244:6 | 244:23 | In, C, R | 241:13 | 241:23 | |
| | | | 245:3 | 245:8 | |
| 248:16 | 249:14 | In, L, LF, C, R | 249:15 | 249:20 | |
| 249:21 | 252:15 | L, LF, X, C, R | 253:6 | 255:9 | |
| 288:8 | 288:17 | In, L, LF, S, C, R | 288:18 | 289:9 | |
| 298:7 | 298:21 | In, L, LF, X, C, R, S | 296:11 | 296:17 | |
| | | | 296:22 | 296:23 | |
| | | | 297:10 | 298:6 | |
| | | | 298:22 | 299:14 | |
| 315:14 | 316:23 | In, R, L, LF, S, C | 314:4 | 314:23 | |
| | | | 315:6 | 315:13 | |
| 317:11 | 317:19 | In, V, L, S, C | | | |
| 320:4 | 320:16 | In, L, LF, S, C | 316:24 | 317:10 | C |
| | | | 320:2 | 320:3 | |
| | | | 320:17 | 321:2 | |
| 322:7 | 322:14 | In; LF, L, S, C | 322:2 | 322:6 | |

| 341:22 | 342:9 | In, L, LF, R, S, C | 342:10 | 342:21 | V, P, LF, H, 30(b)(6) |
|--------|-------|--------------------|--------|--------|-----------------------|
| 351:19 | 352:4 | R, L, LF, S, C, In  |        |        |                       |
| 406:18 | 407:4 | In, L, NE, C        | 407:5  | 407:22 |                       |
|        |       |                     | 408:17 | 408:21 |                       |

Dated:  January 16, 2020                    Respectfully Submitted,


                                            /s/ *Sandra K. Law*
                                            James F. Companion (#790)
                                            Sandra K. Law (#6071)
                                            Frank X. Duff (#1065)
                                            Schrader Companion Duff & Law, PLLC
                                            401 Main Street
                                            Wheeling, WV  26003
                                            Tel: (304) 233-3390
                                            Fax: (304) 233-2769
                                            *Counsel for Plaintiffs Biogen International*
                                                *and Biogen MA Inc.*

*GmbH*
Of Counsel:

James B. Monroe
Sanya Sukduang
Paul W. Browning
Laura M. Masurovsky
Eric J. Fues
Li Feng
Andrew E. Renison
Aaron G. Clay
Jeanette M. Roorda
John E. Nappi
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413
(202) 408-4000