IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 17-cv-116-IMK <br><br> **HIGHLY CONFIDENTIAL** <br> **(Filed Under Seal)** |

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2020 a true and correct copy of **PLAINTIFFS' DEPOSITION DESIGNATIONS WITH DEFENDANT'S COUNTER-DESIGNATIONS AND OBJECTIONS** was filed under seal and served a copy of the same on the below counsel via email:

Gordon H. Copland, Esq.
Gordon.Copland@steptoe-johnson.com
William J. O'Brien, Esq.
William.Obrien@steptoe-johnson.com
Steptoe & Johnson PLLC
400 White Oaks Blvd.
Bridgeport, WV 26330

Shannon M. Bloodworth
sbloodworth@perkinscoie.com
Brandon M. White
bmwhite@perkinscoie.com
Michael A. Chajon
mchajon@perkinscoie.com
Perkins Coie LLP
700 13th Street NW
Suite 600
Washington, DC 20005

Courtney M. Prochnow
cprochnow@perkinscoie.com
Perkins Coie LLP
1888 Century Park, East
Suite 1700
Los Angeles, CA 90067

David L. Anstaett
danstaett@perkinscoie.com
Emily J. Greb
egreb@perkinscoie.com
Perkins Coie LLP
1 East Main Street, Suite 201
Madison, WI 53703

*Counsel for Defendant Mylan Pharmaceuticals Inc.*

                                                                                             /s/ Sandra K. Law
James F. Companion (#790)
Sandra K. Law (#6071)
Frank X. Duff (#1065)
Schrader Companion Duff & Law, PLLC
401 Main Street
Wheeling, WV 26003
Phone: (304) 233-3390
Fax: (304) 233-2769
*Attorneys for Plaintiffs Biogen International GmbH and Biogen MA Inc.*

Of Counsel:

James B. Monroe
Sanya Sukduang
Paul W. Browning
Laura M. Masurovsky
Eric J. Fues
Li Feng
Andrew E. Renison
Aaron G. Clay
Jeanette M. Roorda
John E. Nappi
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, LLP

901 New York Avenue, N.W.
Washington, DC 20001-4413
(202) 408-4000