**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC., | |
| Plaintiffs, | |
| v. | C.A. No. 1:17-cv-116-IMK |
| MYLAN PHARMACEUTICALS INC., | |
| Defendant. | |

## MYLAN'S DEPOSITION DESIGNATIONS, BIOGEN'S OBJECTIONS AND COUNTER-DESIGNATIONS, AND MYLAN'S OBJECTIONS TO BIOGEN'S COUNTER-DESIGNATIONS

Pursuant to Paragraph 15 of the Scheduling Order (D.I. 56) ("the Scheduling Order"), Defendant's deposition designations, Plaintiffs' objections to Defendant's designations, Plaintiffs' counter-designations, and Defendant's objections are shown below.  Mylan reserves the right to use at trial any and all deposition designations and counter designations submitted by either party as part of the Pretrial Order. Biogen reserves the right to use at trial any and all deposition designations and counter designations submitted by either party as part of the Pretrial Order.

Also shown below is a listing of the objection codes used by both Defendant's and Plaintiffs'.

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

**Plaintiffs' and Defendant's Joint Listing of Objection Codes**

| A | Authenticity (FRE 901) |
|---|---|
| Arg | Argumentative |
| AT | Attorney Objections Not Removed |
| B | Not Best Evidence Rule Prohibits Introduction (FRE 1002, 1003 and/or 1004) |
| BS | Beyond the Scope of Direct / Cross / Redirect Examination |
| 30(b)(6) | Beyond the Scope of the Rule 30(b)(6) Deposition Topic |
| C | Cumulative, Duplicative, Wasteful or Undue Delay (FRE 403) |
| Char | Improper Character Evidence (FRE 404) |
| Cmpd | Compound |
| D | Demonstrative/Should Not Be Admitted Into Evidence |
| F | Improper Trial Exhibit |
| H | Hearsay/Improper Use of Deposition (FRE 802 and/or FRCP 32) |
| R | Irrelevant and/or Immaterial (Relevance) (FRE 401/402) |
| IAD | Improperly Affirmatively Designating Party Witness Testimony (FRCP 32) |
| IC | Improper Designation / Counter Designation (FRE 106; FRCP 32(a)(6) |
| In | Incomplete Testimony (FRE 106; FRCP 32(a)(6)) |
| L | Lack of Personal Knowledge or Competency (FRE 602) |
| LA | Limited Admissibility (Admissible for Some Purposes but Not Others) (FRE 105) |
| LC | Legal Conclusion |
| LD | Leading (FRE 611) |
| LF | Lack of Foundation (FRE 103, 104 and/or 105) |
| M | Misleading/Mischaracterizes Prior Testimony (FRE 401-403, 611) |
| MD | Mischaracterizes Underlying Document (FRE 401-403, 611) |
| ML | Subject to Motion In Limine |
| NA | Not prior art |
| NE | Assumes Facts Not In Evidence |
| ND | Not disclosed or identified by Plaintiffs in response to one or more of Defendant's discovery requests (including in response to interrogatories propounded under FRCP 33) or as required by FRCP 26; not disclosed or identified in Plaintiffs' contentions. |
| NR | Nonresponsive |
| NT | Not Testimony |
| NX | Not relied on in an expert report |
| O | Improper Lay or Expert Opinion (FRE 701-703) |
| OC | Offer to Compromise, Settlement (FRE 408) |
| P | Unfair, Prejudicial, Confusing and/or Misleading (FRE 403) |
| I | Reserved Because Exhibit Has Not Been Provided, the Copy Provided Is Illegible and/or the Entry Includes Multiple Documents |
| S | Calls for Speculation (FRE 602) |
| U | Untimely/Never Produced (FRCP 26, 37) |
| V | Vague/Ambiguous/Overbroad (FRE 611) |
| W | Privileged/Work Product (FRE 501/502) |
| X | Incomplete Document (FRE 106) |
| Y | Wrong Document Identified or Incorrectly Described |
| Z | Contains summaries requiring underlying data |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Carmen Bozic December 10, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 10:22-24 | | | |
| 13:23-14:12 | | | |
| 21:15-17 | | | |
| 22:10-14 | | | |
| 28:10-29:15 | V, P, LF, In, R | | |
| 29:19-23 | | | |
| 30:13-18 | V, P | | |
| 30:20-31:19 | V, P | | |
| 32:2-22 | R, P, 30(b)(6) | | |
| 33:22-35:3 | LF, In, R, P, 30(b)(6), MD, M | | |
| 35:6-38:6 | V, P, LF, In, R, 30(b)(6) | | |
| 38:8-40:16 | V, P, LF, In, R | | |
| 40:20-41:19 | V, P, LF, In, R | 41:20-41:21 | V, C, P, L, LF |
| 41:22-43:4 | V, P, LF, In, R | | |
| 43:6-24 | | | |
| 44:2-8 | | | |
| 44:10-12 | R, P, 30(b)(6) | | |
| 44:16-45:14 | R, P, 30(b)(6) | | |
| 46:2-17 | V, P, LF, In, R, 30(b)(6) | | |
| 46:25-47:10 | V, P, LF, In, R, 30(b)(6) | | |
| 47:12-48:14 | V, P, LF, In, R, 30(b)(6) | 48:15-48:17 | V, S, L, LF, C, P |
| 48:18-49:10 | | | |
| 49:13-18 | | | |
| 49:24-50:5 | | | |
| 50:8-52:13 | | | |
| 52:16-54:4 | | 54:5-54:9 | V, S, L, LF, C, P |
| 54:10-14 | V, P, R | | |

3

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Carmen Bozic December 10, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 57:9-58:23 | LF, In, R, P, V | | |
| 59:13-60:2 | | | |
| 60:8-13 | | | |
| 62:12-20 | V, P, LF, R | | |
| 62:24-63:14 | V, P, LF, In, R | | |
| 63:17-64:25 | V, P, LF, In, R | | |
| 65:16-17 | C | | |
| 65:19-66:23 | V, P, LF, In, R, MD, M | | |
| 66:25-67:10 | V, P, R, In, MD, M | | |
| 67:13-17 | | | |
| 68:2-10 | P, V, R | | |
| 69:13-21 | | | |
| 69:24-71:21 | A, V, P, LF, In, R | 71:22-71:23 | LF, In, C, L, LF, S |
| 72:25-73:21 | V, P, LF, R | | |
| 73:23-74:6 | A, V, P, LF, In, R | 74:12-74:13 | L, LF, S |
| 74:14-75:9 | A, V, P, LF, In, R | | |
| 75:11-76:11 | A, V, P, LF, In, R | | |
| 76:14-77:13 | A, V, P, LF, In, R, C | 77:20-77:21 | L, LF, S |
| 77:22-79:12 | A, V, P, LF, In, R | 79:13-79:16 | L, LF, S |
| 79:19-80:15 | A, V, P, LF, In, R | | |
| 80:17-21 | | 80:22-80:24 | V, L, LF, S |
| 80:25-81:11 | | 81:12-81:13 | V, L, LF, S |
| | | 81:15 | V, L, LF, S |
| 82:3-13 | V, P, LF, R | | |
| 82:15-83:4 | V, P, LF, R | | |
| 83:13-20 | A, V, P, LF, In, R, M, MD | 85:15-85:16 | V, L, LF, S, C |
| | | 85:19-85:22 | NR, R, V, L, LF, S, C |
| 83:23-84:7 | | 85:15-85:16 | V |
| | | 85:19-85:22 | NR, R, V, L, LF, S,C |
| 85:8-11 | S, V, P, R | | |
| 85:14 | | | |
| 85:23-25 | | 86:6-86:7 | L, LF, S |
| 86:8-87:4 | | 87:5-87:10 | L, LF, S |

