IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**BIOGEN INTERNATIONAL GMBH and
BIOGEN MA, INC.,**

        **Plaintiffs,**

v.                                     CIVIL ACTION NO. 1:17CV116
                                                (Judge Keeley)

**MYLAN PHARMACEUTICALS INC.,**

        **Defendant.**

**ORDER GRANTING DEFENDANT'S MOTION
FOR LEAVE TO FILE REPLY [DKT. NO. 328]**

On January 21, 2020, the defendant, Mylan Pharmaceuticals Inc. ("Mylan"), moved for leave to file a reply brief and exhibit supporting its motion in limine to exclude undisclosed theory to rebut invalidity (Dkt. No. 328). Finding good cause, the Court **GRANTS** the motion (Dkt. No. 328) and **DIRECTS** the Clerk to file Mylan's reply brief and supporting exhibit (Dkt. Nos. 328-1, 328-2) under seal pursuant to the Stipulated Protective Order (Dkt. No. 70).

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record.

DATED: January 22, 2020

                                                      /s/ Irene M. Keeley
                                                      IRENE M. KEELEY
                                                      UNITED STATES DISTRICT JUDGE