```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**BIOGEN INTERNATIONAL GMBH and**
**BIOGEN MA, INC.,**

        Plaintiffs,

v.                                CIVIL ACTION NO. 1:17CV116
                                              (Judge Keeley)

**MYLAN PHARMACEUTICALS INC.,**

        Defendant.

## ORDER FOLLOWING FINAL PRETRIAL CONFERENCE

For the reasons stated on the record during the January 23, 2020 final pretrial conference (Dkt. No. 334), the Court:

- **GRANTS IN PART AND DENIES IN PART** the motion in limine to exclude undisclosed facts filed by the defendant, Mylan Pharmaceuticals, Inc. ("Mylan") (Dkt. No. 300); and

- **DENIES** Mylan's motion in limine to exclude undisclosed theory to rebut invalidity (Dkt. No. 301).

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record.

DATED: January 23, 2020

                                                   /s/ Irene M. Keeley
                                                 IRENE M. KEELEY
                                                 UNITED STATES DISTRICT JUDGE