# ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
## TRANSCRIPT ORDER

AO 435 (Rev. 04/18)

**Please Read Instructions:**

| Field | Value |
|---|---|
| 1. NAME | Gordon Copland |
| 2. PHONE NUMBER | |
| 3. DATE | |
| 4. DELIVERY ADDRESS OR EMAIL | gordon.copland@steptoe-johnson.com |
| 5. CITY | |
| 6. STATE | |
| 7. ZIP CODE | |
| 8. CASE NUMBER | 1:18-cv-193 |
| 9. JUDGE | |
| 10. DATES OF PROCEEDINGS | FROM 1/10/2020 TO 1/10/2020 |
| 12. CASE NAME | AstraZeneca AB v. Mylan Pharmaceuticals |
| 13. LOCATION OF PROCEEDINGS - CITY | (telephone) |
| 14. STATE | |

**15. ORDER FOR:** [ ] APPEAL  [ ] NON-APPEAL  [ ] CRIMINAL  [X] CIVIL  [ ] CRIMINAL JUSTICE ACT  [ ] IN FORMA PAUPERIS  [ ] BANKRUPTCY  [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| VOIR DIRE | | TESTIMONY (Specify Witness) | |
| OPENING STATEMENT (Plaintiff) | | | |
| OPENING STATEMENT (Defendant) | | PRE-TRIAL PROCEEDING (Spcy) | |
| CLOSING ARGUMENT (Plaintiff) | | | |
| CLOSING ARGUMENT (Defendant) | | | |
| OPINION OF COURT | | [X] OTHER (Specify) telephonic hearing | 1/10/2020 |
| JURY INSTRUCTIONS | | | |
| SENTENCING | | | |
| BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [X] | NO. OF COPIES | 39 | 40.95 |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |
| | | | ESTIMATE TOTAL | | 40.95 |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE:  
19. DATE:

PROCESSED BY:  
PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY: Cindy Knecht PO Box 326 Wheeling, WV 26003

COURT ADDRESS:

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | DEPOSIT PAID: |
| TRANSCRIPT ORDERED | | TOTAL CHARGES: 40.95 |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT: 40.95 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED: |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE: 40.95 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

FOR COURT USE ONLY  
DUE DATE: