# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Biogen International GMBH and
Biogen MA Inc.,

        **Plaintiff(s),**

        v.

Mylan Pharmaceuticals Inc.

        **Defendant(s).**

NO: 1:17-cv-116

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Mark Feldstein, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: January 27, 2020

*/s/ Irene M. Keeley*
United States District Judge