| AO 435 (Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | | | FOR COURT USE ONLY |  |
|---|---|---|---|---|---|---|
| *Please Read Instructions:* | **TRANSCRIPT ORDER** | | | | DUE DATE: | |
| 1. NAME | | | | 2. PHONE NUMBER | 3. DATE | |
| 4. DELIVERY ADDRESS OR EMAIL | | | | 5. CITY | 6. STATE | 7. ZIP CODE |
| 8. CASE NUMBER 1:17-cv-116 | 9. JUDGE Keeley | | | DATES OF PROCEEDINGS | | |
| | | | | 10. FROM 1/23/2020 | 11. TO 1/23/2020 | |
| 12. CASE NAME Biogen v. Mylan | | | | LOCATION OF PROCEEDINGS | | |
| | | | | 13. CITY (telephonic) | 14. STATE | |
| 15. ORDER FOR ☐ APPEAL ☐ NON-APPEAL | ☐ CRIMINAL ☒ CIVIL | | | ☐ CRIMINAL JUSTICE ACT ☐ IN FORMA PAUPERIS | ☐ BANKRUPTCY ☐ OTHER | |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) motion hearing telephonic | 1/23/2020 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☒ | NO. OF COPIES | 60.00 | 40.85 |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |
| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | | | | ESTIMATE TOTAL | 40.85 |
| 18. SIGNATURE [signed] | | | | PROCESSED BY | |
| 19. DATE 27 January 2020 | | | | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY Cindy Knecht PO Box 326 Wheeling, WV 26003 | | | | COURT ADDRESS | |
| | DATE | BY | | | |
| ORDER RECEIVED | | | | | |
| DEPOSIT PAID | | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | | TOTAL CHARGES | 40.85 |
| TRANSCRIPT RECEIVED | | | | LESS DEPOSIT | NaN |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | | TOTAL DUE | |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY