IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC., <br><br> Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | Civil Action No. 1:17-cv-116-IMK |

**ORDER GRANTING JOINT MOTION TO PERMIT
ENTRY TO THE COURTHOUSE WITH ELECTRONIC EQUIPMENT**

On this day came Defendant Mylan Pharmaceuticals Inc. ("Mylan") by and through the undersigned counsel, and Plaintiffs Biogen International GMBH and Biogen MA Inc. (collectively, "Biogen") by and through the undersigned counsel, and moved this Court for an order permitting the parties and their third-party vendor(s) to enter the courtroom located at 324 W. Main St., Clarksburg, WV with certain electronic equipment. For good cause shown, the Court **GRANTS** the joint motion and **ORDERS** that the parties and their third-party vendor(s) may enter the courtroom with the following types of electronic equipment for trial of this matter:

- Laptop computers with associated cables;
- Computer monitors;
- Projector and screen;
- iPad(s) or tablets;
- Electronic storage devices;
- HDMI switches or other connectivity devices;
- Power supplies; and
- Portable wireless internet hotspots ("mifi").

It is so **ORDERED.**

The Court **DIRECTS** the Clerk to transmit copies of this Order to all counsel of record.

DATED: January 29, 2020

_____
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE