```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**BIOGEN INTERNATIONAL GMBH and**
**BIOGEN MA, INC.,**

      **Plaintiffs,**

**v.**                                            **CIVIL ACTION NO. 1:17CV116**
                                                                          **(Judge Keeley)**

**MYLAN PHARMACEUTICALS INC.,**

      **Defendant.**

## ORDER SCHEDULING STATUS CONFERENCE

For good cause, the Court **SCHEDULES** a status conference for **Wednesday, February 5, 2020, at 4:30 P.M.,** by telephone. The Court **DIRECTS** lead counsel for Mylan to arrange the conference call and provide dial-in information to all parties and the Court, by email to **candace_levitsky@wvnd.uscourts.gov**, no later than **Wednesday, February 5, 2020, at 1:00 P.M.**

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record.

DATED: February 5, 2020

                                                /s/ Irene M. Keeley
                                                IRENE M. KEELEY
                                                UNITED STATES DISTRICT JUDGE