```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**BIOGEN INTERNATIONAL GMBH and**
**BIOGEN MA, INC.,**

      **Plaintiffs,**

v.     CIVIL ACTION NO. 1:17CV116
                            (Judge Keeley)

**MYLAN PHARMACEUTICALS INC.,**

      **Defendant.**

## ORDER FOLLOWING BENCH TRIAL

For the reasons stated on the record, the Court:

- **DIRECTS** Mylan to file its opening brief on **Friday, March 6, 2020**;

- **DIRECTS** Biogen to file its response brief on **Friday, April 3, 2020**;

- **DIRECTS** Mylan to file its reply brief on **Friday, April 17, 2020**; and

- **DIRECTS** the parties, before **Friday, February 21, 2020**, to submit three alternative dates for oral argument on the parties' post-trial briefing.

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record.

DATED: February 13, 2020

                                            /s/ Irene M. Keeley
                                            IRENE M. KEELEY
                                            UNITED STATES DISTRICT JUDGE