| AO 435 (Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS  TRANSCRIPT ORDER | | FOR COURT USE ONLY  DUE DATE: | |
|---|---|---|---|---|
| *Please Read Instructions:* | | | | |
| 1. NAME  Dan Ravicher | | 2. PHONE NUMBER | 3. DATE | |
| 4. DELIVERY ADDRESS OR EMAIL  dan@ravicher.com | | 5. CITY | 6. STATE | 7. ZIP CODE |
| 8. CASE NUMBER  1:17-cv-116 | 9. JUDGE  Keeley | DATES OF PROCEEDINGS | | |
| | | 10. FROM 2/4/2020 | 11. TO 2/10/2020 | |
| 12. CASE NAME  Biogen v. Mylan | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY Clarksburg | 14. STATE WV | |

15. ORDER FOR
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) bench trial | 2/4/2020 to 2/10/2020 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [x] | NO. OF COPIES | 718.00 | 646.20 |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 646.20

18. SIGNATURE: *Daniel Ravicher*

19. DATE: 2/12/2020

PROCESSED BY:
PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY
Cindy Knecht PO Box 326 Wheeling, WV 26003

COURT ADDRESS:

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 646.20 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 646.20 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 646.20 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY