IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC., <br><br>  Plaintiffs, <br><br>  v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br>  Defendant. | ) ) ) ) ) ) ) Civil Action No. 17-cv-116-IMK ) ) ) ) ) ) ) |

**PLAINTIFFS' NOTICE OF INTENT
TO REQUEST REDACTION**

Plaintiffs, Biogen International GmbH and Biogen MA, Inc. ("Biogen"), hereby give Notice of Intent to Request Redaction of volumes 1 through 4 of the Transcripts of the bench trial held in this matter on February 4, 6, 7 and 10, 2020, and of the transcript of the telephone status conference held on February 5, 2020.

| | |
|---|---|
| Dated:  February 14, 2020 | */s/ Sandra K. Law* <br> James Companion (#790) <br> Sandra K. Law (#6071) <br> Frank X. Duff (#1065) <br> **SCHRADER COMPANION DUFF & LAW, PLLC** <br> 401 Main Street <br> Wheeling, WV 26003 <br> Tel: (304) 233-3390 <br> Fax: (304) 233-2769 <br> *Counsel for Plaintiffs Biogen International GmbH and Biogen MA Inc.* |
| *Of Counsel:* | |
| James B. Monroe <br> Sanya Sukduang <br> Paul W. Browning <br> Laura M. Masurovsky <br> Eric J. Fues <br> Li Feng <br> Andrew E. Renison <br> Aaron G. Clay <br> John E. Nappi <br> Jeanette M. Roorda | |

1

**FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.**
901 New York Ave., N.W.
Washington, DC 20001
(202) 408-4000

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2020 I electronically filed **PLAINTIFFS' NOTICE OF INTENT TO REQUEST REDACTION** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Gordon H. Copland, Esq.
*Gordon.Copland@steptoe-johnson.com*
William J. O'Brien, Esq.
*William.Obrien@steptoe-johnson.com*
Steptoe & Johnson PLLC
400 White Oaks Blvd.
Bridgeport, WV 26330

Shannon M. Bloodworth
*sbloodworth@perkinscoie.com*
Brandon M. White
*bmwhite@perkinscoie.com*
Michael A. Chajon
*mchajon@perkinscoie.com*
Perkins Coie LLP
700 13th Street NW
Suite 600
Washington, DC 20005

Courtney M. Prochnow
*cprochnow@perkinscoie.com*
Perkins Coie LLP
1888 Century Park, East
Suite 1700
Los Angeles, CA 90067

David L. Anstaett
*danstaett@perkinscoie.com*
Emily J. Greb
*egreb@perkinscoie.com*
Perkins Coie LLP
1 East Main Street, Suite 201
Madison, WI 53703

*Counsel for Defendant Mylan Pharmaceuticals Inc.*

       /s/  Sandra K. Law
James F. Companion (#790)
Sandra K. Law (#6071)
Frank X. Duff (#1065)
Schrader Companion Duff & Law, PLLC
401 Main Street
Wheeling, WV 26003
Phone: (304) 233-3390
Fax: (304) 233-2769
*Attorneys for Plaintiffs
Biogen International GmbH
and Biogen MA Inc.*

Of Counsel:

James B. Monroe
Sanya Sukduang
Paul W. Browning
Laura M. Masurovsky
Eric J. Fues
Li Feng
Andrew E. Renison
Aaron G. Clay
John E. Nappi
Jeanette M. Roorda
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.**
901 New York Ave., N.W.
Washington, DC 20001
(202) 408-4000