```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**BIOGEN INTERNATIONAL GMBH and**
**BIOGEN MA, INC.,**

        **Plaintiffs,**

**v.**　　　　　　　　　　　　　　　　　**CIVIL ACTION NO. 1:17CV116**
　　　　　　　　　　　　　　　　　　　　　　**(Judge Keeley)**

**MYLAN PHARMACEUTICALS INC.,**

        **Defendant.**

## ORDER SCHEDULING ORAL ARGUMENT

Based on the parties' joint submission, the Court **SCHEDULES** closing arguments and oral argument on the post-trial briefing for **Wednesday, April 29, 2020, at 1:00 P.M.**

It is so **ORDERED.**

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record.

DATED: February 14, 2020

                                              /s/ Irene M. Keeley
                                              IRENE M. KEELEY
                                              UNITED STATES DISTRICT JUDGE