**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**BIOGEN INTERNATIONAL GMBH and
BIOGEN MA, INC.,**

      **Plaintiffs,**

**v.**                            **CIVIL ACTION NO. 1:17CV116
(Judge Keeley)**

**MYLAN PHARMACEUTICALS INC.,**

      **Defendant.**

## ORDER SCHEDULING STATUS CONFERENCE

For good cause, the Court **SCHEDULES** a status conference for **Friday, June 19, 2020, at 8:30 A.M.,** by telephone, to address the stay of the parties' remaining claims, counterclaims, and defenses regarding the '001 Patent, which expires on June 20, 2020 (Dkt. Nos. 288, 315 at 12, 336 at 44). The Court **DIRECTS** lead counsel for Mylan to arrange the conference call and provide dial-in information to all parties and the Court, by email to **candace_levitsky@wvnd.uscourts.gov**, no later than **Thursday, June 18, 2020, at 1:00 P.M.**

It is so **ORDERED.**

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record.

DATED: June 17, 2020

                                                    /s/ Irene M. Keeley
                                                    IRENE M. KEELEY
                                                    UNITED STATES DISTRICT JUDGE