**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT CLARKSBURG**

| | |
|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC., <br><br> **Plaintiffs,** <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> **Defendant.** | Civil Action No. 1:17-cv-116-IMK |

## MYLAN PHARMACEUTICALS INC.'S MOTION FOR FINAL JUDGMENT

WHEREAS Plaintiffs Biogen International GmbH and Biogen MA Inc. filed this lawsuit alleging infringement of U.S. Patent Nos. 6,509,376 ("the '376 patent"); 7,320,999 ("the '999 patent"); 7,803,840 ("the '840 patent"); 8,759,393 ("the '393 patent"); 7,619,001 ("the '001 patent"); and 8,399,514 ("the '514 patent) (ECF No. 1);

WHEREAS on February 5, 2019, the parties stipulated to dismissal of all claims, counterclaims, and defenses related the '376, '999, '840, and '393 patents (ECF No. 196);

WHEREAS in advance of trial the parties stipulated to stay all remaining claims, counterclaims, and defenses regarding the '001 patent until June 20, 2020;

WHEREAS the '001 patent expires on June 20, 2020 (*see* Ex. A);

WHEREAS trial was held on February 4, 6, 7, and 10, 2020 regarding the invalidity of the asserted claims of the '514 patent;

WHEREAS on June 18, 2020, the Court issued its decision finding the asserted claims of the '514 patent invalid for lack of written description under 35 U.S.C. § 112 (ECF No. 400);

WHEREAS the Court stated, "because the parties' remaining claims, counterclaims, and defenses regarding the '001 patent are stayed until June 20, 2020 . . . the Court's decision . . . does not deny all requested relief" and that "absent a request from the parties, the Court declines to enter a separate judgment order pursuant to Federal Rule of Civil Procedure 58" (ECF No. 400 at n.21);

WHEREAS under Federal Rule of Civil Procedure 54(b) "the Court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties if the Court expressly determines there is not just reason for delay." Fed. R. Civ. P. 54(b); and

WHEREAS there is no just reason to delay an entry of final judgment as to the invalidity of the '514 patent following the Court's Memorandum Opinion and Order.

THEREFORE, Defendant Mylan Pharmaceuticals Inc. ("Mylan") respectfully requests, pursuant to Rule 54(b), that the Court enter final judgment in favor of Mylan as to Mylan's counterclaims of invalidity on the asserted claims (claims 1-4, 6, 8-13, and 15-16) of the '514 patent for lack of written description under 35 U.S.C. § 112 based on the Court's June 18, 2020 Memorandum Opinion and Order (ECF No. 400).

Dated:  June 18, 2020

*Of Counsel:*

Shannon M. Bloodworth
SBloodworth@perkinscoie.com
Brandon M. White
BMWhite@perkinscoie.com
Michael A. Chajon
MChajon@perkinscoie.com
700 Thirteenth Street, N.W., Suite 600
Washington, D.C.  20005-3960
Phone: (202) 654-6200
Facsimile: (202) 654-6211

David L. Anstaett
DAnstaett@perkinscoie.com
Emily J. Greb
EGreb@perkinscoie.com
PERKINS COIE LLP
33 East Main Street, Suite 201
Madison, WI  53703
Phone: (608) 663-7460

Courtney M. Prochnow
CProchnow@perkinscoie.com
PERKINS COIE LLP
633 W. 5th Street, Suite 5850
Los Angeles, CA 90071
Phone: (310) 788-9900

By:  */s/ William J. O'Brien*
Gordon H. Copland
gordon.copland@steptoe-johnson.com
William J. O'Brien
william.obrien@steptoe-johnson.com
Adam S. Ennis
adam.ennis@steptoe-johnson.com
STEPTOE & JOHNSON PLLC
400 White Oaks Boulevard
Bridgeport, WV  26330
Phone: (304) 933-8000

Attorneys for Defendant
MYLAN PHARMACEUTICALS INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of June 2020, I filed the foregoing "Mylan Pharmaceuticals Inc.'s Motion for Final Judgment" with the Clerk of the Court using the CM/ECF system of the Court which will cause notice thereof to be served on the following counsel of record via email:

Andrew E. Renison
  andrew.renison@finnegan.com
James B. Monroe
  james.monroe@finnegan.com
Li Feng
  li.feng@finnegan.com
Jeanette M. Roorda
  jeanette.roorda@finnegan.com
Paul W. Browning
  paul.browning@finnegan.com
Lauren J. Dowty
  lauren.dowty@finnegan.com
Laura P. Masurovsky
  laura.masurovsky@finnegan.com
Aaron G. Clay
  aaron.clay@finnegan.com
Eric J. Fues
  eric.fues@finnegan.com
Mark J. Feldstein
  mark.feldstein@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
901 New York Ave., NW
Washington, DC  20001

James F. Companion
  jfc@schraderlaw.com
Sandra K. Law
  skl@schraderlaw.com
Frank X. Duff
  fxd@schraderlaw.com
**SCHRADER COMPANION DUFF AND LAW, PLLC**
401 Main Street
Wheeling, WV  26003


Megan L. Meyers
  megan.meyers@finnegan.com
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**
271 17th Street, NW
Atlanta, GA 30363

*Counsel for Plaintiffs*

  */s/ William J. O'Brien*