```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**BIOGEN INTERNATIONAL GMBH and**
**BIOGEN MA, INC.,**

      **Plaintiffs,**

**v.**                                   **CIVIL ACTION NO. 1:17CV116**
                                                        **(Judge Keeley)**

**MYLAN PHARMACEUTICALS INC.,**

      **Defendant.**

## ORDER DISMISSING CLAIMS REGARDING U.S. PATENT NO. 7,619,001

Having confirmed with the parties that U.S. Patent No. 7,619,001 ("the '001 Patent) expired on June 20, 2020, the Court **DISMISSES AS MOOT** the remaining claims, counterclaims, and defenses in this case relating to the '001 Patent.

It is so **ORDERED.**

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record.

DATED: June 22, 2020

                                                  /s/ Irene M. Keeley
                                                  IRENE M. KEELEY
                                                  UNITED STATES DISTRICT JUDGE