# UNITED STATES DISTRICT COURT

for the

## Northern District of West Virginia

BIOGEN INTERNATIONAL GMBH and
BIOGEN MA, INC.,

*Plaintiff(s)*

v.

Civil Action No.   1:17CV116

MYLAN PHARMACEUTICALS INC.,

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award        ☐ Judgment costs        ☒ Other

other:    As the Court has previously dismissed the remaining claims involving U.S. Patent No. 7,619,001, and found that the asserted claims of U.S. Patent No. 8,399,514 are invalid for lack of written description under 35 U.S.C. § 112, the Court GRANTS Defendant Mylan Pharmaceuticals' Motion for Entry of Judgment under Rule 54(b).

This action was:

☐ tried by jury        ☐ tried by judge        ☒ decided  by judge

decided by Judge   Irene M. Keeley

Date:    June 22, 2020

*CLERK OF COURT*
Cheryl Dean Riley
/s/ W. Riffle

*Signature of Clerk or Deputy Clerk*