IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC., <br><br>  Plaintiffs, <br><br> v. <br><br> MYLAN PHARMACEUTICALS INC., <br><br> Defendant. | C.A. No. 17-116-IMK |

**BIOGEN'S NOTICE OF APPEAL TO THE UNITED STATES
COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

NOTICE IS GIVEN that Plaintiffs Biogen International GmbH and Biogen MA Inc. appeal to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered in this action on June 22, 2020, (D.I. 413) and from any and all other orders, decisions, rulings, findings, and conclusions underlying and related to that judgment, including but not limited to the June 22, 2020, Order Granting Motion for Final Judgment (D.I. 402) and the June 18, 2020, Memorandum Opinion and Order Making Findings of Fact and Granting Judgment in Favor of the Defendant, Mylan Pharmaceuticals Inc. (D.I. 400).

The docketing fee of $500 required by 28 U.S.C. § 1913, and the Notice of Appeal fee of $5 required by 28 U.S.C. § 1917, totaling $505, are being submitted herewith.

Dated: June 23, 2020

Respectfully submitted,

*/s/James F. Companion*
James F. Companion (#790)
Sandra K. Law (#6071)
Schrader Companion Duff & Law, PLLC

1

        401 Main Street
        Wheeling, WV 26003
        Phone: (304) 233-3390
        Fax: (304) 233-2769
        *Attorneys for Plaintiffs*
        *Biogen International GmbH*
        *and Biogen MA Inc.*

*Of Counsel:*

James B. Monroe
Paul W. Browning
Laura P. Masurovsky
Eric J. Fues
Li Feng
Andrew E. Renison
Aaron G. Clay
Jeanette M. Roorda
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP
901 New York Ave., N.W.
Washington, D.C. 20001-4413
(202) 408-4000

Megan L. Meyers
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP
271 17th Street NW, Suite 1400
Atlanta, GA 30363
(404) 653-6400

William F. Lee
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6556