| AO 120 (Rev. 08/10) | | 1:17-CV-116   JUN 3 0 2017 |
|---|---|---|
| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |

FILED
U.S. DISTRICT COURT-WVND
WHEELING WV 26003

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____for the Northern District of West Virginia_____ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>6/30/2017 | U.S. DISTRICT COURT<br>for the Northern District of West Virginia |
|---|---|---|
| PLAINTIFF<br>BIOGEN INTERNATIONAL GMBH and BIOGEN MA INC. | | DEFENDANT<br>MYLAN PHARMACEUTICALS INC. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,320,999 | 1/22/2008 | Biogen International GmbH |
| 2 | 6,509,376 | 1/21/2003 | Biogen International GmbH |
| 3 | 8,399,514 | 3/19/2013 | Biogen MA Inc. |
| 4 | 7,619,001 | 11/17/2009 | Biogen International GmbH |
| 5 | 8,759,393 | 6/24/2014 | Biogen International GmbH |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1  7,803,840 | 9/28/2010 | Biogen International GmbH |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| The Court previously dismissed the remaining claims involving U.S. Patent No. 7,619,001, and found that the asserted claims of U.S. Patent 8,399,514 are invalid for lack of written description under 35 U.S.C. § 112, the Court granted Defendant Mylan Pharmaceuticals' Motion for Entry of Judgment under Rule 54(b). |

| CLERK<br>**Cheryl Dean Riley** | (BY) DEPUTY CLERK<br>/s/ W. Riffle | DATE<br>6/24/2020 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy