

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

June 29, 2020

## CORRECTED* NOTICE OF DOCKETING

**Federal Circuit Docket No.:** 2020-1933

**Federal Circuit Short Title:** Biogen International GmbH v. Mylan Pharmaceuticals Inc.

**Date of Docketing:** June 29, 2020

**Originating Tribunal:** United States District Court for the Northern District of West Virginia

**Originating Case No.:** 1:17-cv-00116-IMK-JPM

**Appellants:** Biogen International GmbH, Biogen MA, Inc.

A notice of appeal has been filed and assigned the above Federal Circuit case number. The court's official caption is included as an attachment to this notice. Unless otherwise noted in the court's rules, the assigned docket number and official caption or short title must be included on all documents filed with this Court. It is the responsibility of all parties to review the Rules for critical due dates. The assigned deputy clerk is noted below and all case questions should be directed to the Case Management Team at (202) 275-8055.

The following documents are due within 14 days of this notice:

- Entry of Appearance. (Fed. Cir. R. 47.3.)
- Certificate of Interest. (Fed. Cir. R. 47.4.)
- Docketing Statement. Note: The Docketing Statement is due in 30 days if the United States or its officer or agency is a party in the appeal. (Fed. Cir. R. 33.1 and the Mediation Guidelines)

*To remove certified list request.

- Statement Concerning Discrimination in MSPB cases. (Fed. Cir. R. 15(c).)

**PARTY FILING AND CONTACT INFORMATION:** Each counsel representing a party must be a member of the court's bar and registered for the court's electronic filing system. Fed. Cir. R. 25(a). Attorneys whose contact information has changed should make all changes through their PACER service center profile.

Unrepresented parties must submit documents intended for filing to the court in paper. However, motions and letters may be emailed to prose@cafc.uscourts.gov or faxed to 202-275-9678. Unrepresented parties changing contact information must submit a letter or updated Entry of Appearance with the new contact information.

**OFFICIAL CAPTION:** The court's official caption is attached and reflects the lower tribunal's caption pursuant to Fed. R. App. P. 12(a), 15(a), and 21(a). Please review the caption carefully and promptly advise this court in writing of any improper or inaccurate designations.

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

By: L. Nichols, Deputy Clerk

**Attachments:**

- Official caption
- Paper Copies of General Information and Forms (to unrepresented parties only):
    - General Information and Overview of a Case in the Federal Circuit
    - Entry of Appearance
    - Informal Brief
    - Motion and Affidavit for Leave to Proceed in Forma Pauperis (only to filers owing the docketing fee)
    - Supplemental in Forma Pauperis Form for Prisoners (only to filers in a correctional institution)
    - Statement Concerning Discrimination

**cc:** United States District Court for the Northern District of West Virginia

## Official Caption

**BIOGEN INTERNATIONAL GMBH, BIOGEN MA, INC.,**
*Plaintiffs-Appellants*

v.

**MYLAN PHARMACEUTICALS INC.,**
*Defendant-Appellee*

## Short Caption

Biogen International GmbH v. Mylan Pharmaceuticals Inc.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

_____

|                                          |     |                        |
|------------------------------------------|-----|------------------------|
| **BIOGEN INTERNATIONAL GMBH**            | )   |                        |
| **and BIOGEN MA INC.,**                  | )   |                        |
|                                          | )   |                        |
| **Plaintiffs,**                          | )   | **C.A. No. 17-116-IMK**|
|                                          | )   |                        |
| **v.**                                   | )   |                        |
|                                          | )   |                        |
| **MYLAN PHARMACEUTICALS INC.,**          | )   |                        |
|                                          | )   |                        |
|                                          | )   |                        |
| **Defendant.**                           | )   |                        |

_____

**BIOGEN'S NOTICE OF APPEAL TO THE UNITED STATES**
**COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

NOTICE IS GIVEN that Plaintiffs Biogen International GmbH and Biogen MA Inc.

appeal to the United States Court of Appeals for the Federal Circuit from the Final Judgment

entered in this action on June 22, 2020, (D.I. 413) and from any and all other orders, decisions,

rulings, findings, and conclusions underlying and related to that judgment, including but not

limited to the June 22, 2020, Order Granting Motion for Final Judgment (D.I. 402) and the June

18, 2020, Memorandum Opinion and Order Making Findings of Fact and Granting Judgment in

Favor of the Defendant, Mylan Pharmaceuticals Inc. (D.I. 400).

The docketing fee of $500 required by 28 U.S.C. § 1913, and the Notice of Appeal fee of

$5 required by 28 U.S.C. § 1917, totaling $505, are being submitted herewith.

Dated: June 23, 2020                          Respectfully submitted,

                                              _/s/James F. Companion_____
                                              James F. Companion (#790)
                                              Sandra K. Law (#6071)
                                              Schrader Companion Duff & Law, PLLC

401 Main Street
Wheeling, WV 26003
Phone: (304) 233-3390
Fax: (304) 233-2769
*Attorneys for Plaintiffs*
*Biogen International GmbH*
*and Biogen MA Inc.*


*Of Counsel:*

James B. Monroe
Paul W. Browning
Laura P. Masurovsky
Eric J. Fues
Li Feng
Andrew E. Renison
Aaron G. Clay
Jeanette M. Roorda
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP
901 New York Ave., N.W.
Washington, D.C. 20001-4413
(202) 408-4000

Megan L. Meyers
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP
271 17th Street NW, Suite 1400
Atlanta, GA 30363
(404) 653-6400

William F. Lee
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6556

2

APPEAL,CLOSED

# U.S. District Court
## Northern District of West Virginia (Clarksburg)
## CIVIL DOCKET FOR CASE #: 1:17-cv-00116-IMK-JPM
## Internal Use Only

Biogen International GMBH et al v. Mylan Pharmaceuticals Inc.
Assigned to: District Judge Irene M. Keeley
Referred to: Magistrate Judge James P. Mazzone
Cause: 35:271 Patent Infringement

Date Filed: 06/30/2017
Date Terminated: 06/22/2020
Jury Demand: None
Nature of Suit: 835 Patent - Abbreviated New Drug Applications (ANDA)
Jurisdiction: Federal Question

**Plaintiff**

**Biogen International GMBH**                represented by    **Andrew E. Renison**
                                                              Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
                                                              901 New York Ave., NW
                                                              Washington, DC 20001
                                                              (202) 408-4000
                                                              Email: andrew.renison@finnegan.com
                                                              *LEAD ATTORNEY*
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Frank X. Duff**
                                                              Schrader Companion Duff & Law, PLLC
                                                              401 Main Street
                                                              Wheeling, WV 26003
                                                              304-233-3390
                                                              Fax: 304-233-2769
                                                              Email: fxd@schraderlaw.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **James F. Companion**
                                                              Schrader Companion Duff & Law, PLLC
                                                              401 Main Street
                                                              Wheeling, WV 26003
                                                              304-233-3390
                                                              Fax: 304-233-2769
                                                              Email: jfc@schraderlaw.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**James B. Monroe**
Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP
901 New York Ave., NW
Washington, DC 20001
(202) 408-4000
Email: james.monroe@finnegan.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeanette M. Roorda**
Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP
901 New York Ave., NW
Washington, DC 20001
(202) 408-4008
Fax: (202) 408-4400
Email: jeanette.roorda@finnegan.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lauren J. Dowty**
Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP
901 New York Ave., NW
Washington, DC 20001
(202) 408-4426
Fax: (202) 408-4400
Email: lauren.dowty@finnegan.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Li Feng**
Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP
901 New York Ave., NW
Washington, DC 20001
(202) 408-4000
Email: li.feng@finnegan.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan L. Meyers**

Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP
271 17th Street, NW
Suite 1400
Atlanta, GA 30363-6209
(404) 653-6565
Fax: (202) 408-4400
Email: megan.meyers@finnegan.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul W. Browning**
Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP
901 New York Ave., NW
Washington, DC 20001
(202) 408-4134
Fax: (202) 408-4400
Email: paul.browning@finnegan.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sandra K. Law**
Schrader Companion Duff & Law,
PLLC
401 Main Street
Wheeling, WV 26003
304-233-3390
Fax: 304-233-2769
Email: skl@schraderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William F Lee**
Wilmer Cutler Pickering Hale and Dorr
LLP
60 State Street
Boston, MA 02109
(617) 526-6556
Fax: (617) 526-5000
Email: william.lee@wilmerhale.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Aaron G. Clay**

Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP
901 New York Ave., NW
Washington, DC 20001
(202) 408-4448
Fax: (202) 408-4400
Email: aaron.clay@finnegan.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric J. Fues**
Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP
901 New York Ave., NW
Washington, DC 20001
(202) 408-4245
Fax: (202) 408-4400
Email: eric.fues@finnegan.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John E. Nappi**
Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP
901 New York Ave., NW
Washington, DC 20001
(202) 408-4268
Fax: (202) 408-4400
Email: john.nappi@finnegan.com
*TERMINATED: 05/08/2020*
*PRO HAC VICE*

**Laura P Masurovsky**
Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP
901 New York Ave., NW
Washington, DC 20001
(202) 408-4000
Email:
laura.masurovsky@finnegan.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark J Feldstein**
Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP
901 New York Ave., NW
Washington, DC 20001

(202) 408-4092
Fax: (202) 408-4400
Email: mark.feldstein@finnegan.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sanya Sukduang**
Finnegan, Henderson, Farabow, Garrett
& Dunner, LLP
901 New York Ave., NW
Washington, DC 20001
(202) 408-4000
Email: sanya.sukduang@finnegan.com
*TERMINATED: 03/03/2020*
*PRO HAC VICE*

**Travis L. Zeik**
Schrader, Byrd & Companion, PLLC
The Maxwell Centre
32 - 20th Street
Suite 500
Wheeling, WV 26003
(304) 233-3390
Fax: (304) 233-2769
Email: tlz@schraderlaw.com
*TERMINATED: 09/17/2018*

**Plaintiff**

**Biogen MA, Inc.**                    represented by   **Andrew E. Renison**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Frank X. Duff**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James B. Monroe**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jeanette M. Roorda**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lauren J. Dowty**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Li Feng**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan L. Meyers**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul W. Browning**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sandra K. Law**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William F Lee**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Aaron G. Clay**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James F. Companion**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John E. Nappi**

(See above for address)
*TERMINATED: 05/08/2020*
*PRO HAC VICE*

**Laura P Masurovsky**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark J Feldstein**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sanya Sukduang**
(See above for address)
*TERMINATED: 03/03/2020*
*PRO HAC VICE*

**Travis L. Zeik**
(See above for address)
*TERMINATED: 09/17/2018*

V.

**Defendant**

**Mylan Pharmaceuticals Inc.**                represented by   **Andrew T. Dufresne**
                                                              Perkins Coie LLP - Madison
                                                              33 East Main Street
                                                              Suite 201
                                                              Madison, WI 53703
                                                              (608) 663-7460
                                                              Fax: (608) 663-7499
                                                              Email: ADufresne@perkinscoie.com
                                                              *LEAD ATTORNEY*
                                                              *PRO HAC VICE*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Brandon M. White**
                                                              Perkins Coie LLP - Washington DC
                                                              700 13th Street, N.W.
                                                              Suite 600
                                                              Washington, DC 20005
                                                              (202) 654-6206
                                                              Fax: (202) 654-9681
                                                              Email: BMWhite@perkinscoie.com
                                                              *LEAD ATTORNEY*
                                                              *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Courtney M. Prochnow**
Perkins Coie LLP - LA
633 W. 5th Street
Suite 5850
Los Angeles, CA 90071-1539
(310) 788-3284
Fax: (310) 788-3399
Email: cprochnow@perkinscoie.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David L. Anstaett**
Perkins Coie LLP - Madison
33 East Main Street
Suite 201
Madison, WI 53703
(608) 663-5408
Fax: (608) 663-7499
Email: DAnstaett@perkinscoie.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily J. Greb**
Perkins Coie LLP - Madison
33 East Main Street
Suite 201
Madison, WI 53703
(608) 663-7494
Fax: (608) 663-7499
Email: EGreb@perkinscoie.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gordon H. Copland**
Steptoe & Johnson PLLC - Bridgeport
400 White Oaks Blvd
Bridgeport, WV 26330
304-933-8162
Fax: 304-933-8183
Email: Gordon.Copland@steptoe-
johnson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A. Chajon**
Perkins Coie LLP
700 13th Street, N.W.
Suite 600
Washington, DC 20005
(202) 654-3316
Fax: (202) 624-9575
Email: MChajon@perkinscoie.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shannon M Bloodworth**
Perkins Coie LLP - Washington DC
700 13th Street, N.W.
Suite 600
Washington, DC 20005
(202) 654-6204
Fax: (202) 654-9135
Email: sbloodworth@perkinscoie.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Adam S Ennis**
Steptoe & Johnson PLLC, Cannonsburg

11 Grandview Circle, Suite 200
Cannonsburg, PA 15317
(724) 749-3180
Fax: (724) 873-3143
Email: Adam.Ennis@Steptoe-
Johnson.com
*ATTORNEY TO BE NOTICED*

**William J O'Brien**
Steptoe & Johnson PLLC - Bridgeport
400 White Oaks Blvd
Bridgeport, WV 26330
(304) 933-8181
Fax: (304) 933-8183
Email: William.Obrien@Steptoe-
Johnson.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Mylan Pharmaceuticals Inc.**               represented by **Andrew T. Dufresne**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brandon M. White**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Courtney M. Prochnow**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David L. Anstaett**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily J. Greb**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gordon H. Copland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A. Chajon**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shannon M Bloodworth**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William J O'Brien**
(See above for address)

*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Biogen International GMBH**             represented by    **Andrew E. Renison**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Frank X. Duff**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **James F. Companion**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **James B. Monroe**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jeanette M. Roorda**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Lauren J. Dowty**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Li Feng**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Megan L. Meyers**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

**Paul W. Browning**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sandra K. Law**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William F Lee**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Aaron G. Clay**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John E. Nappi**
(See above for address)
*TERMINATED: 05/08/2020*
*PRO HAC VICE*

**Laura P Masurovsky**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sanya Sukduang**
(See above for address)
*TERMINATED: 03/03/2020*

**Travis L. Zeik**
(See above for address)
*TERMINATED: 09/17/2018*

**Counter Defendant**

**Biogen MA, Inc.**                    represented by **Andrew E. Renison**
                                       (See above for address)
                                       *LEAD ATTORNEY*
                                       *PRO HAC VICE*
                                       *ATTORNEY TO BE NOTICED*

                                       **Frank X. Duff**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James B. Monroe**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeanette M. Roorda**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lauren J. Dowty**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Li Feng**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Megan L. Meyers**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul W. Browning**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sandra K. Law**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William F Lee**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Aaron G. Clay**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James F. Companion**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John E. Nappi**
(See above for address)
*TERMINATED: 05/08/2020*
*PRO HAC VICE*

**Laura P Masurovsky**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sanya Sukduang**
(See above for address)
*TERMINATED: 03/03/2020*
*PRO HAC VICE*

