# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### AT CLARKSBURG

| | |
|---|---|
| **BIOGEN INTERNATIONAL GMBH** and **BIOGEN MA INC.**, <br> Plaintiffs, <br><br> v. <br><br> **MYLAN PHARMACEUTICALS INC.**, <br> Defendant. | Civil Action No. 1:17-cv-116-IMK |

## ORDER AS TO BILL OF COST SUBMISSION

Having reviewed the unopposed motion of Defendant, Mylan Pharmaceuticals Inc., for an extension of the deadline to file its bill of costs, the Court is of the opinion to GRANT the motion and it is hereby ORDERED that the deadline for submission of a bill of costs is extended, and the parties shall submit any bills of costs to the Clerk on or before August 21, 2020.

DATED: July 15, 2020

IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE