# United States Court of Appeals
# for the Federal Circuit

---

**BIOGEN INTERNATIONAL GMBH, BIOGEN MA, INC.,**

*Plaintiffs-Appellants*

v.

**MYLAN PHARMACEUTICALS INC.,**

*Defendant-Appellee*

---

2020-1933

---

Appeal from the United States District Court for the Northern District of West Virginia in No. 1:17-cv-00116-IMK-JPM, Judge Irene M. Keeley.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

ENTERED BY ORDER OF THE COURT

November 30, 2021            /s/ Peter R. Marksteiner
                            Peter R. Marksteiner
                            Clerk of Court