4

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Carmen Bozic December 10, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 87:11-20 | LF, V, P | | |
| 87:22-25 | LF, V, P | | |
| 88:5-9 | S, P, LF, V, R | | |
| 88:16-18 | | 88:23-89:2 | L, LF, S, C |
| 89:3-17 | | 89:18-89:23 | L, LF, S, C |
| 90:5-21 | | 90:22-90:23 | L, LF, S, C |
| 90:24-91:9 | | | |
| 91:14-20 | | | |
| 92:2-14 | | | |
| 92:22-93:6 | | | |
| 93:18-94:8 | MD, LF, S, P, R, V | | |
| 94:11-20 | MD, LF, S, P, R, V | | |
| 94:23-95:21 | | | |
| 95:24-25 | | | |
| 96:12-20 | | | |
| 96:22-25 | | 97:6-97:13 | V, L, LF, S, C |
| 97:14-98:16 | | | |
| 98:23-99:7 | | 99:8-99:10 | V, L, LF, S, C, P |
| 99:11-17 | | 99:18-99:20 | L, LF, S, C, P |
| 101:18-102:2 | | 102:3-102:5 | L, LF, S, C, P |
| | | 102:9-102:12 | L, LF, S, C, P |
| 106:19-21 | LF, S, P | | |
| 106:24-107:10 | LF, S, P | 107:11-107:17 | NR, V, L, LF, S, C, P |
| 107:18-109:16 | LF, S, P, R, V | | |
| 109:19-21 | | | |
| 109:23-25 | | | |
| 110:6-111:16 | | | |
| 112:9-114:11 | LF, S, P, R, V | | |
| 114:13-115:7 | LF, S, P, R, V | | |
| 115:10-116:3 | LF, S, P, R, V | | |
| 116:5-12 | LF, S, P, R, V | | |
| 116:15-17 | | | |
| 116:25-118:15 | | 116:22-116:24 | L, LF, S, C |

5

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Carmen Bozic December 10, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 118:25-119:4 | | | |
| 120:10-22 | | | |
| 121:10-18 | | 121:19-23 | V, L, LF, S, C |
| 122:24-124:13 | LF, S, P, R, V | | |
| 124:15-19 | | 124:20-22 | V, H, L, LF, S, C |
| | | 124:25-125:4 | NR, V, MD, H, L, LF, S, C |
| 126:9-25 | | | |
| 127:3-13 | | 127:2 | |
| 128:5-129:3 | | 129:4-129:7 | V, NR, H, L, LF, S, C |
| 129:8-12 | | 129:13-129:23 | V, H, L, LF, S, C |
| 131:18-132:10 | | 132:11-132:18 | V, NR, H, L, LF, S, C |
| 132:19-133:10 | C, S, P, R, V | | |
| 133:12-21 | C, S, P, R, V | 133:22-133:25 | NR, V, L, LF, S, C |
| 134:9-14 | V, P, R, LF | | |
| 134:16-135:3 | V, P, R, LF | | |
| 135:6-8 | | 135:13-135:15 | L, LF, S, C |
| 135:16-24 | LF, V, P, R | | |
| 136:2-137:9 | S, LF, V, P, R | | |
| 137:11-138:4 | S, LF, V, P, R | | |
| 138:11-22 | S, LF, V, P, R, M, MD | | |
| 138:25-140:6 | S, LF, V, P, R, M, MD | | |
| 140:13-19 | S, LF, V, P, R | | |
| 140:22-25 | | 141:6-141:8 | V, L, LF, S, C |
| 141:9-142:18 | | | |
| 143:13-18 | V, P, LF, In, R | 143:19-144:5 | V, L, LF, S, C |
| | | 144:9-144:15 | V, C |
| 144:18-145:11 | | | |
| 145:24-146:2 | V, P, LF, In, R | | |
| 146:4-20 | V, P, LF, In, R | | |
| 154:18-155:7 | V, P, LF, In, R | | |
| 155:11-14 | | | |

6

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Carmen Bozic December 10, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 156:7-157:7 | V, P, LF, In, R | | |
| 157:9-21 | | | |
| 157:23-25 | V, P, LF, R | 158:6-158:8 | NR, V, S, L, LF |
| 158:9-160:7 | V, P, LF, In, R | 160:8-160:19 | V, MD, H, L, LF, S, C, P |
| 161:18-162:7 | V, P, LF, In, R | | |
| 162:18-25 | V, P, LF, In, R | | |
| 168:13-16 | | | |
| 169:15-170:14 | | | |
| 170:18-171:3 | V, P, LF, In, R | | |
| 171:5-173:8 | In, R, P | | |
| 175:9 | | | |
| 175:12-176:2 | In, R, P | | |
| 176:5-17 | | | |
| 176:19-177:18 | | | |
| 177:21-22 | | | |
| 177:25-179:24 | In, R, P | | |
| 180:6-8 | | | |
| 180:13-181:2 | | | |
| 181:13-182:25 | V, P, LF, R | 182:20-183:3 | NR, V, L, LF, S, C |
| 185:12-14 | | | |
| 186:21-187:11 | | 186:16-186:20 | V, L, LF, S, C |
| 187:19-188:5 | V, P, LF, R, In | 188:6-188:8 | V, L, LF, S, C |
| | | 188:10-188:11 | V, L, LF, S, C |
| 188:19-24 | V, P, LF, R, In | 189:21-189:24 | V, L, LF, S, C |
| | | 190:3-190:5 | NR, V, L, LF, S, C |
| 203:2-5 | | 202:12-202:15 | V, L, LF, S, C |
| | | 202:18-202:25 | V, L, LF, S, C |
| 203:11-13 | | | |
| 203:19-204:12 | | | |
| 204:21-23 | | | |
| 205:3-15 | | 206:8-206:16 | NR, V, H, L, LF, S, C |
| 207:18-20 | | 207:25-208:2 | L, LF, S, C |
| 208:3-25 | | 209:2-209:7 | NR, V, H, L, LF, S, C |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Carmen Bozic December 10, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 209:18-210:2 | S, V, P, LF, R | | |
| 211:19-22 | C | | |
| 211:24-213:2 | C, S, V, P, LF, R | | |
| 213:12-15 | S, LF, R, P, V | | |
| 213:17-22 | S, LF, R, P, V | | |
| 213:24-214:13 | | | |
| 214:15-215:9 | | 215:10-215:15 | L, LF, S, C, V |
| 215:21-24 | | 215:25-216:4 | L, LF, S, C, V |
| 216:5-9 | | | |
| 216:14-16 | | | |
| 216:20-217:12 | | | |
| 218:3-22 | | | |
| 219:12-220:10 | LF, In, MD | | |
| 220:14-222:25 | S, V, P, LF, In, MD | | |
| 224:5-7 | | 224:12-224:13 | L, LF, S, C |
| 224:14-225:16 | S, V, P, LF, In, MD | | |
| 225:18-19 | S, V, P, LF, In, MD | | |
| 226:15-17 | | | |
| 226:22-227:18 | | | |
| 230:9-11 | | | |
| 230:16-231:10 | | | |
| 231:12-14 | | | |
| 231:19-233:8 | | | |
| 233:17-234:12 | | | |
| 236:5-237:6 | | | |
| 244:17-246:12 | | | |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Victoria Brown December 14, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 9:13-10:5 | | | |
| 10:18-21 | | | |
| 14:18-21 | | | |
| 15:3-12 | | | |
| 16:15-19 | | | |
| 16:23-17:2 | | | |
| 17:6-11 | | | |
| 22:8-15 | | | |
| 26:21-27:18 | | | |
| 47:17-49:19 | | | |
| 50:15-51:2 | | | |
| 52:21-56:5 | In | | |
| 56:14-57:12 | | | |
| 58:12-18 | | | |
| 58:21-24 | | | |
| 59:11-25 | | | |
| 60:24-61:7 | V, P | | |
| 61:24-62:4 | | | |
| 64:10-13 | V, P, 30(b)(6) | | |
| 64:19-23 | 30(b)(6) | | |
| 65:10-12 | V, P, 30(b)(6) | | |
| 65:16-66:5 | V, P, 30(b)(6) | | |
| 69:10-11 | V, P, 30(b)(6) | | |
| 69:15-70:9 | V, P, 30(b)(6) | | |
| 74:9-15 | | | |
| 75:17-77:21 | | | |
| 104:3-15 | V, P, R, H, 30(b)(6) | | |
| 104:18-21 | V, P, R, H, 30(b)(6) | | |
| 105:6-107:13 | H, 30(b)(6), V, R | | |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Victoria Brown December 14, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 108:7-13 | LF, H, R, 30(b)(6) | | |
| 115:19-116:3 | V, P, R | | |
| 116:6-11 | V, P, R | | |
| 117:11-18 | R, P, 30(b)(6) | | |
| 129:2-5 | V | | |
| 129:7-13 | | | |
| 152:17-20 | In, H, LF | 153:22-153:25 | V, C, L, LF, S |
| 159:17-160:4 | R, P | | |
| 160:9-14 | LF, H, S | 160:22-160:24 | In, V, LF, L, S, C, P |
| 162:14-17 | R, P | | |
| 164:24-165:9 | | 165:10-165:14 | V, L, S, C, P, LF |
| 165:15-18 | | | |
| 169:22-25 | R, P | | |
| 180:7-12 | | | |
| 192:9-16 | | | |
| 193:8-14 | LF | | |
| 193:18-195:10 | LF | | |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Victoria Brown February 8, 2019 | | | |
|---|---|---|---|
| Mylan's Designation | Plaintiffs' Objection(s) | Plaintiffs' Counter-Designation | Mylan's Objection(s) to Plaintiffs' Counter-Designation |
| 244:6-23 | | | |
| 245:9-246:6 | | | |
| 247:4-13 | | | |
| 250:11-17 | | | |
| 251:23-252:15 | | | |
| 253:6-254:23 | | | |
| 257:6-9 | | | |
| 258:15-259:6 | | | |
| 259:21-24 | | | |
| 263:10-18 | | | |
| 264:3-13 | | | |
| 284:5-287:25 | A, V, P, LF, H, 30(b)(6) | | |
| 288:6-289:9 | | | |
| 293:8-17 | | | |
| 297:23-298:21 | | | |
| 300:16-302:2 | | | |
| 302:18-303:14 | | | |
| 303:23-304:6 | | | |
| 305:3-13 | | | |
| 306:13-308:22 | | | |
| 309:4-311:13 | | | |
| 315:14-316:13 | | | |
| 318:17-23 | | | |
| 319:18-321:19 | | | |
| 322:7-14 | | | |
| 323:5-324:2 | | | |
| 324:11-326:19 | | | |
| 327:21-328:5 | | | |
| 328:13-24 | | | |
| 334:7-335:3 | | | |
| 335:13-336:11 | | | |
| 336:18-340:3 | | | |
| 340:7-341:9 | | | |