**Travis L. Zeik**
(See above for address)
*TERMINATED: 09/17/2018*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/30/2017 | 1 | COMPLAINT against Mylan Pharmaceuticals Inc., filed by Biogen MA, Inc., Biogen International GMBH. (Attachments: # 1 Exhibit A - 376 Patent, # 2 Exhibit B - 999 Patent, # 3 Exhibit C - 001 Patent, # 4 Exhibit D - 840 Patent, # 5 Exhibit E - 393 Patent, # 6 Exhibit F - 514 Patent, # 7 Civil Cover Sheet)(lmm) (Entered: 06/30/2017) |
| 06/30/2017 | 🔒 2 | Filing fee: $ 400.00, receipt number WVNW001714 (lmm) (Entered: 06/30/2017) |
| 06/30/2017 | 3 | REPORT to USPTO on the filing or determination of an action regarding re 1 Complaint. (lmm) (Entered: 06/30/2017) |
| 06/30/2017 | 4 | SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA) filed by Biogen International GMBH, |

| | | Biogen MA, Inc. (lmm) (Entered: 06/30/2017) |
|---|---|---|
| 06/30/2017 | 5 | Corporate Disclosure Statement by Biogen International GMBH, Biogen MA, Inc. identifying Corporate Parent Biogen Inc. for Biogen MA, Inc. (lmm) (Entered: 06/30/2017) |
| 06/30/2017 | 6 | Corporate Disclosure Statement by Biogen International GMBH, Biogen MA, Inc. identifying Corporate Parent Biogen Inc., Corporate Parent Biogen Luxembourg Holding Sarl, Corporate Parent Arrowpark Interseas Limited, Corporate Parent Biogen MA Inc. for Biogen International GMBH. (lmm) (Entered: 06/30/2017) |
| 06/30/2017 | 🔒 | (Court only) Staff note. Attorneys Companion and Zeik admitted to practice in NDWV. (lmm) (Entered: 06/30/2017) |
| 06/30/2017 | 7 | VERIFICATION OF ATTORNEY ADMISSION for Attorney Feng. (lmm) (Entered: 06/30/2017) |
| 06/30/2017 | 8 | VERIFICATION OF ATTORNEY ADMISSION for Attorney Monroe. (lmm) (Entered: 06/30/2017) |
| 06/30/2017 | 9 | VERIFICATION OF ATTORNEY ADMISSION for Attorney Renison. (lmm) (Entered: 06/30/2017) |
| 06/30/2017 | 10 | VERIFICATION OF ATTORNEY ADMISSION for Attorney Sukduang. (lmm) (Entered: 06/30/2017) |
| 07/10/2017 | 11 | MOTION for Leave to Appear Pro Hac Vice for James B. Monroe by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Text of Proposed Order Text of Proposed Order - James B. Monroe)(Companion, James) (Entered: 07/10/2017) |
| 07/10/2017 | 12 | MOTION for Leave to Appear Pro Hac Vice for Andrew E. Renison by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Text of Proposed Order Text of proposed Order - Andrew E. Renison)(Companion, James) (Entered: 07/10/2017) |
| 07/10/2017 | 13 | MOTION for Leave to Appear Pro Hac Vice for Li Feng by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Text of Proposed Order Text of Proposed Order - Li Feng) (Companion, James) (Entered: 07/10/2017) |
| 07/10/2017 | 14 | MOTION for Leave to Appear Pro Hac Vice for Sanya Sukduang by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Text of Proposed Order Text of Proposed Order - Sanya Sukduang)(Companion, James) (Entered: 07/10/2017) |
| 07/10/2017 | 🔒 15 | Pro Hac Vice Filing fees for James Monroe, Andrew Renison, Li Feng and Sanya Sukduang: $ 800.00, receipt number |

| | | | |
|---|---|---|---|
| | | | WVNW001723 (jss) (Entered: 07/10/2017) |
| 07/11/2017 | | 16 | ORDER granting Li Feng's 13 Motion for Leave to Appear Pro Hac Vice. Signed by District Judge Irene M. Keeley on 7/11/17. (jss) (Entered: 07/11/2017) |
| 07/11/2017 | | 17 | ORDER granting James Monroe's 11 Motion for Leave to Appear Pro Hac Vice. Signed by District Judge Irene M. Keeley on 7/11/17. (jss) (Entered: 07/11/2017) |
| 07/11/2017 | | 18 | ORDER granting Andrew Renison's 12 Motion for Leave to Appear Pro Hac Vice. Signed by District Judge Irene M. Keeley on 7/11/17. (jss) (Entered: 07/11/2017) |
| 07/11/2017 | | 19 | ORDER granting Sanya Sukduang's 14 Motion for Leave to Appear Pro Hac Vice. Signed by District Judge Irene M. Keeley on 7/11/17. (jss) (Entered: 07/11/2017) |
| 07/14/2017 | 🔒 🔒 | 20 | *SEALED* SUMMONS ISSUED as to Mylan Pharmaceuticals Inc.. (orig. +1 to counsel for service) (cnd) (Entered: 07/14/2017) |
| 07/14/2017 | | 21 | NOTICE of Appearance by William J O'Brien on behalf of Mylan Pharmaceuticals Inc. (O'Brien, William) (Entered: 07/14/2017) |
| 07/14/2017 | 🔒 | | (Court only) Staff notes - Per check of the clerks records attorneys Gordon Copland and William O'Brien are admitted to the NDWV bar. (jss) (Entered: 07/14/2017) |
| 07/17/2017 | | 22 | FIRST ORDER AND NOTICE REGARDING DISCOVERY AND SCHEDULING:<br><br>***NOTICE TO ATTORNEYS*** : Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, ALL Non-governmental CORPORATE parties must file a DISCLOSURE STATEMENT with the Court. Forms are available on the Court's Web Site at http://www.wvnd.uscourts.gov/forms.htm<br><br>Rule 26 Meeting to be held by 9/15/2017. Rule 26 Meeting Report due by 9/29/2017. Scheduling Conference set for 10/13/2017 10:30 AM in Clarksburg District Judge Courtroom, 2nd Floor before District Judge Irene M. Keeley. Discovery due by 10/20/2017. Signed by District Judge Irene M. Keeley on 7/17/17. (kd) (Entered: 07/17/2017) |
| 07/18/2017 | | 23 | Corporate Disclosure Statement by Mylan Pharmaceuticals Inc. identifying Corporate Parent Mylan Inc., Corporate Parent Mylan N.V. for Mylan Pharmaceuticals Inc... (O'Brien, William) (Entered: 07/18/2017) |
| 07/20/2017 | | 24 | SUMMONS Returned Executed by WV Secretary of State as to |

|            |     |                                                                                                                                                                                                |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | Mylan Pharmaceuticals Inc. served on 7/17/2017. (cnd) (Entered: 07/20/2017)                                                                                                                     |
| 08/07/2017 | 25  | *MYLAN'S* ANSWER to 1 Complaint, *and*, COUNTERCLAIM against Biogen International GMBH, Biogen MA, Inc. by Mylan Pharmaceuticals Inc..(Copland, Gordon) (Entered: 08/07/2017)                   |
| 08/08/2017 | 26  | Corporate Disclosure Statement by Biogen International GMBH. (Companion, James) (Entered: 08/08/2017)                                                                                            |
| 08/17/2017 | 27  | MOTION for Leave to Appear Pro Hac Vice *(Shannon M. Bloodworth)* by Mylan Pharmaceuticals Inc.. (Attachments: # 1 Text of Proposed Order)(Copland, Gordon) (Entered: 08/17/2017)              |
| 08/17/2017 | 28  | MOTION for Leave to Appear Pro Hac Vice *(Courtney M. Prochnow)* by Mylan Pharmaceuticals Inc.. (Attachments: # 1 Text of Proposed Order)(Copland, Gordon) (Entered: 08/17/2017)              |
| 08/17/2017 | 29  | MOTION for Leave to Appear Pro Hac Vice *(Brandon M. White)* by Mylan Pharmaceuticals Inc.. (Attachments: # 1 Text of Proposed Order)(Copland, Gordon) (Entered: 08/17/2017)                   |
| 08/17/2017 | 🔒 30 | Pro Hac Vice fee for C. Prochnow, B. White, and S. Bloodworth: $ 600.00, receipt number WVNC001953. (cnd) (Entered: 08/17/2017)                                                                |
| 08/18/2017 | 31  | ORDER granting Brandon M. White's 29 Motion for Leave to Appear pro hac vice. Signed by District Judge Irene M. Keeley on 8/18/17. (jss) (Entered: 08/18/2017)                                  |
| 08/18/2017 | 32  | ORDER: It is ORDERED that Shannon Bloodworth's 27 Application/Motion for Leave to Appear Pro Hac Vice is hereby GRANTED. Signed by District Judge Irene M. Keeley on 8/18/17. (cnd) (Entered: 08/18/2017) |
| 08/18/2017 | 33  | ORDER granting Courtney M. Prochnow's 28 Motion for Leave to Appear pro hac vice. Signed by District Judge Irene M. Keeley on 8/18/17. (jss) (Entered: 08/18/2017)                              |
| 08/28/2017 | 34  | STIPULATION *re extension to reply to counterclaims* by Biogen International GMBH, Biogen MA, Inc.. (Companion, James) (Entered: 08/28/2017)                                                   |
| 09/01/2017 | 35  | MOTION to Stay *This Action in the Northern District of West Virginia or in the Alternative Coordinate Discovery with the Related District of Delaware Actons* by Biogen International GMBH, Biogen MA, Inc.. (Companion, James) (Entered: 09/01/2017) |
| 09/01/2017 | 36  | MEMORANDUM *In Support* by Biogen International GMBH, Biogen MA, Inc. re 35 MOTION to Stay *This Action in the*                                                                                 |

| | | | |
|---|---|---|---|
| | | | *Northern District of West Virginia or in the Alternative Coordinate Discovery with the Related District of Delaware Actons* . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D - Face Sheet Only)(Companion, James) (Entered: 09/01/2017) |
| 09/01/2017 | 🔒 🔒 | 37 | *SEALED* MOTION to Seal *Exhibit D to Plaintiffs' Motion to Stay this Action in the Northern District of West Virginia or in the Alternative Coordinate Discovery With the Related District of Delaware Actions* by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Exhibit D - To Be Filed Under Seal, # 2 Text of Proposed Order)(Companion, James) (Entered: 09/01/2017) |
| 09/06/2017 | 🔒 🔒 | 38 | *SEALED* *** **SEALED** *** by Mylan Pharmaceuticals Inc.. (O'Brien, William) (Entered: 09/06/2017) |
| 09/14/2017 | | 39 | Joint MOTION to Extend Dates by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Text of Proposed Order)(Companion, James) (Entered: 09/14/2017) |
| 09/18/2017 | | 40 | ORDER: It is ORDERED that deadlines are adjusted as follows: Rule 26 Meeting to be held by 10/4/2017, Rule 26 Meeting Report due by 10/18/2017, Scheduling Conference set for 11/1/2017 10:30 AM, Discovery due by 11/8/2017. Signed by District Judge Irene M. Keeley on 9/18/17. (cnd) (Entered: 09/18/2017) |
| 09/19/2017 | | 41 | MOTION for Leave to Appear Pro Hac Vice *(David L. Anstaett)* by Mylan Pharmaceuticals Inc.. (Attachments: # 1 Text of Proposed Order)(Copland, Gordon) (Entered: 09/19/2017) |
| 09/19/2017 | 🔒 | 42 | Pro Hac Vice fee for D. L. Anstaett: $ 200.00, receipt number WVNC001983. (cnd) (Entered: 09/19/2017) |
| 09/20/2017 | | 43 | ORDER: It is ORDERED that David L. Anstaett's 41 Motion/Application for Leave to Appear Pro Hac Vice is hereby GRANTED. David L. Anstaett for Mylan Pharmaceuticals Inc., added. Signed by District Judge Irene M. Keeley on 9/20/17. (cnd) (Entered: 09/20/2017) |
| 09/22/2017 | | 44 | RESPONSE in Opposition re 35 MOTION to Stay *This Action in the Northern District of West Virginia or in the Alternative Coordinate Discovery with the Related District of Delaware Actons* filed by Mylan Pharmaceuticals Inc.. (O'Brien, William) (Entered: 09/22/2017) |
| 09/26/2017 | | 45 | STIPULATION by Biogen International GMBH, Biogen MA, Inc.. (Companion, James) (Entered: 09/26/2017) |
| 09/29/2017 | | 46 | STIPULATION *re extension of time to reply regarding Response in Opposition* by Biogen International GMBH, Biogen |

| | | | |
|---|---|---|---|
| | | | MA, Inc.. (Companion, James) (Entered: 09/29/2017) |
| 10/02/2017 | | 47 | REPLY to Response to Motion re 35 MOTION to Stay *This Action in the Northern District of West Virginia or in the Alternative Coordinate Discovery with the Related District of Delaware Actons* filed by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Exhibit A)(Companion, James) (Entered: 10/02/2017) |
| 10/04/2017 | | 48 | ANSWER to 25 Answer to Complaint, Counterclaim by Biogen International GMBH, Biogen MA, Inc..(Companion, James) (Entered: 10/04/2017) |
| 10/10/2017 | | 49 | ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT D TO PLAINTIFFS' MOTION TO STAY: It is ORDERED that this Court hereby GRANTS Plaintiffs' 37 Motion for Leave to File Under Seal Exhibit D to Plaintiffs' Motion to Stay and further DIRECTS the Clerk to re-file the document under seal. Signed by Senior Judge Irene M. Keeley on 10/10/17. (cnd) (Entered: 10/10/2017) |
| 10/10/2017 | 🔒 🔒 | 50 | *SEALED* *SEALED* DOCUMENT, directed filed per 49 Order. (cnd) (Entered: 10/10/2017) |
| 10/18/2017 | | 51 | REPORT of Rule 26(f) Planning Meeting. (Attachments: # 1 Exhibit Parties' respective scheduling proposal)(Copland, Gordon) (Entered: 10/18/2017) |
| 11/01/2017 | | 52 | MOTION for Leave to Appear Pro Hav Vice *(Emily J. Greb)* by Mylan Pharmaceuticals Inc.. (Attachments: # 1 Text of Proposed Order)(O'Brien, William) (Entered: 11/01/2017) |
| 11/01/2017 | 🔒 | 53 | PHV Filing fee Greb: $ 200.00, receipt number WVNC002029 (mh) (Entered: 11/01/2017) |
| 11/01/2017 | | 54 | ORDER: It is ORDERED that Emily Greb's 52 Motion/Application for Leave to Appear Pro Hac Vice is hereby GRANTED. Attorney Emily J. Greb for Mylan Pharmaceuticals Inc. added. Signed by Senior Judge Irene M. Keeley on 11/1/17. (cnd) (Entered: 11/01/2017) |
| 11/01/2017 | 🔒 | 55 | MINUTE ENTRY:<br><br>***NOTICE*** THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY.<br><br>Proceedings held before Senior Judge Irene M. Keeley. Scheduling Conference held on 11/1/2017. (Court Reporter Linda Bachman) (dk) (Entered: 11/01/2017) |
| 11/06/2017 | | 56 | SCHEDULING ORDER: Discovery due by 11/17/2017. Joinder |

| | | |
|---|---|---|
| | | of Parties due by 4/2/2018. Markman Hearing set for 5/11/2018 09:30 AM in Clarksburg District Judge Courtroom, 2nd Floor before Senior Judge Irene M. Keeley. Amended Pleadings due by 7/6/2018. Motions due by 8/19/2019. Joint Pretrial Order due by 1/15/2010. Final Pretrial Conference set for 1/23/2020 10:00 AM in Clarksburg District Judge Courtroom, 2nd Floor before Senior Judge Irene M. Keeley. Settlement Conference set for 1/23/2020 10:00 AM in Clarksburg District Judge Courtroom, 2nd Floor before Senior Judge Irene M. Keeley. Bench Trial set for 2/3/2020 09:00 AM in Clarksburg District Judge Courtroom, 2nd Floor before Senior Judge Irene M. Keeley. Signed by Senior Judge Irene M. Keeley on 11/6/17. (cnd) Modified docket text on 11/28/2017 (cnd). (Entered: 11/06/2017) |
| 11/07/2017 | 57 | ORDER FOLLOWING SCHEDULING CONFERENCE: It is ORDERED that the 35 Motion to Stay is HELD IN ABEYANCE; Interim Status Conferences by telephone are set for 1/22/2018 03:00 PM, 4/26/2018 03:00 PM, 7/23/2018 03:00 PM, and 10/19/2018 03:00 PM in Judge Keeley Chambers before Senior Judge Irene M. Keeley. Signed by Senior Judge Irene M. Keeley on 11/6/17. (cnd) (Entered: 11/07/2017) |
| 11/17/2017 | 58 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re Plaintiffs' Initial Disclosures* (Companion, James) (Entered: 11/17/2017) |
| 11/17/2017 | 59 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *for Initial Disclosures Pursuant to Rule 26(a)(1).* (O'Brien, William) (Entered: 11/17/2017) |
| 11/28/2017 | | Set Deadlines per 56 Scheduling Order: Proposed Pretrial Order due by 1/15/2020, Bench Trial also set for 2/4/2020, 2/5/2020, 2/6/2020, 2/7/2020, 2/10/2020, and 2/11/2020 09:00 AM in Clarksburg District Judge Courtroom, 2nd Floor before Senior Judge Irene M. Keeley. (cnd) (Entered: 11/28/2017) |
| 11/30/2017 | 60 | Joint MOTION To Extend Deadline by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Text of Proposed Order)(Companion, James) (Entered: 11/30/2017) |
| 11/30/2017 | 61 | ORDER: It is ORDERED that the parties' 60 Joint Motion to Extend Deadline is hereby GRANTED and the deadline for submitting the proposed Joint Protective Order is hereby EXTENDED to and including 12/14/2017. Signed by Senior Judge Irene M. Keeley on 11/30/17. (cnd) (Entered: 11/30/2017) |
| 12/01/2017 | 62 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re Plaintiffs' Identification of Accused Products and Asserted Patents Infringed by Mylan Pharmaceuticals Inc.* (Companion, James) (Entered: 12/01/2017) |