11

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Victoria Brown February 8, 2019 | | | |
|---|---|---|---|
| Mylan's Designation | Plaintiffs' Objection(s) | Plaintiffs' Counter-Designation | Mylan's Objection(s) to Plaintiffs' Counter-Designation |
| 344:12-18 | | | |
| 345:16-346:4 | | | |
| 349:12-351:4 | | | |
| 352:21-353:4 | | | |
| 354:16-23 | C | | |
| 355:4-17 | C, R | | |
| 356:6-8 | | | |
| 356:15-23 | | | |
| 358:11-16 | | | |
| 359:6-360:12 | | | |
| 361:2-362:3 | | | |
| 362:12-363:18 | | | |
| 363:23-364:4 | | | |
| 364:14-16 | | | |
| 367:14-17 | | | |
| 368:5-19 | | | |
| 369:24-370:6 | | | |
| 370:15-372:8 | S, P, R, V, In | | |
| 372:21-24 | | | |
| 373:10-374:2 | | | |
| 374:10-25 | P, R, V, Arg, M | | |
| 383:21-384:15 | C | | |
| 389:9-390:5 | | | |
| 390:11-23 | S, R, In | | |
| 391:3-392:13 | S, R, V | | |
| 392:18-393:3 | | | |
| 398:10-12 | | | |
| 398:15-20 | | | |
| 398:23-399:15 | | | |
| 399:22-400:3 | | | |
| 403:23-405:14 | | | |
| 406:16-407:22 | | | |

12

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Tracey Dawson<br>January 30, 2019 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 8:23-25 | | | |
| 9:7-9 | | | |
| 35:19-36:8 | | | |
| 42:11-18 | | | |
| 44:5-10 | | | |
| 45:21-25 | | | |
| 46:7-18 | | | |
| 49:3-18 | | | |
| 50:24-51:12 | | | |
| 51:15-18 | | | |
| 52:4-7 | | | |
| 52:15-53:4 | | | |
| 53:18-54:13 | | | |
| 58:18-60:3 | V, P, LF, H, O, R, 30(b)(6), In | | |
| 60:8-18 | V, P, LF, H, O, R, 30(b)(6) | | |
| 60:22 | V, P, LF, H, O, R, 30(b)(6) | | |
| 65:11-66:10 | | | |
| 68:15-70:5 | S, V, P, LF, R, MD | | |
| 70:9-14 | S, V, P, R, MD, LF | | |
| 72:18-74:15 | | | |
| 75:3-5 | | | |
| 76:22-25 | | | |
| 79:15-24 | LC, S, LF | | |
| 80:4-8 | LC, S, LF | | |
| 80:10-14 | LC, S, LF | | |
| 80:19-23 | LC, S, LF | | |
| 90:16-18 | LF, S | 90:19-90:21 | V, S, L, LF, C, P |
| | | 90:24-91:2 | V, S, L, LF, C, P |
| 93:5-7 | | | |
| 93:11-17 | V | | |

13

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Tracey Dawson January 30, 2019 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 93:21-95:12 | V | | |
| 95:17 | | | |
| 98:22-24 | V, LF | 99:3-99:4 | V, S, C, P, L, LF |
| | | 99:9 | V, S, C, P, L, LF |
| 122:9-124:2 | | | |
| 138:18-23 | | | |
| 141:10-11 | V, P, R, S | | |
| 141:15-19 | | | |
| 141:23-25 | V, P, R, S | | |
| 142:5-7 | | | |
| 143:21-23 | C, S, LF | | |
| 144:4 | | | |
| 146:7-13 | | 146:14-146:20 | R, V, S, C, P, L, LF |
| | | 146:25-147:9 | V, R, S, C, P, L, LF |
| 148:4-18 | | | |
| 148:23-149:7 | | | |
| 150:13-17 | LF, H, R, P, 30(b)(6) | | |
| 152:23-24 | LF, H, R, P, 30(b)(6) | | |
| 153:6-21 | F, H, R, P, 30(b)(6) | | |
| 154:2-14 | S, 30(b)(6) | | |
| 154:21-155:5 | S, 30(b)(6) | | |
| 155:14-156:2 | | | |
| 156:5 | | | |
| 156:11-157:2 | | | |
| 158:8-24 | C, V, P, R | | |
| 159:6-9 | C, V, P, R | | |