| | | |
|---|---|---|
| 12/14/2017 | 63 | Joint MOTION for Extension of Time to File *proposed Joint Protective Order* by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Text of Proposed Order)(Companion, James) (Entered: 12/14/2017) |
| 12/14/2017 | 64 | ORDER: It is ORDERED that the parties' 63 Joint Motion for Extension of Time to File Joint Protective Order is hereby GRANTED and the deadline is extended to and including 12/21/2017. Signed by Senior Judge Irene M. Keeley on 12/14/17. (cnd) (Entered: 12/14/2017) |
| 12/21/2017 | 65 | Joint MOTION for Extension of Time to File *Joint Protective Order* by Mylan Pharmaceuticals Inc.. (Attachments: # 1 Text of Proposed Order)(O'Brien, William) (Entered: 12/21/2017) |
| 12/22/2017 | 66 | ORDER granting 65 Motion for Extension of Time to File. ORDERED that the deadline for submitting the proposed Joint Protective Order is hereby extended to and including January 5, 2018. Signed by Senior Judge Irene M. Keeley on 12/22/17. (njz) (Entered: 12/22/2017) |
| 12/22/2017 | 🔒 | (Court only) ***Motions terminated: 38 Motion, filed as a Response. (cnd) (Entered: 12/22/2017) |
| 01/05/2018 | 67 | Joint MOTION for Extension of Time to File *proposed Joint Protective Order* by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Text of Proposed Order)(Companion, James) (Entered: 01/05/2018) |
| 01/05/2018 | 68 | ORDER extending deadline for submitting a proposed Joint Protective Order to noon on 1/10/18. Signed by Senior Judge Irene M. Keeley on 1/5/18. (mh) (Entered: 01/05/2018) |
| 01/10/2018 | 69 | Proposed *Stipulated Protective* Order by Biogen International GMBH, Biogen MA, Inc.. (Companion, James) (Entered: 01/10/2018) |
| 01/16/2018 | 70 | STIPULATED PROTECTIVE ORDER. Signed by Senior Judge Irene M. Keeley on 1/16/18. (Attachments: # 1 Exhibit A - Declaration, # 2 Exhibit B - Notice)(mh) (Entered: 01/16/2018) |
| 01/22/2018 | 🔒 71 | MINUTE ENTRY:<br><br>***NOTICE*** THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY.<br><br>Proceedings held before Senior Judge Irene M. Keeley. Status Conference held on 1/22/2018. (Court Reporter Linda Bachman) (dk) (Entered: 01/22/2018) |
| 01/23/2018 | 72 | SUMMARY ORDER FOLLOWING STATUS |

| | | | |
|---|---|---|---|
| | | | CONFERENCE: It is ORDERED that Plaintiffs' 35 Motion to Stay the Case is DENIED and the Motion to Coordinate Discovery is GRANTED IN PART and DENIED IN PART. Signed by Senior Judge Irene M. Keeley on 1/23/18. (cnd) (Entered: 01/23/2018) |
| 02/12/2018 | | 73 | *Certificate of Service re Biogen's Preliminary Claim Constructions* Other Document filed by Biogen International GMBH, Biogen MA, Inc.. (Companion, James) (Entered: 02/12/2018) |
| 02/12/2018 | | 74 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *as to Mylan's Initial Claim Constructions*. (Copland, Gordon) (Entered: 02/12/2018) |
| 02/23/2018 | | 75 | TRANSCRIPT of Proceedings held on November 1, 2017, before Senior Judge Irene M. Keeley. Court Reporter/Transcriber Linda Bachman, Telephone number (304) 282-0395; Linda_Bachman@wvnd.uscourts.gov. Parties have five business days to file a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will become available via PACER to the public without redaction after 90 calendar days.. Redaction Request due 3/16/2018. Redacted Transcript Deadline set for 3/26/2018. Release of Transcript Restriction set for 5/24/2018. (llb) (Entered: 02/23/2018) |
| 02/23/2018 | | 76 | TRANSCRIPT of Proceedings held on January 22, 2018, before Senior Judge Irene M. Keeley. Court Reporter/Transcriber Linda Bachman, Telephone number (304) 282-0395; Linda_Bachman@wvnd.uscourts.gov. Parties have five business days to file a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will become available via PACER to the public without redaction after 90 calendar days.. Redaction Request due 3/16/2018. Redacted Transcript Deadline set for 3/26/2018. Release of Transcript Restriction set for 5/24/2018. (llb) (Entered: 02/23/2018) |
| 02/23/2018 | | 77 | TRANSCRIPT PURCHASE ORDER by Biogen International GMBH, Biogen MA, Inc. for proceedings held on November 1, 2017 & January 22, 2018 before Senior Judge Irene M. Keeley. (llb) (Entered: 02/23/2018) |
| 02/23/2018 | | 78 | TRANSCRIPT PURCHASE ORDER by Mylan Pharmaceuticals Inc. for proceedings held on November 1, 2017 and January 22, 2018 before Senior Judge Irene M. Keeley. (llb) (Entered: 02/23/2018) |
| 02/26/2018 | | 79 | Joint MOTION for Extension of Time to File by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Text of Proposed Order)(Companion, James) (Entered: 02/26/2018) |

| 02/26/2018 | | [80] | MOTION for Leave to Appear pro hac vice *of Jeanette M. Roorda* by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # [1] Text of Proposed Order)(Companion, James) (Entered: 02/26/2018) |
|---|---|---|---|
| 02/26/2018 | 🔒 | [81] | Pro Hac Vice fee for Jeanette M. Roorda PAID. $ 200.00, receipt number WVNC002141. (wrr) (Entered: 02/26/2018) |
| 02/26/2018 | | [82] | ORDER: It is ORDERED that the parties' [79] Joint Motion for Extension of Time to File is hereby GRANTED. The Joint Claim Chart is now due by 3/5/2018. Signed by Senior Judge Irene M. Keeley on 2/26/18. (cnd) (Entered: 02/26/2018) |
| 02/26/2018 | | [83] | ORDER: It is ORDERED that Jeanette Roorda's [80] Application/Motion for Leave to Appear Pro Hac Vice is hereby GRANTED. Attorney Jeanette M. Roorda for Biogen International GMBH, Biogen MA, Inc. added. Signed by Senior Judge Irene M. Keeley on 2/26/18. (cnd) (Entered: 02/26/2018) |
| 03/01/2018 | | [84] | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re Plaintiffs' Initial Infringement Contentions* (Companion, James) (Entered: 03/01/2018) |
| 03/01/2018 | | [85] | MOTION To Defer Consideration of Mylan's Indefinite Arguments by Biogen International GMBH, Biogen MA, Inc.. (Companion, James) (Entered: 03/01/2018) |
| 03/01/2018 | | [86] | MEMORANDUM *In Support of Motion to Defer Consideration of Mylan's Indefinite Arguments* by Biogen International GMBH, Biogen MA, Inc. . (Attachments: # [1] Exhibit A, # [2] Exhibit B, # [3] Exhibit C, # [4] Exhibit D, # [5] Exhibit E, # [6] Exhibit F, # [7] Exhibit G (Face Sheet Only), # [8] Exhibit H) (Companion, James) (Entered: 03/01/2018) |
| 03/01/2018 | 🔒 🔒 | [87] | *SEALED* BRIEF by Biogen International GMBH, Biogen MA, Inc. Filed under seal per Protective Order. (Attachments: # [1] Exhibit G - Offer)(cmd) (Entered: 03/01/2018) |
| 03/05/2018 | | [88] | Other Document *Joint Claim Construction Statement* filed by Mylan Pharmaceuticals Inc.. (Copland, Gordon) (Entered: 03/05/2018) |
| 03/15/2018 | | [89] | Consent MOTION for Extension of Time to File Response/Reply as to [85] MOTION To Defer Consideration of Mylan's Indefinite Arguments by Mylan Pharmaceuticals Inc.. (Copland, Gordon) (Entered: 03/15/2018) |
| 03/16/2018 | | [90] | ORDER GRANTING DEFENDANTS UNOPPOSED MOTION TO EXTEND DEADLINE: The Court GRANTS the motion (Dkt. No. [89] ), and ORDERS the defendants response brief or a joint notice of resolution filed by Tuesday, March 20, 2018. Signed by Senior Judge Irene M. Keeley on 3/16/17. (jss) |

| | | | |
|---|---|---|---|
| | | | (Entered: 03/16/2018) |
| 03/20/2018 | | 91 | *Joint Letter* - Other Document re 85 MOTION To Defer Consideration of Mylan's Indefinite Arguments *re Agreement and Withdrawal of Motion* filed by Mylan Pharmaceuticals Inc.. (Copland, Gordon) (Entered: 03/20/2018) |
| 03/26/2018 | | 92 | ORDER DENYING AS MOOT PLAINTIFFS' MOTION TO DETER: It is ORDERED that Plaintiffs' 85 Motion to Deter Consideration of Mylan's Indefinite Arguments is hereby DENIED AS MOOT. Signed by Senior Judge Irene M. Keeley on 3/26/18. (cnd) (Entered: 03/26/2018) |
| 03/26/2018 | | 93 | MEMORANDUM *Opening Claim Construction Brief (Redacted)* by Biogen International GMBH, Biogen MA, Inc. . (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit K, # 11 Exhibit L, # 12 Exhibit M, # 13 Exhibit N, # 14 Exhibit O)(Companion, James) (Entered: 03/26/2018) |
| 03/26/2018 | 🔒 🔒 | 94 | *SEALED* *SEALED* BRIEF by Biogen International GMBH, Biogen MA, Inc. Filed under seal per Protective Order. (Attachments: # 1 Exhibit J - Letter)(cmd) (Entered: 03/26/2018) |
| 03/26/2018 | | 95 | MEMORANDUM *of law* - *Opening Claim Construction Brief* by Mylan Pharmaceuticals Inc. . (Attachments: # 1 Affidavit Declaration of Eric Jeffries, MD, # 2 Affidavit Declaration of Courtney Prochnow, # 3 Exhibit Prochnow Exhibits 1-6, # 4 Exhibit Prochnow Exhibits 7-12)(Copland, Gordon) (Entered: 03/26/2018) |
| 04/03/2018 | | 96 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *of Mylan's Initial Invalidity Contentions*. (Copland, Gordon) (Entered: 04/03/2018) |
| 04/16/2018 | | 97 | MEMORANDUM *Responsive Claim Construction Brief* by Biogen International GMBH, Biogen MA, Inc. . (Companion, James) (Entered: 04/16/2018) |
| 04/16/2018 | | 98 | MEMORANDUM *Responive Claim Construction Memorandum of Law* by Mylan Pharmaceuticals Inc. re 93 MEMORANDUM, *of Biogen*. (Attachments: # 1 Affidavit Declaration of Emily Greb, # 2 Exhibit Exhibits to Declaration)(Copland, Gordon) (Entered: 04/16/2018) |
| 04/26/2018 | | 99 | PAPERLESS ORDER: For reasons appearing to the Court, the status conference scheduled for 4/26/2018, 3:00 PM, is CANCELED. Signed by Senior Judge Irene M. Keeley on 4/26/2018. (dk) (Entered: 04/26/2018) |
| | | | |

| 05/01/2018 | 100 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re Biogen's First Set of Requests to Mylan for the Production of Documents and Things (Nos. 1-41)* (Companion, James) (Entered: 05/01/2018) |
| --- | --- | --- |
| 05/02/2018 | 101 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *for Defendant Mylan Pharmaceuticals Inc.'s First Set of Requests for Production of Documents and Things (Nos. 1-89)*. (O'Brien, William) (Entered: 05/02/2018) |
| 05/02/2018 | 102 | STIPULATION *Regarding Claim Construction (Joint)* by Mylan Pharmaceuticals Inc.. (O'Brien, William) (Entered: 05/02/2018) |
| 05/03/2018 | 103 | ORDER CANCELLING MARKMAN HEARING: It is ORDERED that the Court CANCELS the claim construction hearing previously scheduled for 5/11/18 at 9:30 am. Signed by Senior Judge Irene M. Keeley on 5/3/18. (cnd) (Entered: 05/03/2018) |
| 05/31/2018 | 104 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re Biogen's Objections and Responses to Mylan's First Set of Requests for the Production of Documents and Things (Nos. 1-89)* (Companion, James) (Entered: 05/31/2018) |
| 05/31/2018 | 105 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *re Mylan's Objections and Responses to Plaintiffs' First Set of Requests for the Production of Documents and Things (Nos. 1-41)*. (O'Brien, William) (Entered: 05/31/2018) |
| 06/27/2018 | 106 | MOTION for Leave to Appear Pro Hac Vice *of Paul W. Browning* by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Text of Proposed Order)(Companion, James) (Entered: 06/27/2018) |
| 06/27/2018 | 🔒 107 | Pro Hac Vice Filing fee as to Paul W. Browning: $ 200.00, receipt number WVNC002265. (wrr) (Entered: 06/27/2018) |
| 06/27/2018 | 108 | ORDER granting 106 Motion for Leave to Appear Pro Hac Vice as to Paul W. Browning. Signed by Senior Judge Irene M. Keeley on 6/27/2018. (wrr) (Main Document 108 replaced on 6/28/2018 to attach correct document.) (wrr) NEF regen. (Entered: 06/27/2018) |
| 07/23/2018 | 109 | ORDER CANCELING STATUS CONFERENCE. Signed by Senior Judge Irene M. Keeley on 7/23/18. (mh) (Entered: 07/23/2018) |
| 07/24/2018 | 110 | Joint MOTION to Amend/Correct 56 Scheduling Order,,, by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Text of Proposed Order)(Companion, James) (Entered: |

| | | | |
|---|---|---|---|
| | | | 07/24/2018) |
| 07/24/2018 | | 111 | ORDER granting 110 Motion to Amend/Correct Scheduling Order. It is hereby ORDERED that the Scheduling Order (Dk. No. 56 ) be amended by extending two deadlines as follows: 1) Substantial Completion of Document Production is extended from July 30, 2018 to August 31, 2018; and 2) Completion of Fact Discovery is extended from October 1, 2018 to October 17, 2018. Signed by Senior Judge Irene M. Keeley on 7/24/2018. (wrr) (Entered: 07/24/2018) |
| 08/28/2018 | | 112 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re various Bates stamped documents served via emails on 8/27/18* (Companion, James) (Entered: 08/28/2018) |
| 08/28/2018 | | 113 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *for Notice of Deposition of Rajendra Kumar Joshi.* (Copland, Gordon) (Entered: 08/28/2018) |
| 08/28/2018 | | 114 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *Notice of Deposition of Gilmore ONeill.* (Copland, Gordon) (Entered: 08/28/2018) |
| 08/28/2018 | | 115 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *Notice of Deposition of Hans-Peter Strebel.* (Copland, Gordon) (Entered: 08/28/2018) |
| 08/28/2018 | | 116 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *Notice of Deposition of Matvey E. Lukashev.* (Copland, Gordon) (Entered: 08/28/2018) |
| 08/30/2018 | | 117 | Joint MOTION to Amend/Correct 56 Scheduling Order,,, by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Text of Proposed Order)(Companion, James) (Entered: 08/30/2018) |
| 08/30/2018 | | 118 | ORDER granting 117 JOINT MOTION TO AMEND SCHEDULING ORDER. It is hereby ORDERED that the Scheduling Order (Dk. No. 56 ) filed on November 6, 2017,and amended by the Court's July 24, 2018 Order (Dk. No. 111 ), be amended by extending the deadline for the Substantial Completion of Document Production from August 31, 2018, to September 14, 2018, and the Completion of Fact Discovery from October 17, 2018, to October 31, 2018. Signed by Senior Judge Irene M. Keeley on 8/30/2018. (wrr) (Entered: 08/30/2018) |
| 09/10/2018 | | 119 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *for Mylan's AMended Invalidity contentions.* (Copland, Gordon) (Entered: 09/10/2018) |
| 09/10/2018 | | 120 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *for Mylan's First Set of Interrogatories.* (Copland, Gordon) |

| | | | |
|---|---|---|---|
| | | | (Entered: 09/10/2018) |
| 09/10/2018 | | 121 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *for Mylan's Second Set of Doc. Requests (No. 90)*. (Copland, Gordon) (Entered: 09/10/2018) |
| 09/10/2018 | | 122 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *for Mylan's First Requests for Admission*. (Copland, Gordon) (Entered: 09/10/2018) |
| 09/17/2018 | | 123 | MOTION to Withdraw as Attorney *of Travis L. Zeik* by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Text of Proposed Order)(Companion, James) (Entered: 09/17/2018) |
| 09/17/2018 | | 124 | ORDER: The Court grants 123 Motion for Leave to Withdraw as Counsel and ORDERS Travis L. Zeik is hereby withdrawn as counsel for Plaintiffs in this matter. Signed by Senior Judge Irene M. Keeley on 9/17/2018. (wrr) (Entered: 09/17/2018) |
| 09/17/2018 | | 125 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re various Bates stamped documents served via email 9/13/18 and 9/14/18* (Companion, James) (Entered: 09/17/2018) |
| 09/17/2018 | | 126 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *re Production of Documents on September 13, 2018*. (O'Brien, William) (Entered: 09/17/2018) |
| 09/21/2018 | | 127 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *via various Bates stamped documents served via email on September 19, 2018* (Companion, James) (Entered: 09/21/2018) |
| 10/01/2018 | | 128 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re various Bates stamped documents served via email on September 28, 2018* (Companion, James) (Entered: 10/01/2018) |
| 10/03/2018 | | 129 | ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT: The Court DIRECTS that, by Friday, October 12, 2018, the parties shall file a joint report regarding the status of this case, including the issues for discussion at the interim status conference scheduled for October 19, 2018. Signed by Senior Judge Irene M. Keeley on 10/3/2018. (wrr) (Entered: 10/03/2018) |
| 10/04/2018 | | 130 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *for Notice of Deposition of Plaintiffs Pursuant to Fed. R. Civ. P. 30(b)(6) served on September 24, 2018*. (O'Brien, William) (Entered: 10/04/2018) |
| 10/04/2018 | | 131 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. |