14

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Cara Lansden November 14, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 16:7-8 | | | |
| 23:3-5 | | | |
| 23:17-26:3 | | | |
| 26:12-27:7 | V, P, LF, H, R | 28:6-28:10 | R, V, S, C, P, L, LF |
| 27:25-28:5 | | | |
| 34:9-37:6 | LF, H, In, R | | |
| 37:9-10 | | | |
| 37:12-38:17 | V, P, LF, H, R | | |
| 38:20-21 | V, P, LF, H, R | | |
| 38:23-41:9 | V, P, LF, H, R | | |
| 41:23-42:7 | V, P, LF, H, R | | |
| 44:14-25 | O, LC, LF | | |
| 45:6-7 | | | |
| 45:9-19 | O, LC, LF, V, P, R | | |
| 45:22-46:12 | O, LC, LF, V, P, R | | |
| 46:14-47:10 | LF, H, O, R, P | | |
| 47:13-14 | | | |
| 47:16-49:11 | LF, H, O, R, P | | |
| 49:14-18 | LF, H, O, R, P | | |
| 49:20-24 | LF, H, O, R, P | | |
| 50:5-8 | LF, H, O, R, P | | |
| 50:11-13 | LF, H, R, P | | |
| 51:18-54:13 | V, P, LF, H, R | | |
| 54:15-55:5 | | | |
| 57:12-21 | | | |
| 58:2-14 | LF, H, O, R, P, V | | |
| 59:12-60:3 | S, Cmpd, R, P, V | 59:2-59:6 | V, S, C, P, L, LF, NR |
| | | 59:9-59:10 | V, NR, S, C, P, L, LF |
| 60:6-9 | | | |
| 60:11-61:14 | | 61:15-61:18 | V, NR, S, C, P, L, LF |
| | | 61:21-61:22 | V, NR, S, C, P, L, LF |
| 62:12-15 | A, V, P, LF, H, R | | |

15

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Cara Lansden November 14, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 62:24-63:24 | A, V, P, LF, H, In, R | | |
| 64:2-65:18 | A, V, P, LF, H, In, R | 65:19-65:21 | V, S, C, L, LF |
| 65:22-66:5 | MD, LF, P, R, V | 66:13-66:17 | V, S, C, L, LF |
| | | 66:19-66:24 | NR, V, S, C, L, LF |
| 66:8-11 | | 66:13-66:17 | NR, V, S, C, L, LF |
| | | 66:19-66:24 | NR, V, S, C, L, LF |
| 67:2-11 | | 67:12-67:14 | NR, V, S, C, L, LF |
| | | 67:17-67:19 | NR, R, V, S, C, L, LF |
| 68:24-69:3 | | | |
| 69:10-16 | | 69:17-69:19 | R, V, S, C, L, LF |
| 69:20-70:13 | | 70:14-70:19 | R, V, S, C, L, LF |
| 70:20-22 | | | |
| 71:8-11 | | 71:23-72:3 | R, V, S, C, L, LF |
| 72:4-73:4 | | 73:5 | |
| | | 73:7-73:10 | NR, V, NE, S, C, L, LF |
| 73:12-74:16 | | 74:17-75:4 | V, S, C, L, LF |
| 75:5-9 | | 75:10-75:15 | R, V, S, L, LF, C |
| | | 75:18-75:19 | R, V, S, C, L, LF |
| 75:21-76:11 | | 76:12-76:16 | R, V, S, C, L, LF |
| 76:17-77:3 | | 77:4-77:6 | R, V, S, C, L, LF |
| | | 77:9-77:11 | R, V, S, C, L, LF |
| 77:17-24 | | 77:25-78:4 | R, V, S, C, L, LF |
| | | 78:7-78:13 | R, V, S, C, L, LF |
| 78:14-23 | | 78:24-79:5 | R, V, S, C, L, LF |
| 79:6-11 | S, LF | | |
| 79:14-24 | S, LF | 81:3-81:6 | V, S, C, L, LF, P |
| | | 81:9-81:12 | V, NR, S, C, L, LF, P |
| 81:14-82:4 | A, V, P, LF, H, In, R | 82:14-82:17 | V, S, C, L, LF, P |
| 82:18-83:15 | A, V, P, LF, H, In, R | 83:16-84:9 | V, S, C, L, LF, P |
| 84:10-16 | A, V, P, LF, H, In, R | 84:17-84:20 | R, V, S, C, L, LF |
| 84:21-23 | | 84:24-85:2 | R, V, S, C, L, LF, P |
| 85:7-21 | A, V, P, LF, H, In, R | 86:2-86:7 | R, V, S, C, L, LF, P |
| 86:8-87:8 | A, V, P, LF, In, R | | |
| 88:9-21 | | 88:22-88:25 | R, V, S, C, L, LF, P |
| 90:3-8 | | 90:13-91:3 | S, V, C, L, LF, P |

16

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Cara Lansden November 14, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 91:21-93:8 | | | |
| 93:17-23 | A, V, P, LF, H, In, R | 93:24-93:25 | R, S, C, LF, C |
| 94:2-5 | | | |
| 94:25-95:3 | | 95:4-95:5 | R, S, C, L, LF |
| 95:22-96:2 | | 96:3-96:5 | R, S, C, L, LF |
| | | 96:8-96:10 | R, S, C, L, LF |
| 96:16-97:25 | A, V, P, LF, H, In, R | 98:2-98:7 | R, S, C, L, LF |
| 98:8-12 | | 98:13-98:15 | R, S, C, L, LF |
| 99:10-11 | | | |
| 100:6-8 | | | |
| 100:16-25 | | | |
| 101:8-102:6 | A, LF, S | | |
| 102:8-12 | A, LF, S | | |
| 102:14-105:5 | A, V, P, LF, H, In, R | | |
| 105:9-106:5 | A, V, P, LF, H, In, R | | |
| 106:10-16 | | | |
| 106:18-108:2 | A, V, P, LF, H, In, R | | |
| 108:4-109:9 | A, V, P, LF, H, In, R | | |
| 109:12-20 | | | |
| 109:22-112:20 | A, V, P, LF, H, In, R | | |
| 112:23-113:2 | | | |
| 113:4-117:7 | A, V, P, LF, H, In, R | | |
| 117:16-19 | | | |
| 117:21-119:9 | | | |
| 119:21-23 | | | |
| 120:14-121:25 | V, P, LF, H, In, R | | |
| 127:17-20 | | | |
| 128:2-21 | LF, H, In, R, P | | |
| 130:5-17 | LF, H, In, R, P | | |
| 130:22-131:5 | LF, H, In, R, P | | |
| 132:3-8 | | 132:9-132:11 | V, R, S, C, L, LF |
| 133:4-7 | | 133:8-133:9 | R, S, C, L, LF |
| 133:10-135:3 | S, V, P, R | 135:4-135:7 | R, S, C, L, LF |
| 135:8-24 | LF, H, In, R, P | | |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Cara Lansden November 14, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 137:25-138:4 | LF, H, R, P | 138:7-138:9 | R, V, S, C, L, LF |
| 138:10-140:20 | LF, H, In, R, P | | |
| 141:2-11 | | 141:12-141:17 | R, V, S, C, L, LF |
| 142:15-143:16 | LF, H, In, R, P | 143:17-143:21 | R, V, S, C, L, LF |
| 143:22-145:3 | P, V, R, LF, S | | |
| 145:7-12 | P, V, R, LF, S | | |
| 145:15-21 | | 145:23-146:3 | R, V, S, C, L, LF |
| 146:17-147:7 | | | |
| 147:10-16 | S, P, V, R, LF | | |
| 149:13-15 | S, P, V, R, LF, C | | |
| 149:19-21 | | | |
| 150:9-11 | LF, H, R, P | | |
| 150:13-16 | LF, H, R, P | | |
| 150:18-154:6 | LF, H, R, P | 154:7-154:23 | R, L, O, V, S, C, L, LF |
| 159:2-4 | | 159:7-159:11 | |
| 159:17-18 | | | |
| 159:20-160:20 | | | |
| 161:2-4 | | 161:5-161:7 | R, V, S, C, L, LF |
| 161:8-20 | MD, LF, R, P, V | | |
| 161:24-162:2 | | | |
| 162:4-8 | MD, LF, R, P, V | 162:9-162:13 | |
| | | 162:17-162:22 | NR, V, S, C, L, LF |
| 163:7-10 | | 163:13-163:15 | R, V, S, C, L, LF |
| 163:16-164:21 | | 164:22-165:2 | R, V, S, C, L, LF |
| 165:3-7 | | | |
| 165:12-20 | | 165:21-165:22 | R, V, S, C, L, LF |
| 166:21-167:4 | LF, R, P, V, S | | |
| 167:7-14 | | | |
| 167:16-18 | C, LF, R, P, V, S | | |
| 167:21-23 | | | |
| 167:25-169:23 | C, LF, R, P, V, S | | |
| 170:3-4 | LF, R, P, V, S | | |
| 170:7-11 | | | |
| 170:13-21 | LF, P, V, R, S | | |