| | | |
|---|---|---|
| | | *for Notice of Deposition of Katherine T. Dawson served on September 24, 2018.* (O'Brien, William) (Entered: 10/04/2018) |
| 10/04/2018 | [132](#) | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *for Notice of Deposition of Tammy Sarnelli served on September 24, 2018.* (O'Brien, William) (Entered: 10/04/2018) |
| 10/04/2018 | [133](#) | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *for Notice of Deposition of Cara Lansden served on September 24, 2018.* (O'Brien, William) (Entered: 10/04/2018) |
| 10/04/2018 | [134](#) | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *for Notice of Deposition of Carmen Bozic served on September 24, 2018.* (O'Brien, William) (Entered: 10/04/2018) |
| 10/04/2018 | [135](#) | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *for Third Set of Requests for the Production of Documents and Things (Nos. 91-95) served on October 1, 2018.* (O'Brien, William) (Entered: 10/04/2018) |
| 10/04/2018 | [136](#) | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *for Second Set of Interrogatories to Plaintiffs (Nos. 10-13) served on October 1, 2018.* (O'Brien, William) (Entered: 10/04/2018) |
| 10/09/2018 | [137](#) | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re Biogen's Objections and Responses to Mylan's First Set of Interrogatories (Nos. 1-9)* (Companion, James) (Entered: 10/09/2018) |
| 10/09/2018 | [138](#) | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re Biogen's Objections and Responses to Mylan's First Set of Requests for Admissions (Nos. 1-14)* (Companion, James) (Entered: 10/09/2018) |
| 10/09/2018 | [139](#) | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re Biogen's Objections and Responses to Mylan's Second Set of Requests for Production of Documents and Things (No. 90)* (Companion, James) (Entered: 10/09/2018) |
| 10/11/2018 | [140](#) | Other Document *Notice of intent to serve subpoena on Cara Lansden* filed by Mylan Pharmaceuticals Inc.. (Copland, Gordon) (Entered: 10/11/2018) |
| 10/11/2018 | [141](#) | Other Document *Notice of intent to serve subpoena on Tammy Sarnelli* filed by Mylan Pharmaceuticals Inc.. (Copland, Gordon) (Entered: 10/11/2018) |
| 10/12/2018 | [142](#) | STATUS REPORT *on behalf of both parties, filed by* Mylan Pharmaceuticals Inc.. (Attachments: # [1](#) Exhibit Exh A, # [2](#) Exhibit Exh B, # [3](#) Exhibit Exh C, # [4](#) Exhibit Exh D)(Copland, Gordon) (Entered: 10/12/2018) |
| | | |

| 10/15/2018 | | 143 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re Deposition of Defendant Pursuant to Fed. R. Civ. P. 30(b)(6)* (Companion, James) (Entered: 10/15/2018) |
|---|---|---|---|
| 10/19/2018 | 🔒 | 144 | MINUTE ENTRY: <br><br> ***NOTICE*** THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY.* <br><br> Proceedings held before Senior Judge Irene M. Keeley. Status Conference held on 10/19/2018. (Court Reporter Stacy Harlow) (dk) (Entered: 10/19/2018) |
| 10/22/2018 | | 145 | TRANSCRIPT PURCHASE ORDER by Biogen International GMBH for proceedings held on 10/19/2018 before Judge Irene M. Keeley, Senior Judge. (sh) (Entered: 10/22/2018) |
| 10/22/2018 | 📂 | 146 | TRANSCRIPT of Proceedings held on 10-19-2018, before Judge Irene M. Keeley, Senior Judge. Court Reporter Stacy harlow, Telephone number 304-623-7154. Parties have five business days to file a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will become available via PACER to the public without redaction after 90 calendar days. Redaction Request due 11/13/2018. Redacted Transcript Deadline set for 11/23/2018. Release of Transcript Restriction set for 1/22/2019. (sh) (Entered: 10/22/2018) |
| 10/22/2018 | | 147 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re various Bates stamped documents served via email 10/19/18* (Companion, James) (Entered: 10/22/2018) |
| 10/23/2018 | | 148 | TRANSCRIPT PURCHASE ORDER by Mylan Pharmaceuticals Inc. for proceedings held on 10/19/2018 before Judge Irene M. Keeley, Senior Judge. (sh) (Entered: 10/23/2018) |
| 10/24/2018 | | 149 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re Biogen's Objections and Responses to Mylan's Notice of Rule 30(b)(6) Deposition of Biogen* (Companion, James) (Entered: 10/24/2018) |
| 10/29/2018 | | 150 | Joint MOTION to Amend/Correct 56 Scheduling Order,,, by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Text of Proposed Order)(Companion, James) (Entered: 10/29/2018) |
| 10/29/2018 | | 151 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re Notice of Deposition of Katie Reed* (Companion, James) (Entered: 10/29/2018) |
| | | | |

| 10/30/2018 | 152 | ORDER granting 150 Joint Motion to Amend Scheduling Order. It is hereby ORDERED that the Scheduling Order (Dk. No. 56 ) filed on November 6, 2017, and amended by the Court's July 24, 2018 Order (Dk. No. 111 ) and August 30, 2018 Order (Dk. 118 ), be amended by extending the deadlines as addressed in Order. Signed by Senior Judge Irene M. Keeley on 10/30/2018. (wrr) (Entered: 10/30/2018) |
| 10/30/2018 | 153 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *for documents served on October 26, 2018*. (O'Brien, William) (Entered: 10/30/2018) |
| 10/31/2018 | 154 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re Biogen's Bates Stamped Documents Produced October 31, 2018* (Companion, James) (Entered: 10/31/2018) |
| 10/31/2018 | 155 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *of First Amended Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)*. (O'Brien, William) (Entered: 10/31/2018) |
| 11/01/2018 | 156 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re Biogen's Objections and Responses to Mylan's Third Set of Requests for the Production of Documents and Things (Nos. 91-95)* (Companion, James) (Entered: 11/01/2018) |
| 11/01/2018 | 157 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re Biogen's Objections and Responses to Mylan's Second Set of Interrogatories (Nos. 10-13)* (Companion, James) (Entered: 11/01/2018) |
| 11/05/2018 | 158 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re Biogen's Bates Stamped Documents Produced November 2, 2018* (Companion, James) (Entered: 11/05/2018) |
| 11/08/2018 | 159 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *for documents served on November 7, 2018*. (O'Brien, William) (Entered: 11/08/2018) |
| 11/09/2018 | 160 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re documents served via email on November 8, 2018* (Companion, James) (Entered: 11/09/2018) |
| 11/13/2018 | 161 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *of Amended Notice of Deposition of Cara Lansden*. (O'Brien, William) (Entered: 11/13/2018) |
| 11/13/2018 | 162 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re documents served via email on November 9, 2018* (Companion, James) (Entered: 11/13/2018) |

| 11/26/2018 | | 163 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re Biogen's Bates Stamped Documents Produced November 23, 2018* (Companion, James) (Entered: 11/26/2018) |
|---|---|---|---|
| 11/27/2018 | | 164 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *RE: Document served November 27, 2018* (Companion, James) (Entered: 11/27/2018) |
| 11/30/2018 | | 165 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re bates-stamped documents served via email on November 29, 2018* (Companion, James) (Entered: 11/30/2018) |
| 12/04/2018 | | 166 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *of Amended Notice of Deposition of Tammy Sarnelli*. (O'Brien, William) (Entered: 12/04/2018) |
| 12/05/2018 | | 167 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re bates-stamped documents served via email on December 4, 2018* (Companion, James) (Entered: 12/05/2018) |
| 12/07/2018 | | 168 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *of Amended Notice of Deposition of Carmen Bozic*. (O'Brien, William) (Entered: 12/07/2018) |
| 12/07/2018 | | 169 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *of Notice of Deposition of Victoria Brown*. (O'Brien, William) (Entered: 12/07/2018) |
| 12/10/2018 | | 170 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *re Second Notice of Deposition of Plaintiffs Pursuant to Fed. R. Civ. P. 30(b)(6)*. (O'Brien, William) (Entered: 12/10/2018) |
| 12/10/2018 | | 171 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re bates-stamped documents served via two separate emails on 12-7-18 at 2:00 p.m. and 7:09 p.m.* (Companion, James) (Entered: 12/10/2018) |
| 12/10/2018 | | 172 | MOTION for Leave to Appear Pro Hac Vice *Michael Chajon* by Mylan Pharmaceuticals Inc.. (Attachments: # 1 Attachment Attachment A - list of cases, # 2 Text of Proposed Order) (Copland, Gordon) (Entered: 12/10/2018) |
| 12/11/2018 | 🔒 | 173 | Pro Hac Vice Filing fee as to Michael A. Chajon paid: $ 200.00, receipt number WVNC002437. (wrr) (Entered: 12/11/2018) |
| 12/12/2018 | | 174 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re Plaintiffs' Objections and Responses to Mylan's Second Notice of Rule 30(b)(6) Deposition of Biogen* (Companion, James) (Entered: 12/12/2018) |

| 12/12/2018 | 175 | ORDER granting 172 Motion for Leave to Appear Pro Hac Vice as to Michael A. Chajon. Signed by Senior Judge Irene M. Keeley on 12/12/2018. (wrr) (Entered: 12/12/2018) |
|---|---|---|
| 12/12/2018 | 176 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *re Amended Notice of Deposition of Katherine Dawson*. (O'Brien, William) (Entered: 12/12/2018) |
| 12/13/2018 | 177 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re documents served via email on December 13, 2018* (Companion, James) (Entered: 12/13/2018) |
| 12/28/2018 | 178 | NOTICE of Change of Address by William J O'Brien (O'Brien, William) (Entered: 12/28/2018) |
| 12/31/2018 | 179 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re bates-stamped documents served via email on December 28, 2018* (Companion, James) (Entered: 12/31/2018) |
| 01/10/2019 | 180 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *(Notice of Deposition of Tracy Dawson)*. (O'Brien, William) (Entered: 01/10/2019) |
| 01/10/2019 | 181 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *(Amended Notice of Deposition of Matvey E. Lukashev)*. (O'Brien, William) (Entered: 01/10/2019) |
| 01/10/2019 | 182 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *(Amended Notice of Deposition of Hans-Peter Strebel)*. (O'Brien, William) (Entered: 01/10/2019) |
| 01/14/2019 | 183 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re bates-stamped documents served via email on January 11, 2019* (Companion, James) (Entered: 01/14/2019) |
| 01/18/2019 | 184 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re bates-stamped documents served via email on January 18, 2019* (Companion, James) (Entered: 01/18/2019) |
| 01/21/2019 | 185 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re bates-stamped documents served via email on January 18, 2019* (Companion, James) (Entered: 01/21/2019) |
| 01/21/2019 | 186 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re bates-stamped documents served via email on January 19, 2019* (Companion, James) (Entered: 01/21/2019) |
| 01/22/2019 | 187 | NOTICE of Appearance by Adam S Ennis on behalf of Mylan Pharmaceuticals Inc. (Ennis, Adam) (Entered: 01/22/2019) |
| 01/22/2019 | 🔒 | (Court only) Staff notes: Per review of Clerk's records, Attorney Adam S. Ennis is admitted to the NDWV. (wrr) (Entered: |

| | | | |
|---|---|---|---|
| | | | 01/22/2019) |
| 01/22/2019 | | 188 | MOTION for Leave to Appear pro hac vice *of Lauren J. Dowty* by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Text of Proposed Order)(Companion, James) (Entered: 01/22/2019) |
| 01/23/2019 | 🔒 | 189 | Pro Hac Vice Filing fee for Lauren Dowty PAID: $ 200.00, receipt number WVNC002473. (wrr) (Entered: 01/23/2019) |
| 01/23/2019 | | 190 | ORDER granting 188 Motion for Leave to Appear Pro Hac Vice as to Attorney Lauren J. Dowty. Signed by Senior Judge Irene M. Keeley on 1/23/2019. (wrr) (Entered: 01/23/2019) |
| 01/28/2019 | | 191 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re bates-stamped documents served via email on January 25, 2019* (Companion, James) (Entered: 01/28/2019) |
| 01/31/2019 | | 192 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re bates-stamped documents served via email on on January 30, 2019* (Companion, James) (Entered: 01/31/2019) |
| 01/31/2019 | | 193 | Joint MOTION Extension of deadline as to two depositions by Mylan Pharmaceuticals Inc.. (Attachments: # 1 Text of Proposed Order)(Copland, Gordon) (Entered: 01/31/2019) |
| 01/31/2019 | | 194 | ORDER granting 193 Joint MOTION Extension of deadline as to two depositions by Mylan Pharmaceuticals Inc. Deadline is extended through and until 2/8/2019. No other scheduling deadlines are changed or affected by this Order. Signed by Senior Judge Irene M. Keeley on 1/31/2019. (jmm) (Entered: 01/31/2019) |
| 02/04/2019 | | 195 | STIPULATION *and proposed order of PARTIAL dismissal* by Mylan Pharmaceuticals Inc.. (Copland, Gordon) (Entered: 02/04/2019) |
| 02/05/2019 | | 196 | STIPULATION AND ORDER OF PARTIAL DISMISSAL WITH PREJUDICE: The parties hereby stipulate to dismissal, with prejudice, of the claims, counterclaims and affirmative defenses related to U.S. Patent Nos. 6,509,376; 7,320,999; 7,803,840; and 8,759,393. The parties maintain their respective claims, counterclaims and affirmative defenses as to U.S. Patent Nos. 7,619,001 and 8,399,514. Signed by Senior Judge Irene M. Keeley on 2/5/2019. (wrr) (Entered: 02/05/2019) |
| 02/05/2019 | | 197 | MOTION Leave for local counsel to appear telephonically at depositions by Mylan Pharmaceuticals Inc.. (Attachments: # 1 Text of Proposed Order)(Copland, Gordon) (Entered: 02/05/2019) |
| | | | |

| 02/06/2019 | 198 | ORDER: The Court GRANTS the motion (Dkt. No. 197 ) and ORDERS that local counsel be permitted to attend depositions by telephone. Signed by Senior Judge Irene M. Keeley on 2/6/2019. (wrr) (Entered: 02/06/2019) |
| --- | --- | --- |
| 02/07/2019 | 199 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re bates-stamped documents served via two separate emails on 2/6/19* (Companion, James) (Entered: 02/07/2019) |
| 02/07/2019 | 200 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *(Notice of Deposition of Victoria Brown)*. (O'Brien, William) (Entered: 02/07/2019) |
| 02/08/2019 | 201 | Joint MOTION to Amend/Correct *Scheduling Order* by Mylan Pharmaceuticals Inc.. (Attachments: # 1 Text of Proposed Order)(O'Brien, William) (Entered: 02/08/2019) |
| 02/08/2019 | 202 | ORDER granting 201 JOINT MOTION TO AMEND SCHEDULING ORDER. It is hereby ORDERED that the deadlines set forth herein, previously set in a prior 152 Scheduling Order, are amended. Signed by Senior Judge Irene M. Keeley on 2/8/2019. (wrr) (Entered: 02/08/2019) |
| 02/25/2019 | 203 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re bates-stamped documents served via email on February 22, 2019* (Companion, James) (Entered: 02/25/2019) |
| 03/04/2019 | 204 | STIPULATION *(Joint) and Proposed Order Resolving Discovery Dispute* by Mylan Pharmaceuticals Inc.. (O'Brien, William) (Entered: 03/04/2019) |
| 03/04/2019 | 205 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re bates-stamped documents served via email on March 1, 2019* (Companion, James) (Entered: 03/04/2019) |
| 03/04/2019 | 206 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re bates-stamped documents served via email on March 4, 2019* (Companion, James) (Entered: 03/04/2019) |
| 03/04/2019 | 207 | ORDER STIPULATION AND ORDER: Biogen will not rely on or submit at trial, in support of any motion or any expert report, any testimony by Dr. Rajendra Kumar Joshi. Mylan will withdraw its notice of deposition of Dr. Joshi. Signed by Senior Judge Irene M. Keeley on 3/4/2019. (wrr) (Entered: 03/04/2019) |
| 03/05/2019 | 208 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re bates-stamped documents served via email on March 5, 2019* (Companion, James) (Entered: 03/05/2019) |
| 03/05/2019 | 209 | Joint MOTION for Discovery *extension as to expert deadlines* |