18

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Cara Lansden November 14, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 170:24-171:25 | LF, P, V, R, S | | |
| 172:21-173:6 | LF, S, P, V, R, O | | |
| 173:9-11 | | | |
| 173:13-175:24 | MD, S, P, V, R, In | | |
| 176:3-14 | MD, S, P, V, R, In | | |
| 176:21-24 | LF, H, R, P | | |
| 177:2-14 | LF, H, R, P, In | | |
| 178:3-23 | LF, H, R, P, In | | |
| 179:5-6 | | | |
| 179:10-13 | | 179:15-179:17 | R, C, P, V, S, L, LF |
| 179:18-180:22 | | 180:23-180:25 | R, C, P, V, S, L, LF |
| 181:2-7 | | 181:8-181:9 | R, C, P, V, S, L, LF |
| | | 181:12-181:16 | NR, R, C, P, V, S, L, LF |
| 181:20-182:8 | | 182:9-12 | R, V, C, P, S, L, LF |
| | | 182:13-182:23 | R, V, C, P, S, L, LF |
| 182:24-183:3 | S, LF, R, P, V | | |
| 183:9-11 | | | |
| 183:20-22 | | 183:24-183:25 | R, C, P, V, S, L, LF |
| | | 184:7-184:8 | R, C, P, V, S, L, LF |
| 184:10-185:3 | | 185:4-185:5 | R, C, P, V, S, L, LF |
| | | 185:8-185:17 | R, NR, C, V, P, S, L, LF |
| 185:18-22 | | | |
| 186:14-16 | V, P, LF, H, R | | |
| 186:22-188:10 | V, P, LF, H, In, R, MD | | |
| 188:13-18 | | | |
| 189:16-24 | | 189:25-190:5 | R, In, C, P, V |
| 190:6-13 | | | |
| 190:25-191:9 | | | |
| 191:16-192:11 | | | |
| 193:17-20 | A, V, P, LF, H, R | | |
| 193:22-194:20 | A, V, P, LF, H, In, R | | |
| 195:3-20 | A, V, P, LF, H, In, R | | |

19

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Cara Lansden<br>November 14, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 195:23-24 | | | |
| 196:2 | A, V, P, LF, H, In, R | | |
| 196:12-197:12 | A, V, P, LF, H, In, R | | |
| 197:25-199:4 | A, V, P, LF, H, In, R | | |
| 199:7-10 | | | |
| 199:12-200:18 | A, V, P, LF, H, In, R | | |
| 200:25-201:2 | A, V, P, LF, H, R | | |
| 201:8-202:22 | A, V, P, LF, H, In, R | | |
| 203:15-204:9 | A, V, P, LF, H, In, R | | |
| 204:12-14 | A, V, P, LF, H, In, R | | |
| 204:25-205:8 | | | |
| 205:19-23 | S, LF, O, P, V, R | | |
| 206:2-5 | | | |
| 206:7-10 | | | |
| 208:3-6 | | | |
| 208:11-209:17 | | | |
| 209:21-22 | | | |
| 209:24-211:4 | | | |
| 211:10-16 | C | | |
| 211:19-24 | C | | |
| 212:2-213:7 | | | |
| 213:12-214:22 | LF, S, P, V, R | | |
| 214:25-215:20 | LF, S, P, V, R | | |
| 216:3-6 | | | |
| 216:9-217:25 | | | |
| 218:6-15 | | | |
| 220:5-11 | LF, P, V, R | | |
| 220:15-21 | Cmpd, LF, P, V, R | | |
| 221:8-16 | S, LF, P, V, R | | |
| 221:18-19 | | | |
| 222:3-224:16 | MD, S, LF, P, V, R | | |
| 224:19-22 | | | |
| 224:24-225:25 | | | |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Cara Lansden<br>November 14, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 226:10-12 | | | |
| 226:15-25 | | | |
| 227:6-10 | | | |
| 227:15-230:14 | | | |
| 230:22-23 | | | |
| 223:25-231:9 | | | |
| 231:12-233:20 | LF, S, P, V, R | | |
| 234:3-5 | | | |
| 234:8-235:22 | | | |
| 236:21-23 | | | |
| 237:3-238:19 | LF, S, P, V, R | | |
| 238:22-24 | | | |
| 239:2-7 | | | |
| 239:13-240:4 | LF, S, P, V, R | | |
| 240:17-19 | | | |
| 240:21-241:25 | LF, S, P, V, R | | |
| 243:20-23 | A, V, P, LF, H, R | | |
| 244:2-245:25 | A, V, P, LF, H, In, R | | |
| 246:4-6 | | | |
| 246:8-250:23 | Cmpd, LF, S, P, V, R | | |
| 251:2-5 | | | |
| 251:7-18 | | | |
| 252:25-253:9 | | | |
| 253:12-254:16 | | | |
| 258:7-25 | | | |
| 260:10-25 | | | |
| 261:18-263:14 | V, P, LF, H, R, S | | |
| 263:17-18 | V, P, LF, H, R, S | | |
| 263:20-23 | V, P, R, LF, M, H | | |
| 264:3-17 | V, P, R, LF, C, H | | |
| 264:21-266:4 | V, P, LF, H, R, C | | |
| 266:7-8 | V, P, LF, H, R, C | | |
| 266:10-23 | V, P, LF, H, R, C | | |