| | | |
|---|---|---|
| | | by Mylan Pharmaceuticals Inc.. (Attachments: # 1 Text of Proposed Order)(Copland, Gordon) (Entered: 03/05/2019) |
| 03/06/2019 | 210 | ORDER granting 209 Joint Motion for Discovery Extension as to expert deadlines. Signed by Senior Judge Irene M. Keeley on 3/6/19. (mh) (Entered: 03/06/2019) |
| 03/07/2019 | 211 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re bates-stamped documents served via email on March 6, 2019* (Companion, James) (Entered: 03/07/2019) |
| 03/07/2019 | 212 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re Biogen's Supplemental Objections and Responses to Mylan's Interrogatory Nos. 4-5 and 10-13* (Companion, James) (Entered: 03/07/2019) |
| 03/07/2019 | 213 | Proposed *Corrected* Order *(Agreed)* by Mylan Pharmaceuticals Inc.. (Copland, Gordon) (Entered: 03/07/2019) |
| 03/08/2019 | 214 | AGREED CORRECTED ORDER: Upon joint motion of the parties, it is ORDERED that the deadline for rebuttal reports, set in the Order of March 6, 2019 (Dkt. No. 210 ) is changed from April 3, 2019 to on or before April 10, 2019. No other scheduling deadlines are changed by this Order. Signed by Senior Judge Irene M. Keeley on 3/8/2019. (wrr) (Entered: 03/08/2019) |
| 03/11/2019 | 215 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re bates-stamped documents served via email on March 8, 2019* (Companion, James) (Entered: 03/11/2019) |
| 03/14/2019 | 216 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re production of expert report of Dr. Daniel R. Wynn* (Companion, James) (Entered: 03/14/2019) |
| 03/14/2019 | 217 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re production of expert report of Dr. Robert O. Williams* (Companion, James) (Entered: 03/14/2019) |
| 03/14/2019 | 218 | MOTION for Leave to Appear Pro Hac Vice *of Aaron G. Clay* by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Text of Proposed Order)(Companion, James) (Entered: 03/14/2019) |
| 03/14/2019 | 219 | MOTION for Leave to Appear Pro Hac Vice *of Laura P. Masurovsky* by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Text of Proposed Order)(Companion, James) (Entered: 03/14/2019) |
| 03/14/2019 | 220 | MOTION for Leave to Appear Pro Hac Vice *of John E. Nappi* by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Text of Proposed Order)(Companion, James) |

| | | | |
|---|---|---|---|
| | | | (Entered: 03/14/2019) |
| 03/14/2019 | | 221 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *as to expert reports of Benet, Crowley and Greenberg.* (Copland, Gordon) (Entered: 03/14/2019) |
| 03/14/2019 | 🔒 | 222 | Pro Hac Vice Filing fee as to John E. Nappi, Laura P. Mosurosky, and Aaron G. Clay. $ 600.00 PAID, receipt number WVNC002535. (wrr) (Entered: 03/14/2019) |
| 03/15/2019 | | 223 | ORDER granting 218 Motion for Leave to Appear Pro Hac Vice as to Aaron G. Clay. Signed by Senior Judge Irene M. Keeley on 3/15/2019. (wrr) (Entered: 03/15/2019) |
| 03/15/2019 | | 224 | ORDER granting 219 Motion for Leave to Appear Pro Hac Vice as to Laura P. Masurovsky. Signed by Senior Judge Irene M. Keeley on 3/15/2019. (wrr) (Entered: 03/15/2019) |
| 03/15/2019 | | 225 | ORDER granting 220 Motion for Leave to Appear Pro Hac Vice as to John E. Nappi. Signed by Senior Judge Irene M. Keeley on 3/15/2019. (wrr) (Entered: 03/15/2019) |
| 03/20/2019 | | 226 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *re Production of Documents on March 15, 2019.* (O'Brien, William) (Entered: 03/20/2019) |
| 03/29/2019 | | 227 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re bates-stamped documents served via email on March 28, 2019* (Companion, James) (Entered: 03/29/2019) |
| 04/06/2019 | | 228 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *(Notice of Deposition of William Sibold).* (O'Brien, William) (Entered: 04/06/2019) |
| 04/08/2019 | | 229 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re bates-stamped documents served via email on April 5, 2019* (Companion, James) (Entered: 04/08/2019) |
| 04/09/2019 | | 230 | MOTION to Amend/Correct *Scheduling Order (Unopposed)* by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Text of Proposed Order)(Companion, James) (Entered: 04/09/2019) |
| 04/09/2019 | | 231 | ORDER granting 230 Motion to Amend Scheduling Order. 56 , 111 , 118 , 152 , 202 , 210 , 213 and 214 Scheduling Orders are amended as set forth in this Order. Signed by Senior Judge Irene M. Keeley on 4/9/2019. (wrr) (Entered: 04/09/2019) |
| 04/18/2019 | | 232 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re rebuttal expert reports served by Plaintiffs on April 17, 2019* (Companion, James) (Entered: 04/18/2019) |
| 04/25/2019 | | 233 | CERTIFICATE OF SERVICE by Biogen International GMBH, |

| | | | |
|---|---|---|---|
| | | | Biogen MA, Inc. *re Biogen's Supplemental Objections and Responses to Mylan's Interrogatory Nos. 1-3 and 6-8* (Companion, James) (Entered: 04/25/2019) |
| 05/10/2019 | | 234 | MOTION to Amend/Correct 231 Order on Motion to Amend/Correct, Set Deadlines/Hearings, by Mylan Pharmaceuticals Inc.. (Attachments: # 1 Text of Proposed Order)(O'Brien, William) (Entered: 05/10/2019) |
| 05/13/2019 | | 235 | ORDER granting 234 Motion to Amend Scheduling Order. 56 , 111 , 118 , 152 , 202 , 210 , 213 , 214 , and 231 Scheduling Orders are amended as set forth in this Order. Signed by Senior Judge Irene M. Keeley on 5/13/2019. (wrr) (Entered: 05/13/2019) |
| 05/14/2019 | | 236 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re bates-stamped documents served via email on May 14, 2019* (Companion, James) (Entered: 05/14/2019) |
| 05/20/2019 | | 237 | MOTION for Leave to Appear Pro Hac Vice *of Eric J. Fues* by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Text of Proposed Order)(Companion, James) (Entered: 05/20/2019) |
| 05/20/2019 | 🔒 | 238 | PHV Filing fee: $ 200.00, receipt number WVNC002606 for Attorney Eric Fues. (jmm) (Entered: 05/20/2019) |
| 05/21/2019 | | 239 | ORDER granting 237 Motion for Leave to Appear Pro Hac Vice for Eric J. Fues. Signed by Senior Judge Irene M. Keeley on 5/21/2019 (copy counsel of record)(jmm) (Entered: 05/21/2019) |
| 05/31/2019 | | 240 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re bates-stamped documents served via email on May 30, 2019* (Companion, James) (Entered: 05/31/2019) |
| 06/24/2019 | | 241 | NOTICE by Biogen International GMBH, Biogen MA, Inc. *of Appearance by Sandra K. Law* (Companion, James) (Entered: 06/24/2019) |
| 06/24/2019 | | 242 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re Notice of Deposition of Benjamin M. Greenberg, M.D.* (Companion, James) (Entered: 06/24/2019) |
| 06/24/2019 | 🔒 | | (Court only) Attorney Sandra K. Law for Biogen International GMBH and Biogen MA, Inc. added per 241 Notice of Appearance. Per review of Clerk's records, Attorney Sandra K. Law is admitted to the NDWV. (wrr) (Entered: 06/25/2019) |
| 07/02/2019 | 🔒 🔒 | 243 | *SEALED* *** **SEALED** *** by Mylan Pharmaceuticals Inc.. (Attachments: # 1 Attachment Memorandum In Support, # 2 Affidavit Declaration of Emily J. Greb, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 4A, # 8 |

| | | | |
|---|---|---|---|
| | | | Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 6A, # 11 Exhibit 7, # 12 Exhibit 7A, # 13 Exhibit 8, # 14 Exhibit 8A, # 15 Exhibit 9, # 16 Exhibit 10, # 17 Exhibit 11, # 18 Exhibit 11A, # 19 Exhibit 12, # 20 Exhibit 13, # 21 Exhibit 14)(O'Brien, William) (Entered: 07/02/2019) |
| 07/03/2019 | | 244 | ORDER OF REFERRAL. The Court REFERS the pending motion for relief from protective order. Signed by Senior Judge Irene M. Keeley on 7/3/2019. (wrr) (Entered: 07/03/2019) |
| 07/03/2019 | | 245 | Joint MOTION for Extension of Time to Complete Discovery *(Expert Depositions)* by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Text of Proposed Order Order) (Companion, James) (Entered: 07/03/2019) |
| 07/03/2019 | | 246 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc *Notice of Deposition of Michael M. Crowley, Ph.D.* (Companion, James) (Entered: 07/03/2019) |
| 07/03/2019 | | 247 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc *Notice of Deposition of John R. Corboy, M.D.*. (Companion, James) (Entered: 07/03/2019) |
| 07/03/2019 | | 248 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc *Notice of Deposition of Michael M. Crowley, Ph.D.*. (Companion, James) (Entered: 07/03/2019) |
| 07/08/2019 | | 249 | ORDER granting 245 Motion for Extension of Time to Complete Discovery (Expert Depositions). No other scheduling deadlines are changed or affected by this Order. Signed by Senior Judge Irene M. Keeley on 7/8/2019. (wrr) (Entered: 07/08/2019) |
| 07/08/2019 | 🔒 | 250 | SEALED ORDER SETTING DEADLINES AND ORAL ARGUMENT/EVIDENTIARY HEARING. Signed by Magistrate Judge James P. Mazzone on 7/8/2019. (wrr) Modified on 7/15/2019 Per MJ Mazzone Order is to be sealed. (cmd) (Entered: 07/08/2019) |
| 07/15/2019 | 🔒 🔒 | 251 | *SEALED* MOTION to Seal *Plaintiffs' Opposition to Defendant's Motion for Relief from Stipulated Protective Order* by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Attachment Plaintiffs' Memorandum in Opposition to Defendant's Motion for Relief from Stipulated Protective Order, # 2 Attachment Declaration of Andrew Renison, # 3 Exhibit 1 to Declaration of Andrew Renison, # 4 Exhibit 2 to Declaration of Andrew Renison, # 5 Text of Proposed Order)(Companion, James) (Entered: 07/15/2019) |
| 07/16/2019 | | 252 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc *re Notice of Deposition of Neal M. Davies* |

| | | | |
|---|---|---|---|
| | | | (Companion, James) (Entered: 07/16/2019) |
| 07/16/2019 | | 253 | ORDER GRANTING 251 MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR RELIEF FROM STIPULATED PROTECTIVE ORDER. Signed by Magistrate Judge James P. Mazzone on 7/16/2019. (wrr) Modified on 7/23/2019 to correct docket text (wrr). (Entered: 07/16/2019) |
| 07/16/2019 | 🔒🔒 | 254 | *SEALED* *SEALED* Brief filed by Plaintiffs, sealed per 253 Order. (Attachments: # 1 Attachment Declaration, # 2 Exhibit 1 to Declaration, # 3 Exhibit 2 to Declaration)(wrr) Modified on 7/23/2019 to link to motion (wrr). (Entered: 07/16/2019) |
| 07/17/2019 | | 255 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re Notice of Deposition of Ivan T. Hofmann* (Companion, James) (Entered: 07/17/2019) |
| 07/19/2019 | | 256 | NOTICE of Change of Address by William J O'Brien (O'Brien, William) (Entered: 07/19/2019) |
| 07/19/2019 | | 257 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *(Dr. Martin Duddy)*. (O'Brien, William) (Entered: 07/19/2019) |
| 07/22/2019 | | 258 | NOTICE by Biogen International GMBH, Biogen MA, Inc. *of Appearance by Frank X. Duff on behalf of Plaintiffs* (Companion, James) (Entered: 07/22/2019) |
| 07/22/2019 | 🔒 | | (Court only) Attorney Frank X. Duff for Biogen International GMBH and for Biogen MA, Inc. added per 258 Notice of Appearance. Pursuant to review of Clerk's records, Attorney Frank X. Duff is admitted to the NDWV. (wrr) (Entered: 07/22/2019) |
| 07/22/2019 | 🔒🔒 | 259 | *SEALED* MOTION to Seal by Mylan Pharmaceuticals Inc.. (Attachments: # 1 Attachment Reply in Support of Motion for Relief from Stipulated Protective Order as to Certain Documents, # 2 Attachment Supplemental Declaration of Emily J. Greb, # 3 Exhibit 4B, # 4 Exhibit 6B, # 5 Exhibit 7B, # 6 Exhibit 8B, # 7 Exhibit 9B, # 8 Exhibit 11B)(O'Brien, William) (Entered: 07/22/2019) |
| 07/23/2019 | | 260 | MOTION TO RESCHEDULE HEARING re 250 Order, Set Motion, Evidentiary, R&R and Social Security Oral Argument Deadlines/Hearings by Mylan Pharmaceuticals Inc.. (O'Brien, William) (Entered: 07/23/2019) |
| 07/24/2019 | | 261 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re bates-stamped documents served via email on July 23, 2019* (Companion, James) (Entered: 07/24/2019) |
| 07/25/2019 | | 262 | ORDER GRANTING DEFENDANT'S MOTION 259 FOR |

| | | | |
|---|---|---|---|
| | | | LEAVE TO FILE UNDER SEAL DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR RELIEF FROM STIPULATED PROTECTIVE ORDER AS TO CERTAIN DOCUMENTS. This Court hereby GRANTS Defendant's Motion 259 for Leave to File Under Seal Defendant's Reply in Support of Motion for Relief From Stipulated Protective Order as to Certain Documents and further DIRECTS the Clerk to file the brief and accompanying attachments under seal. Signed by Magistrate Judge James P. Mazzone on 7/25/2019. (wrr) (Entered: 07/25/2019) |
| 07/25/2019 | 🔒 🔒 | 263 | *SEALED* REPLY to Sealed Motion filed by Mylan Pharmaceuticals Inc. (Attachments: # 1 , # 2 Exhibit 4B, # 3 Exhibit 6B, # 4 Exhibit 7B, # 5 Exhibit 8B, # 6 Exhibit 9B, # 7 Exhibit 11B)(wrr) Modified on 7/29/2019 to correct docket text. (cmd) (Entered: 07/25/2019) |
| 07/25/2019 | | 264 | RESPONSE to Motion re 260 MOTION TO RESCHEDULE HEARING re 250 Order, Set Motion, Evidentiary, R&R and Social Security Oral Argument Deadlines/Hearings filed by Biogen International GMBH, Biogen MA, Inc.. (Companion, James) (Entered: 07/25/2019) |
| 07/26/2019 | | 265 | ORDER GRANTING DEFENDANT, MYLAN PHARMACEUTICALS INC.'S MOTION [ 260 ] TO RESCHEDULE HEARING. Defendant's Motion to Reschedule Hearing is GRANTED. The hearing currently set for August 1, 2019 is now CANCELLED. Pursuant to LR Gen P 88.02, the parties are DIRECTED to submit three non-consecutive dates to which to move the hearing. If the parties are unable to agree upon said dates, each party must advise the Court of their suggested dates. Signed by Magistrate Judge James P. Mazzone on 7/26/2019. (wrr) (Entered: 07/26/2019) |
| 07/26/2019 | 🔒 | | (Court only) ***Deadlines terminated. (mh) (Entered: 07/26/2019) |
| 08/01/2019 | | 266 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. *(Notice of Deposition of John C. Jarosz)*. (O'Brien, William) (Entered: 08/01/2019) |
| 08/07/2019 | | 267 | CERTIFICATE OF SERVICE by Biogen International GMBH, Biogen MA, Inc. *re Notice of Deposition of Leslie Z. Benet* (Companion, James) (Entered: 08/07/2019) |
| 08/07/2019 | | 268 | *Joint Report (* Other Document *)* filed by Mylan Pharmaceuticals Inc.. (O'Brien, William) (Entered: 08/07/2019) |
| 08/08/2019 | 🔒 | 269 | ORDER ***SEALED*** Signed by Magistrate Judge James P. Mazzone on 8/8/2019. (copy counsel of record)(jmm) (Entered: 08/08/2019) |

| | | | |
|---|---|---|---|
| 08/08/2019 | | | Sealed Hearing set for 8/15/2019 10:00 AM in Wheeling Magistrate Judge Courtroom, 4th Floor before Magistrate Judge James P. Mazzone. (jmm) (Entered: 08/08/2019) |
| 08/14/2019 | | 270 | Joint MOTION for Leave to Appear Telephonically *at hearing set for 10:00 a.m. on August 15, 2019* by Biogen International GMBH, Biogen MA, Inc.. (Law, Sandra) (Entered: 08/14/2019) |
| 08/14/2019 | | 271 | ORDER GRANTING JOINT MOTION 270 FOR LEAVE TO APPEAR TELEPHONICALLY. Signed by Magistrate Judge James P. Mazzone on 8/14/2019. (wrr) (Entered: 08/14/2019) |
| 08/15/2019 | 🔒 | 272 | MINUTE ENTRY: <br><br> ***NOTICE*** THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY. <br><br> Sealed Evidentiary hearing re: 234 Sealed Motion held on 8/15/2019 before Magistrate Judge James P. Mazzone Evidentiary Hearing. (Court Reporter C. Knecht.) (nmm) (Entered: 08/15/2019) |
| 08/15/2019 | | 273 | Joint MOTION Modification of dispositive motion deadlines by Mylan Pharmaceuticals Inc.. (Attachments: # 1 Text of Proposed Order)(Copland, Gordon) (Entered: 08/15/2019) |
| 08/15/2019 | | 274 | ORDER granting 273 JOINT MOTION TO AMEND SCHEDULING ORDER. it is hereby ORDERED that the deadlines identified below, set in a prior scheduling Order (Dkt. No. 56 ) in this case, are amended as follows: Dispositive Motions are due August 29, 2019; Response To Dispositive Motions are due October 7, 2019; Reply To Dispositive Motions are due October 21, 2019. Signed by Senior Judge Irene M. Keeley on 8/15/2019. (wrr) Modified on 8/15/2019 to correct docket text (wrr). NEF regenerated. (Entered: 08/15/2019) |
| 08/26/2019 | 🔒 | 275 | *SEALED* TRANSCRIPT of Sealed Hearing held on 8/15/2019, before Judge Mazzone. Court Reporter/Transcriber Cindy Knecht, Telephone number 304.234.3968.. (ck) (Entered: 08/26/2019) |
| 08/26/2019 | | 276 | TRANSCRIPT PURCHASE ORDER by Biogen International GMBH for proceedings held on 8/15/2019 before Judge Mazzone. (ck) (Entered: 08/26/2019) |
| 08/28/2019 | 🔒 | 277 | VACATED based on Order entered 11/27/2019 ORDER ***SEALED***; ***SEALED*** Signed by Magistrate Judge James P. Mazzone on 8/28/2019. (Emailed to counsel of record.) (wrr) Modified on 11/27/2019 (jmm). (Entered: 08/28/2019) |
| | | | |