21

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Cara Lansden<br>November 14, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 266:25-267:3 | V, P, R, LF, H | | |
| 267:5-9 | V, P, LF, H, R | | |
| 268:16-270:18 | V, P, LF, H, R | | |
| 270:21 | V, P, LF, H, R | | |
| 271:4-272:2 | | | |
| 272:17-22 | V, P, LF, H, R, S | | |
| 272:25-273:3 | V, P, LF, H, R, S | | |
| 273:5-16 | | | |
| 274:6-10 | | 274:11-274:14 | R, V, C, L, LF, S |
| 274:15-276:23 | | 276:24-277:2 | R, V, C, L, LF, S |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Matvey Lukashev January 24, 2019 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 9:10-15 | | | |
| 16:13-16 | | | |
| 17:7-12 | | | |
| 18:16-18 | | | |
| 18:20-19:6 | | | |
| 19:20-22 | | | |
| 22:2-16 | | | |
| 24:15-25:6 | | | |
| 26:13-27:2 | | | |
| 27:8-15 | | | |
| 28:12-14 | LF | | |
| 28:17-29:14 | LF | 29:15-29:17 | |
| | | 29:20-29:25 | V, S, C, L, LF |
| 31:20-32:12 | V, P | | |
| 32:15-33:6 | V, P, M | | |
| 33:9-19 | | | |
| 34:23-35:7 | | | |
| 35:18-24 | | | |
| 37:9-38:5 | V, P | | |
| 38:7-38:10 | V, P | | |
| 38:12-39:7 | | | |
| 39:11-40:8 | | | |
| 40:17-19 | | 40:20-41:14 | R, O, V, S, C, L, LF |
| 41:15-42:9 | | 43:3-43:4 | C, O, V |
| | | 43:7-43:11 | C, O, V |
| 43:19-44:2 | | | |
| 48:9-49:8 | | | |
| 49:13-50:13 | | 50:14-50:20 | R, In, V, O, C |
| 57:7-58:13 | | 60:8-60:11 | R, V, O, C |
| 59:15-17 | V, P, In, R | | |
| 62:7-18 | V, P | | |
| 63:16-64:20 | | 63:11-63:15 | V, NR, C, S, L, LF |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Matvey Lukashev<br>January 24, 2019 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 65:6-9 | | | |
| 88:22-89:16 | | 89:20-89:24 | C, V, R |
| 92:2-14 | | | |
| 94:9-24 | | | |
| 96:7-19 | | | |
| 96:22-98:18 | | | |
| 98:25-100:6 | | | |
| 100:9-20 | | | |
| 101:17-21 | | | |
| 102:4-9 | LF, O, S | | |
| 102:12-23 | V, P | | |
| 102:25-103:25 | V, P, LC, S, O | | |
| 104:4-6 | | | |
| 104:16-105:3 | V, P | | |
| 105:5-13 | | | |
| 106:3-12 | | | |
| 107:16-108:24 | V, P | | |
| 109:2-9 | | | |
| 111:3-112:2 | V, P | | |
| 112:4-15 | V, P | | |
| 112:17-113:4 | V, P, LC, S | | |
| 113:6-11 | LF, S, V, P | | |
| 113:14-20 | V, P, LC, S | | |
| 113:23-115:20 | V, P | | |
| 116:4-17 | | | |
| 117:2-14 | V, P, LC, S | | |
| 117:16-17 | | | |
| 118:2-5 | | | |
| 118:9-119:15 | V, P, LF | | |
| 119:17-23 | | | |
| 121:4-22 | | | |
| 122:4-25 | V, P, M, S | | |
| 123:3-6 | V, P | | |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Matvey Lukashev January 24, 2019 | | | |
| --- | --- | --- | --- |
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 123:8-25 | | | |
| 124:2-18 | V, P, S | | |
| 124:20-25 | V, P, M | 125:5-125:10 | C, V, R, O, S, L, LF |
| 125:4 | | 125:5-125:10 | C, V, R, O, S, L, LF |
| 125:11-126:18 | V, P, S, LF, O | | |
| 126:20-18 | V, P, LF, O, IC | | |
| 126:20-127:19 | V, P, LF, O, S | | |
| 127:22-128:5 | V, P, LF, O | | |
| 129:4-15 | V, P, LF, O, S, LC | | |
| 129:18-130:5 | LF, O | 130:6-130:11 | R, V, LC, O, S, LF, L, C |
| | | 130:13-130:18 | R, V, LC, O, S, LF, L, C |
| | | 130:21-131:2 | R, V, LC, O, S, LF, L, C |
| 131:3-132:2 | V, P | | |
| 132:24-135:4 | V, P, S | 137:21-137:23 | C, V, R, O, L, LF, S |
| | | 137:25-138:4 | C, V, R, O, L, LF, S |
| 135:6 | | | |
| 135:8-10 | | | |
| 137:15-20 | V, P | | |
| 138:13-19 | | | |
| 139:3-10 | V, P, LF, O | | |
| 139:22-140:5 | V, P, In, R | | |
| 141:11-25 | V, P, In, R, LC, S | 142:6-142:8 | R, V, LC, O, S, L, LF, C |
| | | 142:10-142:14 | R, V, LC, O, S, L, LF, C |
| 142:4-5 | | 142:6-142:8 | R, V, LC, O, S, L, LF, C |
| | | 142:10-142:14 | R, V, LC, O, S, L, LF, C |
| 142:15-18 | | | |
| 142:25-143:3 | | 143:4-143:6 | V, O, S, L, LF, C |
| | | 143:8-143:18 | V, MD, O, S, L, LF, C |
| | | 143:23-143:25 | |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Matvey Lukashev<br>January 24, 2019 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
|  |  | 144:3-144:6 | V, MD, O, S, LF, C |
| 145:15-146:2 |  |  |  |
| 147:2-12 | V, P, LF, In, O, R, LC, S |  |  |
| 147:15-25 | V, P, LF, In, O, R, S |  |  |
| 148:3-5 |  |  |  |
| 148:18-149:12 |  |  |  |
| 155:9-21 |  |  |  |
| 157:19-22 | V, P, LF, O, LC, S | 158:9-158:11 | LC, O, C, V, S, L, LF, C, P |
|  |  | 158:14-158:16 | C, V, LC, O, S, L, LF, P |
| 158:17-18 | V, P, LF, O, LC, S |  |  |
| 158:20-159:4 | V, P, M, MD, LC, S |  |  |
| 159:6-12 |  |  |  |
| 163:4-23 |  |  |  |
| 164:3-6 |  |  |  |
| 164:16-165:9 |  |  |  |
| 165:12-20 |  |  |  |
| 166:11-167:2 |  |  |  |
| 167:10-17 |  |  |  |
| 168:14-15 | V, P, LF, O, LC, S |  |  |
| 168:17-22 | V, P, LF, O, LC, S |  |  |
| 168:24-169:8 |  |  |  |
| 170:9-14 |  |  |  |
| 170:23-171:12 |  |  |  |
| 171:16-172:21 | LF, LC, S |  |  |
| 174:14-15 |  |  |  |
| 174:18-176:13 |  |  |  |
| 178:11-13 |  |  |  |
| 179:4-14 | LF, LC, S |  |  |
| 184:6-185:18 | LF, LC, S |  |  |
| 185:21-187:3 |  |  |  |
| 190:24-191:15 | M, MD, S, V, P | 191:16-191:18 | V, R, S, L, LF, C, P |
|  |  | 191:20-192:3 | V, R, S, L, LF, C, P |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Matvey Lukashev January 24, 2019 | | | |
|---|---|---|---|
| Mylan's Designation | Plaintiffs' Objection(s) | Plaintiffs' Counter-Designation | Mylan's Objection(s) to Plaintiffs' Counter-Designation |
| 202:2-9 | | | |
| 203:7-11 | | | |
| 205:5-206:16 | V, P, LF, O | | |
| 206:18-207:11 | V, P, LF, O, IC, AT | | |
| 207:13-208:25 | LC, S, LF | | |
| 209:4-19 | | 209:20-209:25 | R, V, NR, O, LC, L, LF, S |
| | | 213:10-213:15 | R, V, O, LC, L, LF, S |
| 210:2-3 | C | | |
| 210:6 | | | |
| 210:8-17 | C, LF, V, P, M | | |
| 210:19-211:8 | C, LF, V, P, M, In | | |
| 213:16-19 | M, LC, S, V, P | 214:8-214:11 | R, V, O, LC, S, LF, C, P |
| | | 214:13-214:15 | R, V, O, LC, S, LF, C, P |
| 213:21-22 | | 214:8-214:11 | |
| | | 214:13-214:15 | R, V, O, LC, LF, C, P |
| 214:19-215:13 | | 215:14-215:15 | R, O, LC, S, LF, C, P |
| 218:24-220:8 | AT, C, LF, M, MD, V, P | | |
| 221:20-222:2 | C | | |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Tammy Sarnelli December 5, 2018 | | | |
|---|---|---|---|
| Mylan's Designation | Plaintiffs' Objection(s) | Plaintiffs' Counter-Designation | Mylan's Objection(s) to Plaintiffs' Counter-Designation |
| 10:3-4 | | 10:7-10:10 | |
| 18:21-23 | | | |
| 20:8-9 | | | |
| 22:6-13 | | | |
| 23:20-24 | | | |
| 24:5-10 | | | |
| 27:2-16 | | | |
| 36:20-22 | | | |
| 36:25-37:2 | | 37:5-37:8 | R, V, S, L, LF, C |
| 37:9-11 | | | |
| 37:17-18 | | 37:19-37:24 | R, NR, V, S, L, LF, C |
| | | 38:4-38:7 | R, NR, V, S, L, LF, C |
| 38:8-15 | | | |
| 38:19-25 | | 39:2-39:6 | R, V, S, L, LF, C |
| 39:7-40:13 | | | |
| 41:2-42:14 | | 42:15-43:3 | NR, R, V, S, L, LF, C |
| | | 43:18-44:12 | NR, R, V, S, L, LF, C |
| | | 44:16-17 | NR, R, V, S, L, LF, C |
| 43:4-43:17 | | | |
| 44:18-22 | | | |
| 44:24-45:2 | | | |
| 45:5-6 | | | |
| 45:9-11 | | | |
| 45:14 | | 45:15-45:20 | R, NR, S, L, LF, C |
| 45:25-46:6 | | | |
| 46:11-15 | | 46:16-46:22 | R, NR, S, L, LF, C |
| | | 47:3-47:4 | R, S, L, LF, C |
| 47:5-9 | | | |
| 47:15-18 | | 47:19-47:22 | R, S, L, LF, C |
| 47:23-48:5 | | 48:6-49:8 | In, NR, R, S, L, LF, C |
| 49:9-50:3 | | 50:4-50:7 | V, R, S, L, LF, C |
| 50:8-19 | | 50:20-51:2 | NR, V, R, S, L, LF, C |
| 51:6-12 | | | |
| 52:8-10 | | 52:11-17 | R, NR, V, S, L, LF, C |