CM/ECF - U.S. District Court:wvnd

| 08/29/2019 | 🔒🔒 | 278 | *SEALED* *** **SEALED** *** by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Attachment Memorandum in Support of Motion for Summary Judgment, # 2 Attachment Declaration of Andrew Renison in Support of Motion, # 3 Exhibit 1 to Declaration, # 4 Exhibit 2 to Declaration, # 5 Exhibit 3 to Declaration, # 6 Exhibit 4 (Part 1) to Declaration, # 7 Exhibit 4 (Part 2) to Declaration, # 8 Exhibit 4 (Part 3) to Declaration, # 9 Exhibit 4 (Part 4) to Declaration, # 10 Exhibit 4 (Part 5) to Declaration, # 11 Exhibit 4 (Part 6) to Declaration, # 12 Exhibit 5 to Declaration, # 13 Exhibit 6 to Declaration) (Companion, James) (Entered: 08/29/2019) |
| 09/03/2019 | | 279 | TRANSCRIPT PURCHASE ORDER by Mylan Pharmaceuticals Inc. for proceedings held on 8/15/2019 before Judge Mazzone. (ck) (Entered: 09/03/2019) |
| 09/11/2019 | 🔒 | 280 | *** **SEALED** *** APPEAL OF MAGISTRATE JUDGE DECISION to the District Court by Mylan Pharmaceuticals Inc. re 277 Order . (Attachments: # 1 Exhibit Exs. 4,4A,4B,6,6A,6B,7,7A,7B,8,8A,8B, # 2 Exhibit Ex. 9, # 3 Exhibit Ex. 9B, # 4 Exhibit Exs. 11,11A,11B)(Copland, Gordon) Modified on 9/12/2019 to correct docket text.(cmd) (Entered: 09/11/2019) |
| 09/12/2019 | 🔒 | | (Court only) ***Motions terminated: Document not a motion. Attorney had to use Motion (Sealed) as there are no sealed events for Appeal of MJ Decision to District Court. (cmd) (Entered: 09/12/2019) |
| 09/25/2019 | 🔒🔒 | 281 | *SEALED* MOTION to Seal *Plaintiffs' Opposition to Defendant's Objection to the Order Denying Defendant's Motion for Relief from the Stipulated Protective Order* by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Attachment Plaintiffs' Opposition to Defendant's Objection to the Order Denying Defendant's Motion for Relief from the Stipulated Protective Order, # 2 Text of Proposed Order Granting Motion for Leave to File Under Seal)(Companion, James) (Entered: 09/25/2019) |
| 09/25/2019 | | 282 | ORDER GRANTING 281 MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFFS' OPPOSITION TO DEFENDANT'S OBJECTION TO THE ORDER DENYING DEFENDANT'S MOTION FOR REVIEW FROM THE STIPULATED PROTECTIVE ORDER. Signed by Senior Judge Irene M. Keeley on 9/25/2019. (wrr) (Entered: 09/25/2019) |
| 09/25/2019 | 🔒🔒 | 283 | *SEALED* DOCUMENT filed by Plaintiffs pursuant to 282 Order. (wrr) (Entered: 09/25/2019) |
| 09/28/2019 | | 284 | CERTIFICATE OF SERVICE by Mylan Pharmaceuticals Inc. |

| | | | |
|---|---|---|---|
| | | | *(Second Amended Invalidity Contentions)*. (O'Brien, William) (Entered: 09/28/2019) |
| 10/02/2019 | 🔒 🔒 | 285 | *SEALED* *** **SEALED** *** by Mylan Pharmaceuticals Inc.. (O'Brien, William) (Entered: 10/02/2019) |
| 10/03/2019 | 🔒 | | (Court only) ***Motions terminated: DE 285 inadvertently filed as a motion by attorney, terminated per IMK. (wrr) (Entered: 10/03/2019) |
| 10/07/2019 | | 286 | STIPULATION *and proposed order regarding infringement* by Mylan Pharmaceuticals Inc.. (Copland, Gordon) (Entered: 10/07/2019) |
| 10/07/2019 | | 287 | Joint MOTION for Extension of Time to File *response brief on Summary Judgment as to Infringement* by Mylan Pharmaceuticals Inc.. (Attachments: # 1 Text of Proposed Order)(Copland, Gordon) (Entered: 10/07/2019) |
| 10/08/2019 | | 288 | JOINT STIPULATION AND ORDER REGARDING INFRINGEMENT AND ASSERTED CLAIMS. Signed by Senior Judge Irene M. Keeley on 10/8/2019. (wrr) (Entered: 10/08/2019) |
| 10/08/2019 | | 289 | ORDER granting 287 Joint Motion. It is hereby ORDERED that the deadline for Responses to Dispositive Motions, set in a prior 56 Scheduling Order, is amended to October 14, 2019. No other scheduling deadlines are changed or affected by this Order. Signed by Senior Judge Irene M. Keeley on 10/8/2019. (wrr) (Entered: 10/08/2019) |
| 10/14/2019 | | 290 | *Notice of Withdrawal of Plaintiffs' Motion for Summary Judgment of Infringement* Other Document filed by Biogen International GMBH, Biogen MA, Inc.. (Companion, James) (Entered: 10/14/2019) |
| 10/15/2019 | 🔒 | 291 | *SEALED* ORDER DENYING AS MOOT PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT [DKT. NO. 278 ]. Signed by Senior Judge Irene M. Keeley on 10/15/2019. (Emailed to counsel of record.)(wrr) Modified on 10/15/2019 to correct docket text (wrr). NEF regenerated. (Entered: 10/15/2019) |
| 10/28/2019 | | 292 | NOTICE by Mylan Pharmaceuticals Inc. *of Supplemental Authority Regarding Doc #280 -Mylan objection to Mag. Judge Order* (Attachments: # 1 Exhibit Copy of Redacted Order) (Copland, Gordon) (Entered: 10/28/2019) |
| 11/04/2019 | | 293 | *Plaintiffs' Response to Defendant's Notice of Supplemental Authority* Other Document filed by Biogen International GMBH, Biogen MA, Inc.. (Companion, James) (Entered: 11/04/2019) |

| 11/27/2019 | | 294 | MEMORANDUM OPINION AND ORDER SUSTAINING THE DEFENDANTS OBJECTIONS DKT. NO. 280 , VACATING THE DISCOVERY ORDER DKT. NO. 277 , AND GRANTING IN PART THE DEFENDANTS MOTION FOR RELIEF DKT. NO. 243 . Signed by Senior Judge Irene M. Keeley on 11/27/2019. (emailed counsel of record) (jmm) Modified on 12/18/2019 (mh). (Unsealed per 297 Order entered on 12/18/19. NEF regen. (Entered: 11/27/2019) |
| 12/17/2019 | | 295 | MOTION to Unseal Document 294 Sealed *Order, and to publicly file order* by Mylan Pharmaceuticals Inc.. (Copland, Gordon) (Entered: 12/17/2019) |
| 12/18/2019 | | 296 | RESPONSE to Motion re 295 MOTION to Unseal Document 294 Sealed *Order, and to publicly file order* filed by Biogen International GMBH, Biogen MA, Inc.. (Law, Sandra) (Entered: 12/18/2019) |
| 12/18/2019 | | 297 | ORDER GRANTING DEFENDANT'S MOTION TO PUBLICLY FILE ORDER (DKT. NO. 295 ). The Clerk is directed to unseal the Court's 11/27/19 294 Memorandum Opinion and Order. Signed by Senior Judge Irene M. Keeley on 12/18/19. (mh) (Entered: 12/18/2019) |
| 01/02/2020 | | 298 | ORDER SCHEDULING STATUS CONFERENCE for 1/8/2020 12:30 PM in Judge Keeley Chambers before Senior Judge Irene M. Keeley. The Court DIRECTS lead counsel for Mylan to arrange the conference call and provide dial-in information to all parties and the Court, by email to candace_levitsky@wvnd.uscourts.gov, no later than Monday, January 6, 2020, at 12:00 P.M. Signed by Senior Judge Irene M. Keeley on 1/2/20. (mh) (Entered: 01/02/2020) |
| 01/03/2020 | | 299 | NOTICE by Mylan Pharmaceuticals Inc. *Pursuant to 35 U.S.C. 282* (O'Brien, William) (Entered: 01/03/2020) |
| 01/06/2020 | 🔒 🔒 | 300 | *SEALED* *** SEALED *** by Mylan Pharmaceuticals Inc.. (Attachments: # 1 Attachment Declaration of Michael A. Chajon, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7)(O'Brien, William) (Entered: 01/06/2020) |
| 01/06/2020 | 🔒 🔒 | 301 | *SEALED* *** SEALED *** by Mylan Pharmaceuticals Inc.. (Attachments: # 1 Attachment Declaration of Courtney M. Prochnow, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(O'Brien, William) (Entered: 01/06/2020) |
| 01/08/2020 | 🔒 | 302 | MINUTE ENTRY: *** NOTICE *** THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES |

| | | | |
|---|---|---|---|
| | | | ***ONLY.***<br><br>Proceedings held before Senior Judge Irene M. Keeley. Status Conference held on 1/8/2020. (Court Reporter FTR Tape # CBG Keeley Biogen v Mylan 1-17cv116 01082020). (dk) (Entered: 01/08/2020) |
| 01/09/2020 | | 303 | ORDER FOLLOWING STATUS CONFERENCE. The Court RESCHEDULES the first day of trial from Monday, February 3, 2020, to Tuesday, February 4, 2020; CANCELS trial on Wednesday, February 5, 2020, with trial continuing on Thursday, February 6, 2020; and RELOCATES the trial to the Clarksburg, West Virginia point of holding court for the United States Bankruptcy Court for the Northern District of West Virginia, located at 324 West Main Street, Clarksburg, West Virginia 26301. Signed by Senior Judge Irene M. Keeley on 1/9/2020. (wrr) (Entered: 01/09/2020) |
| 01/09/2020 | 🔒 | | (Court only) Staff notes: Two flash drives, each containing Defendant's Trial Exhibits to be used at trial, delivered to CBG clerk's office this day and forwarded to Judge Keeley's chambers. (wrr) (Entered: 01/09/2020) |
| 01/09/2020 | 🔒 🔒 | 304 | *SEALED* *** **SEALED** *** by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Attachment EXHIBIT LIST)(Law, Sandra) (Entered: 01/09/2020) |
| 01/09/2020 | 🔒 | 305 | Witness List by Biogen International GMBH, Biogen MA, Inc.. (Law, Sandra) (Entered: 01/09/2020) |
| 01/09/2020 | | 306 | *Plaintiffs' Deposition Designations with Defendant's Counter-Designations* Other Document filed by Biogen International GMBH, Biogen MA, Inc.. (Law, Sandra) (Entered: 01/09/2020) |
| 01/09/2020 | 🔒 | 307 | Witness List by Mylan Pharmaceuticals Inc..(O'Brien, William) (Entered: 01/09/2020) |
| 01/09/2020 | | 308 | *Mylan's Deposition Designations and Biogen's Counter Designations ( Other Document )* filed by Mylan Pharmaceuticals Inc.. (O'Brien, William) (Entered: 01/09/2020) |
| 01/10/2020 | 🔒 🔒 | 309 | *SEALED* *** **SEALED** *** by Mylan Pharmaceuticals Inc.. (O'Brien, William) (Entered: 01/10/2020) |
| 01/10/2020 | 🔒 | 310 | *SEALED* TRANSCRIPT of Sealed Hearing held on 1/8/2020, before Judge Keeley. Court Reporter/Transcriber Cindy Knecht, Telephone number 304.234.3968.. (ck) (Entered: 01/10/2020) |
| 01/10/2020 | 🔒 | | (Court only) ***Motions terminated 304 and 309 determined not to be motions, per IMK. (wrr) (Entered: 01/10/2020) |
| 01/14/2020 | 🔒 🔒 | 311 | *SEALED* RESPONSE to Sealed Motion filed by Biogen |

| | | | |
|---|---|---|---|
| | | | International GMBH, Biogen MA, Inc.. (Attachments: # 1 Attachment Certificate of Service - Plaintiffs' Response to Defendant's Sealed Motion, # 2 Attachment (SEALED) Declaration of John Nappi, # 3 Exhibit (SEALED) Exhibit 1, # 4 Exhibit (SEALED) Exhibit 2, # 5 Exhibit (SEALED) Exhibit 3, # 6 Exhibit (SEALED) Exhibit 4)(Law, Sandra) (Entered: 01/14/2020) |
| 01/14/2020 | 🔒 🔒 | 312 | *SEALED* RESPONSE to Sealed Motion *PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION IN LIMINE TO EXCLUDE UNDISCLOSED THEORY TO REBUT INVALIDITY* filed by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Attachment Certificate of Service - Plaintiffs' Response to Defendant's Sealed Motion - to Exclude Undisclosed Theory, # 2 Attachment (SEALED) Declaration of John Nappi, # 3 Exhibit (SEALED) Exhibit 1, # 4 Exhibit (SEALED) Exhibit 2, # 5 Exhibit (SEALED) Exhibit 3, # 6 Exhibit (SEALED) Exhibit 4, # 7 Exhibit (SEALED) Exhibit 5) (Law, Sandra) (Entered: 01/14/2020) |
| 01/15/2020 | 🔒 🔒 | 313 | *SEALED* RESPONSE to Sealed Motion *PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE UNDISCLOSED FACTS (CORRECTED)* filed by Biogen International GMBH, Biogen MA, Inc.. (Law, Sandra) (Entered: 01/15/2020) |
| 01/15/2020 | 🔒 🔒 | 314 | *SEALED* RESPONSE to Sealed Motion *PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE UNDISCLOSED THEORY TO REBUT INVALIDITY (CORRECTED)* filed by Biogen International GMBH, Biogen MA, Inc.. (Law, Sandra) (Entered: 01/15/2020) |
| 01/15/2020 | 🔒 🔒 | 315 | *SEALED* *** **SEALED** *** Proposed Final Pretrial Order by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18)(Law, Sandra) Modified on 1/16/2020 (cmd). (Entered: 01/15/2020) |
| 01/16/2020 | 🔒 | | (Court only) ***Motions terminated: Document is not a motion. (cmd) (Entered: 01/16/2020) |
| 01/16/2020 | | 316 | MOTION for Leave to Appear Pro Hac Vice *of Megan L. Meyers* by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Proposed Order)(Companion, James) (Entered: 01/16/2020) |
| 01/16/2020 | 🔒 | 317 | Pro Hac Vice Filing fee: $ 200.00, receipt number WVNC002837 for Attorney Megan L, Meyers. (jmm) (Entered: |