28

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Tammy Sarnelli December 5, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 52:18-20 | | | |
| 64:4-8 | | | |
| 64:13-65:11 | | 65:18-65:22 | NR, V, R, In, C, P |
| | | 66:6-66:13 | V, R, C, P |
| 65:23-25 | | | |
| 135:5-14 | | 136:9-136:13 | NR, V, R, C, P, L, S, LF |
| 136:14-16 | | 136:17-136:19 | NR, V, R, C, P, L, S, LF |
| 136:20-138:5 | | 138:6-138:7 | V, R, C, P, L, S, LF |
| | | 138:13-138:15 | R, C, P, L, S, LF, V |
| 138:8-12 | Cmpd, LF, V, P | | |
| 138:16-139:24 | | 140:15-141:5 | V, R, H, C, P, L, S, LF |
| 141:6-13 | | 141:14-141:16 | NR, V, H, C, P, L, S, LF |
| 141:17-142:2 | | 142:7-142:9 | NR, V, H, C, P, L, S, LF, R |
| 145:19-146:5 | LF, P, V | | |
| 146:9-13 | | 146:14-146:16 | V, R, C, P, L, S, LF |
| 147:9-11 | | 147:12-147:22 | NR, V, C, P, L, S, LF |
| | | 148:2-148:6 | MD, V, R, C, P, L, S, LF |
| 157:18-158:10 | | 158:11-158:13 | R, V, C, P, L, S, LF |
| 159:6-20 | | | |
| 160:2-161:16 | In, LF, P, V | | |
| 161:19-22 | LF, P, V | | |
| 161:25-162:15 | | 165:13-165:15 | NR, R, C |
| | | 165:18-165:19 | NR, R, C |
| 183:6-186:8 | | 186:11-186:15 | R, V, NR, L, S, LF, C |
| 186:16-187:19 | | 187:20-188:2 | V, R, L, S, LF, C |
| | | 188:5-188:11 | NR, V, R, MD, L, S, LF, C |
| | | 188:14-188:18 | V, R, MD, L, S, LF, C |
| 188:24-189:2 | | 189:5-189:6 | NR, V, R, L, S, LF, C |
| 189:7-25 | | 51:24-52:7 | R, L, S, LF, C, P, V |
| | | 52:21-52:23 | R, L, S, LF, C, P, V |
| | | 190:2-190:3 | NR, V, L, S, LF, C, P |

29

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| Tammy Sarnelli<br>December 5, 2018 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 190:5-191:11 | | 191:12-15 | NR, R, V, O, L, S, LF, C, P |
| 191:16-192:4 | | | |
| 192:5-7 | | 192:8-192:11 | R, L, S, LF, C, P, V |
| 192:12-193:12 | | 193:13-194:6 | R, V, L, S, LF, C, P |
| 194:11-21 | | 194:22-194:24 | NR, V, R, L, S, LF, C, P |
| 195:3-4 | | 195:5-195:12 | NR, V, R, L, S, LF, C, P |
| 195:13-20 | | | |
| 196:2-10 | | 196:11-196:14 | R, L, S, LF, C, P, V |
| 196:15-21 | | 196:22-196:25 | NR, V, R, L, S, LF, C, P, V |
| 197:2-7 | | | |
| 197:9-23 | | 198:3-198:6 | NR, R, V, L, S, LF, C, P |
| 198:7-12 | | | |
| 198:15-199:15 | | 199:16-199:18 | R, L, S, LF C, P |
| 199:19-200:9 | | 200:13-200:17 | NR, V, R, L, S, LF, C, P |
| 200:11-12 | | | |
| 200:18-201:2 | | 201:8-201:14 | NR, V, R, L, S, LF, C, P |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| William Sibold April 6, 2019 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 10:11-12 | | | |
| 14:4-16 | | | |
| 17:10-17 | | 17:19-18:22 | L, R, LF, S, C, V |
| | | 19:2-19:17 | V, R, LF, L, S, C, V |
| | | 19:22-20:5 | R, LF, L, S, C, V |
| | | 24:9-24:11 | R, V, C |
| | | 24:14-24:16 | NT, R, V, C |
| | | 24:19 | V, R, C |
| | | 25:18-26:4 | R, C, V |
| | | 26:8 | R, C, V |
| 26:9-19 | | 26:20-26:21 | R, C, L, S, LF, V |
| 26:22-25 | LF, NE | 27:14-28:2 | L, R, C, S, LF, V |
| 27:5-13 | | 27:14-28:2 | L, R, C, S, LF, V |
| 28:3-6 | | 28:7-12 | R, C, S, LF, V |
| 28:13-17 | IC, V, P, LF, R | | |
| 28:19-29:10 | V, P, R | | |
| 29:12 | | 29:20-29:24 | V, R, C, S, LF, V, L |
| 29:15-19 | | 29:20-29:24 | V, R, C, S, LF, V, L |
| 30:20-31:12 | LF, H, A | 31:13-31:25 | NT, S, LF, L, V, C |
| 32:2-12 | | 33:8-33:14 | |
| 33:15-19 | H | | |
| 33:24-34:5 | H | | |
| 34:13-14 | V, P, LF, R, H | | |
| 34:19-35:2 | V, P, LF, R, H | | |
| 35:6-14 | V, P, LF, R, H | | |
| 35:16-23 | | 36:2-36:4 | R, V, C, S, L, LF, V |
| | | 36:7-36:21 | R, V, L, S, LF, V |
| 36:22-37:6 | | | |
| 41:5-42:6 | LF, H, A | | |
| 42:16-22 | | | |
| 43:12-16 | | | |
| 44:3-25 | | 45:2-45:5 | R, V, C, L, S, LF |
| 45:17-46:5 | LF, H | | |
| 46:13-47:11 | LF, H | 48:3-48:12 | NR, R, V, C, L, S, LF |