| | | | |
|---|---|---|---|
| | | | 01/16/2020) |
| 01/16/2020 | | 318 | ORDER granting 316 Motion for Leave to Appear Pro Hac Vice for attorney Megan L. Meyers. Signed by Senior Judge Irene M. Keeley on 1/16/2020. (copy counsel of record)(jmm) (Entered: 01/16/2020) |
| 01/16/2020 | 🔒 | 319 | Plaintiffs' Proposed Biographical Sketches of Expert Witnesses by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Law, Sandra) Modified on 1/17/2020 (cmd). (Entered: 01/16/2020) |
| 01/16/2020 | 🔒🔒 | 320 | *SEALED* *** **SEALED** ***Biogen's Objections to Mylan's Witness List by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Attachment Certificate of Service - Plaintiffs' Objections to Defendant's Witness List)(Law, Sandra) Modified on 1/17/2020 (cmd). (Entered: 01/16/2020) |
| 01/16/2020 | 🔒🔒 | 321 | *SEALED* *** **SEALED** *** Plaintiffs' Objections to Mylan's Proposed Exhibits by Biogen International GMBH, Biogen MA, Inc.. (Law, Sandra) Modified on 1/17/2020 (cmd). (Entered: 01/16/2020) |
| 01/16/2020 | | 322 | *Plaintiffs' Deposition Designations with Defendant's Counter-Designations and Objections* Other Document filed by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Attachment Certificate of Service - Plaintiffs' Deposition Designations with Defendant's Counter-Designations and Objections)(Law, Sandra) (Entered: 01/16/2020) |
| 01/16/2020 | | 323 | *Defendant's Expert Witness Biographical Sketches (* Other Document *)* filed by Mylan Pharmaceuticals Inc.. (O'Brien, William) (Entered: 01/16/2020) |
| 01/16/2020 | 🔒🔒 | 324 | *SEALED* *** **SEALED** *** Defendant's Objections to Plaintiffs' List of Fact and Expert Witnesses by Mylan Pharmaceuticals Inc.. (O'Brien, William) Modified on 1/17/2020 (cmd). (Entered: 01/16/2020) |
| 01/16/2020 | 🔒🔒 | 325 | *SEALED* *** **SEALED** *** Defendant's Objections to Plaintiffs' Trial Exhbiits by Mylan Pharmaceuticals Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(O'Brien, William) Modified on 1/17/2020 (cmd). (Entered: 01/16/2020) |
| 01/16/2020 | | 326 | *Mylan's Deposition Designations, Biogen's Objections and Counter-Designations, and Mylan's Objections to Biogen's Counter-Designations (* Other Document *)* filed by Mylan Pharmaceuticals Inc.. (O'Brien, William) (Entered: 01/16/2020) |
| 01/16/2020 | 🔒🔒 | 327 | *SEALED* *** **SEALED** *** Joint Exhibit List by Biogen International GMBH, Biogen MA, Inc.. (Law, Sandra) Modified |

| | | | |
|---|---|---|---|
| | | | on 1/17/2020 (cmd). (Entered: 01/16/2020) |
| 01/17/2020 | 🔒 | | (Court only) ***Motions terminated: 320 321 324 325 327 Documents are not motions. (cmd) (Entered: 01/17/2020) |
| 01/21/2020 | 🔒 | 328 | MOTION for Leave to File *Reply brief in support of Motion in Limine - Dkt. No. 301* by Mylan Pharmaceuticals Inc.. (Attachments: # 1 Attachment Ex. A - proposed Reply Brief, # 2 Exhibit Ex. 5 to proposed Reply Brief)(Copland, Gordon) Modified on 1/22/2020 Attachments sealed per Judge Keeley. (cmd) (Entered: 01/21/2020) |
| 01/22/2020 | | 329 | ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY [DKT. NO. 328 ]. The Court GRANTS the motion (Dkt. No. 328 ) and DIRECTS the Clerk to file Mylan's reply brief and supporting exhibit (Dkt. Nos. 328-1, 328-2) under seal pursuant to the Stipulated Protective Order (Dkt. No. 70 ). Signed by Senior Judge Irene M. Keeley on 1/22/2020. (wrr) (Entered: 01/22/2020) |
| 01/22/2020 | 🔒 🔒 | 330 | *SEALED* REPLY BRIEF in Support of 301 Motion of Mylan Pharmaceuticals Inc. filed under seal pursuant to 329 Order. (Attachments: # 1 Exhibit 5)(wrr) (Entered: 01/22/2020) |
| 01/22/2020 | 🔒 🔒 | 331 | *SEALED* Declaration of Michael A. Chajon re: Exhibit 5 to 330 Reply Brief, filed by Mylan Pharmaceuticals. (Sealed per IMK.) (wrr) (Entered: 01/22/2020) |
| 01/23/2020 | 🔒 🔒 | 332 | *SEALED* *** **SEALED** *** by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Attachment Sur-Reply Memorandum of law, # 2 Attachment Sur-Reply Declaration of John Nappi, # 3 Exhibit 6 to Sur-Reply Declaration)(Law, Sandra) (Entered: 01/23/2020) |
| 01/23/2020 | 🔒 | 333 | ORDER ***SEALED*** denying 332 motion. Signed by Senior Judge Irene M. Keeley on 1/23/2020. (Emailed copies to counsel of record.)(wrr) (Entered: 01/23/2020) |
| 01/23/2020 | 🔒 | 334 | MINUTE ENTRY: <br><br> ***NOTICE*** THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY. <br><br> Proceedings held before Senior Judge Irene M. Keeley. Pretrial Conference held on 1/23/2020. (Court Reporter Cindy Knecht) (dk) (Entered: 01/23/2020) |
| 01/23/2020 | | 335 | ORDER FOLLOWING FINAL PRETRIAL CONFERENCE. The Court GRANTS IN PART AND DENIES IN PART the motion in limine DE 300 and DENIES Mylans motion in limine |

| | | | |
|---|---|---|---|
| | | | DK 301 . Signed by Senior Judge Irene M. Keeley on 1/23/2020 (copy counsel of record). (jmm) (Entered: 01/23/2020) |
| 01/23/2020 | 🔒 | | (Court only) ***Motions terminated DE 300 and 301 per order DE 335 ORDER FOLLOWING FINAL PRETRIAL CONFERENCE. (jmm) (Entered: 01/23/2020) |
| 01/24/2020 | 🔒 | 336 | *SEALED* TRANSCRIPT of Sealed Hearing held on 1/23/2020, before Judge Keeley. Court Reporter/Transcriber Cindy Knecht, Telephone number 304.234.3968.. (ck) (Entered: 01/24/2020) |
| 01/24/2020 | | 337 | TRANSCRIPT PURCHASE ORDER by Mylan Pharmaceuticals Inc. for proceedings held on 1/8/2020 before Judge Keeley. (ck) (Entered: 01/24/2020) |
| 01/24/2020 | | 338 | TRANSCRIPT PURCHASE ORDER by Mylan Pharmaceuticals Inc. for proceedings held on 1/23/2020 before Judge Keeley. (ck) (Entered: 01/24/2020) |
| 01/27/2020 | | 339 | MOTION for Leave to Appear Pro Hac Vice *of Mark Feldstein* by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Proposed Order)(Companion, James) (Entered: 01/27/2020) |
| 01/27/2020 | 🔒 | 340 | Pro Hac Filing fee as to Mark Feldstein PAID: $ 200.00, receipt number WVNC002841. (wrr) (Entered: 01/27/2020) |
| 01/27/2020 | | 341 | TRANSCRIPT PURCHASE ORDER by Biogen International GMBH for proceedings held on 1//23/2020 before Judge Keeley. (ck) (Entered: 01/27/2020) |
| 01/27/2020 | | 342 | ORDER granting 339 Motion for Leave to Appear Pro Hac Vice; Attorney Mark J Feldstein for Biogen International GMBH and Biogen MA, Inc. added. Signed by Senior Judge Irene M. Keeley on 1/27/20. (wrr) (Entered: 01/27/2020) |
| 01/29/2020 | | 343 | TRANSCRIPT PURCHASE ORDER by Mylan Pharmaceuticals Inc. for proceedings held on 1/23/2020 before Judge Keeley. (ck) (Entered: 01/29/2020) |
| 01/29/2020 | | 344 | Joint MOTION To Permit Entry To The Courthouse With Electronic Equipment by Mylan Pharmaceuticals Inc.. (Attachments: # 1 Proposed Order)(O'Brien, William) (Entered: 01/29/2020) |
| 01/29/2020 | | 345 | ORDER GRANTING JOINT 344 MOTION TO PERMIT ENTRY TO THE COURTHOUSE WITH ELECTRONIC EQUIPMENT. The Court GRANTS the joint 344 motion and ORDERS that the parties and their third-party vendor(s) may enter the courtroom with the types of electronic equipment as set forth herein. Signed by Senior Judge Irene M. Keeley on |

| | | | |
|---|---|---|---|
| | | | 1/29/2020. (wrr) (Entered: 01/29/2020) |
| 02/03/2020 | 🔒 🔒 | 346 | *SEALED* *** **SEALED** *** REVISED JOINT EXHIBIT LIST by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Exhibit Revised Joint Exhibit List)(Law, Sandra) Modified docket text on 2/3/2020 per IMK (wrr). (Entered: 02/03/2020) |
| 02/03/2020 | 🔒 | | (Court only) ***Motions terminated 346 motion per IMK. (wrr) (Entered: 02/03/2020) |
| 02/04/2020 | 🔒 | 347 | MINUTE ENTRY:<br><br>***_NOTICE_*** _THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY._<br><br>Proceedings held before Senior Judge Irene M. Keeley. Bench Trial held on 2/4/2020. (Court Reporter Cindy Knecht) (dk) (Entered: 02/04/2020) |
| 02/05/2020 | | 348 | ORDER SCHEDULING STATUS CONFERENCE by telephone for 2/5/2020 04:30 PM in Judge Keeley Chambers before Senior Judge Irene M. Keeley. The Court DIRECTS lead counsel for Mylan to arrange the conference call and provide dial-in information to all parties and the Court, by email to candace_levitsky@wvnd.uscourts.gov, no later than Wednesday, February 5, 2020, at 1:00 P.M. Signed by Senior Judge Irene M. Keeley on 2/5/20. (mh) (Entered: 02/05/2020) |
| 02/05/2020 | | 349 | PAPERLESS ORDER. For reasons appearing to the Court, the Status Conference scheduled on 2/5/2020, is CANCELED. Signed by Senior Judge Irene M. Keeley on 2/5/2020. (dk) (Entered: 02/05/2020) |
| 02/05/2020 | | 350 | PAPERLESS ORDER: (Status Conference set for 2/5/2020, 04:30 PM, before Senior Judge Irene M. Keeley. All parties and the Court will use the call-in information previously provided by Defendant's counsel to connect to the call.) Signed by Senior Judge Irene M. Keeley on 2/5/2020. (cml) (Entered: 02/05/2020) |
| 02/05/2020 | 🔒 | 351 | MINUTE ENTRY:<br><br>***_NOTICE_*** _THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY._<br><br>Proceedings held before Senior Judge Irene M. Keeley. Status Conference held on 2/5/2020. (Court Reporter Cindy Knecht) (dk) (Entered: 02/05/2020) |
| | | | |

| 02/06/2020 | 🔒 🔒 | 352 | *SEALED* *** **SEALED** *** by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Law, Sandra) (Entered: 02/06/2020) |
|---|---|---|---|
| 02/06/2020 | 🔒 | 353 | MINUTE ENTRY: <br><br> ***NOTICE*** THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY. <br><br> Proceedings held before Senior Judge Irene M. Keeley. Status Conference held on 2/6/2020. (Court Reporter Cindy Knecht) (dk) (Entered: 02/06/2020) |
| 02/06/2020 | 🔒 | 354 | MINUTE ENTRY: <br><br> ***NOTICE*** THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY. <br><br> Proceedings held before Senior Judge Irene M. Keeley. Bench Trial Day 2 held on 2/6/2020. (Court Reporter Cindy Knecht) (dk) (Entered: 02/06/2020) |
| 02/07/2020 | 🔒 | 355 | MINUTE ENTRY: <br><br> ***NOTICE*** THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY. <br><br> Proceedings held before Senior Judge Irene M. Keeley. Bench Trial Day 3 held on 2/7/2020. (Court Reporter Cindy Knecht) (dk) (Entered: 02/07/2020) |
| 02/08/2020 | | 356 | TRANSCRIPT of bench trial, volume 1, held on 2/4/2020, before Judge Keeley. Court Reporter/Transcriber Cindy Knecht, Telephone number 304.234.3968. Parties have five business days to file a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will become available via PACER to the public without redaction after 90 calendar days.. Redaction Request due 3/2/2020. Redacted Transcript Deadline set for 3/10/2020. Release of Transcript Restriction set for 5/8/2020. (ck) (Entered: 02/08/2020) |
| 02/08/2020 | | 357 | TRANSCRIPT of telephonic status conference held on 2/5/2020, before Judge Keeley. Court Reporter/Transcriber Cindy Knecht, Telephone number 304.234.3968. Parties have five business days to file a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will become available via PACER to the public without redaction |

| | | | |
|---|---|---|---|
| | | | after 90 calendar days.. Redaction Request due 3/2/2020. Redacted Transcript Deadline set for 3/10/2020. Release of Transcript Restriction set for 5/8/2020. (ck) (Entered: 02/08/2020) |
| 02/08/2020 | 🔓 | 358 | TRANSCRIPT of bench trial, volume 2, held on 2/6/2020, before Judge Keeley. Court Reporter/Transcriber Cindy Knecht, Telephone number 304.234.3968. Parties have five business days to file a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will become available via PACER to the public without redaction after 90 calendar days.. Redaction Request due 3/2/2020. Redacted Transcript Deadline set for 3/10/2020. Release of Transcript Restriction set for 5/8/2020. (ck) (Entered: 02/08/2020) |
| 02/08/2020 | 🔓 | 359 | TRANSCRIPT of bench trial, volume 3, held on 2/7/2020, before Judge Keeley. Court Reporter/Transcriber Cindy Knecht, Telephone number 304.234.3968. Parties have five business days to file a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will become available via PACER to the public without redaction after 90 calendar days.. Redaction Request due 3/2/2020. Redacted Transcript Deadline set for 3/10/2020. Release of Transcript Restriction set for 5/8/2020. (ck) (Entered: 02/08/2020) |
| 02/10/2020 | 🔒 | 360 | ORDER ***SEALED***; ***SEALED*** Signed by Senior Judge Irene M. Keeley on 2/10/2020. (Emailed to counsel of record.)(Sealed per IMK.)(wrr) (Entered: 02/10/2020) |
| 02/10/2020 | 🔒 | 361 | MINUTE ENTRY: <br><br>***NOTICE*** THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY. <br><br>Proceedings held before Senior Judge Irene M. Keeley. Bench Trial - Day 4 held on 2/10/2020. (Court Reporter Cindy Knecht) (dk) (Main Document 361 replaced with correct document on 2/10/2020) (dk). (Entered: 02/10/2020) |
| 02/10/2020 | 🔒 | 369 | Clerk's Trial Witness and Exhibit List. (dk) (Entered: 02/25/2020) |
| 02/11/2020 | 🔓 | 362 | TRANSCRIPT of bench trial, Volume 4, held on 2/10/2020, before Judge Keeley. Court Reporter/Transcriber Cindy Knecht, Telephone number 304.234.3968. Parties have five business days to file a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will become available via PACER to the public without redaction after 90 calendar days.. Redaction Request due 3/3/2020. Redacted |

| | | | |
|---|---|---|---|
| | | | Transcript Deadline set for 3/13/2020. Release of Transcript Restriction set for 5/11/2020. (ck) (Entered: 02/11/2020) |
| 02/13/2020 | | 363 | ORDER FOLLOWING BENCH TRIAL. Court DIRECTS Mylan to file its opening brief on Friday, March 6, 2020; Biogen to file its response brief on Friday, April 3, 2020; Mylan to file its reply brief on Friday, April 17, 2020; and DIRECTS the parties, before Friday, February 21, 2020, to submit three alternative dates for oral argument on the parties post-trial briefing. Signed by Senior Judge Irene M. Keeley on 2/13/2020 (copy counsel of record) (jmm) (Entered: 02/13/2020) |
| 02/13/2020 | | 364 | TRANSCRIPT PURCHASE ORDER by Mylan Pharmaceuticals Inc. for proceedings held on 2/4/2020 to 2/10/2020 before Judge Keeley. (ck) (Entered: 02/13/2020) |
| 02/13/2020 | | 365 | TRANSCRIPT PURCHASE ORDER by Biogen International GMBH for proceedings held on 2/4/2020 to 2/10/2020 before Judge Keeley. (ck) (Entered: 02/13/2020) |
| 02/13/2020 | | 366 | TRANSCRIPT PURCHASE ORDER for proceedings held on 2/4/2020 to 2/10/2020 before Judge Keeley. (ck) (Entered: 02/13/2020) |
| 02/14/2020 | | 367 | NOTICE by Biogen International GMBH, Biogen MA, Inc. *of Intent to Request Redaction* (Law, Sandra) (Entered: 02/14/2020) |
| 02/14/2020 | | 368 | ORDER SCHEDULING ORAL ARGUMENT. Based on the parties' joint submission, the Court SCHEDULES closing arguments and oral argument on the post-trial briefing for Wednesday, April 29, 2020, at 1:00 P.M. Signed by Senior Judge Irene M. Keeley on 2/14/2020. (wrr) (Entered: 02/14/2020) |
| 03/03/2020 | | 370 | MOTION to Withdraw *as Counsel of Attorney Sanya Sukduang* by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Proposed Order)(Law, Sandra) (Entered: 03/03/2020) |
| 03/03/2020 | | 371 | ORDER. The Court GRANTS 370 Motion for Leave to Withdraw Counsel and ORDERS Sanya Sukduang hereby withdrawn as counsel for Plaintiffs in this matter. Signed by Senior Judge Irene M. Keeley on 5/3/2020. (wrr) (Entered: 03/03/2020) |
| 03/05/2020 | | 372 | NOTICE by Biogen International GMBH, Biogen MA, Inc. *of Plaintiffs' Withdrawal of Intent to Request Redaction* (Law, Sandra) (Entered: 03/05/2020) |
| 03/05/2020 | | 373 | MOTION for Leave to Appear pro hac vice *by Andrew Dufresne* by Mylan Pharmaceuticals Inc.. (Attachments: # 1 Proposed |