31

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| William Sibold April 6, 2019 | | | |
|---|---|---|---|
| Mylan's Designation | Plaintiffs' Objection(s) | Plaintiffs' Counter-Designation | Mylan's Objection(s) to Plaintiffs' Counter-Designation |
| | | 49:5-49:8 | V, R, O, In, L, LF, S, C, P |
| | | 49:11-49:17 | O, R, V, L, LF, S, C, P |
| | | 49:20-49:22 | O, V, R, L, LF, S, C, P |
| 47:13-19 | LF, H | | |
| 48:13-20 | LF, H | 48:21-49:4 | R, O, L, LF, S, C, P |
| 50:9-22 | LF, H | | |
| 51:9-14 | LF, H | 51:23-52:3 | R, V, LF, L, S, C |
| 52:6-53:5 | LF, H | 53:6-53:7 | R, V, LF, L, S, C |
| | | 53:10-53:15 | R, V, LF, L, S, C |
| | | 53:17 | R, LF, L, S, C |
| 53:18-54:8 | LF, H | 54:9-54:14 | R, LF, L, S, C |
| 54:15-23 | LF, H | 54:24-55:2 | R, LF, L, S, C |
| 55:24-56:23 | LF, H | 56:24-57:15 | R, LF, L, S, C |
| 57:16-60:6 | LF, H | | |
| 60:10-61:2 | LF, H | | |
| 61:8-19 | LF, H | 61:20-61:24 | R, V, LF, L, S, C |
| 62:6-12 | V, P, LF, O, R, H | | |
| 62:15-19 | LF, H | | |
| 62:24-63:7 | LF, H | 63:8-63:11 | R, V, LF, L, S, C |
| 63:12-66:23 | LF, H | | |
| 67:16-68:7 | LF, H | 67:9-67:15 | R, LF, V, L, S, C |
| 68:11-17 | LF, H | | |
| 69:2-23 | LF, H | 69:24-70:2 | R, LF, L, S, V, C |
| 70:3-10 | LF, H | 70:11-70:16 | |
| | | 70:18-70:22 | R, V, LF, L, S, C |
| 70:23-71:14 | LF, H | | |
| 82:22-83:8 | LF, H | | |
| 83:11-84:2 | LF, H | | |
| 85:8-20 | LF, H | 85:21-86:4 | R, L, LF, S, V, C |
| 86:5-18 | LF, H | 86:19-87:12 | R, L, LF, S, V, C |
| 87:13-21 | LF, H | | |
| 88:9-23 | LF, H | 88:24-89:2 | |
| | | 89:4-89:7 | R, L, H, LF, S, V, C |
| 89:8-90:4 | LF, H | | |

32

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| William Sibold April 6, 2019 | | | |
|---|---|---|---|
| **Mylan's Designation** | **Plaintiffs' Objection(s)** | **Plaintiffs' Counter-Designation** | **Mylan's Objection(s) to Plaintiffs' Counter-Designation** |
| 90:10-91:16 | LF, H | 91:17-91:20 | V, L, LF, S, C |
| 91:21-92:22 | LF, H | 92:23-93:7 | R, V, L, LF, S, C |
| 93:8-14 | LF, H | | |
| 93:19-94:4 | In, LF, H | 94:5-94:11 | R, V, L, LF, S, C |
| 95:17-24 | LF, H | | |
| 96:4-21 | LF, H | | |
| 97:8-25 | LF, H | | |
| 98:6-19 | LF, H | | |
| 98:23-99:2 | LF, H | | |
| 99:12-101:13 | LF, H | 101:14-101:22 | R, L, S, LF, V, C |
| 101:23-103:18 | LF, H, S | 103:23-103:24 | V, L, S, LF, V, C |
| | | 104:2 | R, NR, L, S, LF, V, C |
| 103:20-22 | LF, H | 103:23-103:24 | V, R, L, S, LF, C |
| | | 104:2 | R, NR, L, S, LF, C |
| 104:3-11 | LF, H | | |
| 104:22-105:15 | LF, H | | |
| 105:24-106:23 | LF, H, R, P | | |
| 106:25-108:12 | LF, R, P, H, S | | |
| 108:14-109:14 | LF, R, p, H, S | | |
| 109:17-110:15 | LF, H, Cmpd | 110:16-110:20 | V, LF, C, L, S |
| | | 110:22-111:3 | V, L, LF, S, C |
| 111:4-16 | LF, R, P | | |
| 111:20-112:9 | LF, H | | |
| 113:2-9 | LF, R, P, H | 113:10-113:12 | V, LF, L, C, S |
| | | 113:16-113:19 | R, V, LF, L, C, S |
| 113:20-23 | LF, R, P, H | | |
| 114:19-115:12 | LF, R, P, H | | |
| 115:15-17 | LF, R, P, H | | |
| 115:19 | LF, R, P, H | 115:20-116:2 | R, L, S, LF, C, V |
| 116:3-4 | LF, R, P, H, S | | |
| 116:7-14 | LF, R, P, H | | |
| 116:16-22 | LF, R, P, H | 116:23-117:17 | R, L, S, LF, C, V |
| 117:18-118:3 | LF, R, P, H | 118:4-118:10 | R, L, S, LF, C, V |
| 118:11-19 | LF, R, P, H | | |

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

| William Sibold<br>April 6, 2019 | | | |
| Mylan's<br>Designation | Plaintiffs'<br>Objection(s) | Plaintiffs' Counter-<br>Designation | Mylan's Objection(s)<br>to Plaintiffs' Counter-<br>Designation |
|---|---|---|---|
| 119:11-15 | LF, R, P, H, O | | |
| 119:24-120:13 | LF, R, P, H, NE | | |
| 120:16-121:3 | LF, R, P, H | | |
| 121:5-8 | LF, R, P, H | 121:9-122:12 | V, R, L, S, LF, C |

Dated:  January 16, 2020

*Of Counsel:*

Shannon M. Bloodworth
SBloodworth@perkinscoie.com
Brandon M. White
BMWhite@perkinscoie.com
Michael A. Chajon
MChajon@perkinscoie.com
700 Thirteenth Street, N.W., Suite 600
Washington, D.C.  20005-3960
Phone:  202.654.6200
Facsimile: (202) 654.6211

David L. Anstaett
DAnstaett@perkinscoie.com
Emily J. Greb
EGreb@perkinscoie.com
PERKINS COIE LLP
33 East Main Street, Suite 201
Madison, WI  53703
Phone: (608) 663-7460

Courtney M. Prochnow
CProchnow@perkinscoie.com
PERKINS COIE LLP
633 W. 5th Street, Suite 5850
Los Angeles, CA 90071
Phone: (310) 788-9900

By:  */s/ William J. O'Brien*
Gordon H. Copland (WV Bar #0828)
gordon.copland@steptoe-johnson.com
William J. O'Brien (WV Bar # 10549)
william.obrien@steptoe-johnson.com
Adam S. Ennis (WV Bar #10702)
adam.ennis@steptoe-johnson.com
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV  26330
Phone: (304) 933-8000

Attorneys for Defendant
MYLAN PHARMACEUTICALS INC.

34

*Defendant reserves the right to modify, amend, or supplement*
*Plaintiffs reserve the right to modify, amend, or supplement*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2020, I filed the foregoing MYLAN'S DEPOSITION DESIGNATIONS, BIOGEN'S OBJECTIONS AND COUNTER-DESIGNATIONS, AND MYLAN'S OBJECTIONS TO BIOGEN'S COUNTER-DESIGNATIONS with the CM/ECF system, which will cause notice of the filing to be served on the following counsel of record:

Andrew E. Renison
Andrew.renison@finnegan.com
James B. Monroe
James.monroe@finnegan.com
Li Feng
li.feng@finnegan.com
Sanya Sukduang
Sanya.sukduang@finnegan.com
Jeanette M. Roorda
Jeanette.roorda@finnegan.com
Paul W. Browning
paul.browning@finnegan.com
Lauren J. Dowty
lauren.dowty@finnegan.com
Laura P. Masurovsky
laura.masurovsky@finnegan.com
Aaron G. Clay
aaron.clay@finnegan.com
John E. Nappi
john.nappi@finnegan.com
Eric J. Fues
eric.fues@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Ave., NW
Washington, DC 20001

James F. Companion
jfc@schraderlaw.com
Sandra K. Law
skl@schraderlaw.com
Frank X. Duff
fxd@schraderlaw.com
SCHRADER, BYRD & COMPANION, PLLC -
WHEELING
The Maxwell Centre, Suite 500
32-20th Street
Wheeling, WV 26003


Dated: January 16, 2020                           */s/ William J. O'Brien*