| | | |
|---|---|---|
| | | Order Proposed Order granting admission)(Copland, Gordon) (Entered: 03/05/2020) |
| 03/06/2020 | 🔒 374 | Pro Hac Vice Filing fee as to Andrew T. Dufresne: PAID $ 200.00, receipt number WVNC002879. (wrr) (Entered: 03/06/2020) |
| 03/06/2020 | 375 | ORDER granting 373 Motion for Leave to Appear Pro Hac Vice for Attorney Andrew T. Dufresne. Signed by Senior Judge Irene M. Keeley on 3/6/2020. (Copy counsel of record)(jmm) (Entered: 03/06/2020) |
| 03/06/2020 | 376 | *Post-Trial Brief ( Other Document )* filed by Mylan Pharmaceuticals Inc.. (Attachments: # 1 Appendix 1)(O'Brien, William) (Entered: 03/06/2020) |
| 03/11/2020 | 🔒 | (Court only) Staff notes: Two copies of defendant Mylan Pharmaceuticals Inc.'s Exhibits to 376 Post-Trial Brief received. One copy to be provided to IMK, one copy held in clerk's office. (wrr) (Entered: 03/11/2020) |
| 04/03/2020 | 377 | RESPONSE in Opposition re 376 *Biogen's Responsive Post-Trial Brief* filed by Biogen International GMBH, Biogen MA, Inc. (Law, Sandra) Modified on 4/6/2020 to correct link to Brief (cmd). (Entered: 04/03/2020) |
| 04/10/2020 | 378 | Consent MOTION enlargment of page limit for post-trial reply brief by Mylan Pharmaceuticals Inc.. (Attachments: # 1 Proposed Order)(Copland, Gordon) (Entered: 04/10/2020) |
| 04/13/2020 | 379 | ORDER GRANTING ENLARGEMENT OF REPLY BRIEF LENGTH. The Court is of the opinion to and does hereby GRANT the 378 motion and ORDERS that the post-trial reply brief of Mylan may be up twenty-five (25) pages in length. Signed by Senior Judge Irene M. Keeley on 4/13/2020. (wrr) (Entered: 04/13/2020) |
| 04/16/2020 | 380 | MOTION to Continue *Closing Arguments* by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Proposed Order)(Law, Sandra) (Entered: 04/16/2020) |
| 04/16/2020 | 381 | RESPONSE in Opposition re 380 MOTION to Continue *Closing Arguments* filed by Mylan Pharmaceuticals Inc.. (Copland, Gordon) (Entered: 04/16/2020) |
| 04/17/2020 | 382 | RESPONSE by Biogen International GMBH, Biogen MA, Inc. to 381 Response in Opposition to Motion. (Companion, James) (Entered: 04/17/2020) |
| 04/17/2020 | 383 | ORDER DENYING PLAINTIFFS' MOTION TO CONTINUE CLOSING ARGUMENTS [DKT. NO. 380 ]. The Court DENIES Biogen's motion (Dkt. No. 380 ). Because the closing |

| | | | |
|---|---|---|---|
| | | | arguments will proceed by video, all binders or physical exhibits must be delivered to Chambers on or before Tuesday, April 28, 2020. Signed by Senior Judge Irene M. Keeley on 4/17/2020. (wrr) (Entered: 04/17/2020) |
| 04/17/2020 | | 384 | MEMORANDUM *Post-trial Reply Brief* by Mylan Pharmaceuticals Inc. . (Copland, Gordon) (Entered: 04/17/2020) |
| 04/29/2020 | 🔒 | 385 | MINUTE ENTRY:<br><br>***NOTICE*** THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY.<br><br>Proceedings held before Senior Judge Irene M. Keeley. Bench Trial completed on 4/29/2020. (Court Reporter Cindy Knecht) (dk) (Entered: 04/29/2020) |
| 05/01/2020 | 🔒 | 386 | TRANSCRIPT of Proceedings held on 4/29/2020, before Judge Keeley. Court Reporter/Transcriber Cindy Knecht, Telephone number 304.234.3968. Parties have five business days to file a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will become available via PACER to the public without redaction after 90 calendar days.. Redaction Request due 5/22/2020. Redacted Transcript Deadline set for 6/1/2020. Release of Transcript Restriction set for 7/30/2020. (ck) (Entered: 05/01/2020) |
| 05/05/2020 | | 387 | Other Document *Plaintiffs' Supplemental Authority* filed by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Attachment Certificate of Service - Plaintiffs' Supplemental Authority)(Law, Sandra) (Entered: 05/05/2020) |
| 05/07/2020 | | 388 | MEMORANDUM *of Supplemental Authority* by Mylan Pharmaceuticals Inc. . (Copland, Gordon) (Entered: 05/07/2020) |
| 05/07/2020 | | 389 | TRANSCRIPT PURCHASE ORDER by Mylan Pharmaceuticals Inc. for proceedings held on 4/29/2020 before Judge Keeley. (ck) (Entered: 05/07/2020) |
| 05/07/2020 | | 390 | TRANSCRIPT PURCHASE ORDER by Biogen International GMBH for proceedings held on 4/29/2020 before Judge Keeley. (ck) (Entered: 05/07/2020) |
| 05/08/2020 | | 391 | MOTION to Withdraw as Attorney *of John E. Nappi* by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Attachment Certificate of Service - Motion to Withdraw, # 2 Proposed Order)(Companion, James) (Entered: 05/08/2020) |
| 05/08/2020 | | 392 | ORDER. The Court GRANTS 391 Motion for Leave to Withdraw Counsel and ORDERS John E. Nappi hereby |

| | | | |
|---|---|---|---|
| | | | withdrawn as counsel for Plaintiffs in this matter. Signed by Senior Judge Irene M. Keeley on 5/8/2020. (wrr) (Entered: 05/08/2020) |
| 06/01/2020 | | 393 | TRANSCRIPT PURCHASE ORDER for proceedings held on 4/29/2020 before Judge Keeley. (ck) (Entered: 06/01/2020) |
| 06/11/2020 | | 394 | TRANSCRIPT PURCHASE ORDER for proceedings held on 4/29/2020 before Judge Keeley. (ck) (Entered: 06/11/2020) |
| 06/11/2020 | | 395 | TRANSCRIPT PURCHASE ORDER for proceedings held on 4/29/2020 before Judge Keeley. (ck) (Entered: 06/11/2020) |
| 06/11/2020 | | 396 | TRANSCRIPT PURCHASE ORDER for proceedings held on 4/29/2020 before Judge Keeley. (ck) (Entered: 06/11/2020) |
| 06/17/2020 | | 397 | TRANSCRIPT PURCHASE ORDER for proceedings held on 4/29/2020 before Judge Keeley. (ck) (Entered: 06/17/2020) |
| 06/17/2020 | | 398 | TRANSCRIPT PURCHASE ORDER for proceedings held on 4/29/2020 before Judge Keeley. (ck) (Entered: 06/17/2020) |
| 06/17/2020 | | 399 | ORDER SCHEDULING STATUS CONFERENCE. The Court SCHEDULES a status conference for Friday, June 19, 2020, at 8:30 A.M., by telephone, to address the stay of the parties' remaining claims, counterclaims, and defenses regarding the '001 Patent. The Court DIRECTS lead counsel for Mylan to arrange the conference call and provide dial-in information to all parties and the Court, by email, no later than Thursday, June 18, 2020, at 1:00 P.M. Signed by Senior Judge Irene M. Keeley on 6/17/2020. (wrr) (Entered: 06/17/2020) |
| 06/18/2020 | | 400 | MEMORANDUM OPINION AND ORDER MAKING FINDINGS OF FACT AND GRANTING JUDGMENT IN FAVOR OF THE DEFENDANT, MYLAN PHARMACEUTICALS INC. The Court FINDS that Mylan has satisfied its burden of demonstrating, by clear and convincing evidence, that the asserted claims of the '514 Patent are invalid for lack of written description under § 112. Signed by Senior Judge Irene M. Keeley on 6/18/2020. (wrr) (Entered: 06/18/2020) |
| 06/18/2020 | | 401 | MOTION for Entry of Judgment under Rule 54(b) by Mylan Pharmaceuticals Inc.. (Attachments: # 1 Exhibit A)(O'Brien, William) (Entered: 06/18/2020) |
| 06/19/2020 | 🔒 | 402 | MINUTE ENTRY: <br><br>***NOTICE*** THE ATTACHED DOCUMENT IS NOT ACCESSIBLE. IT IS FOR STATISTICAL PURPOSES ONLY. |

| | | | |
|---|---|---|---|
| | | | Proceedings held before Senior Judge Irene M. Keeley. Status Conference held on 6/19/2020. (Court Reporter Cindy Knecht) (dk) (Entered: 06/19/2020) |
| 06/19/2020 | 🔒 | 403 | TRANSCRIPT of Proceedings held on 6/19/2020, before Judge Keeley. Court Reporter/Transcriber Cindy Knecht, Telephone number 304.234.3968. Parties have five business days to file a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will become available via PACER to the public without redaction after 90 calendar days.. Redaction Request due 7/10/2020. Redacted Transcript Deadline set for 7/20/2020. Release of Transcript Restriction set for 9/17/2020. (ck) (Main Document 403 replaced on 6/22/2020 with correct transcript) (kac). (Entered: 06/19/2020) |
| 06/19/2020 | | 404 | TRANSCRIPT PURCHASE ORDER by Biogen International GMBH for proceedings held on 6/19/2020 before Judge Keeley. (ck) (Entered: 06/19/2020) |
| 06/19/2020 | | 405 | TRANSCRIPT PURCHASE ORDER by Mylan Pharmaceuticals Inc. for proceedings held on 6/19/2020 before Judge Keeley. (ck) (Entered: 06/19/2020) |
| 06/22/2020 | | 406 | MOTION for Leave to Appear Pro Hac Vice *of William F. Lee* by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Proposed Order)(Companion, James) (Entered: 06/22/2020) |
| 06/22/2020 | 🔒 🔒 | 407 | *SEALED* MOTION to Seal by Biogen International GMBH, Biogen MA, Inc.. (Attachments: # 1 Proposed Order Granting Motion for Leave to File Under Seal, # 2 Attachment Motion for Injunctive Relief, # 3 Attachment Supporting Memorandum re Injunctive Relief, # 4 Proposed Order Granting an Injunction, # 5 Proposed Order Granting a Temporary Injunction, # 6 Attachment Declaration of J. Roorda, # 7 Exhibit 1 to Declaration, # 8 Exhibit 2 to Declaration, # 9 Attachment Certificate of Service)(Companion, James) (Entered: 06/22/2020) |
| 06/22/2020 | 🔒 🔒 | 408 | *SEALED* *** **SEALED** ***Mylan's Preliminary Opposition to 411 Biogen's Motion for Injuctive Relief pending Appeal by Mylan Pharmaceuticals Inc.. (Attachments: # 1 Attachment Declaration of Courtney M. Prochnow, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(O'Brien, William) Modified on 6/24/2020 to correct entry as this is not a motion. (cmd). (Entered: 06/22/2020) |
| 06/22/2020 | | 409 | ORDER DISMISSING CLAIMS REGARDING U.S. PATENT NO. 7,619,001. Having confirmed with the parties that U.S. Patent No. 7,619,001 (the '001 Patent) expired on June 20, 2020, the Court DISMISSES AS MOOT the remaining claims, |

| | | | |
|---|---|---|---|
| | | | counterclaims, and defenses in this case relating to the '001 Patent. Signed by Senior Judge Irene M. Keeley on 6/22/2020. (wrr) (Entered: 06/22/2020) |
| 06/22/2020 | 🔒 | 410 | ORDER granting 407 Motion to Seal; ***SEALED*** Signed by Senior Judge Irene M. Keeley on 6/22/2020. (Emailed to counsel of record.)(wrr) (Entered: 06/22/2020) |
| 06/22/2020 | 🔒 🔒 | 411 | *SEALED* *** SEALED *** by Biogen International GMBH, Biogen MA, Inc. (Attachments: # 1 Attachment Memorandum, # 2 Proposed Order Granting Injunction, # 3 Proposed Order Granting a Temporary Injunction, # 4 Attachment Declaration of J. Roorda, # 5 Exhibit 1 to Declaration, # 6 Exhibit 2 to Declaration)(Filed pursuant to 410 Order.)(wrr) (Entered: 06/22/2020) |
| 06/22/2020 | | 412 | ORDER GRANTING MOTION FOR FINAL JUDGMENT [DKT. NO. 401 ]. The Court has dismissed the remaining claims involving U.S. Patent No. 7,619,001 (Dkt. No. 409 ), and found that the asserted claims of U.S. Patent No. 8,399,514 are invalid for lack of written description under 35 U.S.C. § 112 (Dkt. No. 400 ), therefore, no claims remain in this case. The Court GRANTS Mylan's Motion and DIRECTS the Clerk to enter a separate judgment order in favor of Mylan pursuant to Federal Rule of Civil Procedure 58. Signed by Senior Judge Irene M. Keeley on 6/22/2020. (wrr) (Entered: 06/22/2020) |
| 06/22/2020 | | 413 | CLERK'S JUDGMENT in favor of Mylan Pharmaceuticals Inc. against Biogen International GMBH, Biogen MA, Inc. Signed by Clerk of Court on 6/22/2020. (wrr) (Entered: 06/22/2020) |
| 06/22/2020 | 🔒 | | (Court only) ***Civil Case Terminated. (wrr) (Entered: 06/24/2020) |
| 06/23/2020 | 🔒 | 414 | Pro Hac Vice Filing fee as to William F. Lee: PAID $ 200.00, receipt number WVNC002965. (wrr) (Main Document 414 replaced on 6/23/2020 with corrected document) (wrr). NEF regenerated. (Entered: 06/23/2020) |
| 06/23/2020 | | 415 | ORDER granting 406 Motion for Leave to Appear Pro Hac Vice; Attorney William F Lee for Biogen International GMBH and Biogen MA, Inc. added. Signed by Senior Judge Irene M. Keeley on 6/23/2020. (wrr) (Entered: 06/23/2020) |
| 06/23/2020 | | 416 | NOTICE OF APPEAL by Biogen International GMBH, Biogen MA, Inc.. Filing fee $; 505, receipt number 0424-3062468. (Companion, James) (Entered: 06/23/2020) |
| 06/24/2020 | | 417 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals Federal Circuit re 416 Notice of Appeal. (wrr) Modified on 6/25/2020 (email along with DE 416 to Notice of |

| | | |
|---|---|---|
| | | appeal to appeal@cafc.uscourts.gov) (cmd). (Entered: 06/24/2020) |
| 06/24/2020 | [418](#) | REPORT to USPTO on the filing or determination of an action regarding re: [413](#) Clerk's Judgment, [412](#) Order on Motion for Entry of Judgment under Rule 54(b). (wrr) (Entered: 06/24/2020) |
| 06/24/2020 | 🔒 | (Court only) ***Motions terminated: Motion DE# 408 is a response not a motion. (cmd) (Entered: 06/24/2020) |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

BIOGEN INTERNATIONAL GMBH and
BIOGEN MA, INC.,

            Plaintiffs,

v.                                      CIVIL ACTION NO. 1:17CV116
                                              (Judge Keeley)

MYLAN PHARMACEUTICALS INC.,

            Defendant.

ORDER GRANTING MOTION FOR FINAL JUDGMENT [DKT. NO. 401]

On June 18, 2020, the defendant, Mylan Pharmaceuticals Inc. ("Mylan"), moved for an entry of final judgment under Federal Rule of Civil Procedure 54(b) (Dkt. No. 401). Under Rule 54(b), "the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay."

Because the Court has dismissed the remaining claims involving U.S. Patent No. 7,619,001 (Dkt. No. 409), and found that the asserted claims of U.S. Patent No. 8,399,514 are invalid for lack of written description under 35 U.S.C. § 112 (Dkt. No. 400), no claims remain in this case. Accordingly, the Court **GRANTS** Mylan's Motion and **DIRECTS** the Clerk to enter a separate judgment order in favor of Mylan pursuant to Federal Rule of Civil Procedure 58.[1]

---

[1] After considering the parties' supplemental briefs (Dkt. Nos. 408, 411), the Court declines to impose a five-day notice requirement in advance of Mylan's anticipated launch. This ruling, however, does not preclude the plaintiffs' right to seek injunctive relief under Federal Rule of Civil Procedure 62(d), Federal Rule of Appellate Procedure 8(a)(1)(C), and Federal Circuit Rule of Practice 8(d).

BIOGEN INT'L GMBH, ET AL. V. MYLAN PHARM. INC.          1:17CV116

**ORDER GRANTING MOTION FOR FINAL JUDGMENT [DKT. NO. 401]**

It is so **ORDERED**.

The Court **DIRECTS** the Clerk to transmit copies of this Order
to counsel of record.

DATED: June 22, 2020

                              /s/ Irene M. Keeley
                              IRENE M. KEELEY
                              UNITED STATES DISTRICT JUDGE

2